1  Jolee Land, Bar Roll No. 240940
   jolee.land@phelps.com
2  PHELPS DUNBAR LLP
   100 South Ashley Drive, Suite 1900
3  Tampa, Florida 33602-5311
   Telephone:   813-472-7857
4  Facsimile:    813-472-7570

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiff,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,<br><br>Defendant. | Case No. 8:10-cv-01172-AG-MLG<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS AGAINST CHARLOTTE PLACIDE, MILLIE WILLIAMS, AND ELIZABETH DURAN SWINFORD**<br><br>HEARING DATE: February 7, 2011<br>TIME:  10:00 a.m.<br>COURTROOM NO. 10D<br>HONORABLE ANDREW J. GUILFORD |

PLEASE TAKE NOTICE that, on February 7, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Andrew J.

-1-

Guilford, at 411 West Fourth Street, Courtroom D, Santa Ana, California, 92701, Defendants, Charlotte Placide, Millie Williams, and Elizabeth Duran Swinford ("Individual Louisiana Defendants"), will and hereby move this court to dismiss the claims against Individual Louisiana Defendants pursuant to Rule 8 and Rule 12 of the Federal Rules of Civil Procedure for failure to plead with the specificity required by the Federal Rules, lack of personal jurisdiction and failure to state a claim.

Plaintiffs' Amended Complaint fails to plead allegations against the Individual Louisiana Defendants with the particularly required by Rule 8(a) of the Federal Rules of Civil Procedure, but instead makes allegations against all defendants as a group.

Further, a Court in the Central District of California lacks personal jurisdiction over the non-resident Individual Louisiana Defendants, who are current or former employees of the East Baton Rouge Parish School Board.  The RICO statute providing for nationwide service of process is not available in this case as all defendants are subject to the jurisdiction of a Louisiana court, and plaintiffs are unable to show that the Individual Louisiana Defendants have minimum contacts with the state of California.

Finally, plaintiffs have failed to state a claim against defendants under the Trafficking Victims Protection Act, 18 U.S.C. § 1595, or the civil remedy provision of RICO, 18 U.S.C. § 1964(c).  Plaintiffs have failed to plead the essential elements of these claims, and have further failed to plead that defendants were engaged in a conspiracy for the commission of the alleged acts.

For these reasons, all claims against the Individual Louisiana Defendants, Charlotte Placide, Millie Williams, and Elizabeth Duran Swinford should be dismissed.

Defendants conferred with counsel for plaintiffs on December 27 with respect to the filing of this motion, and plaintiffs have taken no position regarding the filing of this motion.

Dated: January 3, 2011.

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

BY   /s/ Jolee Land
Jolee Land, Bar Roll No. 240940
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone: 813-472-7857
Facsimile: 813-472-7570
Email: jolee.land@phelps.com

ATTORNEY FOR THE EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS AND ELIZABETH DURAN SWINFORD

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 3rd day of January, 2011.

__/s/ Jolee Land_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,<br><br>Defendants. | Case No. 8:10-cv-01172-AG-MLG<br><br>**JUDGE ANDREW J. GUILFORD**<br><br>**MAGISTRATE JUDGE MARC L. GOLDMAN**<br><br>**ORDER SETTING MOTION TO DISMISS OF DEFENDANTS CHARLOTTE PLACIDE, MILLIE WILLIAMS, AND ELIZABETH DURAN SWINFORD FOR HEARING**<br><br>HEARING DATE: February 7, 2011<br>TIME: 10:00 a.m.<br>COURTROOM NO. 10D<br>HONORABLE ANDREW J. GUILFORD |

Pursuant to the foregoing Notice of Motion and Motion to Dismiss filed by Charlotte Placide, Millie Williams, and Elizabeth Duran Swinford:

IT IS HEREBY ORDERED that this matter is set for hearing on February 7, 2011 at 10:00 a.m. in the courtroom of the Honorable Andrew J. Guilford, at 411 West Fourth Street, Courtroom D, Santa Ana, California, 92701.

IT IS SO ORDERED.

Dated: _____, 2011.

_____
UNITED STATES DISTRICT JUDGE