Jennifer L. Tse (SBN 260764)
Jennifer.Tse@splcenter.org
Daniel Werner (admitted *pro hac vice*)
Daniel.Werner@splcenter.org
James M. Knoepp (admitted *pro hac vice*)
Jim.Knoepp@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAST BATON ROUGE PARISH SCHOOL BOARD, et al., <br><br> Defendants. | Civ. No.: 10-01172-AG-MLG <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER** <br><br> **[No Hearing Date]** |

WHEREAS, Local Rule 23-3 requires Plaintiffs to file a Motion for Class Certification within 90 days after service of their First Amended Complaint; and

WHEREAS, the first Defendant to be served with the First Amended Complaint in this action was Universal Placement International, Inc. on November 8, 2010; and

WHEREAS, the current due date for Plaintiffs to file their Motion for Class Certification is February 7, 2011;

WHEREAS, several Defendants filed motions to dismiss the Plaintiffs' claims, to which Plaintiffs are currently responding; and

WHEREAS, Defendants Lourdes "Lulu" Navarro, Hothello "Jack" Navarro, and Universal Placement International, Inc. were granted an extension until February 4, 2011, in which to file responsive pleadings; and

WHEREAS, all parties to this Stipulation agree that there is good cause to extend the deadline for Plaintiffs to file their Motion for Class Certification until March 14, 2011, and to request a hearing date with the Court on the Motion for Class Certification for May 2, 2011, or such other later date as the Court may deem appropriate so that the motions to dismiss already filed by some of the Defendants may be resolved before class certification issues are addressed,

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to Court approval, as follows:

## STIPULATION

1. The deadline for Plaintiffs to file their Motion for Class Certification shall be extended.

2. Plaintiffs must file their Motion for Class Certification on or before March 14, 2011.

3. The hearing on the Motion for Class Certification shall be held on May 2, 2011, at 10:00 a.m.;

**STIPULATED AND AGREED TO:**

DATED: 1/27/11

SOUTHERN POVERTY LAW CENTER

By: _____
James M. Knoepp

Attorneys for Plaintiffs MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
Civ. No.: 10-01172-AG-MLG

2

DATED: 1/26/11

PHELPS DUNBAR LLP

By: _____
    Jole Land

Attorneys for Defendants ELIZABETH DURAN SWINFORD, MILLIE WILLIAMS, CHARLOTTE D. PLACIDE, EAST BATON ROUGE PARISH SCHOOL BOARD

DATED: _____

HERNANDEZ SCHAEDEL AND ASSOCIATES

By: _____
    Don A. Hernandez

Attorneys for Defendants UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, AND HOTHELLO "JACK" NAVARRO

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
Civ. No.: 10-01172-AG-MLG

3

| | | |
|---|---|---|
| 1 | DATED: _____ | PHELPS DUNBAR LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Jolee Land |

Attorneys for Defendants ELIZABETH DURAN SWINFORD, MILLIE WILLIAMS, CHARLOTTE D. PLACIDE, EAST BATON ROUGE PARISH SCHOOL BOARD

DATED: 1/26/11

HERNANDEZ SCHAEDEL AND ASSOCIATES

By: _____
Don A. Hernandez

Attorneys for Defendants UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, AND HOTHELLO "JACK" NAVARRO

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
Civ. No.: 10-01172-AG-MLG

3