# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAST BATON ROUGE PARISH SCHOOL BOARD, et al., <br><br> Defendants. | SACV 10-1172-AG(MLGx) <br><br> **ORDER APPROVING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION** |

Upon consideration of the Stipulation to Extend Time for Plaintiffs to File Motion for Class Certification filed by Plaintiffs and Defendants East Baton Rouge Parish School Board, Charlotte Placide, Millie Williams, Elizabeth Duran Swinford, Universal Placement International, Inc., Lourdes "Lulu" Navarro, and Hothello "Jack" Navarro (the "Stipulation"), and good cause having been shown, it is hereby:

ORDERED that the Stipulation is approved; and it is further,

ORDERED that Plaintiffs shall file their Motion for Class Certification on or before March 14, 2011, and it is further,

ORDERED, that the hearing on the Plaintiffs' Motion for Class Certification shall be held on May 2, 2011 at 10:00 a.m.

Dated: January 27, 2011

_____
Hon. Andrew Guilford
United States District Court Judge