Don A. Hernandez (SBN 125119)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA 91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc.,
Lourdes "Lulu" Navarro, and
Hothello "Jack" Navarro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SACV 10-01172-AG(MLGx)<br><br>NOTICE AND MOTION OF DEFENDANTS UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, AND HOTHELLO "JACK" NAVARRO TO DISMISS PLAINTIFFS' FIRST, SECOND, THIRD AND FIFTH CLAIMS FOR RELIEF AGAINST THEM<br><br>HEARING DATE: MARCH 7, 2011<br>TIME: 10:00 A.M.<br>COURTROOM: 10D<br><br>HONORABLE ANDREW J. GUILFORD |

PLEASE TAKE NOTICE THAT, on Monday, March 7, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Andrew J. Guilford, at 411 West Fourth Street, Courtroom D, Santa Ana, California 92701, Defendants Universal Placement International, Inc., Lourdes "LuLu" Navarro and

Hothello "Jack" Navarro (collectively referred to herein as "Moving Defendants"), will and hereby move this Court to dismiss the following claims against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that they fail to contain allegations of fact sufficient to state a claim against them:

Plaintiffs' First Claim for Relief for Trafficking in Violation of 18 U.S.C. §§ 1589-1595;

Plaintiffs' Second Claim for Relief for Violation of the RICO Act, 18 U.S.C. §§ 1961-1968;

Plaintiffs' Third Claim for Relief for Violation of Cal. Civil Code § 1812.508 with Respect to Employment Agency Fees; and

Plaintiffs' Fifth Claim for Fraud in Violation of Cal. Civil Code § 1709.

Moving Defendants' motion shall be based upon this Notice and Memorandum of Points and Authorities filed concurrently herewith, Plaintiffs' First Amended Complaint, and such other matter as the Court may consider in connection with this motion.

Counsel for Moving Defendants Don A. Hernandez conferred with counsel for Plaintiffs by telephone on January 13, 2011, regarding the substance of this motion pursuant to Local Rule 7-3.

Dated: February 4, 2011            HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP

/s/ Don A. Hernandez
Don A. Hernandez
Adam Kargman
Attorneys for Defendants Universal Placement International, Inc., Lourdes "LuLu" Navarro, and Hothello "Jack" Navarro.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on February 4, 2011.

/s/ Don A. Hernandez