James M. Knoepp (admitted *pro hac vice*)
Jim.Knoepp@splcenter.org
Jennifer L. Tse (SBN 260764)
Jennifer.Tse@splcenter.org
Daniel Werner (admitted *pro hac vice*)
Daniel.Werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.,<br><br>         Defendants. | Civ. No.: 10-01172-AG-MLG<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**HEARING DATE:   MAY 2, 2011**<br>**TIME:                     10:00 a.m.**<br>**COURTROOM:      10D**<br><br>**HON. ANDREW J. GUILFORD** |

*(Attorney listing continued from first page)*

Mary C. Bauer (admitted *pro hac vice*)
Mary.Bauer@splcenter.org
Sam Brooke (admitted *pro hac vice*)
Sam.Brooke@splcenter.org
Morris S. Dees (admitted *pro hac vice*)
Judy.Bruno@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone:   (334) 956-8200
Facsimile:    (334) 956-8481

Dennis B. Auerbach (admitted *pro hac vice*)
dauerbach@cov.com
Candice N. Plotkin (admitted *pro hac vice*)
cplotkin@cov.com
Jillian Willis (admitted *pro hac vice*)
jwillis@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Susan Johnston (admitted *pro hac vice*)
sjohnston@cov.com
Pamela A. Carter (admitted *pro hac vice*)
pcarter@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone:   (212) 841-1000
Facsimile:    (212) 841-1010

Daniel J. McNeil (admitted *pro hac vice*)
dmcneil@aft.org
AMERICAN FEDERATION OF TEACHERS

LEGAL DEPARTMENT
555 New Jersey Ave., N.W.
Washington, DC  20001
Telephone:   (202) 393-6305
Facsimile:    (202) 393-6385

Lawrence Rosenzweig (SBN 72443)
LRPCorp@aol.com
Brent Rosenzweig (SBN 219071)
Brent.Rosenzweig@gmail.com
LAWRENCE ROSENZWEIG, PC
2730 Wilshire Boulevard, Suite 425
Santa Monica, California  90403
Telephone:   (310) 453-0348
Facsimile:    (310) 453-3358

*Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that on May 2, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Andrew J. Guilford located at 411 West Fourth Street, Courtroom 10D, Santa Ana, California 92701, Plaintiffs will and hereby do move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure, for class certification of their claims in this matter.

Plaintiffs move the Court to certify a class and subclass in this matter, defined as follows:

**Louisiana Teacher Class**
(for claims against Universal Placement International, Inc., Lourdes "Lulu" Navarro, PARS International Placement Agency, Emilio V. Villarba, Robert B. Silverman, and Silverman & Associates):

> All Filipino nationals who obtained their initial H-1B visas through Recruiter Defendants and Legal Facilitator Defendants during the period January 1, 2007, through the present, where a Louisiana school district or Louisiana school system was the petitioner.

**EBR Teacher Subclass**
(for claims against East Baton Rouge Parish School Board (EBR), Charlotte D. Placide, Millie Williams, and Elizabeth Duran Swinford):

> All Filipino nationals (i) who have obtained H-1B visas through Recruiter Defendants and Legal Facilitator Defendants during the period from January 1, 2007, through the present, and (ii) whose initial H-1B visa petition was executed by an agent of EBR for employment at EBR.

The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum, the Declarations of Mairi Nunag-Tanedo, Ingrid Cruz, Donnabel Escuadra, Rolando Pascual, Tomasa Mari, Daniel McNeil (including the attached exhibits), and James Knoepp, and on such matters as may come before the Court at or before the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 2, 2010, with respect to most Defendants, and on March 8, 2010, with respect to Defendants Silverman and Silverman and Associates.

Respectfully submitted this 14th day of March, 2011.

\_\_/s/ James M. Knoepp_____
James M. Knoepp
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, Georgia  30303

*On behalf of Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ James M. Knoepp_____

March 14, 2011.