IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., Plaintiffs, v. EAST BATON ROUGE PARISH SCHOOL BOARD, et al., Defendants. | Civ. No.: 10-01172-AG-MLG |

## DECLARATION OF JAMES KNOEPP IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1. I am a Senior Staff attorney with the Southern Poverty Law Center and one of Plaintiffs' attorneys in this matter.

2. I am admitted to practice in the state of Georgia, the United States Court of Appeals for the 8th and 11th Circuits, the Northern District of Georgia, and the Eastern and Western Districts of Virginia. I earned my Juris Doctor Degree, *cum laude*, from Loyola of Los Angeles Law School in 1998, and was admitted to practice in the state of Florida the same year. I was admitted to practice in the Commonwealth of Virginia in 2001 and in the state of Georgia in 2008.

3. Since July, 2008, I have worked as a Staff Attorney and now a Senior Staff Attorney at the Southern Poverty Law Center's Immigrant Justice Project. Prior to my current position, I was the Litigation Director for the Legal Aid Justice Center in Charlottesville, Virginia from 2006 until 2008. Between 2003 and 2006 I worked as a Staff Attorney and later as Legal Director of the Virginia Justice Center for Farm and Immigrant Workers, a project of the Legal Aid Justice Center. I have also worked as a Staff Attorney for the Virginia Farmworkers Legal Assistance Project from August 2000 to March 2002. Prior to that position I was a Skadden, Arps, Slate, Meagher, and Flom fellowship recipient where I worked with Florida Legal Services, Inc.'s Migrant Farmworker Justice Project in Belle Glade, Florida. I held that position from August 1998 to August 2000.

4. During my tenure with the Migrant Farmworker Justice Project, the Virginia Justice Center/Legal Aid Justice Center, and now with the Southern Poverty Law Center, I have represented thousands of individuals involved in class action litigation in federal court.

5. I currently serve as part of the class counsel teams appointed by the court in Perez-Benites v. Candy Brand, LLC, 267 F.R.D. 242, 248 (W.D. Ark. 2010) (serving as lead counsel on team), De Leon Granados v. Eller and Sons Trees, Inc., No. 1:05-CV-1473-CC, 2006 U.S. Dist. LEXIS 73781, at *43 (N.D. Ga. Sept. 28, 2006) (serving as lead counsel on team), and Rosiles-Perez v.

2

Superior Forestry Service, Inc., 250 F.R.D. 332, 344 (M.D. Tenn. 2008) (currently in settlement administration).

6. My firm, the Southern Poverty Law Center, is experienced in class action litigation and has been deemed to be adequate class counsel in a number of cases in addition to those referenced above in paragraph 5, including: Alexander v. Sandoval, 532 U.S. 275 (2001); Paradise v. Allen, 480 U.S. 149 (1987); Dothard v. Rawlinson, 433 U.S. 321 (1977); Pugh v. Locke, 559 F.2d 283 (11th Cir. 1977); Smith v. YMCA, 462 F.2d 634 (5th Cir. 1972); Recinos-Recinos v. Express Forestry, 233 F.R.D. 472 (E.D. La. 2006); Gaddis v. Campbell, 03-T-390-N (M.D. Ala. 2003); Baker v. Campbell, CV-03-1114-M (N.D. Ala. 2003); S.S. v. Wood, No. 01-M-224-N (M.D. Ala. 2001); Brown v. James, No. 98-T-663-N (M.D. Ala. 1998); Austin v. James, 15 F. Supp. 2d 1220 (M.D. Ala. 1998); Harris v. James, 94-1422-N (M.D. Ala.1994); Southern Christian Leadership Conference v. Evans, 785 F. Supp. 1469 (M.D. Ala. 1992); Bradley v. Haley, No. 92-A-70-N (M.D. Ala. 1992); R.C. v. Fuller, 88-D-1170-N (M.D. Ala. 1988); Nowak v. Foster, 84-0057-P (W.D. Ky. 1984); Wyatt v. Sawyer, CV-70-3195 (M.D. Ala 1970); Nixon v. Brewer, CV-3017-N (M.D. Ala. 1970).

7. In addition to attorneys at the Southern Poverty Law Center, Plaintiffs' counsel team also includes experienced attorneys from Covington &

Burling LLP, the American Federation of Teachers, and Lawrence Rosenzweig, PC.

8. The Southern Poverty Law Center and our co-counsel have adequate funds to litigate this case. Plaintiffs' counsel have paid for all costs associated with this litigation to date, and will continue to do so.

9. Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I declare that the foregoing facts are true and correct to the best of my knowledge.

Executed on March 11, 2011.

_____
James Knoepp

4