UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 10-1172 AG (MLGx) | Date | April 29, 2011 |
|---|---|---|---|
| Title | MAIRI NUNAG-TANEDO, ET AL v EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:**      **[IN CHAMBERS] ORDER CONTINUING HEARING**

As ordered on the record at a hearing on this matter held on April 4, 2011, the hearing on Plaintiff's Motion for Class Certification is CONTINUED to June 13, 2011, at 10:00 a.m.

                                                                                                            :     0

                                                                        Initials of Preparer        lmb