# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1172-AG(MLGx) | Date | May 4, 2011 |
|---|---|---|---|
| Title | MAIRI NUNAG-TANEDO, ET AL v EAST BATON ROUGE SCHOOL BOARD, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] ORDER CONTINUING PLAINTIFF'S MOTION TO CERTIFY CLASS [DKT #97]

At the hearing on this matter on April 4, 2011, plaintiff's motion to certify class was continued to June 13, 2011 at 10:00 a.m.  The opposition is due May 9, 2011 and the reply is due May 23, 2001.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |