

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the Calendar )
)   ORDER OF THE CHIEF JUDGE
of )
)   11-032
Judge JOHN A. KRONSTADT )

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Andrew J. Guiford to the calendar of Judge John A. Kronstadt for all further proceedings:

| | | | |
|---|---|---|---|
| SA | 10 01653 | AG(FFMx) | Janeen Ann Reeves v. General Nutrition Centers Inc |
| CV | 08 08327 | AG | Richard Russell Moon v. Robert L. Ayers |
| SA | 10 01341 | AG(MLGx) | Judith A Kendig v. Aetna Life Insurance Company et al |
| SA | 11 00123 | AG(PJWx) | Maria Sanchez v. HVM LQ Management LLC et al |
| SA | 10 01172 | AG(MLGx) | Mairi Nunag Tanedo et al v. East Baton Rouge Parish School Board et al |
| SA | 11 00309 | AG(VBKx) | Kyle Brownfield v. Jaguar Land Rover North America LLC et al |
| SA | 10 00796 | AG(RNBx) | Kenneth Ford v. United States of America |
| SA | 10 01008 | AG(MLGx) | Razmig Tchoboian v. Fedex Office and Print Services Inc et al |
| SA | 11 00209 | AG(MLGx) | Nancy Hoang Le v. Bank of America NA et al |
| CV | 10 06193 | AG(PJW) | Vicente Diaz, Jr. v. Michael J. Astrue |
| CV | 10 03849 | AG(DTB) | Samuel Bassey v. Aref Fakhoury |
| CV | 09 08986 | AG(OP) | John Robinson v. Steve Trevino |
| CV | 09 07300 | AG(OP) | Earnest C Woods II v. John Marshall et al |
| SA | 11 00339 | AG(MLGx) | Main Electric Supply Company v. Premier West Contractors Inc et al |

DATED: May 13, 2011

_____
Chief Judge Audrey B. Collins