# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 10-1172 JAK (MLGx) | Date | June 7, 2011 |
| Title | MAIRI NUNAG TANEDO, et al. v. EAST BATON ROUGE PARISH SCHOOL BOARD, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) RE: PLAINTIFF'S MOTION [97] FOR CLASS CERTIFICATION**

The Court, on its own motion, continues the above referenced hearing, from June 13, 2011 at 1:30 P.M. to July 5, 2011 at 9:00 A.M.

|  |  |  |
|---|---|---|
|  | 00 : 00 |  |
| Initials of Preparer | ak |  |