James M. Knoepp (admitted *pro hac vice*)
Jim.Knoepp@splcenter.org
Daniel Werner (admitted *pro hac vice*)
Daniel.Werner@splcenter.org
Jennifer L. Tse (SBN 260764)
Jennifer.Tse@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.,<br><br>Defendants. | Civ. No.: 10-01172-JAK-MLG<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>**[No Hearing Date]** |

WHEREAS, Plaintiffs filed a motion for class certification on March 14, 2011, and set the matter for a hearing on June 13, 2011; and

WHEREAS, the Court issued an Order staying proceedings on April 29, 2011, pending rulings on the Defendants' motions to dismiss; and

WHEREAS, the Court issued rulings on the Defendants' motions to dismiss on May 12, 2011, thereby mooting the stay that had been issued on April  29, 2011; and

WHEREAS, this matter was recently transferred from Judge Andrew Guilford to Judge John A. Kronstadt; and

WHEREAS, the Plaintiffs filed a Second Amended Complaint on June 2, 2011; and

WHEREAS, the parties have consulted and have agreed upon dates to file responses to the Second Amended Complaint, for Defendants who have not yet provided Rule 26 initial disclosures to do so, to conduct the depositions of the named Plaintiffs, to file opposition and reply briefs on the Plaintiffs' motion for class certification, and for a hearing on the Plaintiffs' motion for class certification;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval, that:

1.      The hearing on the Plaintiffs' motion for class certification will be continued and re-set for August 29, 2011, at 1:30 p.m.

2.      Although Defendant Elizabeth Duran Swinford has filed a Notice of Appeal, this litigation shall proceed in this Court while Defendant Duran Swinford's appeal is pending.

3.      Defendants East Baton Rouge Parish School Board, Robert Silverman, and Silverman & Associates will provide their Rule 26 initial disclosures on or before June 15, 2011.

4.      All Defendants that have entered an appearance in this matter, other than Elizabeth Duran Swinford, will file their responses to Plaintiffs' Second Amended Complaint on or before June 20, 2011.

5.      Plaintiffs will file an amended motion for class certification on or before June 13, 2011, in order to make adjustments to their motion that reflect the recent filing of the Second Amended Complaint.

STIPULATION TO CONTINUE HEARING DATE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

2

6.    Defendants will file their responses to Plaintiffs' motion for class certification on or before July 25, 2011, and Plaintiffs will file any reply on or before August 11, 2011.

**STIPULATED AND AGREED TO:**

DATED: 6/8/11                          SOUTHERN POVERTY LAW CENTER

                                       By: _____
                                           James M. Knoepp

                                       Attorneys for Plaintiffs MAIRI NUNAG-
                                       TANEDO, INGRID CRUZ, DONNABEL
                                       ESCUADRA, ROLANDO PASCUAL, and
                                       TOMASA MARI

DATED: _____                       HERNANDEZ SCHAEDEL AND
                                       ASSOCIATES

                                       By: _____
                                           Don A. Hernandez

                                       Attorneys for Defendants UNIVERSAL
                                       PLACEMENT INTERNATIONAL, INC.,
                                       AND LOURDES "LULU" NAVARRO

DATED: _____                       PHELPS DUNBAR LLP

                                       By: _____
                                           Shelton Dennis Blunt

                                       Attorneys for EAST BATON ROUGE
                                       PARISH SCHOOL BOARD

DATED: _____                       ROBERT B. SILVERMAN AND
                                       SILVERMAN & ASSOCIATES

                                       By: _____
                                           Robert B. Silverman, Pro Se

STIPULATION TO CONTINUE HEARING DATE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

3

6.   Defendants will file their responses to Plaintiffs' motion for class certification on or before July 25, 2011, and Plaintiffs will file any reply on or before August 11, 2011.

**STIPULATED AND AGREED TO:**

DATED: _____        SOUTHERN POVERTY LAW CENTER

By: _____
James M. Knoepp

Attorneys for Plaintiffs MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI

DATED: 6/7/11          HERNANDEZ SCHAEDEL AND ASSOCIATES

By: _____
Don A. Hernandez

Attorneys for Defendants UNIVERSAL PLACEMENT INTERNATIONAL, INC., AND LOURDES "LULU" NAVARRO

DATED: _____        PHELPS DUNBAR LLP

By: _____
Shelton Dennis Blunt

Attorneys for EAST BATON ROUGE PARISH SCHOOL BOARD

DATED: _____        ROBERT B. SILVERMAN AND SILVERMAN & ASSOCIATES

By: _____
Robert B. Silverman, Pro Se

STIPULATION TO CONTINUE HEARING DATE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

3

1    6.    Defendants will file their responses to Plaintiffs' motion for class

2    certification on or before July 25, 2011, and Plaintiffs will file any reply on or

3    before August 11, 2011.

4

5    **STIPULATED AND AGREED TO:**

6

7    DATED: _____          SOUTHERN POVERTY LAW CENTER

8                                By: _____

9                                    James M. Knoepp

10                               Attorneys for Plaintiffs MAIRI NUNAG-
                                 TANEDO, INGRID CRUZ, DONNABEL
11                               ESCUADRA, ROLANDO PASCUAL, and
                                 TOMASA MARI
12

13   DATED: _____          HERNANDEZ SCHAEDEL AND
                                 ASSOCIATES
14

15                               By: _____

16                                   Don A. Hernandez

17                               Attorneys for Defendants UNIVERSAL
                                 PLACEMENT INTERNATIONAL, INC.,
18                               AND LOURDES "LULU" NAVARRO

19   DATED: 6/8/11               PHELPS DUNBAR LLP

20

21                               By: _____

22                                   Shelton Dennis Blunt

23                               Attorneys for EAST BATON ROUGE
                                 PARISH SCHOOL BOARD
24

25   DATED: _____          ROBERT B. SILVERMAN AND
                                 SILVERMAN & ASSOCIATES
26

27                               By: _____

28                                   Robert B. Silverman, Pro Se

STIPULATION TO CONTINUE HEARING DATE ON                 3
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

6.    Defendants will file their responses to Plaintiffs' motion for class certification on or before July 25, 2011, and Plaintiffs will file any reply on or before August 11, 2011.

**STIPULATED AND AGREED TO:**

DATED: _____          SOUTHERN POVERTY LAW CENTER

                           By: _____
                                James M. Knoepp

                           Attorneys for Plaintiffs MAIRI NUNAG-
                           TANEDO, INGRID CRUZ, DONNABEL
                           ESCUADRA, ROLANDO PASCUAL, and
                           TOMASA MARI

DATED: _____          HERNANDEZ SCHAEDEL AND
                           ASSOCIATES

                           By: _____
                                Don A. Hernandez

                           Attorneys for Defendants UNIVERSAL
                           PLACEMENT INTERNATIONAL, INC.,
                           AND LOURDES "LULU" NAVARRO

DATED: _____          PHELPS DUNBAR LLP

                           By: _____
                                Shelton Dennis Blunt

                           Attorneys for EAST BATON ROUGE
                           PARISH SCHOOL BOARD

DATED: 6-8-11              ROBERT B. SILVERMAN AND
                           SILVERMAN & ASSOCIATES

                           By: _____
                                Robert B. Silverman, Pro Se

STIPULATION TO CONTINUE HEARING DATE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.


/s/ James M. Knoepp_____
June 8, 2011.

STIPULATION TO CONTINUE HEARING DATE ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER
 Civ. No.: 10-01172-JAK-MLG

4