# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., | Civ. No.: 10-01172-JAK-MLG |
| Plaintiffs, | |
| v. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE** |
| EAST BATON ROUGE PARISH SCHOOL BOARD, et al., | |
| Defendants. | |

Upon consideration of the Stipulation to Continue Hearing Date on Plaintiffs' Motion for Class Certification and Setting Briefing Schedule filed by parties (the "Stipulation"), and good cause having been shown, it is hereby:

ORDERED that the Stipulation is approved; and it is further,

ORDERED that:

1.    The hearing on the Plaintiffs' motion for class certification will be continued and re-set for **September 2, 2011, at 9:00 a.m.**

2.    Although Defendant Elizabeth Duran Swinford has filed a Notice of Appeal, this litigation shall proceed in this Court while Defendant Duran Swinford's appeal is pending.

3.    Defendants East Baton Rouge Parish School Board, Robert Silverman, and Silverman & Associates will provide their Rule 26 initial disclosures on or before June 15, 2011.

4.    All Defendants that have entered an appearance in this matter, other than Elizabeth Duran Swinford, will file their responses to Plaintiffs' Second Amended Complaint on or before June 20, 2011.

5.      Plaintiffs will file an amended motion for class certification on or before June 13, 2011, in order to make adjustments to their motion that reflect the recent filing of the Second Amended Complaint.

6.      Defendants will file their responses to Plaintiffs' motion for class certification on or before July 25, 2011, and Plaintiffs will file any reply on or before August 11, 2011.

**IT IS SO ORDERED.**

Dated:  June 9, 2011

_____

JOHN A. KRONSTADT
United States District Court Judge