Shelton Dennis Blunt (admitted *pro hac vice*)
bluntd@phelps.com
Susan W. Furr (admitted *pro hac vice*)
susie.furr@phelps.com
Paul Leblanc (admitted *pro hac vice*)
paul.leblanc@phelps.com
Brandi B. Cole (admitted *pro hac vice*)
brandi.cole@phelps.com
PHELPS DUNBAR LLP
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197

Jolee Land, Bar Roll No. 240940
jolee.land@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone:   813-472-7857
Facsimile:   813-472-7570

Julian A. Pollok (Bar No. 48484)
julianpollok@sbcglobal.net
Law Offices of Julian A. Pollok,
A Professional Corporation
505 N. Brand Blvd., Suite 1050
Glendale, California  91203
Telephone:   818-550-7795
Facsimile:   818-552-5080

*Attorneys for Defendants,*
*the East Baton Rouge Parish School Board*
*and Elizabeth Duran Swinford*

-1-

Case No. 8:10-cv-01172-JAK-MLG   NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMA-N AND ASSOCIATES,+<br><br>Defendants. | Case No. 8:10-cv-01172-JAK-MLG<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD**<br><br>HEARING DATE:  N/A<br><br>HONORABLE JOHN A. KRONSTADT<br><br>MAGISTRATE JUDGE MARC L. GOLDMAN |

PLEASE TAKE NOTICE that as soon as counsel may be heard on this motion, Defendant, the East Baton Rouge Parish School Board ("EBR"), will and hereby moves this court for an order allowing the East Baton Rouge Parish School Board to exceed the 25-page limit prescribed by Local Rule 11-6 for their memorandum in opposition to plaintiffs' amended motion for class certification filed by plaintiffs on

-2-

Case No. 8:10-cv-01172-JAK-MLG

NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5328816.1

1  June 13, 2011.

2  Plaintiffs in this case have asserted various claims against defendants. However, the only claim remaining against EBR is the claim of negligent hiring. Although negligent hiring is not the focus of plaintiffs' briefing, the claim of negligence involves many complex and individualized issues, including statutes of limitation, comparative fault of parties and non-parties, and other complicated determinations which EBR contends render this case unfit for class certification and wishes to include in its opposition.

For these reasons, EBR finds it necessary that its opposition exceed the 25-page limit set forth in Local Rule 11-6 of the Central District of California, and specifically that the opposition memorandum be 39 pages in length.

Defendant EBR conferred with counsel for plaintiffs on July 25, 2011 with respect to the filing of this motion to exceed the page limit, and plaintiffs have not responded regarding their position on this motion.

Dated: July 25, 2011.

-3-

Case No. 8:10-cv-01172-JAK-MLG

NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5328816.1

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

By /s/ Brandi B. Cole
Brandi B. Cole (admitted *pro hac vice*)
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
Email: brandi.cole@phelps.com

ATTORNEY FOR THE EAST BATON ROUGE PARISH SCHOOL BOARD AND ELIZABETH DURAN SWINFORD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 25th day of July, 2011.

/s/ Brandi B. Cole

-4-

Case No. 8:10-cv-01172-JAK-MLG        NOTICE OF MOTION AND MOTION FOR LEAVE
                                      TO EXCEED PAGE LIMIT PURSUANT TO LOCAL
                                      RULE 11-6 FOR MEMORANDUM IN OPPOSITION
                                      TO PLAINTIFFS' MOTION FOR CLASS
                                      CERTIFICATION OF DEFENDANT THE EAST
                                      BATON ROUGE PARISH SCHOOL BOARD

PD.5328816.1