1    Shelton Dennis Blunt (admitted *pro hac vice*)
     bluntd@phelps.com
2    Susan W. Furr (admitted *pro hac vice*)
     susie.furr@phelps.com
3    Paul Leblanc (admitted *pro hac vice*)
     paul.leblanc@phelps.com
4    Brandi B. Cole (admitted *pro hac vice*)
     brandi.cole@phelps.com
5    PHELPS DUNBAR LLP
     II City Plaza
6    400 Convention Street • Suite 1100
     Baton Rouge, Louisiana 70802-5618
7    P.O. Box 4412
     Baton Rouge, Louisiana 70821-4412
8    Telephone: (225) 346-0285
     Telecopier: (225) 381-9197
9
     Jolee Land, Bar Roll No. 240940
10   jolee.land@phelps.com
     PHELPS DUNBAR LLP
11   100 South Ashley Drive, Suite 1900
     Tampa, Florida 33602-5311
12   Telephone:   813-472-7857
     Facsimile:   813-472-7570
13
     Julian A. Pollok (Bar No. 48484)
14   julianpollok@sbcglobal.net
     Law Offices of Julian A. Pollok,
15   A Professional Corporation
     505 N. Brand Blvd., Suite 1050
16   Glendale, California  91203
     Telephone:   818-550-7795
17   Facsimile:   818-552-5080

18   *Attorneys for Defendants,*
19    *the East Baton Rouge Parish School Board*
     *and Elizabeth Duran Swinford*
20

21

22

23

24

25

26

27   Case No. 8:10-cv-01172-JAK-MLG

28

-1-

MEMORANDUM IN SUPPORT OF  MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5329401.1

1

2

3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

4

5

6

7

8

9

10

11

12

13

14

15

16

17

MAIRI NUNAG TANEDO, INGRID
CRUZ, DONNABEL ESCUADRA,
ROLANDO PASCUAL, TOMASA
MARI,

Plaintiffs,

vs.

EAST BATON ROUGE PARISH
SCHOOL BOARD, CHARLOTTE
PLACIDE, MILLIE WILLIAMS,
ELIZABETH DURAN SWINFORD,
UNIVERSAL PLACEMENT
INTERNATIONAL, INC., LOURDES
LULU NAVARRO, HOTHELLO JACK
NAVARRO, PARS INTERNATIOAL
PLACEMENT AGENCY, EMILIO V.
VILLARBA, ROBERT B. SILVERMAN,
SILVERMA-N AND ASSOCIATES,+

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:10-cv-01172-JAK-MLG

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO
EXCEED PAGE LIMIT PURSUANT
TO LOCAL RULE 11-6 FOR
MEMORANDUM IN OPPOSITION
TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION OF
DEFENDANT THE EAST BATON
ROUGE PARISH SCHOOL BOARD**

HEARING DATE:  N/A

HONORABLE JOHN A.
KRONSTADT

MAGISTRATE JUDGE MARC L.
GOLDMAN

18

19

20

21

22

23

24

25

26

27

28

      In support of the East Baton Rouge Parish School Board's ("EBR") motion for

leave to exceed the page limit for its memorandum in opposition to plaintiffs' motion

for class certification, EBR submits the following memorandum.

      Plaintiffs have asserted various claims against the defendants in this case and

are seeking class certification on these claims.  Three of the named plaintiffs, Mairi

-2-

Case No. 8:10-cv-01172-JAK-MLG

MEMORANDUM IN SUPPORT OF MOTION FOR
LEAVE TO EXCEED PAGE LIMIT PURSUANT TO
LOCAL RULE 11-6 FOR MEMORANDUM IN
OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION OF DEFENDANT THE
EAST BATON ROUGE PARISH SCHOOL BOARD

CERTI
BA

PD.5329401.1

Nunag-Tanedo, Donnabel Escuadra, and Ingrid Cruz, have been named the "EBR Plaintiffs" and are attempting to certify a sub-class with regard to claims against EBR. However, the only claim remaining against EBR is plaintiffs' claim that EBR negligently hired a co-defendant, which purportedly caused EBR Plaintiffs injury.

Plaintiffs' memorandum in support of its motion for class certification focuses mainly on the claims against other defendants in this action, and provides only scant allegations against EBR on the negligent hiring claim. However, EBR finds it necessary to brief the Court on all of the various individualized determinations it will have to make on EBR Plaintiffs' claim of negligence, which renders this claim unsuitable for class treatment.

The Court will be faced with issues involving statutes of limitations, liability, causation, comparative fault, damages, and a Workers' Compensation defense, all of which will require an individualized assessment of each plaintiff and class member's claims. EBR contends that because of these individualized issues, plaintiffs are unable to satisfy the requirements of commonality, typicality and predominance required for certification by Federal Rule of Civil Procedure 23. Because of these complex issues, EBR finds it necessary to exceed the 25-page limit prescribed by the Local Rules of this Court. Specifically, EBR finds it necessary to file an 39-page opposition memorandum outlining these issues for the Court.

-3-

Case No. 8:10-cv-01172-JAK-MLG

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5329401.1

For these reasons, Defendant, the East Baton Rouge Parish School Board, respectfully requests that this Court grant its motion for leave to exceed the page limit prescribed by Local Rule 11-6, and allow Defendant to file a 39-page memorandum in support of its memorandum in opposition to plaintiffs' motion for class certification.

Dated:        July 25, 2011.

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

By    /s/ Brandi B. Cole
          Brandi B. Cole (admitted *pro hac vice*)
          II City Plaza
          400 Convention Street • Suite 1100
          Baton Rouge, Louisiana 70802-5618
          P.O. Box 4412
          Baton Rouge, Louisiana 70821-4412
          Telephone: (225) 346-0285
          Telecopier: (225) 381-9197
          Email:  brandi.cole@phelps.com

ATTORNEY FOR THE EAST BATON ROUGE PARISH SCHOOL BOARD AND ELIZABETH DURAN SWINFORD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 25th day of July, 2011.

/s/ Brandi B. Cole

-4-

Case No. 8:10-cv-01172-JAK-MLG          MEMORANDUM IN SUPPORT OF MOTION FOR
LEAVE TO EXCEED PAGE LIMIT PURSUANT TO
LOCAL RULE 11-6 FOR MEMORANDUM IN          CERTI
OPPOSITION TO PLAINTIFFS' MOTION FOR          BA
CLASS CERTIFICATION OF DEFENDANT THE
EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5329401.1