# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,

       Plaintiffs,

  vs.

EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,

       Defendants.

Case No. 8:10-cv-01172-JAK-MLG

**JUDGE JOHN A. KRONSTADT**

**MAGISTRATE JUDGE MARC L. GOLDMAN**

---

## DECLARATION OF DAPHNE DONALDSON

The undersigned, Daphne Donaldson, declares and states as follows pursuant to 28 U.S.C. § 1746:

  1.  My name is Daphne Donaldson. I am a resident citizen of the United States over the age of 21 years and am fully competent to make this Declaration. I have personal knowledge of the matters set forth in this Declaration.

  2.  I am currently employed as the Recruiting Manager for the East Baton Rouge Parish School System in Baton Rouge, Louisiana, and thus am employed by the East Baton Rouge Parish School Board ("EBR"). I have been in this position for a number of years,



EXHIBIT

1

including when Mairi Nunag-Tanedo, Ingrid Cruz, and Donnabel Escuadra, all citizens of the Philippines, were hired by EBR to teach in the East Baton Rouge Parish School System.

3.     Until she left in August of 2010, my immediate supervisor when it came to recruiting matters was Dr. Elizabeth Duran Swinford ("Dr. Swinford"), the Associate Superintendent for Human Resources for EBR.   Dr. Swinford in turn reported directly to the school Superintendent, Charlotte Placide ("Superintendent").   Ms. Placide left the school system in mid-2011, and was replaced by the current Superintendent, John Dilworth.

4.     My role in the recruiting process is as the gatekeeper; I am usually the initial contact person encountered by anybody with hiring or employment inquiries.   I am also the custodian and keeper of the files related to employment matters.

5.     In 2006, I was contacted by a woman named Lulu Navarro.  Dr. Swinford and the Superintendent had also met Ms. Navarro through functions and conventions.  Ms. Navarro was attempting to interest Louisiana school districts in considering teachers from the Philippines for employment.   Ms. Navarro represented that her company, Universal Placement International ("UPI"), could provide the school system with highly qualified candidates.  Attached hereto as Exhibit "A" *in globo* is a copy of the various proposals I received, via facsimile, from UPI in 2006.

6.     At the time EBR received the proposals from UPI, EBR also received solicitations from a number of other companies also looking to place international teachers, mostly from the Philippines, into the East Baton Rouge Parish School System.  Attached as Exhibit "B" to this Declaration is one such proposal.

7.     EBR had hired foreign nationals to teach in the East Baton Rouge Parish School System prior to this time, including under the H-1b visa process.  For example, EBR periodically

hires Francophone teachers presented to us by the Council for the Development of French in Louisiana ("CODOFIL"), usually to teach French to elementary and secondary students. The proposals we received from UPI and other companies concerning Filipino teachers in 2006 conveyed the same terms under which EBR had previously hired foreign nationals, including under the CODOFIL program. Under these terms, the foreign teachers took care of all the expenses related to their travel to the United States and lodging upon arrival; EBR, other than by payment of salary and benefits (as with a domestic hire), incurred no expense, including for visa processing, travel, lodging, legal expenses, *etc.* EBR has never paid the travel and relocation expenses of its new teacher hires, domestic or foreign.

8.      EBR was interested in these proposals, because in late 2006 EBR was experiencing a critical teacher shortage. During this time, Dr. Swinford and I discovered that the State of Louisiana's Recovery School District was using UPI to hire teachers from the Philippines, with no reported problems. Given this track record, Dr. Swinford decided that EBR should interview UPI's candidates, and the Superintendent approved the interviews.

9.      I contacted Navarro and told her we were interested in interviewing some of UPI's candidates, and arrangements were made. In July of 2007, I and a number of principals from different EBR schools where teacher shortages existed interviewed a group of candidates via video-conference. The principals and I evaluated the various candidates, and discussed our impressions with Dr. Swinford, who in turn made hiring recommendations to the Superintendent that were ultimately approved by EBR. Ultimately, out of this first group of interviews, approximately twenty-one teachers were hired, including Ingrid Cruz.

10.     At no time was any written contract between EBR and UPI ever signed. Rather, based upon the proposals of UPI, Exhibit "A," it was EBR's understanding that UPI was

- 3 -

representing the teachers, and attempting to solicit EBR's interest in hiring those teachers, *i.e.*, UPI's clients. UPI was never paid anything by EBR, and there was no agreement that UPI would receive any money, or that UPI had to perform any particular service for EBR. Nor was there any agreement that EBR had to hire a certain number of the teachers presented by UPI, or that EBR could not hire teachers that solicited EBR directly, or through other agencies. To the contrary, EBR later learned that at the same times that UPI was making its clients available to EBR for interviews, it was also making those clients available to other school districts around the United States for interviews.

11.     Had UPI been "hired" as a contractor by EBR, there would have been forms that the law requires to be filled out, to show that EBR, as a public institution in Louisiana, has complied with or is otherwise exempt from Louisiana's public bid and public contract laws. No such forms were filled out, because UPI was never hired.

12.     After the first "wave" of teachers was hired in or around July of 2007, the teachers arrived and began working. The reports of their work were generally positive, so Dr. Swinford informed me that she was interested in interviewing some more of UPI's candidates. Accordingly, I made arrangements for Dr. Swinford and principals from the East Baton Rouge Parish School System to travel to the Philippines in November of 2007, and again in March of 2008. More teachers were hired in second and third "waves" based upon these interviews.

13.     Mairi Nunag-Tanedo and Donnabel Escuadra were both hired as part of the third "wave" of interviews; both began teaching in August of 2008.

14.     With the dramatic need for additional teachers that the East Baton Rouge School System had experienced in 2006 addressed in large measure by these hirings, we did not arrange for any further interviews in the Philippines after March of 2008.

- 4 -

15.     Of the more than two hundred teachers we hired, the great majority continue to work for EBR, although for various reasons approximately 35 of these teachers have been terminated and returned to the Philippines.

16.     I know a great many of these teachers personally.  When the first "wave" of teachers started arriving, I personally picked up many of them at the airport and helped them set up a checking account and go shopping, before bringing them to their residences.  I did this because, being strangers in a strange land, I thought they might need the help.  Later on, when the numbers of new arrivals became too numerous for us to address, I contacted the local Filipino association, which graciously took over the task of meeting and greeting the new hires.

17.     When the new hires arrived, they already had lodging arrangements and arrived with keys to their apartments.  I assume UPI arranged this, but I was not personally involved in arranging lodging for the teachers.

18.     Although I spoke to many of the teachers, I initially did not hear any complaints about UPI.  Later, however, I remember that Ingrid Cruz came to talk to me, and was crying. She said that she did not like living in the apartment where she was, but that Navarro was making her live there.  I told her that this was that United States and she did not have to do what Navarro told her to do, and if she wanted to move, she should just move when her lease was up.

19.     Some time after the first wave of teachers had arrived, we decided to have an orientation session for the Filipino teachers.  In that session, the teachers were introduced to the teachers' unions, and given the option of joining the unions, which many of them did.

20.     Later in 2008, after my talk with Ingrid, Dr. Swinford and I began to hear other complaints from some of the teachers, including that Navarro was making threats to the effect that she could have them fired.  In response, Dr. Swinford held a meeting of all the Filipino

- 5 -

teachers in December of 2008 in which she made it clear to all of the Filipino teachers that Navarro could not get them fired, and that their continued employment was based solely upon their performance and the other considerations (such as funding levels) applicable to all teachers in the district.

21.     At first, the Filipino teachers receive one-year visas.  Primarily this was because that is what the paperwork submitted to EBR on behalf of the teachers indicated, although it did also correspond to EBR's custom of one-year employment contracts, with annual renewals based upon factors such as tenure and performance.  As stated previously, the teachers or their representatives, in the case of the Filipino teachers initially at least represented by UPI, were the ones who filled out the forms and submitted them for signature by the Superintendent.

22.     In early 2009, there was a problem with Ingrid Cruz's visa renewal application. She only had a sixth month renewal of her visa, which did not allow her to even complete the school year.  Ingrid brought this situation to the attention of Dr. Swinford, and Dr. Swinford contacted UPI and told them to prepare a new renewal form for Ingrid.  We received this renewal form on February 9, 2009.  The correspondence from the attorney who prepared it for Ingrid is attached hereto as Exhibit "C."

23.     However, by this time, Ingrid had decided that she wanted to use another attorney who was not affiliated with UPI, so the UPI application was not used in preference to the application prepared by Ingrid's new attorney.  The application prepared by this attorney is attached hereto as Exhibit "D."  This application requested a three year visa, so the Superintendent, at Dr. Swinford's request, executed the application and related correspondence requesting that a three-year visa be issued to Ingrid.  The letter executed by the Superintendent on February 9, 2009 is attached hereto as Exhibit "E."

PD.5328360.1

24.     Following the experience with Ingrid's visa, Dr. Swinford decided that EBR would start having all of the Filipino teachers request a three-year visa.  The reason for this was that some of the teachers, due to errors in the process that led to a temporary denial of entry status, had to return to the Philippines for several months before they could return to the United States and resume teaching.  Dr. Swinford felt these disruptions would be lessened if renewal only came up tri-annually.  In addition, we all felt that the three-year visa was preferable because of the mountain of paperwork generated by having to process more than 200 visa renewal forms every year.

25.     Some of the Filipino teachers stopped using UPI and hired their own attorneys to represent them.  However, some of these new attorneys continued to request one-year visas on behalf of their clients.  For example, in October of 2009, Mairi Nunag-Tanedo hired Goldie Domingue who prepared an application for the renewal of Ms. Tanedo's visa; however, even though EBR was doing three-year extensions at that time, this application requested only a one-year extension.  A copy of this application is attached hereto as Exhibit "F."  This oversight by the attorney hired by Tanedo was later corrected, and Tanedo, like all the other Filipino teachers that remain with EBR, is currently operating under a three-year visa.

26.     In mid-2010, rumors began to circulate that some of the teachers had been talking to attorneys and were planning to sue UPI and EBR.  We heard this from various Filipino teachers.  Later that month, some of the teachers delivered to the main office a petition signed by 56 of the Filipino teachers expressing their support of EBR.  A copy of this petition is attached hereto as Exhibit "G."

27.     All documents attached hereto are documents that were delivered to me in the ordinary course of my employment as Recruiting Manager for EBR, and it was common and

- 7 -

customary for me to receive such documents in the ordinary performance of my duties as the Recruiting Manager of EBR.  These records were, after receipt, placed by me in the files of EBR, and have since then been kept and maintained as per the usual and customary practices of EBR. The documents attached hereto have previously been supplied to counsel for Mairi Nunag-Tanedo, Ingrid Cruz, and Donnabel Escuadra, pursuant to a public records request upon EBR.

I declare under penalty of perjury that the foregoing statement is true and correct, this the 25th ___ day of July, 2011.

Daphne Donaldson

- 8 -

10/24/2006  02:30   0000000000                                                    PAGE   01



3345 Wilshire Blvd Suite # 407 B
Los Angeles, California 90010

## Universal Placement International, Inc.

# Fax

**To:** _Daphne_    **From:** _Lulu Navarro_

**Company:** _East Baton Rouge Parish School_

**Phone:** _____    **Pages:** _____ (including cover sheet)

**Fax:** _225 - 922-5688_    **Date:** _10 - 24 - 06_

_____

**\* Comments:**

Tel # 213-389-8878   Fax # 213-389-8868   Email: UniversalPlmt@aol.com



EXHIBIT

A

10/24/2005   02:30   0000000000                                          PAGE   02



g3345 Wilshire Blvd Suite # 407
Los Angeles, California 90010

# Universal Placement International, Inc.

Please allow me to introduce myself. I am Lulu Navarro, President of Universal Placement International, Inc. I am the Chief Executive Officer for this organization that recruits highly qualified fully credentialed teachers.

Understanding the needs of the School District has been our concern and to this effect, we have provided excellent applicants to different school districts. We understand that because of the budget constraint that the school district has limited funding for this type of service and that is why we offer our **SERVICE FOR FREE.**

Despite legislative efforts and appropriations, qualified educators remain highly sought after, particularly in central city public schools. The repercussions of such a shortage would be to deprive a generation of our most precious passable resource; EDUCATION.

**"NO CHILD LEFT BEHIND ACT"** helps us to look at school, governance and the federal role in education the right way. It reminds us that the goal of schools is not to issue diplomas, but to EDUCATE STUDENTS, because our nation's freedom ultimately depends on an informed public and a high standard of educational excellence.

Our teachers have been Credentialed and Evaluated by respected and accredited agencies, namely, California Commission on Teacher Credentialing, World Education Services and by the International Education Research Foundation.

With the growing shortage of educators approaching a crisis level, the need for innovation is essential. Universal Placement International is answering that challenge as it plans to expand its services and help reduce these critical shortages in conjunction with recent legislation and statewide workforce initiatives.

I am anxious to meet with you personally to discuss how we can begin a mutually beneficial business relationship. I am confident that, after meeting with me, you will be impressed and inclined to hear more about my services.

Please contact me at 213/389-8878 so that we can schedule an introductory meeting in the next few days.

Sincerely,

Lulu Navarro
President

Tel # 213.389.8878   Fax 213.389.8908   Email: UniversalPlacing@aol.com

10/24/2006  02:30    0000000000                                                   PAGE   04



3345 Wilshire Blvd Suite # 407 B
Los Angeles, California 90010

# Universal Placement International, Inc.

Dear Sir or Madam:

We would like to take this opportunity to introduce our company, UNIVERSAL PLACEMENT INTERNATIONAL, INC.   UNIVERSAL PLACEMENT INTERNATIONAL, INC., recruits only Credentialed Teachers from within and outside the United States. Our company understands the need in the teaching industry especially in the hard to fill positions i.e. **Math, Science, Special Education** teachers, and **Speech Therapist/Language Specialist**.  Our teachers have been Credentialed and Evaluated by respected and accredited agencies, namely, **California Commission on Teacher Credentialing, World Education Services** and by the **International Education Research Foundation**.

Understanding the needs of the School District has been our concern and to this effect, we have provided excellent applicants to different school districts.  We understand that because of the budget constraint that the school district has limited funding for this type of service and that is why we offer our **SERVICE FOR FREE**

We provide **Free In-Service Seminars** for our candidates such as California Teaching Standards, Classroom Management, Balance Literacy, Instructional Strategies, Lesson Plan, C-BEST preparation class etc…

We are currently working with the following School Districts:

- Norwalk-La Mirada Unified School District, Norwalk, California
- Huntington Beach City School District, Huntington Beach, California
- Lynwood Unified School District, Lynwood California
- New Design Charter School, Los Angeles, California
- Soledad Enrichment Action, Los Angeles, California
- High Desert Academy, Victorville, California
- Green Dot Public Schools, Inglewood, California
- Little Citizens Westside Academy, Los Angeles, California
- Tobin World Schools, Chartered School of Los Angeles Unified School District, in California
- Today's Fresh Start Chartered School, Los Angeles, California

*As well as other Charter and Private Schools.*

If you need additional information please check our website @ www.universalplacementinc.com Please call me at your convenience so I can discuss with you further details of how we can work together.  Thank you.

Sincerely,

Lulu Navarro, President

Tel # 213-384-5679   Fax # 213-389-4368   Email: Universal@hotmail.com

10/24/2006  02:58     0000000000                                         PAGE  01



3345 Wilshire Blvd Suite # 407 B
Los Angeles, California 90010

## Universal Placement International, Inc.

# Fax

To: ___Daphne_____   From: ___Julie Navarro___

Company: ___East Baton Rouge Parish School___

Phone: _____   Pages: _____(including cover sheet)

Fax: ___225-922-5688___   Date: ___10-24-06___

\* *Comments:*

Tel # 213 389 8878    Fax # 213 389 8868   Email: UniversalPlmt@aol.com



3345 Wilshire Blvd Suite # 407 B
Los Angeles, California 90010

## Universal Placement International, Inc.

# Fax

**To:** Daphne      **From:** Julie

**Company:** EBR

**Phone:** _____    **Pages:** 4 (including cover sheet)

**Fax:** 226-218-8324    **Date:** November 20, 06

**CC:** _____

**\* Comments:**

Please see attached
copy of proposal I mailed
to Ms. Swinford.

Thank you

Sincerely,
Julie

Tel # 213.389.8878    Fax # 213.389.8868    Email: UniversalPlmt@aol.com



3345 Wilshire Blvd Suite # 407
Los Angeles, California 90010

## Universal Placement International, Inc.

### A PROPOSAL TO:
### East Baton Rouge Parish School System
### MS. Liz Duran Swinford
### Associate Superintendent
### for Human Resources

Understanding the needs of the School District has been our concern and to this effect, we have provided excellent applicants to different schools districts. We understand that because of the budget constraint the school district has limited funding for this type of service and that is why we offer the service for FREE.

Our company is comprised of educated and experienced professionals who have gained their expertise in the fields of recruitment and placement business. We at UNIVERSAL PLACEMENT INTERNATIONAL, INC. are highly motivated to work, to serve, and to deliver highly qualified, experienced, well trained and credentialed teachers all over the United States of America.

Our services provide a new industry standard in flexible interactive relationships for job seekers and employers. Using new tools, we revolutionize the way our clients find the candidates who are the "right fit" for their specific requirements because all our candidates undergo series of educational workshops and training programs, to prepare them for interviews, credentialing, work commencement, classroom management, teaching strategies, relocation, managing stress and homesickness as well as guidance to adjust to living in a new culture and environment which all take place in their home countries.

UNIVERSAL PLACEMENT INTERNATIONAL, INC. recognizes that school districts are experiencing much stress and frustration in finding highly qualified credentialed teachers due to the national shortage we are all experiencing. Universal Placement International, Inc. would like to assist EAST BATON ROUGE PARISH SCHOOL SYSTEM with the hiring of international teachers in special areas like Math, Science and Special Education.

Tel # 213 389 8858    Fax # 213 389 8863    Email : Universal@inuighnet.com

## SERVICES TO BE PROVIDED FOR EAST BATON ROUGE PARISH SCHOOL SYSTEM

1. We will provide the following information for each individual applications:
   - ➢ Resume
   - ➢ Foreign Transcript Evaluation
   - ➢ Original Transcript of Records (BS, MA, Ph. D)
   - ➢ Teaching license from country origin
   - ➢ Diplomas
   - ➢ State Credential issue by Louisiana Department of Education

2. We will pre-screen and interview candidates prior to the interview and selection process.

3. We will obtain a thorough medical report and criminal background check for each applicant selected.

4. We will provide pre and post placement training/seminars on classroom management, instructional strategies, balanced literacy and cultural diversity.

5. We will complete and process all legal documents in order to obtain the H-1B status for the selected teacher applicant.

6. Once the Visa is approved it's then sent to our office in the Philippines, which then assists the candidates in the interview process in the U.S. Embassy Manila.

7. Upon issuance of Visa, the Philippines office makes the necessary arrangement for the flight itinerary of candidates to the Unites States.

8. Once the qualified teachers arrive to their port of entry, our company takes care of their accommodations and guides them through the process of applying and acquiring their necessary documents. While they are waiting for government agencies and private institutions to release the needed documents to legalize their work status, UNIVERSAL PLACEMENT INTERNATIONAL, INC. then works closely with the schools and/or school districts so as the teachers will be able to do classroom observation and school site visitations. In this way, the teachers are able to prepare and get acclimated to the new school environment, administrators and orientation of the school.

I will need at least 2 weeks in preparing everything that is needed for you. Please advise me when you would like to travel to the Philippines to conduct the interview. I will be available to assist you in your travel arrangements as well.

**Our mission is to provide you with the best credentialed teacher for your school because your students are our children and we believe that our children deserve only the best.**

**Our business references:**

1.  Mr. Larry Lodwick
    Assistant Superintendent
    Norwalk La Mirada School District
    (562) 868-0431

2.  Mr. Yaw Udutwum
    CEO
    New Designs Charter School
    (323) 293-7009

3.  Mr. Ike Okonkwo
    Board Chairman
    Wisdom Academy Charter School
    (323) 253-0423

**I look forward to working with you and the EAST BATON ROUGE PARISH SCHOOL SYSTEM in the teacher recruitment project.**

Sincerely,

Lulu Navarro
Universal Placement International, Inc.
3345 Wilshire Blvd. # Ste#407
Los Angeles, CA 90010

The undersigned, being the CEO of the company represents UNIVERSAL PLACEMENT INTERNATIONAL, INC. which is a recruitment company organized under the accordance with the laws of the United States of America, with an office address at 3345 Wilshire Blvd., Suite 407 Los Angeles, California and we hold a land- based license to recruit, to process, and to deploy teachers upon the approval of the USCIS pursuant to the Labor Code and Government Rules and Regulations administering overseas hiring and employment.



*Wisdom Academy*    *Young Scientists*



November 14, 2006

Ms. Lulu Navarro
Universal Placement
International, Inc.
3345 Wilshire Blvd., Suite #407
Los Angeles, CA 90010

Dear Ms. Navarro:

I wish to thank you for staffing WAYS Charter school with highly qualified certificated teachers.

These teachers have been very open to learn and very committed to do their work to their utmost abilities.

They love the children and are driven by the mission of the school. There is evidence of work in every classroom. All parents are impressed and very happy to have them as teachers for their children.

Ms. Navarro you are the top of the line professional in hiring teachers. I will highly recommend you to any school that needs teachers, because I know your staff will continue to make a difference in the teaching profession. Thank you so very much.

Sincerely,

Ike Okonkwo, Board Chairman

*Charter School*

***Empowering Students to be Leaders, Change Agents, and True Scientists***

706 E. Manchester Avenue ★ Los Angeles, California 90001
Phone: (323) 752-6655 ★ Fax: (323) 752-6665
e-mail: wisdomacademy4ys@yahoo.com
www.calstatela.edu/WAYS

06/26/2007  05:22   0000000000                                                PAGE  02



3345 Wilshire Blvd Suite # 407
Los Angeles, California 90010

## Universal Placement International, Inc.

### RECEIVED

JUN 2 7 2007

ASSOCIATE SUPERINTENDENT
OFFICE OF HUMAN RESOURCES

Understanding the needs of the School District has been our concern and to this effect, we have provided excellent applicants to different schools districts. We understand that because of the budget constraint the school district has limited funding for this type of service and that is why we offer the service for FREE.

Our company is comprised of educated and experienced professionals who have gained their expertise in the fields of recruitment and placement business. We at **UNIVERSAL PLACEMENT INTERNATIONAL, INC.** are highly motivated to work, to serve, and to deliver highly qualified, experienced, well trained and credentialed teachers all over the United States of America.

Our services provide a new industry standard in flexible interactive relationships for job seekers and employers. Using new tools, we revolutionize the way our clients find the candidates who are the "right fit" for their specific requirements because all our candidates undergo series of educational workshops and training programs, to prepare them for interviews, credentialing, work commencement, classroom management, teaching strategies, relocation, managing stress and homesickness as well as guidance to adjust to living in a new culture and environment which all take place in their home countries.

**UNIVERSAL PLACEMENT INTERNATIONAL, INC.** recognizes that school districts are experiencing much stress and frustration in finding highly qualified credentialed teachers due to the national shortage we are all experiencing. **Universal Placement International, Inc.** would like to assist with the hiring of international teachers in special areas like Math, Science and Special Education.

Tel # 213 389 5878   Fax # 213 489 8863   Email: UniversalPlint@aol.com



1.   **SERVICES TO BE PROVIDED FOR SCHOOL DISTRICT**

2.   We will provide the following information for each individual applications:
     - Resume
     - Foreign Transcript Evaluation
     - Original Transcript of Records (BS, MA, Ph. D)
     - Teaching license from country origin
     - Diplomas
     - State Credential issue by the Department of Education

3.   We will pre-screen and interview candidates prior to the interview and selection process.

4.   We will obtain a thorough medical report and criminal background check for each applicant selected.

5.   We will provide pre and post placement training/seminars on classroom management, instructional strategies, balanced literacy and cultural diversity.

6.   We will complete and process all legal documents in order to obtain the H-1B status for the selected teacher applicant.

7.   Once the Visa is approved it's then sent to our office in the Philippines, which then assists the candidates in the interview process in the U.S. Embassy Manila.

8.   Upon issuance of Visa, the Philippines office makes the necessary arrangement for the flight itinerary of candidates to the Unites States.

9.   Once the qualified teachers arrive to their port of entry, our company takes care of their accommodations and guides them through the process of applying and acquiring their necessary documents.  While they are waiting for government agencies and private institutions to release the needed documents to legalize their work status, UNIVERSAL PLACEMENT INTERNATIONAL, INC. then works closely with the schools and/or school districts so as the teachers will be able to do classroom observation and school site visitations. In this way, the teachers are able to prepare and get acclimated to the new school environment, administrators and orientation of the school.

While other placement agencies are subjected to H-1B work visa cap, we are not. We have highly qualified attorneys who assist us and enable us to place international teachers for H-1B visas throughout the entire year.

I will need at least 2 weeks in preparing everything that is needed for you.  Please advise me when you would like to travel to the Philippines to conduct the interview. I will be available to assist you in your travel arrangements as well.

**Our mission is to provide you with the best credentialed teacher for your school because your students are our children and we believe that our children deserve only the best.**

**I look forward to working with you in the teacher recruitment project.**

Sincerely,

Lulu Navarro
Universal Placement International, Inc.
3345 Wilshire Blvd. # Ste#407
Los Angeles, CA 90010

The undersigned, being the CEO of the company represents **UNIVERSAL PLACEMENT INTERNATIONAL, INC.** which is a recruitment company organized under the accordance with the laws of the United States of America, with an office address at 3345 Wilshire Blvd., Suite 407 Los Angeles, California and we hold a land- based license to recruit, to process, and to deploy teachers upon the approval of the USCIS pursuant to the Labor Code and Government Rules and Regulations administering overseas hiring and employment.

06/26/2007  05:22  0000000000                               PAGE  01

# RECEIVED

JUN 2 7 2007                    3345 Wilshire Blvd Suite # 407 B
                               Los Angeles, California 90010

HUMAN RESOURCES RECEPTIONIST



## Universal Placement International, Inc.

# Fax

To: MS. LIZ DURAN SWINFORD   From: Lulu Navarro

Company: EBR SCHOOLS

Phone: 225-922-5659   Pages: 4 (including cover sheet)

Fax: 225-922-5688   Date: June 26, 2007

*Comments:*

Tel # 713-389-8878   Fax # 213-380-8868  Email: UniversalPlmt@aol.com

| Name | Certification | Signature |
|---|---|---|
| Sheryl Mangasin | ELEMENTARY | *(signature)* |
| Marites Tapalla | HIGH SCHOOL - Science | *(signature)* |
| Marita Linguete | H.S. Math | *(signature)* |
| Marites Antonio | High school - Physic | *(signature)* |
| Roland Dante | HIGH SCHOOL MATH | *(signature)* |
| Imelda Orit | 'HIGH - SCHOOL - ENGLISH | KINDERGARTEN *(signature)* |
| Aileen Casiano | SPED | *(signature)* |
| Rosalia Astudillo | Primary Grader Elem | *(signature)* |
| Rhodora Barcenas | ELEMENTARY | *(signature)* |
| Eden Villarmino | ELEMENTARY | *(signature)* |
| Alfredo Caracena | EVOLENTARY SPED | *(signature)* |
| Eden Galido | | |
| Magie Marasigan | ELEMENTARY | *(signature)* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10/24/2005  02:58    0000000000                                      PAGE   02

g3345 Wilshire Blvd Suite # 407
Los Angeles, California 90010

## Universal Placement International, Inc.

Attn: Ms. Liz Duran Swinford
East Baton Rouge Parish School System
1050 South Foster Drive
Baton Rouge, LA 70806

Re:    **Employer's Guide to H-1B Processing**

Dear Ms. Liz Duran Swinford;

For your guidance and information, hereunder is a short instructional on the process involved in obtaining said status/visa and the attendant responsibilities of an employer.

As you well know, to obtain an H-1B status, the position you must offer is a "specialty occupation" which means "an occupation which requires theoretical and practical application of a body of highly specialized knowledge to perform fully the occupation, and which requires the attainment of a bachelor's or higher degree as a minimum requirement to perform the job duties."

To start the proceedings of the status/visa application, the employer is obliged to accomplish and submit the following forms to the USCIS: (i) Form I-129H, Petition for Nonimmigrant Worker and (ii) Labor Condition Application (LCA). Among the information and or documents that should be divulged to the USCIS in said forms includes but is not limited to the following:

    (i)     Name of the Employer (including DBA if any);
    (ii)    Address of the Employer
    (iii)   Federal Employer ID No.;
    (iv)   Number of Employees;
    (v)    Gross Annual Income;
    (vi)   Net Annual Income;
    (vii)   Address Where Employee is to be Assigned;
    (viii)  Business Licenses;
    (ix)   Promotional Brochures.

Please also note that the LCA is to be submitted electronically first to the Department of Labor through their website. The proof of the submitted copy shall be submitted with the Form I-129 to the USCIS. It contains a series of covenants and obligations that the employer must observe including:

    (i)     the employment of the H-1B worker will not adversely affect the working conditions of other similarly employed workers;

Tel #213-384-8828   Fax #213-380-3868   Email: UniversalPlint@aol.com

(ii)    there is no strike, lockout or work stoppage in the course of a labor dispute
         affecting the employer's employees in the occupation at the work site;

(iii)   notice of the LCA filing has been provided to other workers at the location.

One of the more important obligations of an H-1B employer is to pay the H-1B employee of the
minimum wage that he/she is entitled to under the law. The minimum wage is dependent on the job
position being offered and the county where the principal office of the business is located.  A
schedule is usually provided in the website of the Department of Labor.

The H-1B Application forms and the supporting documents are to be filed with the USCIS with
jurisdiction over the work site.  The supporting documents may consist of proof that the position
offered is a specialty occupation, the H-1B employee to be hired has the necessary credentials to fill
the specialty occupation position and legitimacy of the employer's business.  The filing fees involved
are as follows:

(i)     Filing Fee of $190.00
(ii)    ACWIA Fee of $750.00 (if less than 25 employees) and $1500 (25 or more
         employees; and
(iii)   Fraud Fee of $500.

It takes approximately 3 to 6 months for the USCIS to adjudicate the petition unless an expedited
processing is requested.  In the latter case, an additional $1,000 fee is required to enable the
employer to receive a response from the USCIS within 15 business days.

Only after the petition is approved may the H-1B employee take the approval notice to a US
consulate to obtain an H-1B visa to enter the US.   If the application has indicated that the H-1B
worker is already in the United States invalid status, the worker may commence employment for the
employer once the H-1B petition is approved.  The duration of an H-1B status or visa may be
anywhere from 1 year to 3 years at the discretion of the USCIS.  The same may be renewed for a
maximum of another 3 years.

We trust that we have explained the foregoing sufficiently.  If you have any questions, please do not
hesitate to contact us.


Very Truly Yours,



Lulu Navarro

10/24/2006  05:04    0000000000                                    PAGE   01



3345 Wilshire Blvd Suite # 407 B
Los Angeles, California 90010

## Universal Placement International, Inc.

# Fax

**To:** _Daphne_     **From:** _Julu Navaro_

**Company:** _East Baton Rouge Parish School_

**Phone:** _____ **Pages:** _____ **(including cover sheet)**

**Fax:** _225 - 922 - 5688_ **Date:** _10 - 24 - 06_

**\* Comments:**

Tel # 213.389.8878    Fax # 213.389.8868    Email: UniversalPlmt@aol.com

10/24/2006   05:04     0000000000                                          PAGE   02



g3345 Wilshire Blvd Suite # 407
Los Angeles, California 90010



## Universal Placement International, Inc.

October 24, 2006

East Baton Rouge Parish School System
1050 South Foster Drive
Baton Rouge, LA 70806

Dear Daphne:

I have called Regina Poole from the Commission on Teacher Credentialing in Louisiana, regarding teacher credential for out of State teachers and foreign graduate teachers.  Based on our conversation I need to do the following:

1. Send the foreign transcript of the teacher applicant for evaluation to the American Association of Collegiate Registrars and Admission officers (A.A.C.R.O)
2. Once the foreign transcript is evaluated we will then submit the application to the Louisiana State for the teachers credential
3. Foreign graduate teachers will be issued 3 years out of State Certificate, once issued the Teacher applicant will take the Praxis (0353 / 0542)
4. Universal Placement can also provide teacher to your School District that are already credentialed in the State of California and will get reciprocity with the State of Louisiana

As mentioned before, Universal Placement International will take care of all the paperwork necessary for the processing of their VISA & Immigration documents as well as the credential application for each and every candidate selected your job is to interview, select and sign immigration petition documents when necessary.

I look for your positive response and if you have any other concern or questions please give me a call.

Thank you.
Sincerely,

Lulu Navarro

Tel / 213 389 8873   Fax / 213 389 8862   Email  UniversalPlint@aol.com



## Avenida International Consultants, Inc.

# The International
# Teacher Placement Program

*Ligaya E. Avenida*
*2077 Fairmont Drive*
*San Mateo, CA 94402 USA*

*Telephone:*    *(650) 554-9301*
*Fax:*            *(650) 554-9302*
*Email:* *leavenida@aol.com*

**EXHIBIT**

**B**

 THE INTERNATIONAL TEACHER
PLACEMENT PROGRAM

## I.    Introduction

The current demand for qualified teachers in the United States has given rise to various recruitment strategies. International recruitment of foreign trained teachers is being successfully used by many districts to meet their staffing needs. Avenida International Consultants has been engaged in assisting districts bring teachers from the Philippines since 1995 in the areas of Mathematics, Science, and Special Education, Speech Pathologists and others.   The program has been extremely successful and has now resulted in almost 1000 teachers teaching in several urban districts across the United States.

Avenida International Consultants has expanded its recruitment focus to put emphasis on the teacher's qualification and preparation to teach in any U.S. school.   Several features are designed to strengthen the program that will result in the hiring of the best and most highly qualified teachers to meet the requirements of any state laws.

## II.    Subject Areas of Teachers

A. **Special Education** – Teachers who have training and experience in all areas of Special Education, Autism, MR LD, ED Inclusion, Vision and Hearing Impaired.

B. **Speech Pathologist/Communication Disorder**
Teachers have undergraduate and graduate degrees in Speech Pathology and Communication Disorder. They are qualified to work with children with language disorder and are required to enroll in a Masters Degree program with US University.

Rev. 5/19/2009

1

C. **Occupational Therapist, Physical Therapist** - Candidates are trained and licensed in these areas from their own country but possess Special Education academic training, qualifying them both as Special Education teachers and OT/PT Interns.

D. **Mathematics** – Candidates possess degrees, experience and teaching in Mathematics.  Many candidates can teach all levels of Mathematics from Algebra to Calculus.

E. **Science** – Candidates possess degrees and experience in all Science areas such as:  Biology, Chemistry, Physics, Zoology, and Earth Science.

F. **Other Subjects:**  Candidates who have degrees in other fields like PE, English, Reading, and ESL are also available and eligible.

### III.    Profile of Filipino Teachers

✓ Possesses a Bachelor of Arts or higher degree in Education or related field
✓ Has a minimum of 3 or more years experience in teaching
✓ Possesses Teacher Certification from the Philippines
✓ Able to meet state certification in the United States
✓ Fluent in English speaking, reading, and writing
✓ High level of commitment and work ethics

### IV.    Program

This recruitment program utilizes a one-stop-shop approach to the hiring of foreign trained teachers.   It is designed to assist districts in hiring the most highly qualified teachers in an efficient and effective process.   In order to guarantee a teacher's successful teaching experience, a comprehensive training program is required for every candidate to complete prior to departure to the United States.

The program has five major components:

A.    Screening and Selection Process

Applicants submit a resume and a copy of their college transcript to Avenida International Consultants (AIC). Documents are reviewed to determine the candidate's eligibility to meet U.S. requirements. Candidates who meet the eligibility criteria are entered into a database and become eligible for interview.  No applicant is considered unless they

possess the most important requirement of academic content and student teaching.

**B.** Rigorous Interview Process

Eligible applicants are provided an orientation and given a pre-test in Mathematics, Reading Comprehension and Essay Writing to determine their aptitude and their ability to pass State Tests when they arrive in the United States.  District representatives conduct one-on-one interviews with candidates either in person, via telephone or videoconference. Although the preferred mode is the personal interview, some districts have opted for telephone or videoconferencing as an interview procedure. Successful candidates are offered a written offer of employment by the district after the interview.

*No cost to the district*

**C.** Pre-US Arrival Training

Teachers, who are offered a contract, are required to attend modular training from an accredited college in the Philippines while they are preparing for their visa.  The training sessions include specific topics that are priorities of any U.S. districts such as: Classroom Management Discipline, Teaching Strategies, Teaching Standards, Assessment, Diversity in the Classroom, Cultural Orientation, and Test Preparation Workshops. Districts may also suggest specific topics for their teachers to take as part of the training.

**D.** Visa Options

Option I

Teachers who are sponsored by districts for HI-B visas and act as their employer the following information will apply.   Avenida International Consultants will be responsible for the preparation and submission of all required documents for visa processing.  AIC utilizes an immigration attorney for submitting the visas for the teachers in the most efficient process.  All fees related to the visa, license application and travel to the U.S. is the

responsibility of the teacher.  No cost is incurred by the district.  H-IB visas are generally given for 3 years and can be extended for another 3 years.

Option II

J-1 visas are cultural teacher exchange visas good for 3 years, but can be converted into an H-1B visa at the end of the 3 years.  J-1 Visas are issued on a year-to-year basis depending on teacher performance.

E.    Comprehensive Support System

AIC will provide a two tier support program for the selected teachers especially focusing on their needs as they transition into a new environment.

### Tier 1 – Recruitment, Selection and Processing

- Assists with all Immigration documents and processing
- Assists in meeting State Certification Requirements
- Provides pre-departure training program
- Provides orientation upon arrival in the United States
- Assists with housing, travel, and airport pickup
- Maintains contact with teachers during their tenure in the U.S.

### Tier II – Mentoring and Support Program (Optional and to be negotiated with the District)

Additional services in the Tier II level are available to the teachers when a contractual arrangement is made with the district for a comprehensive support program.  AIC will enter into a consultancy agreement with the district to provide the mentoring, coaching, staff development and class visitation services.  Fees will be negotiated with the district.

## V.    Cost

AIC offers this  program at no cost to the district.  Candidates pay for all fees related to their visa, license and travel.

## VI.    Timeline

- ✓ Application: On Going
- ✓ Screening of Application: On Going
- ✓ Interviews: November-May
- ✓ Processing of Visa: November-June
- ✓ Pre-departure Training: December-May
- ✓ Arrival in United States: July- August
- ✓ Orientation: July- August

4

## VII. Guarantees

This program specifically guarantees the following for any district who participates in the program:

- ✓ A wide and diverse pool of candidates who have been pre-screened for eligibility in Special Education, Mathematics, Science or any other subject fields.
- ✓ Highly qualified and competent teachers who meet the State Certification requirements and the No Child Left Behind Initiative.
- ✓ A one-stop-shop to recruitment hiring and visa preparation that is easy and efficient.
- ✓ Teachers who have been received training in U.S. expectations and standards
- ✓ A smooth transition and orientation to the United States and to a new work environment.
- ✓ A support system offered to teachers to ensure their successful arrival and transition into the U.S. classrooms.
- ✓ An ability to hire highly qualified teachers for "hard to fill" positions.

## VII. About Our Company

The International Teacher Placement Program was established in 1995 as a response to the shortage of qualified teachers in the San Francisco Unified School District. Ligaya Avenida, founder and president of Avenida International Consultants, began the program when she was the Director of Human Resources for the school system. A career educator for over 30 years until her recent retirement. Ligaya has held various administrative positions in the San Francisco Unified School district that has developed her expertise in recruiting of teachers.

Today, she serves as a consultant to several school districts in California and in other states, providing assistance and support to them in meeting their staffing needs, finding highly qualified teachers, and ensuring that districts hire only the Best and the Brightest for their schools. Ligaya's extensive background in Human Resources and her "out of the box" approach to finding solutions to these challenges has helped many district get the right teachers into the right classroom.

**Avenida International Consultants**
**2077 Fairmont Drive, San Mateo, CA 94402**
**Telephone: 650-554-9301 - Fax: 650-554-9302**
**E-mail: Leavenida@aol.com**

5

# REQUIRED TRAINING MODULE

**The modules below are the curriculum content of the training component required to be completed by every teacher in the program.**

---

**Module I:   Introduction to American Education**

- ❖ U.S. Educational System
- ❖ Current Trends and Issues
- ❖ The Multicultural Classrooms
- ❖ Parent Involvement in U.S. Schools
- ❖ U.S. Teaching Standards
- ❖ Literacy Development

**Module II:  Teaching Strategies**

- ❖ Language Acquisition
- ❖ Sheltered English Instruction
- ❖ Integrated Styles in the Classroom
- ❖ Behavior Modification

**Module III: Teaching Strategies**

- ❖ Cooperative Learning
- ❖ Classroom Management
- ❖ Discipline in the Classroom
- ❖ IEP Process in the United States
- ❖ Inclusive Classrooms

**Module IV: Teaching Strategies**

- ❖ Team Teaching
- ❖ Discipline
- ❖ Portfolio and Assessment
- ❖ Teaching English Language Learners
- ❖ Use of Technology in Classroom

Rev. 5/19/2009

# Partial Listing of Participating School Districts

Arizona:
> Washington Elementary School District
> Cibique Community Schools

California:
> Alum Rock Unified School District
> Eastside Union Unified School District
> Gonzalez Unified School District
> Jefferson Unified School District
> Monterey Peninsula School District
> Pittsburgh Unified School District
> Ravenswood City Unified School District
> Sacramento City Unified School District
> Salinas Unified School District
> ~~San Jose Unified School District~~
> San Mateo/Foster City Unified School District
> Santa Clara County Office of Education
> Santa Clara Unified School District
> West Contra Costa Unified School District

District of Columbia:
> District of Columbia Public Schools

Florida:
> West Palm Beach Unified School District

Louisiana:
> New Orleans Unified School District

Maryland:
> Baltimore City Schools
> Baltimore County Schools

Missouri:
> Kansas City School District

New Jersey:
> Long Branch Unified School District

Nevada:
> Clark County Unified School District

Tennessee:
> Memphis City School

Virginia
> Richmond Unified School District

7



**Avenida International Consultants, Inc.**
2077 Fairmont Drive • San Mateo, CA 94402
650.554.9301 • Fax 650.554.9302
Email: leavenida@aol.com

# The International Teacher Placement Program
## Frequently Asked Questions

**1. Q.   What Visa options do the candidates and/or the district have when recruiting?**

A.   There are three types of visas available to the candidates and the district; The J1 visa which is a Teacher Exchange program, good for 3 years; The HIB visa which is a working visa and regulated by the Immigration in terms of quota and start date.  The HIB visa cap is exempt from all the HIB regulations by virtue of their affiliation with a university.

**2. Q.   When would be the best time for me to interview and select in order to get my teachers here on time?**

A.   To insure that teaches who are hired arrive in the district on time for the beginning of school, the district must interview no later than January if using an HIB visa and no later than April if using the J1.  Interviews done after these dates run the risk of encountering delays with the visa process.

**3. Q.   What is my first step in order to participate in the program for next year?**

A.   The process for participation in the program begins with a request to Avenida International.  This will trigger the process for the interview schedules.

**4. Q.   What is the fastest and best way for reference checks to be made on recommended candidates?**

A.   Reference checks can best be handled during the week that interviewers are conducting the interview.  Telephone calls can be made to each reference by the district employers during the week that they are still in Manila.

**5. Q.   What cost does the district encumber to participate in the program?**

A.   The district does not incur any cost other than the airfare and hotel expenses of the interviewers.  In many cases district who hire 10 or more teachers are reimbursed by the company for their expenses.

**6. Q.   Why are districts recruiting from the Philippines?**

A.   This program is a successful option that guarantees a district to hire highly qualified teachers in the critical shortage areas with minimal cost to the district. Furthermore, there remains a major shortage and there is a projected shortage for "hard-to-fill" positions.  The Philippines and other countries offer a viable alternative.

**7. Q.   What are the fees paid by the candidates?**

A.   Avenida International charges the teacher an inclusive fee that covers everything that they have to spend for example; transcript evaluation, visa application, credential application, fingerprints and transportation to the US.  Other agencies while appearing to be less expensive does not include other fees in their total cost. They are paid for by the candidates separately and when you add them altogether the total expense for the teacher is often even higher than Avenida fees.

**8. Q.   How do we know the candidates are fully credentialed and qualified?**

A.   All applicant paperwork is screened; their transcripts are reviewed and evaluated to insure that they have all the academic requirements to comply with NCLB regulations.  Special emphasis is given to applicants who have a teaching license in the Philippines, and who have gone through a teacher preparation program. They take a modified CBEST exam to insure high level of reliability that they will successfully pass CBEST with the first year.

**9. Q.   Who can we contact and be assured that we can get some assistants once the candidate arrives in the US?**

A.   School districts can contact, Ligaya Avenida, Ernie Zermeno, or Robert Costa regarding any problem with candidates and their transition to the US.

**10. Q.   What support can be provided to candidates for all their expenses?**

A.   Avenida International provides a comprehensive support system to each candidate which includes; arranging for their housing, furniture, meeting them at the airport, taking them to Social Security, banks, transporting them to the district office, an orientation for them to their new environment and communication with the teachers and the district during their teaching career.

**11. Q.** **What impact is their on the district if a candidate later files for permanent residency in the US?**

A. Sponsoring a teacher for permanent residency requires the district to be totally responsible for all expenses related to filing the petition. There are ways of achieving this without the district absorbing all the costs.

**12. Q.** **How will I determine that the candidate is an affective speaker of English?**

A. All candidates come with an accent. Some have heavier accents than others. This issue can best be addressed during the interview time to determine what is acceptable. In many cases we have seen, accents diminish as teachers acclimate to the new environment. Oral language of candidates show marked improvement after a very short period of time. Our company is looking to establish a training program that focuses on accent correction prior to their arrival.

**13. Q.** **What happens if I make an offer and the position is no longer available?**

A. Districts should contact Ligaya Avenida if a problem occurs when a position is no longer available to the teacher who was hired. Ligaya will work with the district so that other option can be explored and assistance can be provided to the teacher.

**14. Q.** **What happens if a teacher is recommended for non-reelection or termination?**

A. Teachers can be non-reelected or terminated at anytime during their tenure if they are not able to meet the expectations of the district and the requirements for licensing in the state. The district does not have any financial or legal obligation if termination is for cause.

**15. Q.** **Can a district continue the employment of teachers on a J1 visa after 3 years? Can another visa be obtained for them?**

A. The option to continue employment of J1 visa teachers is allowed provided the teacher meets the following conditions:

1. Fulfills the requirement of the Department of State/Amity Institute, finishing the 3 years on a J1 Visa
2. Fulfills the requirements of the Philippine CFO Agency for obtaining a waiver to the 2 year return to country process

A. Yes, after fulfilling both conditions an H1-B Petition can be applied for the teachers



3345 Wilshire Blvd Suite # 407
Los Angeles, California 90010

# Universal Placement International, Inc.

February 4, 2009

Dr. Elizabeth Swinford
East Baton Rouge Parish School System
1050 South Foster Drive
Baton Rouge, Louisiana 70806

Dear Dr. Swinford,

As discussed, please see enclosed petition renewal for Ms. Ingrid Cruz. Please have Dr. Placide sign it and if you can please mail it back for filing.

Thank you.

Best regards,

LULU NAVARRO

*Mrs. Cruz has decided to not use Universal Placement for renewal for her a reasons. Teacher's license*

EXHIBIT

C

tabbies

Aug 12 10 02:43p                                      410-990-4419                       p.3

Department of Homeland Security
U.S. Citizenship and Immigration Services                              **I-797A, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-09-110-51521 | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| RECEIPT DATE March 6, 2009 | PRIORITY DATE | PETITIONER EAST BATON ROUGE PARISH SCH BOARD |
| NOTICE DATE March 26, 2009 | PAGE 1 of 1 | BENEFICIARY CRUZ, INGRID LORELEI J. |

PHILIP J. HARE ESQ
THE LAW OFFICE OF PHILIP J HARE
77 WEST STREET SUITE 210
ANNAPOLIS MD 21401

Notice Type:  Approval Notice
Class: H1B
Valid from 03/15/2009 to 03/14/2012

The above petition and extension of stay have been approved.  The status of the named foreign worker(s) in this classification is valid as indicated above.  The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized.  Any change in employment requires a new petition.  Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice.  The lower portion should be given to the worker.  He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*.  This should be turned in with the I-94 when departing the U.S.  The left part is for his or her records.  A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning.  The left part can be used in applying for the new visa.  If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station.  The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # EAC-09-110-51521
I-94# 233145752 16
NAME CRUZ, INGRID LORELEI J.
CLASS H1B

VALID FROM 03/15/2009 UNTIL 03/14/2012

PETITIONER: EAST BATON ROUGE PARISH S
           1050 SOUTH FOSTER DRIVE
           BATON ROUGE LA 70806

233145752 16

  Receipt Number EAC-09-110-51521
Immigration and
Naturalization Service
I-94
Departure Record        Petitioner: EAST BATON RO

| 14. Family Name CRUZ | | |
| 15. First (Given) Name INGRID LORELEI | | 16. Date of Birth 05/13/1979 |
| 17. Country of Citizenship PHILIPPINES | | |

Form I-797A (Rev. 10/31/05) N


EXHIBIT
D

Aug 12 10 02:44p                                          410-990-4419                    p.4

Department of Homeland Security
U.S. Citizenship and Immigration Services                            **I-797A, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-09-110-51525 | CASE TYPE  I539 APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|
| RECEIPT DATE March 6, 2009 | PRIORITY DATE | APPLICANT CRUZ, ALLAN S. |
| NOTICE DATE March 26, 2009 | PAGE 1 of 1 | BENEFICIARY CRUZ, ALLAN S. |

PHILIP J. HARE ESQ
THE LAW OFFICE OF PHILIP J HARE
77 WEST STREET SUITE 210
ANNAPOLIS MD 21401

Notice Type:  Approval Notice
Class: H4
Valid from 03/15/2009 to 03/14/2012

The above application for extension of stay is approved.  The temporary stay of the named applicant(s) is authorized to the date shown above.

The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien's authorized employment in the United States.

The applicant must keep the lower portion with his or her previous Form I-94, Departure Record.  It must be presented when requested by USCIS.  The person must turn in his or her I-94 when leaving the United States.

Please read the back of this form carefully for more information.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # EAC-09-110-51525
I-94# 510256203 16
NAME CRUZ, ALLAN S.
CLASS H4

VALID FROM 03/15/2009 UNTIL 03/14/2012

PETITIONER: CRUZ, ALLAN S.
            5151 HIGHLAND ROAD 356
            BATON ROUGE LA 70806

**510256203 16**

  Receipt Number EAC-09-110-51525
Immigration and
Naturalization Service
I-94
Departure Record          Petitioner:

| 14. Family Name CRUZ | |
| 15. First (Given) Name ALLAN | 16. Date of Birth 12/21/1973 |
| 17. Country of Citizenship PHILIPPINES | |

Form I-797A (Rev. 10/31/05) N

Aug 12 10 02:44p                                410-990-4419                    p.5

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2 (b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: All Immigration Matters | Date: 02/05/2009 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: East Baton Rouge Parish School Board         [X] Petitioner    [ ] Applicant
                                                    [ ] Beneficiary
Address: (Apt. No.)     (Number & Street)     (City)     (State)     (Zip Code)
1050 South Foster Drive, Baton Rouge, LA 70806

Name: CRUZ, Ingrid L. J.         [ ] Petitioner    [ ] Applicant
                                 [X] Beneficiary
Address: (Apt. No.)     (Number & Street)     (City)     (State)     (Zip Code)
Apt. 356, 5151 Highland Road, Baton Rouge, LA 70806

*Check Applicable Item(s) below:*

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_____   U.S. Supreme Court   _____   and am not under a court or administrative agency
                        *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with
_____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

[ ] 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS |
| *[signature]* | The Law Office of Philip J. Hare |
| | 77 West Street, Suite 210, Annapolis, MD 21401 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Philip J. Hare, Esq. | (410) 990-4412, Ext. 262 / FAX (410) 990-4419 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Philip J. Hare, Esq.

*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

All Immigration Matters

| Name of Person Consenting | Signature of Person Consenting | Date |
| Charlotte D. Placide, Superintendent of Schools | *[signature]* | |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

Aug 12 10 02:44p                                410-990-4419                    p.6

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No.1615-0009; Expires 05/31/08

**I-129, Petition for a
Nonimmigrant Worker**

---

**START HERE - Please type or print in black ink.**

| Part 1. Information about the employer filing this petition. *If the employer is an individual, complete Number 1. Organizations should complete Number 2.* | For USCIS Use Only | |
|---|---|---|

**1. Family Name** *(Last Name)*   **Given Name** *(First Name)*

(N/A)

Full Middle Name        Telephone No. w/Area Code

( )

**2.** Company or Organization Name        Telephone No. w/Area Code

East Baton Rouge Parish School Board   ( 225 ) 922-5400

Mailing Address: *(Street Number and Name)*        Suite #

1050 South Foster Drive

C/O: *(In Care Of)*

Charlotte D. Placide, Superintendent of Schools

City        State/Province

Baton Rouge        LA

Country   Zip/Postal Code   E-Mail Address *(If Any)*

USA        70806

Federal Employer Identification #   U.S. Social Security #   Individual Tax #

72-6000353   N/A   N/A

**Part 2. Information about this petition.** *(See instructions for fee information.)*

**1.** Requested Nonimmigrant Classification. *(Write classification symbol):*   H-1B

**2.** Basis for Classification *(Check one):*
 a. ☐ New employment (including new employer filing H-1B extension).
 b. ☒ Continuation of previously approved employment without change with the same employer.
 c. ☐ Change in previously approved employment.
 d. ☐ New concurrent employment.
 e. ☐ Change of employer.
 f. ☐ Amended petition.

**3.** If you checked Box 2b, 2c, 2d, 2e, or 2f, give the petition receipt number.

EAC-07-226-51817; EAC-08-157-54268

**4. Prior Petition.** If the beneficiary is in the U.S. as a nonimmigrant and is applying to change and/or extend his or her status, give the prior petition or application receipt #:

EAC-07-226-51817; EAC-08-157-54268

**5.** Requested Action. *(Check one):*
 a. ☐ Notify the office in Part 4 so the person(s) can obtain a visa or be admitted.
    **(NOTE:** *a petition is not required for an E-1, E-2 or R visa).*
 b. ☐ Change the person(s)' status and extend their stay since the person(s) are all now in the U.S. in another status *(see instructions for limitations).* This is available only where you check "New Employment" in Item 2, above.
 c. ☒ Extend the stay of the person(s) since they now hold this status.
 d. ☐ Amend the stay of the person(s) since they now hold this status.
 e. ☐ Extend the status of a nonimmigrant classification based on a Free Trade Agreement. *(See Free Trade Supplement for TN and H1B1 to Form I-129).*
 f. ☐ Change status to a nonimmigrant classification based on a Free Trade Agreement. *(See Free Trade Supplement for TN and H1B1 to Form I-129).*

**6.** Total number of workers in petition *(See instructions relating to when more than one worker can be included):*   1

**For USCIS Use Only**

Returned        Receipt

Date

Date

Resubmitted

Date

Date

Reloc Sent

Date

Date

Reloc Rec'd

Date

Date

☐ Petitioner Interviewed on

☐ Beneficiary Interviewed on

Class:
# of Workers:
Priority Number:
Validity Dates:
    From:
    To:

☐ Classification Approved
☐ Consulate/POE/PFI Notified At
☐ Extension Granted
☐ COS/Extension Granted

Partial Approval *(explain)*

Action Block

**To Be Completed by**
*Attorney or Representative,* if any.
☒ Fill in box if G-28 is attached to represent the applicant.

ATTY State License #
DC 357715

Form I-129 (Rev. 04/01/06)Y

**Part 3. Information about the person(s) you are filing for.** *Complete the blocks below. Use the continuation sheet to name each person included in this petition.*

1. If an Entertainment Group, Give the Group Name

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name |
|---|---|---|
| CRUZ | Ingrid-Lorelei | Jomento |

All Other Names Used *(include maiden name and names from all previous marriages)*

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security # *(if any)* | A # *(if any)* |
|---|---|---|
| 05/13/1979 | | (none) |

| Country of Birth | Province of Birth | Country of Citizenship |
|---|---|---|
| Philippines | Quezon City | Philippines |

2. If in the United States, Complete the Following:

| Date of Last Arrival *(mm/dd/yyyy)* | I-94 # *(Arrival/Departure Document)* | Current Nonimmigrant Status |
|---|---|---|
| 09/27/2007 | 23314575216 | H-1B |

| Date Status Expires *(mm/dd/yyyy)* | Passport Number | Date Passport Issued *(mm/dd/yyyy)* | Date Passport Expires *(mm/dd/yyyy)* |
|---|---|---|---|
| 03/14/2009 | VV0162201 | 04/25/2007 | 04/25/2012 |

Current U.S. Address

Apt. 356, 5151 Highland Road, Baton Rouge, LA 70806

**Part 4. Processing Information.**

1. If the person named in **Part 3** is outside the United States or a requested extension of stay or change of status cannot be granted, give the U.S. consulate or inspection facility you want notified if this petition is approved.

Type of Office *(Check one)*:  [X] Consulate    [ ] Pre-flight inspection    [ ] Port of Entry

| Office Address *(City)* | U.S. State or Foreign Country |
|---|---|
| Manila | Philippines |

Person's Foreign Address

Phase 2B, Block4, Lot 15, St.Monique Valais, Binangonan, Rizal, Philippines

2. Does each person in this petition have a valid passport?    [ ] Not required to have passport    [ ] No - explain on separate paper    [X] Yes

3. Are you filing any other petitions with this one?    [X] No    [ ] Yes - How many? [        ]

4. Are applications for replacement/initial I-94s being filed with this petition?    [X] No    [ ] Yes - How many? [        ]

5. Are applications by dependents being filed with this petition?    [ ] No    [X] Yes - How many? [ 1 ]

6. Is any person in this petition in removal proceedings?    [X] No    [ ] Yes - explain on separate paper

Form I-129 (Rev. 04/01/06)Y Page 2

## Part 4. Processing Information... *(Continued)*

7. Have you ever filed an immigrant petition for any person in this petition?   ☒ No   ☐ Yes - explain on separate paper

8. If you indicated you were filing a new petition in Part 2, within the past seven years has any person in this petition:

   a. Ever been given the classification you are now requesting?   N/A ☐   No ☐   ☐ Yes - explain on separate paper

   b. Ever been denied the classification you are now requesting?   N/A ☐   No ☐   ☐ Yes - explain on separate paper

9. Have you ever previously filed a petition for this person?   ☐ No   ☒ Yes - explain on separate paper

10. If you are filing for an entertainment group, has any person in this petition not been with the group for at least one year?   N/A ☐   No ☐   ☐ Yes - explain on separate paper

## Part 5. Basic information about the proposed employment and employer. *Attach the supplement relating to the classification you are requesting.*

1. Job Title

   Science Teacher

2. Nontechnical Job Description

   Teach science subjects to middle school students.

3. LCA Case Number

   I-09036-4657363

4. NAICS Code

   611110

5. Address where the person(s) will work if different from address in Part 1. *(Street number and name, city/town, state, zip code)*

   Scotlandville Middle Pre-Engineering Academy: 2555 DeSoto Drive, Baton Rouge, LA 70807

6. Is this a full-time position?

   ☐ No - Hours per week: [        ]   ☒ Yes - Wages per week or per year: $46,000/year

7. Other Compensation *(Explain)*

   Usual fringe benefits

8. Dates of intended employment *(mm/dd/yyyy)*:

   From: 03/15/2009   To: 03/14/2012

9. Type of Petitioner - *Check one:*

   ☐ U.S. citizen or permanent resident   ☒ Organization   ☐ Other - explain on separate paper

10. Type of Business

   Public school system

11. Year Established

   1877

12. Current Number of Employees

   Approx. 6,300

13. Gross Annual Income

   Nonprofit

14. Net Annual Income

   Nonprofit

Form I-129 (Rev. 04/01/06)Y Page 3

**Part 6.  Signature.** *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct.  If filing this on behalf of an organization, I certify that I am empowered to do so by that organization.  If this petition is to extend a prior petition, I certify that the proposed employment is under the same terms and conditions as stated in the prior approved petition.  I authorize the release of any information from my records, or from the petitioning organization's records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit being sought.

| Signature | Daytime Phone Number *(Area/Country Code)* |
|---|---|
| | ( 225 ) 992-5400 |

| Print Name | Date *(mm/dd/yyyy)* |
|---|---|
| Charlotte D. Placide, Superintendent of Schools | |

NOTE:  If you do not completely fill out this form and the required supplement, or fail to submit required documents listed in the instructions, the person(s) filed for may not be found eligible for the requested benefit and this petition may be denied.

**Part 7.  Signature of person preparing form, if other than above.**

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have any knowledge.

| Signature | Daytime Phone Number *(Area/Country Code)* |
|---|---|
| | ( 410 ) 990-4412, Ext. 262 |

| Print Name | Date *(mm/dd/yyyy)* |
|---|---|
| Philip J. Hare, Esq. | 2/27/09 |

Firm Name and Address

The Law Office of Philip J. Hare
77 West Street, Suite 210, Annapolis, MD 21401

## Attachment to Form I-129

- **PETITIONER:**      East Baton Rouge Parish School Board
- **BENEFICIARY:**     CRUZ, Ingrid-Lorelei J.

**Part 4. Processing Information** (continued):

9. Have you ever previously filed a petition for this person?

Yes: On August 6, 2007, the Petitioner filed an I-129 Petition for a Nonimmigrant Worker on behalf of the Beneficiary for her H-1B classification: Receipt Number, EAC-07-226-51817.  The Petition was approved on August 31, 2007.

The petitioner also filed an I-129 Petition on behalf of the Beneficiary to extend her H-1B classification on May 13, 2008: Receipt Number, EAC-08-157-54268. The Petition was approved on July 29, 2008.

Attachment to Form 129

Aug 12 10 02:45p                              410-990-4419                          p.11

OMB No.1615-0009; Expires 05/31/08

Department of Homeland Security                              **H-1B Data Collection and**
U.S. Citizenship and Immigration Services              **Filing Fee Exemption Supplement**

**Petitioner's Name** | East Baton Rouge Parish School Board

**Part A.   General Information.**

1. **Employer Information -** *(check all items that apply)*

    a.  Is the petitioner a dependent employer?                                    [X] No   [ ] Yes

    b.  Has the petitioner ever been found to be a willful violator?               [X] No   [ ] Yes

    c.  Is the beneficiary an exempt H-1B nonimmigrant?                            [X] No   [ ] Yes

        1.  If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000?   [ ] No   [ ] Yes

        2.  Or is it because the beneficiary has a master's or higher degree in a speciality related to the employment?   [ ] No   [ ] Yes

2. **Beneficiary's Last Name** | **First Name** | **Middle Name**

    CRUZ | Ingrid-Lorelei | Jomento

    **Attention To or In Care Of** | **Current Residential Address - Street** | **Apt. #**

      | 5151 Highland Rd. | 356

    **City** | **State** | **Zip/Postal Code**

    Baton Rouge | Louisiana | 70806

    **U.S. Social Security # *(If Any)*** | **I-94 # *(Arrival/Departure Document)*** | **Previous Receipt # *(If Any)***

      | 23314575216 | EAC-07-226-51817; EAC-08-157-54268

3. **Beneficiary's Highest Level of Education.** Please check one box below.

    [ ] NO DIPLOMA

    [ ] HIGH SCHOOL GRADUATE - high school DIPLOMA or the equivalent (example: GED)

    [ ] Some college credit, but less than one year

    [ ] One or more years of college, no degree

    [ ] Associate's degree *(for example: AA, AS)*

    [X] Bachelor's degree *(for example: BA, AB, BS)*

    [ ] Master's degree *(for example: MA, MS, MEng, MEd, MSW, MBA)*

    [ ] Professional degree *(for example: MD, DDS, DVM, LLB, JD)*

    [ ] Doctorate degree *(for example: PhD, EdD)*

4. **Major/Primary Field of Study.**

    | S | C | I | E | N | C | E | | | | | | | | | | | | | | | | | | | | |

5. Has the beneficiary of this petition earned a master's or higher degree from a U.S. institution of higher education as defined in 20 U.S.C. section 1001(a)?

    [X] No   [ ] Yes (If "Yes" provide the following information):

    **Name of the U.S. institution of higher education** | **Date Degree Awarded** | **Type of U.S. Degree**

    **Address of the U.S. institution of higher education**

6. **Rate of Pay Per Year.** | 7. **LCA Code.** | 8. **NAICS Code.**

    $46,000 | 0 9 2 | 6 1 1 1 1 0

**Part B.   Fee Exemption and/or Determination**

In order for USCIS to determine if you must pay the additional $1,500 or $750 fee, please answer all of the following questions:

1.  [ ] Yes   [X] No   Are you an institution of higher education as defined in the Higher Education Act of 1965, section 101 (a), 20 U.S.C. section 1001(a)?

2.  [ ] Yes   [X] No   Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as such institutions of higher education are defined in the Higher Education Act of 1965, section 101 (a), 20 U.S.C. section 1001(a)?

Aug 12 10 02:45p                                      410-990-4419                              p.12

3.  ☐ Yes  ☒ No   Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?

4.  ☐ Yes  ☒ No   Is this the second or subsequent request for an extension of stay that you have filed for this alien?

5.  ☐ Yes  ☒ No   Is this an amended petition that does not contain any request for extensions of stay?

6.  ☐ Yes  ☒ No   Are you filing this petition in order to correct a USCIS error?

7.  ☒ Yes  ☐ No   Is the petitioner a primary or secondary education institution?

8.  ☐ Yes  ☒ No   Is the petitioner a non-profit entity that engages in an established curriculum-related clinical training of students registered at such an institution?

If you answered "Yes" to any of the questions above, you are ONLY required to submit the fee for your H-1B Form I-129 petition, which is $185. If you answered "No" to all questions, please answer Question 9.

9.  ☐ Yes  ☐ No   Do you currently employ a total of no more than 25 full-time equivalent employees in the United States, including any affiliate or subsidiary of your company?

If you answered "Yes" to Question 9 above, then you are required to pay an additional fee of $750. If you answered "No", then you are required to pay an additional fee of $1,500.

NOTE: On or after March 8, 2005, a U.S. employer seeking initial approval of H-1B or L nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B or L nonimmigrant currently working for another U.S. employer, must submit an additional $500 fee. This additional $500 Fraud Prevention and Detection fee was mandated by the provisions of the H-1B Visa Reform Act of 2004. There is no exemption from this fee.

**Part C.   Numerical Limitation Exemption Information.**

1.  ☐ Yes  ☒ No   Are you an institution of higher education as defined in the Higher Education Act of 1965, section 101 (a), 20 U.S.C. section 1001(a)?

2.  ☐ Yes  ☒ No   Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as such institutions of higher education are defined in the Higher Education Act of 1965, section 101 (a), 20 U.S.C. section 1001(a)?

3.  ☐ Yes  ☒ No   Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?

4.  ☐ Yes  ☒ No   Is the beneficiary of this petition a J-1 nonimmigrant alien who received a waiver of the two-year foreign residency requirement described in section 214 (I)(1)(B) or (C) of the Act?

5.  ☒ Yes  ☐ No   Has the beneficiary of this petition been previously granted status as an H-1B nonimmigrant in the past 6 years and not left the United States for more than one year after attaining such status?

6.  ☐ Yes  ☒ No   If the petition is to request a change of employer, did the beneficiary previously work as an H-1B for an institution of higher education, an entity related to or affiliated with an institution of higher education, or a nonprofit research organization or governmental research institution defined in questions 1, 2 and 3 of Part C of this form?

7.  ☐ Yes  ☒ No   Has the beneficiary of this petition earned a master's or higher degree from a U.S. institution of higher education, as defined in the Higher Education Act of 1965, section 101(a), 20 U.S.C. section 1001(a)?

I certify under penalty of perjury, under the laws of the United States of America, that this attachment and the evidence submitted with it is true and correct. If filing this on behalf of an organization or entity, I certify that I am empowered to do so by that organization or entity. I authorize the release of any information from my records, or from the petitioning organization or entity's records, that U.S. Citizenship and Immigration Services may need to determine eligibility for the exemption being sought.

**Certification.**

| Signature | Print Name |
|---|---|
| *[signature]* | Charlotte D. Placide |
| Title | Date (mm/dd/yyyy) |
| Superintendent of Schools | 2/26/09 |

OMB No.1615-0009, Expires 05/31/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**H Classification Supplement
to Form I-129**

| | |
|---|---|
| 1. Name of person or organization filing petition: | 2. Name of person or total number of workers or trainees you are filing for: |
| East Baton Rouge Parish School Board | CRUZ, Ingrid L. J. |

3. List the alien's and any dependent family member's prior periods of stay in H classification in the United States for the last six years. Be sure to list only those periods in which the alien and/or family members were actually in the United States in an H classification.
**NOTE:** Submit photocopies of Forms I-94, I-797 and/or other USCIS issued documents noting these periods of stay in the H classification. If more space is needed, attach an additional sheet(s). (If applying for H-2A/H-2B classification skip this item.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | Subject's Name | Period of Stay (mm/dd/yyyy) |
|---|---|---|---|
| Ingrid L. J. Cruz | From: 09/27/2007  To: Present | | From:        To: |
| Cruz, Allan S. | From: 05/23/2008  To: Present | | From:        To: |

4. Classification sought (Check one):

[X] H-1B1   Specialty occupation                           [ ] H-2A   Agricultural worker

[ ] H-1B2   Exceptional services relating to a cooperative    [ ] H-2B   Non-agricultural worker
research and development project administered by
the U.S. Department of Defense (DOD)              [ ] H-3   Trainee

[ ] H-1B3   Fashion model of national or international acclaim   [ ] H-3   Special education exchange visitor program

---

**Section 1.   Complete this section if filing for H-1B classification.**

1. Describe the proposed duties

| |
|---|
| *SEE ATTACHED JOB DESCRIPTION* |

2. Alien's present occupation and summary of prior work experience

| |
|---|
| *SEE ATTACHED RESUME* |

*Statement for H-1B specialty occupations only:*

By filing this petition, I agree to the terms of the labor condition application for the duration of the alien's authorized period of stay for H-1B employment.

| Petitioner's Signature | Print or Type Name | Date (mm/dd/yyyy) |
|---|---|---|
| *[signature]* | Charlotte D. Placide, Superintendent of Schools | *[date]* |

*Statement for H-1B specialty occupations and U.S. Department of Defense projects:*

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the alien is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Print or Type Name | Date (mm/dd/yyyy) |
|---|---|---|
| *[signature]* | Charlotte D. Placide, Superintendent of Schools | *[date]* |

*Statement for H-1B U.S. Department of Defense projects only:*

I certify that the alien will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| DOD Project Manager's Signature | Print or Type Name | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

Form I-129 Supplement H (Rev. 04/01/06)Y Page 7



Office of Human Resources
1050 South Foster Drive
Baton Rouge, Louisiana 70806
Office (225) 922-5468, Fax (225) 922-5688

February 5, 2009

USCIS Vermont Service Center
30 Houghton Street
St. Albans, VT 05478-2399

Re:   H1B Petition for Nonimmigrant Worker
      -Petitioner: East Baton Rouge Parish School Board
      -Beneficiary: CRUZ, Ingrid L. J.

Dear Sir/Madam:

This is to certify that Ms. Ingrid L. J. Cruz, the beneficiary of the enclosed H1B petition, is currently employed by our school system, East Baton Rouge Parish School Board ("EBR"), as a Science Teacher on a full-time basis.

As Ms. Cruz's current H-1B status expires on March 14, 2009, we extend our employment of Ms. Cruz for another three years beginning March 15, 2009. Ms. Cruz will be compensated at a rate of $46,000 per year during the new employment period.

EBR serves the Greater Baton Rouge area. It is the largest district in the state and among the top 100 nationally in student enrollment, with 92 schools and enrollment of over 43,000 students in grades pre-kindergarten through twelve. Our students include a diverse population in Regular, Gifted, Talented Arts, English as a Second Language, Magnet and Vocational Education settings, plus Exceptional Student classes for challenged students up to age 22.

As a Science Teacher, Ms. Cruz will teach science subjects to middle school students. The job is fully described and attached to the enclosed I-129 petition. The minimum academic qualification for this position is a bachelor's degree in, or with a concentration/specialization in, science, science education, or any science field, such as biology, chemistry, physics, etc.

Finally, we will continue to comply with all the terms that we attested as in the Labor Condition Application certified by the Department of Labor, during the duration of Ms. Cruz's employment. I request that you kindly approve our petition.

Sincerely Yours,

Charlotte D. Placide
Superintendent of Schools

BETTER SCHOOLS. BETTER FUTURES.



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | |
|---|---|---|---|
| WAC-10-021-51419 | | I129 PETITION FOR A NONIMMIGRANT WORKER | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| October 30, 2009 | | EAST BATON ROUGE PARISH SCH SYS |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 17, 2009 | 1 of 1 | TANEDO, MAIRI MAHAL NUNAG |

EAST BATON ROUGE PARISH SCH SYS
C/O JOHN L DILWORTH SUPERINTENDENT
1050 SOUTH FOSTER DR
BATON ROUGE LA 70806

Notice Type: Approval Notice
Class: H1B
Valid from 12/16/2009 to 11/22/2010
Consulate: MANILA

Courtesy Copy. Original sent to: DOMINGUE, GOLDIE C

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Petition approval does not authorize employment. When the workers are granted status based on this petition they can then work for the petitioner, but only as detailed in the petition and for the period authorized. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S., the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment also require a new petition. Include a copy of this notice with any other required documentation.

If any of the worker(s) included in this petition do not actually enter the United States, substitutions of different workers are not made, the petitioner must notify this office so the allocated nonimmigrant visa numbers can be re-used.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N



EXHIBIT

F

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-10-021-51419 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER | |
|---|---|---|---|
| RECEIPT DATE October 30, 2009 | PRIORITY DATE | PETITIONER EAST BATON ROUGE PARISH SCH SYS | |
| NOTICE DATE December 17, 2009 | PAGE 1 of 1 | BENEFICIARY TANEDO, MAIRI MAHAL NUNAG | |

| | |
|---|---|
| EAST BATON ROUGE PARISH SCH SYS. C/O JOHN L DILWORTH SUPERINTENDENT 1050 SOUTH FOSTER DR BATON ROUGE LA 70806 | Notice Type:  Approval Notice Class: H1B Valid from 12/16/2009 to 11/22/2010 Consulate: MANILA |

Courtesy Copy. Original sent to: DOMINGUE, GOLDIE C

This courtesy notice is to advise you of action taken on the case.  The official notice has been mailed to the attorney or representative indicated above.  Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved, and notification has been sent to the listed consulate.  You may also send the tear-off bottom part of this notice to the worker(s) to show the approval.  Please contact the consulate with any questions about visa issuance.  THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Petition approval does not authorize employment.  When the workers are granted status based on this petition they can then work for the petitioner, but only as detailed in the petition and for the period authorized.  Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 here or notify another consulate of this approval.  If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition.  Changes in employment also require a new petition.  Include a copy of this notice with any other required documentation.

If any of the worker(s) included in this petition do not actually enter the United States, substitutions of different workers are not made, the petitioner must notify this office so the allocated nonimmigrant visa numbers can be re-used.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N

OMB No. 1615-0105; Expires 04/30/2012

## G-28, Notice of Entry of Appearance as Attorney or Accredited Representative

Department of Homeland Security

### Part 1.  Notice of Appearance as Attorney or Accredited Representative

**A.  This appearance is in regard to immigration matters before:**

☒ USCIS - List the form number(s): I-129, I-907    ☐ CBP - List the specific matter in which appearance is entered:

☐ ICE - List the specific matter in which appearance is entered: _____

**B.  I hereby enter my appearance as attorney or accredited representative at the request of:**

List Petitioner, Applicant, or Respondent. NOTE; Provide the mailing address of Petitioner, Applicant, or Respondent being represented, and not the address of the attorney or accredited representative, except when filed under VAWA.

| Principal Petitioner, Applicant, or Respondent | | | A Number or Receipt Number, if any | ☒ Petitioner |
|---|---|---|---|---|
| Name:   Last            First            Middle | | | | ☐ Applicant |
| East Baton Rouge Parish School System | | | | ☐ Respondent |

| Address:   Street Number and Street Name | Apt. No.   City | | State | Zip Code |
|---|---|---|---|---|
| 1050 South Foster Drive | Baton Rouge | | Louisiana | 70806 |

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, USCBP, or USICE.

Signature of Petitioner, Applicant, or Respondent            Date  10/27/09

### Part 2.  Information about Attorney or Accredited Representative   *(Check applicable items(s) below)*

**A.**  ☒   I am an attorney and a member in good standing of the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:  Illinois            Supreme Court

I am not  ☒  or  ☐  am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law (If you are subject to any order(s), explain fully on reverse side).

**B.**  ☐   I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 1292.2. Provide name of organization and expiration date of accreditation:

**C.**  ☐   I am associated with

The attorney or accredited representative of record previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request (If you check this item, also complete item A or B above in Part 2, whichever is appropriate).

### Part 3.   Name and Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

| Name of Attorney or Accredited Representative | Attorney Bar Number(s), if any |
|---|---|
| Goldie C. Domingue, Attorney at Law | IL06193019 |

| Signature of Attorney or Accredited Representative | Date  10/28/2009 |
|---|---|

Complete Address of Attorney or Organization of Accredited Representative (Street Number and Street Name, Suite No., City, State, Zip Code)

Goldie C. Domingue, APLC, 8054-D Summa Avenue, Baton Rouge, LA 70809

| Phone Number (Include area code) | Fax Number, if any (Include area code) | E-Mail Address, if any |
|---|---|---|
| 225-248-6417 x2 | 225-216-0942 | gdomingue@dominguelaw.com |

Form G-28 (Rev. 04/22/09)N

**GOLDIE C. DOMINGUE, APLC** 01-00
**ATTORNEY AT LAW**
225-248-6417
8054 SUMMA AVENUE. STE D
BATON ROUGE, LA 70809-3413

**BAYOU FCU**
BATON ROUGE, LA 70896-5159
84-7338/2654

5809

10/5/2009

PAY TO THE
ORDER OF   U.S. Department of Homeland Security                                    $  **320.00

Three Hundred Twenty and 00/100************************************************  DOLLARS

U.S. Department of Homeland Security

MEMO   Tanedo, M. - H1B extension                          Goldie C. Domingue

⑈005809⑈ ⑆265473388⑈ 1465747277⑈

**GOLDIE C. DOMINGUE, APLC**   01-00
**ATTORNEY AT LAW**
225-248-6417
8054 SUMMA AVENUE, STE D
BATON ROUGE, LA  70809-3413

BAYOU FCU
BATON ROUGE, LA 70896-5159
84-7338/2654

5826

10/26/2009

PAY TO THE
ORDER OF ___ U.S. Department of Homeland Security _____  $  **1,000.00

One Thousand and 00/100********************************************************************  DOLLARS

U.S. Department of Homeland Security

MEMO ___ Tanedo, M. - H1B extension

"005826" ":265473388: 1465947727"

OMB No. 1615-0048; Expires 07/31/09

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-907, Request for
## Premium Processing Service

**START HERE - Please Type or Print (Use black ink.)**

For USCIS Use Only.

## Part 1. Information about you. *(Person filing this petition.)*

**Individual Named in the Related Case:**

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name |
|---|---|---|
| Tanedo | Mairi M. | Nunag |

**If filed on behalf of a company:** Company or Business Named in the Related Case

East Baton Rouge Parish School System

**Mailing Address - Street Number and Name / P.O. Box Number**

**Company Contact Information:**

| Name of Company Contact | Title/Position |
|---|---|
| Goldie C. Domingue | Attorney-at-Law |

| City | State/Province | Zip/Postal Code |
|---|---|---|
| Baton Rouge | LA | 70806 |

**IRS Tax # (if any)**

72-1465949

**You (the person submitting this request):**

☐ Are the petitioner who is filing or has filed a petition eligible for Premium Processing.

☒ Are the attorney/accredited representative for the petitioner who is filing or has filed a petition eligible for Premium Processing. *(Complete and submit Form G-28.)*

☐ Are the applicant who is filing or has filed an application eligible for Premium Processing.

☐ Are the attorney/accredited representative for the applicant who is filing or has filed an application eligible for Premium Processing. *(Complete and submit Form G-28.)*

| Phone Number *(Area/Country Code)* | Fax Number *(Area/Country Code)* | E-Mail Address *(if any)* |
|---|---|---|
| 225-248-6417 x2 | 225-216-0942 | gdomingue@dominguelaw.com |

**Request Physically Received by USCIS**

Receipt

Date
Date
Returned
Date
Date
Resubmitted
Date
Date

**To Be Completed by**

Attorney or Representative, if any.

☒ Fill in box if G-28 is attached to represent the applicant.

**ATTY State License #**

IL08193019

## Part 2. Information about request.

| 1. Form number of related petition/application. | 2. Receipt number of related petition/application. | 3. Classification/Eligibility Requested. |
|---|---|---|
| I-129 | | H-1B |

| 4. Petitioner/Applicant in the relating case. | 5. Beneficiary in the relating case. |
|---|---|
| East Baton Rouge Parish School System | Mairi Mahal     Nunag     Tanedo |

## Part 3. Original signature. *(This is the same person authorized to sign the petition or application.)*

It is understood that if the U.S. Citizenship and Immigration Services (USCIS) does not issue an approval notice, request for evidence, notice of intent to deny, or refer for investigation of suspected fraud or misrepresentation within 15-calendar days after this request has been physically received at the appropriate USCIS office, a refund of the Premium Processing fee will be given to the addressee shown in **Part 1** of this request.

I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this request is all true and correct. I authorize the release of any information from my records that USCIS needs to determine eligibility for the benefit being sought.

| Signature | Title *(if applicable)* |
|---|---|
| *[signature]* | Attorney-at-Law |

| Print Your Name | Date *(mm/dd/yyyy)* |
|---|---|
| Goldie C. Domingue, Attorney at Law | 10 28 2009 |

## Part 4. Original signature of attorney or accredited representative. *(Note if attorney is signing above in Part 3.)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

☒ Same individual as signing above in Part 3. *(If this box is checked, provide all the requested information below and a submit a Form G-28.)*

| Signature | Print Your Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| *[signature]* | Goldie C. Domingue, Attorney at Law | 10 28 2009 |

| Firm Name and Address | Daytime Phone Number *(Area Code and Number)* |
|---|---|
| Goldie C. Domingue, APLC | 225-248-6417 x2 |

8054-D Summa Avenue, Baton Rouge, LA 70809

Form I-907 (Rev. 07/30/07) Y

OMB No.1615-0009; Expires 07/31/2010

# I-129, Petition for a
# Nonimmigrant Worker

Department of Homeland Security

U.S. Citizenship and Immigration Services

**START HERE - Type or print in black ink.**

## Part 1. Information about the employer filing this petition   *(If the employer is an individual, complete   Number 1. Organizations should complete Number 2.)*

**1.** Family Name *(Last Name)*         Given Name *(First Name)*

Full Middle Name            Telephone No. w/Area Code

**2.** Company or Organization Name         Telephone No. w/Area Code

East Baton Rouge Parish School System    225-922-5468

Mailing Address:   *(Street Number and Name)*         Suite #

1050 South Foster Drive

C/O:   *(In Care Of)*

John L. Dilworth, Superintendent

City              State/Province

Baton Rouge           LA

Country         Zip/Postal Code      E-Mail Address   *(If Any)*

USA          70806

Federal Employer Identification #   U.S. Social Security #   Individual Tax #

72-6000353

## Part 2. Information about this petition   *(See instructions for fee information.)*

**1.** Requested Nonimmigrant Classification.   *(Write classification symbol):*

**2.** Basis for Classification   *(Check one):*

a. ☐ New employment. (including new employer filing H-1B extension).

b. ☒ Continuation of previously approved employment without change with the same employer.

c. ☐ Change in previously approved employment.

d. ☐ New concurrent employment.

e. ☐ Change of employer.

f. ☐ Amended petition.

**3.** If you checked   **Box 2b, 2c, 2d, 2e, or 2f,**   give the petition receipt number.

WAC-08-177-50707

**4.** **Prior Petition.**   If the beneficiary is in the U.S. as a nonimmigrant and is applying to change and/or extend his or her status, give the prior petition or application receipt #:

(beneficiary not in US)

**5.** **Requested Action**   *(Check one):*

a. ☒ Notify the office in **Part 4**  so the person(s) can obtain a visa or be admitted.
   **(NOTE:**   *a petition is not required for an E-1 or E-2 visa.)*

b. ☐ Change the person(s)' status and extend their stay since the person(s) are all now in the U.S. in another status   *(see instructions for limitations).*  This is available only where you check "New Employment" in Item **2,**  above.

c. ☐ Extend the stay of the person(s) since they now hold this status.

### For USCIS Use Only

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |

☐ Petitioner Interviewed on _____

☐ Beneficiary Interviewed on _____

Class: _____
# of Workers: _____
Priority Number: _____
Validity Dates:
From: _____
To: _____

☐ Classification Approved
☐ Consulate/POE/PFI Notified
  At _____
☐ Extension Granted
☐ COS/Extension Granted

Partial Approval   *(explain)*

Action Block

### To Be Completed by
*Attorney or Representative, if any*
☒ Fill in box if G-28 is attached to represent the applicant.

ATTY State License # 06193019

Form I-129 (Rev. 06/12/09)Y

**Part 2. Information about this petition** *(See instructions for fee information.) (Continued)*

d. ☐ Amend the stay of the person(s) since they now hold this status.

e. ☐ Extend the status of a nonimmigrant classification based on a Free Trade Agreement *(See Free Trade Supplement for TN and H1B1 to Form I-129).*

f. ☐ Change status of a nonimmigrant classification based on a Free Trade Agreement *(See Free Trade Supplement for TN and H1B1 to Form I-129).*

6. **Total number of workers in petition** *(See instructions relating to when more than one worker can be included):*   | one (1) |

**Part 3. Information about the person(s) you are filing for** *Complete the blocks below. Use the continuation sheet to name each person included in this petition.*

1. If an Entertainment Group, Give the Group Name

| Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name |
|---|---|---|
| Tanedo | Mairi Mahal | Nunag |

All Other Names Used *(included maiden name and names from all previous marriages)*
| Mairi Mahal Morales Nunag |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security # *(if any)* | A# *(if any)* |
|---|---|---|
| 03/01/1975 | 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 | |

| Country of Birth | Province of Birth | Country of Citizenship |
|---|---|---|
| Philippines | Bohol | Philippines |

2. If in the United States, Complete the Following:

| Date of Last Arrival *(mm/dd/yyyy)* | I-94 # *(Arrival/Departure Document)* | Current Nonimmigrant Status |
|---|---|---|
| (not in US) | | |

| Date Status Expires *(mm/dd/yyyy)* | Passport Number | Date Passport Issued *(mm/dd/yyyy)* | Date Passport Expires *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |

Current U.S. Address

**Part 4. Processing Information**

1. If the person named in **Part 3** is outside the United States or a requested extension of stay or change of status cannot be granted, give the U.S. consulate or inspection facility you want notified if this petition is approved.

Type of Office *(Check one):*   ☒ Consulate   ☐ Pre-flight inspection   ☐ Port of Entry

| Office Address *(City)* | U.S. State or Foreign Country |
|---|---|
| Manila | Philippines |

Person's Foreign Address
| Poblacion, Antequera | | Bohol | Philippines | 6335 |

Form I-129 (Rev. 06/12/09)Y Page 2

**Part 4. Processing Information** *(Continued)*

2. Does each person in this petition have a valid passport?

☐ Not required to have passport     ☐ No - explain on separate paper     ☒ Yes

3. Are you filing any other petitions with this one?  ☒ No  ☐ Yes - How many? [        ]

4. Are applications for replacement/initial I-94s being filed with this petition?  ☒ No  ☐ Yes - How many? [        ]

5. Are applications by dependents being filed with this petition?  ☒ No  ☐ Yes - How many? [        ]

6. Is any person in this petition in removal proceedings?  ☒ No  ☐ Yes - explain on separate paper

7. Have you ever filed an immigrant petition for any person in this petition?  ☒ No  ☐ Yes - explain on a separate paper

8. If you indicated you were filing a new petition in **Part 2**, within the past seven years has any person in this petition:

   a.   Ever been given the classification you are now requesting?  ☐ No  ☐ Yes - explain on a separate paper

   b.   Ever been denied the classification you are now requesting?  ☐ No  ☐ Yes - explain on a separate paper

9. Have you ever previously filed a petition for this person?  ☐ No  ☒ Yes - explain on a separate paper

10. If you are filing for an entertainment group, has any person in this petition not been with the group for at least one year?  ☐ No  ☐ Yes - explain on a separate paper

**Part 5. Basic information about the proposed employment and employer** *(Attach the supplement relating to the classification you are requesting.)*

1. Job Title
   Teacher, Special Education

2. Nontechnical Job Description
   Teach school subjects to autistic children

3. LCA Case Number
   I-200-09288-237315

4. NAICS Code
   611110

5. Address where the person(s) will work if different from address in **Part 1.** *(Street number and name, city/town, state, zip code)*
   Magnolia Woods Elementary School, 760 Maxine Drive, Baton Rouge, LA 70808

6. Is this a full-time position?

☐ No - Hours per week: [        ]     ☒ Yes - Wages per week or per year: $44,859.08

7. Other Compensation  *(Explain)*
   [        ]

8. Dates of intended employment *(mm/dd/yyyy)*:
   From:  11/23/2009    To:  11/22/2010

**Part 5. Basic information about the proposed employment and employer**   *(Attach the supplement relating in the classification you are requesting.) (Continued)*

9.  Type of petitioner - *Check one:*

☐ U.S. citizen or permanent resident    ☒ Organization    ☐ Other - explain on separate paper

10.  Type of Business

| public education Pre-K - 12 |
|---|

11.  Year Established

| 1877 |
|---|

12.  Current Number of Employees

| 6,800 |
|---|

13.  Gross Annual Income

| not-for-profit |
|---|

14.  Net Annual Income

| not-for-profit |
|---|

---

**Part 6. Signature**   *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct. If filing this on behalf of an organization, I certify that I am empowered to do so by that organization. If this petition is to extend a prior petition, I certify that the proposed employment is under the same terms and conditions as stated in the prior approved petition. I authorize the release of any information from my record, or from the petitioning organization's records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit being sought.

| Signature | Daytime Phone Number   *(Area/Country Code)* |
|---|---|
| *John L. Dilworth* | 225-922-5468 |

| Print Name | Date *(mm/dd/yyyy)* |
|---|---|
| John L. Dilworth, Superintendent | 10/27/09 |

**NOTE:**  If you do not completely fill out this form and the required supplement, or fail to submit required documents listed in the instructions, the person(s) filed for may not be found eligible for the requested benefit and this petition may be denied.

---

**Part 7. Signature of person preparing form, if other than above**

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have any knowledge.

| Signature | Daytime Phone Number   *(Area/Country Code)* |
|---|---|
|  | 225-248-6417 x2 |

| Print Name | Date *(mm/dd/yyyy)* |
|---|---|
| Goldie C. Domingue, Attorney at Law | 10/28/2009 |

Firm Name and Address

| Goldie C. Domingue, APLC, 8054-D Summa Avenue, Baton Rouge, LA 70809 |
|---|

Form I-129 (Rev. 06/12/09)Y Page 4

**Part 5.  Basic information about the proposed employment and employer**   *(Attach the supplement relating in the classification you are requesting.) (Continued)*

9.   Type of petitioner - *Check one:*

☐ U.S. citizen or permanent resident      ☒ Organization      ☐ Other – explain on separate paper

10.   Type of Business

| public education Pre-K - 12 |

11.   Year Established

| 1877 |

12.   Current Number of Employees

| 6,800 |

13.   Gross Annual Income

| not-for-profit |

14.   Net Annual Income

| not-for-profit |

**Part 6.  Signature**   *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct. If filing this on behalf of an organization, I certify that I am empowered to do so by that organization. If this petition is to extend a prior petition, I certify that the proposed employment is under the same terms and conditions as stated in the prior approved petition. I authorize the release of any information from my record, or from the petitioning organization's records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit being sought.

| Signature | Daytime Phone Number   *(Area/Country Code)* |
|---|---|
| *John L. Dilworth* | 225-922-5468 |

| Print Name | Date *(mm/dd/yyyy)* |
|---|---|
| John L. Dilworth, Superintendent | 10/27/09 |

**NOTE:**   If you do not completely fill out this form and the required supplement, or fail to submit required documents listed in the instructions, the person(s) filed for may not be found eligible for the requested benefit and this petition may be denied.

**Part 7.  Signature of person preparing form, if other than above**

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have any knowledge.

| Signature | Daytime Phone Number   *(Area/Country Code)* |
|---|---|
| *Goldie C. Domingue* | 225-248-6417 x2 |

| Print Name | Date *(mm/dd/yyyy)* |
|---|---|
| Goldie C. Domingue, Attorney at Law | 10/28/2009 |

Firm Name and Address



Goldie C. Domingue, APLC, 8054-D Summa Avenue, Baton Rouge, LA 70809

Name: Tanedo, Mairi Mahal     A-Number:  (none)     Date: October 25, 2009
Addendum for Form I-129

Addendum to Page 3 Part 4, Item 9.

East Baton Rouge Parish School System (EBRPSS) filed a Form I-129 petition for Mairi Tanedo on 06/09/2008 (WAC-08-177-50707). The petition was approved on 06/13/2008, and was valid for the period 07/01/2008 - 06/30/2009

EBRPSS filed a petition to extend Ms. Tanedo's H-1B visa status on 05/11/2009.  (WAC-09-161-50671).  The petition was denied on 09/19/2009.

OMB No.1615-0009; Expires 07/31/2010

**H Classification Supplement to Form I-129**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**1.** Name of person or organization filing petition:

East Baton Rouge Parish School System

**2.** Name of person or total number of workers or trainees you are filing for:

| Mairi Mahal | Nunag | Tanedo |

**3.** List each alien's prior periods of stay in H or L classification in the United States for the last six years (aliens requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each alien was actually in the United States in an H or L classification. Do not include periods in which the alien was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. If more space is needed, attach an additional sheet.

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
| --- | --- | --- |
| | From | To |
| Mairi Mahal N. Tanedo | 07/24/2008 | 10/18/2009 |
| | | |
| | | |
| | | |
| | | |
| | | |

**4.** Classification sought *(Check one)*:

☒ H-1B1 Specialty occupation

☐ H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)

☐ H-1B3 Fashion model of national or international acclaim

☐ H-2A Agricultural worker

☐ H-2B Non-agricultural worker

☐ H-3 Trainee

☐ H-3 Special education exchange visitor program

## Section 1. Complete this section if filing for H-1B classification

**1.** Describe the proposed duties

Teach school subjects to autistic children.

**2.** Alien's present occupation and summary of prior work experience

Present Occupation:  Special Education Teacher.  Work experience: Special Education Teacher, Elementary School - East Baton Rouge Parish School System, 08/05/2008 to 10/09/2009; Special Education Teacher - Bambini Child Development Center, Philippines, 06/2005 to 06/2008.



**Section 1. Complete this section if filing for H-1B classification**   *(Continued)*

*Statement for H-1B specialty occupations only:*

By filing this petition, I agree to the terms of the labor condition application for the duration of the alien's authorized period of stay for H-1B employment.

| Petitioner's Signature | Print or Type Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| *John L. Dilworth* | John L. Dilworth, Superinten. | 10/27/09 |

*Statement for H-1B specialty occupations and U.S. Department of Defense projects:*

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the alien is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Print or Type Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| *John L. Dilworth* | John L. Dilworth, Superinten. | 10/27/09 |

*Statement for H-1B U.S. Department of Defense projects only:*

I certify that the alien will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| DOD Project Manager's Signature | Print or Type Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

**Section 2. Complete this section if filing for H-2A or H-2B classification**

1. Employment is: *(Check one)*                     2. Temporary need is: *(Check one)*

   a. ☐ Seasonal        c. ☐ Intermittent            a. ☐ Unpredictable      c. ☐ Recurrent annually

   b. ☐ Peak Load       d. ☐ One-time occurence      b. ☐ Periodic

3. Explain your temporary need for the alien's services *(attach a separate sheet if additional space is needed.)*

**Section 1. Complete this section if filing for H-1B classification** *(Continued)*

*Statement for H-1B specialty occupations only:*

By filing this petition, I agree to the terms of the labor condition application for the duration of the alien's authorized period of stay for H-1B employment.

| Petitioner's Signature | Print or Type Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| *John L. Dilworth* | John L. Dilworth, Superinten. | 10/27/09 |

*Statement for H-1B specialty occupations and U.S. Department of Defense projects:*

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the alien is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Print or Type Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| *John L. Dilworth* | John L. Dilworth, Superinten. | 10/27/09 |

*Statement for H-1B U.S. Department of Defense projects only:*

I certify that the alien will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| DOD Project Manager's Signature | Print or Type Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

**Section 2. Complete this section if filing for H-2A or H-2B classification**

1. Employment is: *(Check one)*

   a. ☐ Seasonal     c. ☐ Intermittent

   b. ☐ Peak Load    d. ☐ One-time occurence

2. Temporary need is: *(Check one)*

   a. ☐ Unpredictable   c. ☐ Recurrent annually

   b. ☐ Periodic

3. Explain your temporary need for the alien's services *(attach a separate sheet if additional space is needed.)*

OMB No. 1615-0009; Expires 07/31/2010

Department of Homeland Security
U.S. Citizenship and Immigration Services

# H-1B Data Collection and
## Filing Fee Exemption Supplement

**Petitioner's Full Name**  East Baton Rouge Parish School System

**Part A.   General Information.**

**1. Employer Information**   - *(check all items that apply)*

a.   Is the petitioner a dependent employer?  ☒ No  ☐ Yes

b.   Has the petitioner ever been found to be a willful violator?  ☒ No  ☐ Yes

c.   Is the beneficiary an exempt H-1B nonimmigrant?  ☒ No  ☐ Yes

　　1.  If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000?  ☐ No  ☐ Yes

　　2.  Or is it because the beneficiary has a master's or higher degree in a speciality related to the employment?  ☐ No  ☐ Yes

d.   Has the petitioner received TARP funding?  ☒ No  ☐ Yes

**2.** Beneficiary's Last Name | First Name | Middle Name
Tanedo | Mairi Mahal | Nunag

Attention To or In Care Of | Current Residential Address - Street | Apt.#
| Poblacion, Antequera, |

City | State | Zip/Postal Code
Bohol | Philippines | 6335

U.S. Social Security # *(If Any)* | I-94 # *(Arrival/Departure Document)* | Previous Receipt # *(If Any)*
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 | n/a | WAC-08-177-50707

**3.  Beneficiary's Highest Level of Education.**   Please check one box below.

☐ NO DIPLOMA

☐ HIGH SCHOOL GRADUATE - high school DIPLOMA or the equivalent (example: GED)

☐ Some college credit, but less than one year

☐ One or more years of college, no degree

☐ Associate's degree   *(for example: AA, AS)*

☒ Bachelor's degree   *(for example: BA, AB, BS)*

☐ Master's degree   *(for example: MA, MS, MEng, MEd, MSW, MBA)*

☐ Professional degree   *(for example: MD, DDS, DVM, LLB, JD)*

☐ Doctorate degree   *(for example: PhD, EdD)*

**4.** Major/Primary Field of Study

| E | D | U | C | A | T | I | O | N | | | | | | | | | | | | | | | | |

**5.** Has the beneficiary of this petition earned a master's or higher degree from a U.S. institution of higher education as defined in 20 U.S.C. section 1001(a)?

☒ No   ☐ Yes (If "Yes" provide the following information):

Name of the U.S. institution of higher education

Date Degree Awarded | Type of U.S. Degree

Address of the U.S. institution of higher education

**6.** Rate of Pay Per Year
$44,859.06

**7.** LCA Code
0 9 2

**8.** NAICS Code
6 1 1 1 1 0

Form I-129 H-1B Data Collection Supplement (Rev. 06/12/09)Y Page 13



**Part B.  Fee Exemption and/or Determination**

In order for USCIS to determine if you must pay the additional $1,500 or $750 fee, please answer all of the following questions:

1. ☐ Yes ☒ No   Are you an institution of higher education as defined in the Higher Education Act of 1965, section 101 (a), 20 U.S.C. section 1001(a)?

2. ☒ Yes ☐ No   Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as such institutions of higher education are defined in the Higher Education Act of 1965, section 101 (a), 20 U.S.C. section 1001(a)?

3. ☐ Yes ☒ No   Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?

4. ☐ Yes ☒ No   Is this the second or subsequent request for an extension of stay that you have filed for this alien?

5. ☐ Yes ☒ No   Is this an amended petition that does not contain any requests for extensions of stay?

6. ☐ Yes ☒ No   Are you filing this petition in order to correct a USCIS error?

7. ☒ Yes ☐ No   Is the petitioner a primary or secondary education institution?

8. ☐ Yes ☒ No   Is the petitioner a non-profit entity that engages in an established curriculum-related clinical training of students registered at such an institution?

If you answered "Yes" to any of the questions above, then you are required to submit the fee for your H-1B Form I-129 petition, which is $320.  If you answered "No" to all questions, please answer Question 9.

9. ☐ Yes ☐ No   Do you currently employ a total of no more than 25 full-time equivalent employees in the United States, including any affiliate or subsidiary of your company?

If you answered "Yes" to Question 9 above, then you are required to pay an additional fee of $750.  If you answered "No", then you are required to pay an additional fee of $1,500.

NOTE:  On or after March 8, 2005, a U.S. employer seeking initial approval of H-1B or L nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B or L nonimmigrant currently working for another U.S. employer, must submit an additional $500 fee.  This additional $500 Fraud Prevention and Detection fee was mandated by the provisions of the H-1B Visa Reform Act of 2004. There is no exemption from this fee.

**Part C.  Numerical Limitation Exemption Information.**

1. ☐ Yes ☒ No   Are you an institution of higher education as defined in the Higher Education Act of 1965, section 101 (a), 20 U.S.C. section1001(a)?

2. ☒ Yes ☐ No   Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as such institutions of higher education are defined in the Higher Education Act of 1965, section 101(a), 20 U.S.C. section 1001(a)?

3. ☐ Yes ☒ No   Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?

4. ☐ Yes ☒ No   Is the beneficiary of this petition a J-1 nonimmigrant alien who received a waiver of the two-year foreign residency requirement described in section 214(1)(1)(B) or (c) of the Act?

5. ☒ Yes ☐ No   Has the beneficiary of this petition been previously granted status as an H-1B nonimmigrant in the past 6 years and not left the United States for more than one year after attaining such status?

6. ☐ Yes ☒ No   If the petition is to request a change of employer, did the beneficiary previously work as an H-1B for an institution of higher education, an entity related to or affiliated with an institution of higher education, or a nonprofit research organization or governmental research institution defined in questions 1, 2 and 3 of Part C of this form?

**Part C.   Numerical Limitation Exemption Information.**  *(Continued)*

7.   ☐ Yes   ☒ No   Has the beneficiary of this petition earned a master's or higher degree from a U.S. institution of higher education, as defined in the Higher Education Act of 1965, section 101(a), 20 U.S.C. section 1001(a)?

I certify under penalty of perjury, under the laws of the United States of America, that this attachment and the evidence submitted with it is true and correct.  If filing this on behalf of an organization or entity, I certify that I am empowered to do so by that organization or entity.  I authorize the release of any information from my records, or from the petitioning organization or entity's records, that the U.S. Citizenship and Immigration Services may need to determine eligibility for the exemption being sought.

**Certification.**

Signature

*John L. Dilworth*

Date *(mm/dd/yyyy)*

10/27/09

Print Name

John L. Dilworth

Title

Superintendent

OMB Approval: 1205-0310
Expiration Date: 01/31/2012

**Labor Condition Application for Nonimmigrant Workers**
**ETA Form 9035 & 9035E**
**U.S. Department of Labor**



*Please read and review the filing instructions carefully before completing the ETA Form 9035 or 9035E. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/. In accordance with Federal Regulations at 20 CFR 655.730(b), incomplete or obviously inaccurate Labor Condition Applications (LCAs) will not be certified by the Department of Labor. If the employer has received permission from the Administrator of the Office of Foreign Labor Certification to submit this form non-electronically, ALL required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section (§) symbol.*

**A. Employment-Based Nonimmigrant Visa Information**

| 1. Indicate the type of visa classification supported by this application *(Write classification symbol):* * | H-1B |
|---|---|

**B. Temporary Need Information**

| 1. Job Title * SPECIAL EDUCATION TEACHER, ELEMENTARY SCHOOL |
|---|

| 2. SOC (ONET/OES) code * 25-2041.00 | 3. SOC (ONET/OES) occupation title * SPECIAL EDUCATION TEACHERS, PRESCHOOL, KINDERGARTEN, AND ELEM |
|---|---|

| 4. Is this a full-time position? * ☑ Yes ☐ No | **Period of Intended Employment** | |
|---|---|---|
| | 5. Begin Date * 11/23/2009 *(mm/dd/yyyy)* | 6. End Date * 11/22/2010 *(mm/dd/yyyy)* |

7. Worker positions needed/basis for the visa classification supported by this application

| 1 | **Total Worker Positions Being Requested for Certification *** |
|---|---|

Basis for the visa classification supported by this application
*(indicate the total workers in each applicable category based on the total workers identified above)*

| 1 | a. New employment * | 0 | d. New concurrent employment * |
|---|---|---|---|
| 0 | b. Continuation of previously approved employment * without change with the same employer | 0 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

**C. Employer Information**

| 1. Legal business name * EAST BATON ROUGE PARISH SCHOOL SYSTEM |
|---|

| 2. Trade name/Doing Business As (DBA), if applicable   N/A |
|---|

| 3. Address 1 *   1050 SOUTH FOSTER DRIVE |
|---|

| 4. Address 2   N/A |
|---|

| 5. City * BATON ROUGE | 6. State * LA | 7. Postal code * 70806 |
|---|---|---|

| 8. Country * UNITED STATES OF AMERICA | 9. Province N/A | |
|---|---|---|
| 10. Telephone number * 2259225468 | 11. Extension N/A | |
| 12. Federal Employer Identification Number (FEIN from IRS) * 726000353 | 13. NAICS code (must be at least 4-digits) * 611110 | |

OMB Approval: 1205-0310
Expiration Date: 01/31/2012

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
U.S. Department of Labor



## D. Employer Point of Contact Information

**Important Note:** The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section <u>must be different</u> from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.

| 1. Contact's last (family) name *  DURAN SWINFORD | 2. First (given) name *  ELIZABETH | 3. Middle name(s) *  N/A |
|---|---|---|
| 4. Contact's job title *  ASSOCIATE SUPERINTENDENT FOR HUMAN RESOURCES | | |
| 5. Address 1 *  1050 SOUTH FOSTER DRIVE | | |
| 6. Address 2  N/A | | |

| 7. City *  BATON ROUGE | 8. State *  LA | 9. Postal code *  70806 |
|---|---|---|
| 10. Country *  UNITED STATES OF AMERICA | 11. Province  N/A | |
| 12. Telephone number *  2259225468 | 13. Extension  N/A | 14. E-Mail address  LDURAN@EBRSCHOOLS.ORG |

## E. Attorney or Agent Information (if applicable)

| 1. Is the employer represented by an attorney or agent in the filing of this application? *  If "Yes", complete the remainder of Section E below. | ☑ Yes | ☐ No |
|---|---|---|
| 2. Attorney or Agent's last (family) name §  DOMINGUE | 3. First (given) name §  GOLDIE | 4. Middle name(s) §  CECELIA |
| 5. Address 1 §  8054 SUMMA AVENUE | | |
| 6. Address 2  SUITE D | | |

| 7. City §  BATON ROUGE | 8. State §  LA | 9. Postal code §  70809-3413 |
|---|---|---|
| 10. Country §  UNITED STATES OF AMERICA | 11. Province  N/A | |
| 12. Telephone number §  2252486417 | 13. Extension  2 | 14. E-Mail address  GDOMINGUE@DOMINGUELAW.COM |

| 15. Law firm/Business name §  GOLDIE C. DOMINGUE, APLC | 16. Law firm/Business FEIN §  721465949 |
|---|---|
| 17. State Bar number (only if attorney) §  IL06193019 | 18. State of highest court where attorney is in good standing (only if attorney) §  ILLINOIS |
| 19. Name of the highest court where attorney is in good standing (only if attorney) §  ILLINOIS SUPREME COURT | |

| ETA Form 9035/9035E | **FOR DEPARTMENT OF LABOR USE ONLY** | Page 2 of 5 |
|---|---|---|

Case Number: I-200-09258-237315   Case Status: CERTIFIED   Period of Employment: 11/23/2009 to 11/22/2010

OMB Approval: 1205-0310
Expiration Date: 01/31/2012

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
U.S. Department of Labor



## F. Rate of Pay

| 1. Wage Rate (Required) | 2. Per: (Choose only one) * |
|---|---|
| From: $ 43536.00 * | ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |
| To: $ 62814.00 | |

## G. Employment and Prevailing Wage Information

**Important Note:** It is important for the employer to define the place of intended employment with as much geographic specificity as possible. The place of employment address listed below <u>must be a physical location and cannot be a P.O. Box.</u> The employer may use this section to identify up to three (3) physical locations and corresponding prevailing wages covering each location where work will be performed and the electronic system will accept up to 3 physical locations and prevailing wage information. If the employer has received approval from the Department of Labor to submit this form non-electronically and the work is expected to be performed in more than one location, an attachment must be submitted in order to complete this section.

*a. Place of Employment 1*

| 1. Address 1 * MAGNOLIA WOODS ELEMENTARY SCHOOL | |
|---|---|
| 2. Address 2  760 MAXINE DRIVE | |
| 3. City * BATON ROUGE | 4. County * EAST BATON ROUGE |
| 5. State/District/Territory * LOUISIANA | 6. Postal code * 70808 |

| *Prevailing Wage Information (corresponding to the place of employment location listed above)* | |
|---|---|
| 7. Agency which issued prevailing wage § LOUISIANA DEPARTMENT OF LABOR | 7a. Prevailing wage tracking number (if applicable) § N/A |
| 8. Wage level * ☑ I  ☐ II  ☐ III  ☐ IV  ☐ N/A | |
| 9. Prevailing wage * $ 31180.00 | 10. Per: (Choose only one) * ☐ Hour  ☐ Week  ☐ Bi-Weekly  ☐ Month  ☑ Year |
| 11. Prevailing wage source (Choose only one) * ☑ OES  ☐ CBA  ☐ DBA  ☐ SCA  ☐ Other | |
| 11a. Year source published * 2009 | 11b. If "OES", and SWA/NPC did not issue prevailing wage OR "Other" in question 11, specify source § N/A |

## H. Employer Labor Condition Statements

*!* **Important Note:** In order for your application to be processed, you <u>MUST</u> read Section H of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Employer Labor Condition Statements" and agree to all four (4) labor condition statements summarized below:

(1) **Wages:** Pay nonimmigrants at least the local prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. Offer nonimmigrants benefits on the same basis as offered to U.S. workers.

(2) **Working Conditions:** Provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed.

(3) **Strike, Lockout, or Work Stoppage:** There is no strike, lockout, or work stoppage in the named occupation at the place of employment.

(4) **Notice:** Notice to union or to workers has been or will be provided in the named occupation at the place of employment. A copy of this form will be provided to each nonimmigrant worker employed pursuant to the application.

| 1. I have read and agree to Labor Condition Statements 1, 2, 3, and 4 above and as fully explained in Section H of the Labor Condition Application – General Instructions – Form ETA 9035CP. * | ☑ Yes  ☐ No |
|---|---|

---

OMB Approval: 1205-0310
Expiration Date 01/31/2012

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
U.S. Department of Labor



---

**I. Additional Employer Labor Condition Statements – H-1B Employers ONLY**

✐ Important Note: In order for your H-1B application to be processed, you MUST read Section I – Subsection 1 of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Additional Employer Labor Condition Statements" and answer the questions below.

*a. Subsection 1*

| | | |
|---|---|---|
| 1. Is the employer H-1B dependent? § | ☐ Yes | ☒ No |
| 2. Is the employer a willful violator? § | ☐ Yes | ☒ No |
| 3. If "Yes" is marked in questions I.1 and/or I.2, you must answer "Yes" or "No" regarding whether the employer will use this application ONLY to support H-1B petitions or extensions of status for exempt H-1B nonimmigrants? § | ☐ Yes ☐ No | ☒ N/A |

If you marked "Yes" to questions I.1 and/or I.2 and "No" to question I.3, you MUST read Section I – Subsection 2 of the Labor Condition Application – General Instructions Form ETA 9035CP under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.

*b. Subsection 2*

A. **Displacement:** Non-displacement of the U.S. workers in the employer's workforce
B. **Secondary Displacement:** Non-displacement of U.S. workers in another employer's workforce; and
C. **Recruitment and Hiring:** Recruitment of U.S. workers and hiring of U.S. workers applicant(s) who are equally or better qualified than the H-1B nonimmigrant(s).

| | | |
|---|---|---|
| 4. I have read and agree to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section I – Subsections 1 and 2 of the Labor Condition Application – General Instructions Form ETA 9035CP. § | ☒ Yes | ☐ No |

---

**J. Public Disclosure Information**

✐ Important Note: You must select from the options listed in this Section.

| | |
|---|---|
| 1. Public disclosure information will be kept at: * | ☒ Employer's principal place of business<br>☐ Place of employment |

---

**K. Declaration of Employer**

*By signing this form, I, on behalf of the employer, attest that the information and labor condition statements provided are true and accurate; that I have read  sections H and I of the Labor Condition Application – General Instructions Form ETA 9035CP, and that I agree to comply with the Labor Condition Statements as set forth in the Labor Condition Application – General Instructions Form ETA 9035CP and with the Department of Labor regulations (20 CFR part 655, Subparts H and I).  I agree to make this application, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act. Making fraudulent representations on this Form can lead to civil or criminal action under 18 U.S.C. 1001, 18 U.S.C. 1546, or other provisions of law.*

| 1. Last (family) name of hiring or designated official *<br>Dilworth | 2. First (given) name of hiring or designated official *<br>JOHN | 3. Middle Initial *<br>L |
|---|---|---|

| 4.  Hiring or designated official title *<br>Superintendent |
|---|

| 5. Signature  *John Dilworth* | 6. Date signed *<br>10/27/09 |
|---|---|

---

OMB Approval: 1205-0310
Expiration Date: 01/31/2012

Labor Condition Application for Nonimmigrant Workers
ETA Form 9035 & 9035E
U.S. Department of Labor



---

**L. LCA Preparer**

**Important Note:** Complete this section if the preparer of this LCA is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| DOMINGUE | GOLDIE | C |

| 4. Firm/Business name § |
|---|
| GOLDIE C. DOMINGUE, APLC |

| 5. E-Mail address §   GDOMINGUE@DOMINGUELAW.COM |
|---|

---

**M.  U.S. Government Agency Use (ONLY)**

By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from _____11/23/2009_____ to _____11/22/2010_____

*William L. Carlson*
Department of Labor, Office of Foreign Labor Certification

Determination Date (date signed)        10/21/2009

I-200-09288-237315
Case number

Case Status        CERTIFIED

*The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified LCA.*

---

**N.  Signature Notification and Complaints**

The signatures and dates signed on this form will not be filled out when electronically submitting to the Department of Labor for processing, but **MUST** be complete when submitting non-electronically.  If the application is submitted electronically, any resulting certification **MUST** be signed *immediately upon receipt* from the Department of Labor before it can be submitted to USCIS for further processing.

Complaints alleging misrepresentation of material facts in the LCA and/or failure to comply with the terms of the LCA may be filed using the WH-4 Form with any office of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor.  A listing of the Wage and Hour Division offices can be obtained at http://www.dol.gov/esa.  Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with the U.S. Department of Justice, Office of the Special Counsel for Immigration-Related Unfair Employment Practices, 950 Pennsylvania Avenue, NW, Washington, DC, 20530.  Please note that complaints should be filed with the Office of Special Counsel at the Department of Justice only if the violation is by an employer who is H-1B dependent or a willful violator as defined in 20 CFR 655.710(b) and 655.734(a)(1)(ii).

---

**O.  OMB Paperwork Reduction Act (1205-0310)**

These reporting instructions have been approved under the Paperwork Reduction Act of 1995.  Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.  Obligations to reply are mandatory (Immigration and Nationality Act, Section 212(n) and (t) and 214(c).  Public reporting burden for this collection of information, which is to assist with program management and to meet Congressional and statutory requirements is estimated to average 1 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Room C-4312, 200 Constitution Ave. NW, Washington, DC 20210.  (Paperwork Reduction Project OMB 1205-0310.) **Do NOT send the completed application to this address.**

---

In East Baton Rouge, Louisiana, August 11, 2010

**MANIFESTO**

RECEIVED

AUG 1 2 2010

SUPT. OFFICE

We, the undersigned Filipino teachers, would like to express our full support to the East Baton Rouge Parish School System. We are truly grateful for the opportunity that you have provided us with, and for all the professional assistance that our respective schools have extended to us. It is our great honor and pride to be a part of this institution and it is our pleasure to serve EBR students and their families.

We further want to inform you that the undersigned teachers are not a part of the class action lawsuit filed by several Filipino teachers against the East Baton Rouge Parish School Board. We also would like to let you know that it is our desire not to participate in the said case against the school board. It is within our knowledge that a case will be filed against Universal Placement International Inc., and it is our hope that justice be served.

The undersigned teachers assure that we will, and wish, to continue our service, commitment, and dedication to the East Baton Rouge Parish School System and to continue to provide quality education to our students.

Respectfully,

**EXHIBIT**

**G**

| NAME | SIGNATURE | SCHOOL |
|---|---|---|
| CAROLINE C. TOLENTINO | | VILLA DEL REY ELEMENTARY |
| Roland Quilambao | | Belaire High School |
| Nancy L. Carlos | | Sherwood Middle Magne |
| JAY M. LUZARAN | | La Belle Aire Elem. School |
| Remedios D. Yutuc | | Capitol Middle School |
| Janice T. Mercado | | Northeast High School |
| Rexenie S. Lausa | | Arlington Preparatory Academy |
| Cynthia A. de Torres | | La Belle Aire Elem. |
| Arlene C. Buenaventura | Arlene C. Buenaventura | Mc Kinley Middle Magnet |
| Ma. Concepcion M. Ebonda | | Belaire High School |
| Marie Vane J. Cabanero | | Woodlawn Middle School |
| Emmanuel T. Bautista | | |

Manifesto, page 2

| NAME | SIGNATURE | SCHOOL |
|---|---|---|
| MA LETICIA ZAPORTEZA | | Istrouma High School |
| DULCISIMA DE GUZMAN | | DELMONT ELEM |
| MARITES P. CORSINO | | Delmont Elem. |
| REINA G. CENIR | RGCenir | Villa Del Rey |
| EDNA D. SIAOTONG | | TARA High |
| CATHREEN S. BALINGIT | | BROOKSTOWN ELEM. SCHOOL |
| AIREEN R. TAN | | Scotlandville Pre-Engineering Magnet Academy |
| MICHELLE B. BORDA | | RIVEROAKS ELEM |
| RIA S. DAMIAN | | PARK ELEM |
| AILEEN M. UMALI | | CAPITOL MIDDLE |
| MARICEL M. SALVACION | | Merry dale Elem. School |
| Miami J. Gonzales | | BANKS Elem. School |
| Francesca P. Vergara | | Banks Elem. School |
| WARREN TAGAPULOT | | BELAIRE HIGH SCHOOL |
| Aileen M. Casiano | | Winbourne Elementary School |
| RENANTE D. DEPOL | | SCOTLANDVILLE MAGNET HIGH SCHOOL |
| CATALINA FADRIGALAN | | ISTROUMA HIGH SCHOOL |
| JOSUILIN A. CRISTOBAL | | CAPITOL MIDDLE SCHOOL |
| Kathleen Mae S. David | Kdavid | Broadmoor Middle School |

Manifesto, page 3

| NAME | SIGNATURE | SCHOOL |
|------|-----------|--------|
| Mercedes Castelo | | EBR Lab Academy |
| Pinky Ebilane | | EBR Lab Academy |
| MARILOU T-NEK | | Mckinley High Sch. |
| Marita Linguete | | Park Forest M.S. |
| Jocelyn Gutierrez-Hobson | | Belaire H/S |
| Marychelle Sagun-Agunday | | Broadmoor High School |
| Nympha M. Bautista | | Scotlandville Magnet High |
| Romilda B. Crisostomo | | HOWELL PARK E/S |
| Ana Liza M. Taruc | | Westminster Elem. School |
| CECILIA GUILALAS | | Ryan Elementary |
| Geraldine Domingo | | Capitol Middle School |

Attachment to Manifesto

Page 4

| Caroline Tolentino | 2/11/2008 | Villa del Rey Elementary | Kindergarten Teacher | 8026 Jefferson Hwy., Apt. 149, Baton Rouge, LA 70809 | (225) 200 9018 |
|---|---|---|---|---|---|
| Cynthia de Torres | 8/4/2010 | La Belle Aire Elementary | PE Teacher | 8508 Greenwell Spring Road, Apt. 23, Baton Rouge, LA 70814 | (225)572 8454 |
| Ma Leticia Zaporteza | 2/11/ 2008 | Istrouma High | Math Teacher | 10530 Florida Blvd. Apt. 103, Baton Rouge, LA 70815 | (225) 288 6520 |
| Dulcisima De Guzman | 11/ 2007 | Delmont Elementary | 1st Grade Teacher | 600 Wooddale Blvd. Apt. 267, Baton Rouge, LA 70806 | (225) 284 1790 |
| Mercedes Costelo | 9/ 2007 | EBR Lab Academy | Science Teacher | 600 Wooddale Blvd. Apt. 213, Baton Rouge, LA 70806 | (225) 288 9319 |
| Marites Corsino | 2/11/2008 | Delmont Elementary | 2nd Grade Teacher | 600 Wooddale Blvd. Apt. 217, Baton Rouge, LA 70806 | (225) 288 1207 |
| Rexenie S. Lausa | 8/ 5/ 2008 | Arlington Prep. Academy | ESS Teacher | 9895 Florida Blvd. Apt. 303, Baton Rouge, LA 70815 | (225) 288 4288 |
| Pinky Ebilane | 6/4/2009 | EBR Lab Academy | High School Teacher | 2225 College Drive, Apt. 67, Phase I, Baton Rouge LA 70808 | (225) |
| Reina Cenir | 8/5/ 2008 | Villa del Rey Elementary | ESS Teacher | 10390 Jefferson Hwy., Apt. 135, Baton Rouge, LA 70809 | (225) 650 45 43 |
| Marie Vane Cabanero | 8/5/2008 | Woodlawn Middle School | ESS Teacher | 600 Wooddale Blvd. Apt. 280, Baton Rouge, LA 70806 | MCabanero@ebrpss.k12.la.us |
| Nympha Bautista | 8/5/2008 | Scotlandville Magnet High School | Science Teacher | 600 Wooddale Blvd. Apt. 280, Baton Rouge, LA 70806 | NBautista@ebrpss.k12.la.us |

Attachment to Manifesto
Page 5

| Aireen Tan | 10/ 2007 | Scotlandville Pre-Engineering Magnet Academy | ESS Teacher | 8026 Jefferson Hwy., Apt. 153, Baton Rouge, LA 70809 | (225) 333 1756 |
|---|---|---|---|---|---|
| Ana Liza Taruc | 8/2008 | Westminster Elementary | 1st Grade Teacher | 2100 College Drive, Apt. 167, Baton Rouge, LA 70808 | (225) 936 6547 |
| Miami J. Gonzales | 8/ 8/ 2008 | Banks Elementary School | ESS Teacher | 8026 Jefferson Hwy. Apt. 126 Baton Rouge, LA, 70809 | 318-655-5833 |
| Francesca P. Vergara | 8/5/ 2008 | Banks Elementary School | K-Teacher | 8026 Jefferson Hwy. Apt. 119 Baton Rouge, LA, 70809 | 225-252-7059 |
| Warren A. Tagapulot | 9/ 10/ 2007 | Belaire High | Math | 8026 Jefferson Hwy. Apt. 119 Baton Rouge, LA, 70809 | 225-284-5365 |
| Marilou T. Ner | 2/14/ 2008 | McKinley High | Math | 10990 Worthington Ave, Baton Rouge, LA, 70809 | 225-571-2154 |
| Arlene Buenaventura | 8/5/2008 | McKinley Middle Magnet | ESS Teacher | 4276 Arnold Lane, Apt. 6, Baton Rouge , LA, 70809 | ABuenaventura@ebrpss.k12.la.us |
| Remedios Yutuc | 8/5/ 2008 | Capitol Middle | Math | 8508 Greenwell Springs Road, Apt. 84, Baton Rouge, La, 70814 | 225-276-0592 |
| Marychelle Sagun-Agunday | 9/19/ 2007 | Broadmoor High | Science | 1100 South Foster Dr. Apt. 44, Baton Rouge, LA, 70806 | MSagun@ebrpss.k12.la.us |
| Michelle B. Borda | 8/5/ 2008 | River Oaks Elementary | ESS Teacher | 10530 Florida Blvd. Apt. 402, Baton Rouge, LA, 70815225-284-4009 | 225-284-2460 |
| Ria S. Damian | 8/ 8/ 2008 | Park Elementary | ESS Teacher | 10530 Florida Blvd. Apt. 402, Baton Rouge, LA, 70815 | RDamian2@ebrpss.k12.la.us |
| Aileen M. Umali | 8/8/ 2008 | Capitol Middle | ESS Teacher | 10390 Jefferson Hwy., Baton Rouge, LA, 70809 | 951-285-6617 |
| Edna Siaotong | 8/14/ 2009 | Tara High School | Chemistry Teacher | 600 Wooddale Blvd. Apt 251 Baton Rouge, LA 70806 | (225)284-6709 |

Attachment to Manifesto
Page 6

| Jocelyn Gutierrez Hobson | 9/10/ 2007 | Belaire High School | Physical Science Teacher | 600 Wooddale Blvd. Apt 213 Baton Rouge, LA 70806 | JGutierrez@ebrpss.k12.la.us |
|---|---|---|---|---|---|
| Maricel M. Salvacion | 2/14/ 2008 | Merrydale Elem. School | 4th Grade | 10530 Florida Blvd. Apt 403 Baton Rouge, LA 70815 | (225) 302 0173 |
| Ma. Concepcion M. Eborda | 8/5/ 2008 | Belaire High School | English Teacher | 600 Wooddale Blvd. Apt 205 Baton Rouge, LA 70806 | MEborda2@ebrpss.k12.la.us |
| Emmanuel Bautista | 8/5/ 2008 | McKinley Magnet High School | ESS Teacher | 600 Wooddale Blvd. Apt. 280 Baton Rouge, LA 70806 | (225)302-1855 |
| Catalina Fadrigala | 2/11/2008 | Istrouma High School | Math Teacher | 13901 Stonegate Drive Baton Rouge, LA | (225)324-1267 |
| Renante D. Depol | 10/22/ 2007 | Scotlandville High School | Math Teacher | 536 Fall River Drive Baton Rouge, LA 70815 | (225)620-5397 |
| Aileen M. Casiano | 2/21/ 2008 | Winbourne Elem School | ESS Teacher | 536 Fall River Drive Baton Rouge, LA 70815 | (225)456-1822 |
| Roland Quiambao | 8/ 2009 | Belaire High School | Teacher | 600 Wooddale Blvd. Apt 251 Baton Rouge, LA 70806 | (225)588-0581 |
| Romilda R Crisostomo | 08/04/2008 | Howell Park Elem. School | 2nd Grade Teacher | 600 Wooddale Blvd., Apt 205 B.R. 70806 | RCrisostomo2@ ebrpss.k12.la.us |
| Janice T Mercado | 08/04/2008 | North East High School | Math Teacher | 8508 Greenwell Springs Rd. Apt 84 B.R. La 70814 | JMercado@ebrpss.k12.la.us |
| Nancy Carlos | 08/04/2008 | Sherwood Middle School | Read 180 Teacher | 8508 Greenwell Springs Rd. Apt 165 B.R. La 70814 | NCarlos2@ebrpss.k12.la.us |
| Geraldine Domingo | 10/13/2008 | Capitol Middle School | ESS Teacher | 844 Monet Dr. Apt 403 B.R. LA 70806 | GDomingo@ebrpss.k12.la.us |
| Marita Linguete | 02/25/2008 | Park Forest Middle School | Math Teacher | 8508 Greenwell Springs Rd. Apt 83 B.R. La 70814 | MLinguete@ebrpss.k12.la.us |
| Agnes Cabual | 07/05/2008 | Belaire High School | Science Teacher | 105 Florida Blvd. Apt 313 B.R. LA 70815 | ACabual@ebrpss.k12.la.us |
| Cecilia Guilalas | 08/05/2008 | Ryan Elementary School | 5th Grade Science/S. Studies | 8508 Greenwell Springs Rd. B.R. La 70814 | CGuilalas2@ebrpss.k12.la.us |

*9/27/10 - Copies to Rutledge & Williams (Miller)*

In East Baton Rouge, Louisiana, August 11, 2010

**MANIFESTO**

RECEIVED

SEP 24 2010

SUPT. OFFICE

We, the undersigned Filipino teachers, would like to express our full support to the East Baton Rouge Parish School System. We are truly grateful for the opportunity that you have provided us with, and for all the professional assistance that our respective schools have extended to us. It is our great honor and pride to be a part of this institution and it is our pleasure to serve EBR students and their families.

We further want to inform you that the undersigned teachers are not a part of the class action lawsuit filed by several Filipino teachers against the East Baton Rouge Parish School Board. We also would like to let you know that it is our desire not to participate in the said case against the school board. It is within our knowledge that a case will be filed against Universal Placement International Inc., and it is our hope that justice be served.

The undersigned teachers assure that we will, and wish, to continue our service, commitment, and dedication to the East Baton Rouge Parish School System and to continue to provide quality education to our students.

Respectfully,

| Name | Signature | School |
|------|-----------|--------|
| RENANTE O. DEPOL | | SCOTLANDVILLE MAGNET HIGH SCHOOL |
| Emee P. Negapatan | | Westdale Middle School |
| AGNES CELIA J. CAPDULA L | | Belaire High School |
| NIMFA NARVASA | | Mayfair Middle School |
| Eloisa Gamet | | Jefferson Terrace Elem. |
| LIDUVINA C. HERY | Liduvina C. Nury | PARK FOREST MIDDLE SCHOOL |
| Joyce Laudiano | | Highland Elementary School |
| MARIBETH TORRES | Marabeth Torres | La Belle Aire Elementary |
| ROWENA P. CRUZ | | Westdale Middle School |
| NOEMI J. GOLOYUGO | | La Belle Aire Elementary S |
| Luzviminda V. BAYAN | | Istrouma High School |

In East Baton Rouge, Louisiana, August 11, 2010

**MANIFESTO**

RECEIVED

SEP 24 2010

SUPT. OFFICE

We, the undersigned Filipino teachers, would like to express our full support to the East Baton Rouge Parish School System. We are truly grateful for the opportunity that you have provided us with, and for all the professional assistance that our respective schools have extended to us. It is our great honor and pride to be a part of this institution and it is our pleasure to serve EBR students and their families.

We further want to inform you that the undersigned teachers are not a part of the class action lawsuit filed by several Filipino teachers against the East Baton Rouge Parish School Board. We also would like to let you know that it is our desire not to participate in the said case against the school board. It is within our knowledge that a case will be filed against Universal Placement International Inc., and it is our hope that justice be served.

The undersigned teachers assure that we will, and wish, to continue our service, commitment, and dedication to the East Baton Rouge Parish School System and to continue to provide quality education to our students.

Respectfully,

JANE R. PABLICO                      Mckinley High School

IRENE R. TRINIDAD                 Park Elementary School

MARITES B. TAPALLA              Glen Oaks High School