# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,<br><br>Defendants. | Case No. 8:10-cv-01172-JAK-MLG<br><br>**JUDGE JOHN A. KRONSTADT**<br><br>**MAGISTRATE JUDGE MARC L. GOLDMAN** |

---

## DECLARATION OF DR. ELIZABETH DURAN SWINFORD

The undersigned, Dr. Elizabeth Duran Swinford, declares and states as follows pursuant to 28 U.S.C. § 1746:

1.     My name is Elizabeth Duran Swinford.  I am a resident citizen of the United States over the age of 21 years and am fully competent to make this Declaration.  I have personal knowledge of the matters set forth in this Declaration.

2.     I am currently employed as the Superintendent for Vicksburg Warren School District in Vicksburg, Mississippi.  I was employed as Associate Superintendent for Human Resources for the East Baton Rouge Parish School Board ("EBR") in Baton Rouge, Louisiana

EXHIBIT
2

from February 2003 to August 2010.   At EBR, I reported to Charlotte Placide, the Superintendent, and was in charge of many Human Resources functions.

3.     In 2006, EBR was solicited by a number of placement agencies to hire international teachers represented by these agencies from the Philippines and other countries. Universal Placement International ("UPI") was one of the many companies that solicited EBR to hire international teachers represented by UPI.   At the time, EBR was experiencing a critical teacher shortage in certain areas including math, science, and special education, and would start each school year with approximately 200 vacancies.   UPI represented itself to EBR as an agent for Filipino teachers who were considered "highly qualified" because of their education and credentials.

4.     UPI sent over a proposal to me and other EBR representatives in 2006 outlining the services they provided to assist the teachers in finding employment in the U.S., and stating that EBR would be able to interview and make offers of employment to these Filipino teachers at no charge.   UPI's proposals are attached as Exhibit A to the declaration of Daphne Donaldson, which I have reviewed.   EBR had no contract with UPI at any time, and EBR did not pay fees to or view UPI as an agent of EBR.   Based on the proposal documents, it was EBR's understanding that UPI represented the teachers and were soliciting interest from EBR in hiring these teachers.

5.     At the time that UPI was soliciting EBR, EBR was informed that the State of Louisiana's Recovery School District had begun to utilize UPI to hire teachers from the Philippines and had not had any problems with these teachers.   The Superintendent and I had both met Lulu Navarro of UPI at conventions.   Based on UPI's track record with the Recovery School District, EBR decided to conduct some interviews of the teachers represented by UPI.

- 2 -

6.      EBR held its first round of interviews in July of 2007 via video-conference and hired approximately twenty-one teachers.   One of these teachers was Ingrid Cruz.   I did not attend these video-conference interviews, but to my knowledge, Daphne Donaldson, Recruitment Manager, and principals from various EBR schools conducted the interviews.

7.      EBR was happy with the teachers hired in July 2007, and most, if not all, were highly-qualified and certified by EBR as per the state of Louisiana's guidelines shortly after arriving in Baton Rouge.

8.      Because of the success of the first round of hiring of teachers from the Philippines, I and other EBR officials planned to take a trip to the Philippines to interview another group of teachers.   Along with some EBR school principals, I made this trip in November of 2007 and we made offers of employment to approximately eighty Filipino teachers.

9.      I made a final trip to the Philippines in March 2008 with some EBR school principals to interview another group of teachers, and approximately 120 teachers were given job offers.   With the hiring of these teachers, our teacher shortage was essentially resolved and we did not return to the Philippines for another round of interviews.

10.      The Filipino teachers hired by EBR came to the U.S. to begin teaching at different times beginning in the fall of 2007 through various times in the 2008 school year.

11.      We were generally satisfied with the performance of the Filipino teachers hired by EBR, although EBR terminated approximately 35 of these teachers.

12.      At some point during my employment with EBR, a few of the teachers hired from the Philippines began to complain to Human Resources employees that Navarro had threatened to have them fired from EBR.   I wanted to immediately address these concerns and ensure the teachers that only EBR officials made termination decisions, and that these decisions would be

- 3 -

based on their teaching performance. In December 2008, I held a meeting for all international teachers. The agenda for this meeting is attached as Exhibit "A." As stated on the agenda, the main focus of this meeting was to inform the Filipino and other international teachers that no person or entity outside of EBR had any influence over their employment with EBR.

13. Also, it came to my attention that the Filipino teachers were complaining about their housing arrangements and other issues. Because EBR simply does not have the resources or knowledge to deal with problems related to foreign nationals in the U.S., I and other officials recommended that these Filipino teachers join the local unions to protect their interests.

14. I did not have much interaction with the named EBR plaintiffs outside of general meetings. Ingrid Cruz did come to me with a problem in 2009 and I assisted in resolving it. Cruz had renewed her visa, but by some mistake, it was only renewed for a six-month period. Cruz's principal was satisfied with her performance and I ensured that Cruz's six-month visa would be changed so that she could continue teaching through the school year. I contacted Lulu Navarro of UPI directing her to issue Cruz a visa renewal for the year. The correspondence related to this renewal is attached to Daphne Donaldson's Declaration as Exhibit "C," which I have reviewed. However, Cruz decided to renew her visa with an attorney not related to UPI, and her visa was actually renewed for a three-year period. This application and related correspondence executed by the Superintendent at my request are attached as Exhibits "D" and "E" to the declaration of Daphne Donaldson, which I have reviewed.

15. After Cruz's renewal, I decided that we should make it a regular practice to renew the Filipino teachers' visas for the three-year period. This not only cut down on paperwork, but it also reduced issues we had experienced when there were errors in processing visas, which

- 4 -

could force certain teachers to return to the Philippines for a period of time before they could return to the United States and resume teaching.

16.     After March 2008, EBR did not interview or hire any more teachers from the Philippines.  In August of 2010, in the final days before I left EBR, I and other EBR officials received a copy of a manifesto signed by more than fifty Filipino teachers hired by EBR expressing their full support for EBR and stating that they were not part of the class action lawsuit.  This document is attached to the declaration of Daphne Donaldson as Exhibit "G," which I have reviewed.

17.     All documents attached hereto are documents that were delivered to me in the ordinary course of my employment as Associate Superintendent for EBR, and it was common and customary for me to receive such documents in the ordinary performance of my duties as the Associate Superintendent of EBR.  These records were, after receipt, placed by me in the files of EBR, and have since then been kept and maintained as per the usual and customary practices of EBR.  The documents attached hereto have previously been supplied to counsel for Mairi Nunag-Tanedo, Ingrid Cruz, and Donnabel Escuadra, pursuant to a public records request upon EBR.

I declare under penalty of perjury that the foregoing statement is true and correct, this the 25 day of July, 2011.

Elizabeth Duran Swinford, Ed.D.

ATI-2446754v1
PD.5327803.1

# INTERNATIONAL TEACHERS
# MID YEAR UPDATE
# MEETING
## Tuesday, December 2, 2008

## AGENDA

☐ Welcome

☐ Performance Assessment
- Twice a year in addition to regular observations and evaluation
- Only EBR School Administrators recommend their separation from EBRPSS

☐ Visa Renewal
- 1 year only
- Submit to Office of Human Resources Only

☐ Non Renewals
- Offer of Employment as Student Interventionist

Questions/Answers/Survey



EXHIBIT

A

tabbies®

# INTERNATIONAL TEACHERS MID YEAR UPDATE MEETING
## Friday, December 5, 2008

## AGENDA

☐ Welcome

☐ Performance Assessment
- Twice a year in addition to regular observations and evaluation
- Only EBR School Administrators recommend their separation from EBRPSS

☐ Visa Renewal
- 1 year only
- Submit to Office of Human Resources Only

☐ Non Renewals
- Offer of Employment as Student Interventionist

Questions/Answers/Survey

# INTERNATIONAL TEACHERS
# MID YEAR UPDATE
# MEETING

## QUESTIONS

If you have questions for the Office of Human Resources, please complete this form and leave it.   You will be contacted at a later date regarding a response.

Name: _____

School: _____

Email: _____

Phone: _____

Date: _____

Question

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# INTERNATIONAL TEACHERS
# MID YEAR UPDATE
# MEETING

## QUESTIONS

If you have questions for the Office of Human Resources, please complete this form and leave it.   You will be contacted at a later date regarding a response.

Name: _____

School: _____

Email: _____

Phone: _____

Date: _____

Question

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Office of Human Resources**
East Baton Rouge Parish School System
International Teacher Assessment

| Name of Teacher | Name of Principal | School |
|---|---|---|
| | | |

*Based on actual classroom observations, please rate this teacher using the following scale:*

5=Excellent   4=Good   3=Satisfactory   2=Needs Improvement   1=Poor   0=Unacceptable

## I. PLANNING AND PREPARATION

Comments:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. The teacher submits daily, weekly and unit lesson plans based on the local curriculum that include references to standards and benchmarks. | 5 | 4 | 3 | 2 | 1 | 0 |
| 2. The teacher demonstrates planning different learning styles. | 5 | 4 | 3 | 2 | 1 | 0 |
| 3. The teacher demonstrates planning for the use of appropriate visuals and equipment to enhance the lesson. | 5 | 4 | 3 | 2 | 1 | 0 |
| 4. The teacher accepts suggestions for improvement | 5 | 4 | 3 | 2 | 1 | 0 |
| 5. The teacher communicates accurately and effectively in the subject area. | 5 | 4 | 3 | 2 | 1 | 0 |

## II. PROFESSIONAL ATTITUDE

Comments:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. The teacher cooperates with the Principal's requests. | 5 | 4 | 3 | 2 | 1 | 0 |
| 2. The teacher collaborates with colleagues. | 5 | 4 | 3 | 2 | 1 | 0 |
| 3. The teacher is on time, phones in absences and has reliable attendance. | 5 | 4 | 3 | 2 | 1 | 0 |
| 4. The teacher communicates well with colleagues, parents and students. | 5 | 4 | 3 | 2 | 1 | 0 |

## III. INSTRUCTIONAL PRACTICES AND TEACHING PERFORMANCE

Comments:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. The teacher consistently interacts with students during instructional time. | 5 | 4 | 3 | 2 | 1 | 0 |
| 2. The teacher monitors the classroom to assure the best use of instructional time. | 5 | 4 | 3 | 2 | 1 | 0 |
| 3. The teacher acts as a role model for students. | 5 | 4 | 3 | 2 | 1 | 0 |
| 4. The teacher participates in professional growth activities. | 5 | 4 | 3 | 2 | 1 | 0 |
| 5. The teacher treats students with respect, keeping in mind cultural differences. | 5 | 4 | 3 | 2 | 1 | 0 |
| 6. The teacher developed a discipline plan and implements it consistently OR uses the school-wide behavior plan effectively. | 5 | 4 | 3 | 2 | 1 | 0 |

I recommend that we retain this teacher:      Yes _____   No _____

_____                    _____
Principal's Signature                                                      Date

My signature below merely means that I received a copy of this assessment had an opportunity to read it and discuss it. It does not necessarily mean that I agree with its content

| First Name | Last Name | Location | Signature | Date |
|---|---|---|---|---|
| Rosenne | Agdamag | Brownsfield Elem | | |
| Ma Vanessa | Aguinaldo | LaBelle Air Elem | *signature* | 12/05/08 |
| Gina | Aguirre | Delmont Elem | | |
| Grace | Andezo | Capitol Elem | | |
| Ma Janet | Anober | Westdale Middle | *signature* | 12/6/08 |
| Grace | Arinque | Polk Elem | | |
| Marilyn | Asa | Forest Heights Elem | *signature* | 12/05/08 |
| Geralyn | Bacus | Valley Park Alt | *signature* | |
| Jason | Baena | Twin Oaks Elem | *signature* | 12/05/08 |
| Gemma | Baisac | Westdale Middle | *signature* | 12/05/08 |
| Agnes | Cabuel | Belaire High | *signature* | 12/05/08 |
| Reina | Cenir | Villa Del Rey Elem | *signature* | 12/05/08 |
| Emenilda | Cordero | McKinley High | *signature* | 12-05-08 |
| Mercedes | Costelo | Crestworth Middle | *signature* | 12/5/08 |
| Ria | Damian | Lanier Elem | | |
| Kathleen | David | Broadmoor Middle | | |
| Dulcisima | De Guzman | Delmont Elem | | |
| Cynthia | De Torres | LaBelle Air Elem | *signature* | 12/5/08 |
| Liberty | Dela Cruz | Belaire High | *signature* | 12/5/08 |
| Renante | Depol | Kenilworth Middle | *signature* | 12/5/08 |
| Arvin | Dones | Delmont Elem | *signature* | 12/5/08 |
| MaConcepcion | Eborda | Robert Lee High | *signature* | 12/5/08 |
| Jacinto | Edera | Kenilworth Middle | *signature* | 12/5/08 |

Broadmoor High

| First Name | Last Name | School | Signature | Date |
|---|---|---|---|---|
| Maria | Ramos | Crestworth Pre | | 12/5/08 |
| Milnor | Rodriguez | Crestworth Middle | | 12/5/08 |
| Aireen | Romualdo | Crestworth Pre | | 12/5/08 |
| Marchelle | Sagun | Robert Lee High | | |
| Rodolfo | Sangel | Westdale Middle | | |
| Nerelyn | Soreta | Jefferson Terrace | | 12/5/08 |
| Warren | Tagapulot | Belaire High | | 12/5/08 |
| Janette | tangub | Kenilworth Middle | | 12/5/08 |
| Ana | Taruc | Westminster Elem | | 12/5/08 |
| Charmaine | Titong | Crestworth Pre | | 12/5/08 |
| Mary Grace | Villanueva | Belfair Elem | | 12/5/08 |
| Remedios | Yutuc | Kenilworth Middle | | |
| EPLOR | SEPALACAN | Castworth Middle | | 12/5/08 |

Meeting Date: Friday, December 5, 2008

Westdale Middle School Library

| First Name | Last Name | School | Signature | Date |
|---|---|---|---|---|
| Luzviminda | Emelo | Villa Del Rey Elem | | |
| Donnabel | Escuadra | Banks Elem | | |
| Cynthia | Fabonan | Glasgow Middle | | 12/4/08 |
| Jo Anna | Florcruz | Crestworth Pre | | 12/5/08 |
| Rafaela | Flores | Westdale Middle | | 12/5/08 |
| Robert | Garcia | Istrouma High | | |
| Efegenia | Giray | Staring Ed Ctr | | 12/5/08 |
| Maria | Goma | Sharon Hills Elem | | 12/5/08 |
| Cecilia | Guilalas | Ryan Elem | | 12/5/08 |
| Joycelyn Jocelyn | Gutierrez | Belaire High | | 12/5/08 |
| Maribeth | Jasildo | Dufrocq Elem | | 12/3/08 |
| Grace | Lapesigue | Winbourne Elem | | 12/5/08 |
| Rexenie | Lausa | Arlington Prep | | 12/5/08 |
| Kenneth | Liong | Valley Park Alt | | 12/5/08 |
| Rowena Manqaoil | Manaoil | Westminster Elem | | |
| Lord | Marapao | Southeast Middle | | 12/5/08 |
| Janice | Mercado | Capitol Middle | | 12/5/08 |
| Mercy | Metran | Delmont Elem | | 12/5/08 |
| Rosenie | Mopia | Merrydale Elem | | |
| Eva | Nunez | Tara High | | 12/5/08 |
| Emilie | Palabasan | Southdowns Elem | | |
| Rachel | Pama | Glen Oaks High | | |
| Jan Theresa | Pineda | Valley Park Alt | | 12/5/08 |
| Cherryle | Raganut | Arlington Prep | | 12/5/08 |

Natividad   Seriño   Sharon Hills   12-5-08
Maria   Banga   Winbourne Elem   12-5-08
Ma. ELVIRA   Tindanisan   Belfair   12-5-08

| First Name | Last Name | Location | Signature | Date |
|---|---|---|---|---|
| MARIA BLANCHE | HERRERA | PARK FOREST MIDDLE | *(signature)* | 12/09/08 |
| DANILO | DOLIRO | PARK FOREST MIDDLE | *(signature)* | 12/07/08 |
| Marjorrie Bina | Pijo | Wedgewood Elementary | *(signature)* | 12/9/08 |
| Leonisa Anana | ABALLE | Kenilworth Middle School | *(signature)* | 12/9/8 |
| ROWena | Saraunga | Wedgewood Elementary Sch. | *(signature)* | 12/9/08 |
| ALMA | GANZON | Kenilworth Middle Choi | *(signature)* | 12/9/08 |

Meeting Date: Tuesday, December 9, 2008

Westdale Middle School Library

| First Name | Last Name | Location | Signatures | Date |
|---|---|---|---|---|
| Jovi | Bacani | Istrouma High | | 12-4-08 |
| Reynalin | Baricuatro | Broadmoor High | | 12-4-08 |
| Elenita | Boo | Univ Terrace Elem | | 12-4-08 |
| Michelle | Borda | River Oaks Elem | | |
| Arlene | Buennaventura | Claiborne Elem | | 12-4-08 |
| May | Caparas | Forest Heights Elem | | 12-04-08 |
| Aurora | Caringal | Melrose Elem | | |
| Nancy | Carlos | Sherwood Middle | | |
| Christienne | Cordova | Park Forest Middle | | 12/04/08 |
| Romilda | Crisostomo | Howell Park Elem | | 12/4/08 |
| Josuilin | Cristobal | Kenilworth Middle | | 12/04/2008 |
| Ninarose | Del Valle | Brookstown Elem | | 12/04/2008 |
| Johanna | Dela Cruz | Banks Elem | | 12/04/2008 |
| Lenilla | Diao | Merrydale Elem | | 12/04/08 |
| Pinky | Ebilane | Crestworth Middle | | 12/08 |
| Jarwin | Gahoy | Tara High | | 12/04/2008 |
| Maria Eulan | Gallares | Valley Park Alt | | 12/4/08 |
| Eloise | Gamet | Jefferson Terrace | | 12/04/2008 |
| Margarita | Gat-Ud | Valley Park Alt | | 12/04/2008 |
| Noemi | Goloyugo | LaBelle Air Elem | | 12/04/08 |
| Ludy | Guillermo | Capitol Middle | | 12/04/08 |
| Gemma | Halcon | Glen Oaks Park Elem | | |
| Lorena | Java | Crestworth Middle | | 12/04/08 |
| Christopher | Jose | Park Forest Middle | | |

ROBERT GARCIA                                                                  12/04/08
Adrian Ritchie       ISTROUMA HIGH                                             12/04/08
CAYARI i Elena       i ST Roma HIGH H.S                                        12/04/08
                     ISTROUMA H.S

| First Name | Last Name | School | Signature | Date |
|---|---|---|---|---|
| Ma. Ingrid | Cruz (kaylene) | Magnolia Elem / Scotlandville Middle | | 12/4/08 |
| Corazon | Lipana | Banks Elem | | 12/4/08 |
| Jay | Luzaran | LaBelle Air Elem | | 12/4/08 |
| Sheryl Joy | Mangasin | Belfair Elem | | 12/4/08 |
| Magie | Marasigan | Univ Terrace Elem | | 12/4/08 |
| Sherlita | Mari | Westdale Middle | | 12/4/08 |
| Analyn | Melano | Glen Oaks High | | 12/4/08 |
| Liduvina | Nery | Park Forest Middle | | 12/4/08 |
| Sharon | Padilla | Bernard Terrace/Polk | | |
| Jave | Pajuelas | Westdale Middle | | 12/4/08 |
| Jonathan | Pia | Westdale Middle | | 12/4/08 |
| Joselito | Pilarta | Woodlawn High | | 12/4/08 |
| Mary | Seballos | Scotlandville Elem | | 12/4/08 |
| Natividad | Seribo | Sharon Hills Elem | | |
| Myra | Singh | Valley Park Alt | | 12/4/08 |
| Josefina | Tan | Crestworth Elem | | 12/4/08 |
| Mairi | Tanedo | Magnolia Woods | | 12/4/08 |
| Maribeth | Torres | Polk Elem | | |
| Carol | Trocino | Greenbrier Elem | | 12/4/08 |
| Aileen | Umali | Capitol Middle | | 12/4/08 |
| Ramelon | Umali | Greenville Elem | | |
| Francesca | Vergara | Banks Elem | | 12/4/08 |
| Tito | Villosillo | LaBelle Air Elem | | 12/4/08 |
| Loida | Virina | Ryan Elem | | 12/4/08 |
| Ma Leticia | Zaporteza | Istrouma High | | 12/4/08 |

Meeting Date: Thursday, December 4, 2008

GRACE GRINQUE
Donnabel Escuadra
MLA-M1

POLK ELEM.
Banks Elem-
Banks

Westdale Middle School Library

12/04/08
12/04/08
12/04/08

| First Name | Last Name | Location | Signature | Date |
|------------|-----------|----------|-----------|------|
| Marites | Antonio | Crestwroth Middle | | |
| Rosalia | Astudillo | Univ Terrace Elem | | 12/4/08 |
| Ruth | Ayupan | Merrydale Elem | | 12/3/08 |
| Rhodora | Bareenas_Barcenas | Melrose Elem | | |
| Emmanuel | Bautista | McKinley High | | 12/3/08 |
| Maria | Cancino | Howell Park Elem | | 12/3/08 |
| Alfredo | Caracena | Melrose Elem | | 2/3/08 |
| Marites | Corsino | Delmont Elem | | 12/3/08 |
| Rogelio | Cruz | Crestworth Middle | | 12/3/08 |
| Anna | Dalid | Westdale Middle | | 12/3/08 |
| Roland | Dante | Glen Oaks High | | 1/3/08 |
| Danilo | Doliro | Park Forest Middle | | |
| Mary | Gonzaga | Broadmoor Elem. | | 12/3/08 |
| Ingrid | Jomento Cruz | Crestworth Pre | | |
| Irma | Madarang | Westdale Middle | | 12/03/08 |
| Angelisa | Navales | Progress Elem | | 12/03/08 |
| Beatriz | Olbes | Univ Terrace Elem | | 12-03-08 |
| Imelda | Orit | Westdale Middle/Broadmoor | | 12/03/08 |
| Ledenilla | Panganiban | Scotlandville High | | 12/03/08 |
| Lilibeth | Pongyan | Polk Elem | | 12/3/08 |
| Melody | Senia | Westdale Middle | | 12/3/08 |
| Judy | Tabilin | Park Forest Elem | | 1/3/08 |
| Nida | Tapel | Kenilworth Middle | | 12/3/08 |