# In The Matter Of:

*MAIRI NUNAG-TANEDO*
*v.*
*EAST BATON ROUGE PARISH SCHOOL BOARD*

---

## *CRUZ, INGRID - Vol. 1*

### *July 6, 2011*

---

**MERRILL CORPORATION**

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

**EXHIBIT**

**3**

tabbies

INGRID CRUZ - 7/6/2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

-----

MAIRI NUNAG-TANEDO, INGRID CRUZ,    )
DONNABEL ESCUADRA, ROLANDO PASCUAL,)
and TOMASA MARI, on behalf of       )
themselves and other similarly      )
situated individuals,               )
                                    )
            Plaintiffs,             )   Case No.
                                    ) SACV 10-01172
        vs.                         )  JAK(MLGx)
                                    )
EAST BATON ROUGE PARISH SCHOOL      )
BOARD, CHARLOTTE D. PLACIDE, MILLIE)
WILLIAMS, ELIZABETH DURAN SWINFORD,)
UNIVERSAL PLACEMENT INTERNATIONAL,  )
INC., LOURDES "LULU" NAVARRO, PARS  )
INTERNATIONAL PLACEMENT AGENCY,     )
EMILIO V. VILLARBA, ROBERT B.       )
SILVERMAN, and SILVERMAN &          )
ASSOCIATES,                         )
                                    )
            Defendants.             )
_____ )

VIDEOTAPED DEPOSITION OF

INGRID CRUZ, VOLUME I, PAGES 1 - 301

TAKEN ON

WEDNESDAY, JULY 6, 2011

Reported by:

Cathy A. Reece, RPR, CSR No. 5546

INGRID CRUZ - 7/6/2011

```
 1          A.   Not yet.

 2          Q.   What salary did you earn -- you started

 3    with East Baton Rouge sometime in 2007; is that

 4    correct?

 5          A.   Yes.

 6          Q.   What salary did you earn the first year

 7    with EBR?

 8          A.   I think the net -- because I don't really

 9    look at the pay stub, the net would be sometimes 900

10    to $1,000.

11          Q.   You don't have any idea sitting here what

12    your gross income is currently with EBR?

13               MR. KNOEPP:  Objection to the form.

14               THE WITNESS:   Currently?

15    BY MR. HERNANDEZ:

16          Q.   Well, for the past school year, 2010-2011?

17          A.   Annual gross income?

18          Q.   Yes.

19          A.   Somewhere around 40.

20          Q.   $40,000 a year?

21          A.   I think.

22          Q.   Do you know what it was the prior school

23    year, 2009 through 2010?

24          A.   No.

25          Q.   Would it be fair to say it was somewhere
```

INGRID CRUZ - 7/6/2011

```
 1    lower than $40,000?

 2         A.    I'm not sure.

 3         Q.    What about 2008-2009?

 4         A.    I don't remember.

 5         Q.    Do you know what it was when you started

 6    with EBR?

 7         A.    I don't remember.

 8         Q.    Do you know what your salary will be for

 9    the upcoming year, 2011-2012?

10         A.    No.

11         Q.    Do you know whether it's going to be

12    higher than what you made last year?

13         A.    I'm not sure.

14         Q.    Have you had any performance reviews?

15         A.    Yes.

16         Q.    Approximately how many of them?

17         A.    I don't know.

18         Q.    How many do you have per year?

19         A.    Sometimes my principal will just randomly

20    walk in.  And I'm not sure if she's doing an actual

21    observation or just an informal observation, so I'm

22    not sure.

23         Q.    Have you ever sat down with the school

24    administrator as part of a formal review?

25         A.    I remember once or -- I don't remember.  I
```

INGRID CRUZ - 7/6/2011

Page 82

```
1          A.   I don't know.

2          Q.   We'll get to that in a minute.

3               You were in the Philippines at the time

4     that you signed Exhibit 550?

5          A.   Yes.

6          Q.   Did you work with any attorneys in

7     preparing the affidavit that's included in Exhibit

8     550?

9          A.   Just attorney Bern Carrasco.

10         Q.   Nobody else?

11         A.   No.

12         Q.   Looking now at the actual affidavit,

13    Paragraph 1, you say that you sent a resume to PARS

14    International looking for an employment as a teacher

15    in the United States on or about June 2007.

16         A.   Yes.

17         Q.   Is that your best recollection?

18         A.   Yes, it is.

19         Q.   Did you go to the office of PARS to apply

20    personally for a position?

21         A.   I went to their office to turn in the

22    resume.

23         Q.   So when you say you sent, you walked into

24    the office, not by mail?

25         A.   Not by mail.
```

INGRID CRUZ - 7/6/2011

```
1          Q.    The next paragraph says, you came to know
2    PARS and their job offer to teach in the U.S.A.
3    through a friend teacher?
4          A.    Yes.
5          Q.    Who was that?
6          A.    Mrs. Vicente, which was a principal at the
7    school where my children attends to.
8          Q.    This is at the Philippines?
9          A.    Yes.
10         Q.    Now, your children attend school here in
11   the United States now?
12         A.    Now, yes.
13         Q.    Where do they attend?
14         A.    Scotlandville Elementary.
15         Q.    Is that a public school?
16         A.    Yes.
17         Q.    How was it that you learned -- what did
18   your friend tell you about PARS?
19         A.    She said that a friend of hers was able to
20   come here through PARS.
21         Q.    Did she say anything else?
22         A.    That PARS is also contacting her for an
23   interview.
24         Q.    Her personally?
25         A.    Yes.
```

INGRID CRUZ - 7/6/2011

1    offer from EBR, "I would need to come up with $5,000

2    for visa processing and an out-of-state

3    certification."

4              So let's stop there.

5              Is that, first and foremost, consistent

6    with your recollection?

7         A.   Yeah.   Those were just the basic stuff

8    that I remember.

9         Q.   Did you understand at this point in time

10   after having received the text message subsequent to

11   your second interview that you had a job offer from

12   EBR?

13        A.   No.

14        Q.   What did you understand it meant when you

15   were told that you had passed the second interview?

16        A.   That I would have a job offer, but I

17   wasn't really specific about the -- which district.

18        Q.   Did you at the time you received the text

19   message understand that you did have a job offer?

20        A.   That I passed the interview.   That's my

21   understanding.

22        Q.   And in your mind, passing the interview

23   was the same thing as a job offer?

24        A.   The job offer came when I reported to the

25   office.

INGRID CRUZ - 7/6/2011

 1    mentioned this morning, did you have any

 2    conversations with Lourdes Navarro?

 3         A.    No.

 4         Q.    Did anybody from UPI at the time that you

 5    deposited the $5,000 tell you that $5,000 would be

 6    the only money you would ever pay to be able to get

 7    a visa?

 8         A.    No.

 9         Q.    Okay.  Did anybody from PARS tell you

10    that?

11              MR. KNOEPP:  Objection to the form.

12              THE WITNESS:  That wasn't discussed.

13    BY MR. HERNANDEZ:

14         Q.    Okay.  So you had no expectation when you

15    deposited the $5,000 that that would be the sum

16    total of all the money that you would ever pay?

17         A.    Not totally, because when I was browsing

18    through the contract, the part that I remember my

19    mom and I was going through was the first part, Page

20    2, the first paragraph there.

21         Q.    Which contract are you referring to?

22         A.    PARS.

23         Q.    So you knew that there was going to be a

24    placement fee?

25         A.    And that some portion of the $5,000 serves

INGRID CRUZ - 7/6/2011

Page 161

1      as a placement fee already.

2           Q.    So you had your mom with you at the time

3      you were reviewing the documents?

4           A.    When I made the payment.

5           Q.    The initial $5,000?

6           A.    The $5,000.

7           Q.    But you just said, When we were going

8      through the document with my mom.

9           A.    Yes.

10          Q.    Okay.  So was she going through the

11     document with you?

12          A.    Yeah, while Mel -- she went through, like,

13     she browsed through the document and I also browsed

14     through it when I signed it.

15          Q.    And did she also browse through the UPI

16     contract when you signed it?

17          A.    No.

18          Q.    So at the time that you deposited the

19     $5,000, you expected that you would have to pay more

20     money to PARS?

21          A.    I wasn't thinking about that.

22          Q.    Well, I thought you just said that you

23     read through the first paragraph at the bottom of

24     Page 2, and you knew that some of the $5,000 would

25     be paid toward a placement fee.

INGRID CRUZ - 7/6/2011

1          Did I misunderstand your testimony?

2     A.   Yeah.  I was thinking there will be a

3  placement fee, but the amount, I wasn't really sure.

4     Q.   Did anybody from PARS or anyplace tell you

5  that $5,000 was the total money that you would ever

6  pay to be placed with EBR?

7     A.   No.

8     Q.   And did you undertake any action on the

9  belief that $5,000 was the sole amount of money you

10  would pay to be placed with EBR?

11     A.   What do you mean, take any action?

12     Q.   Did you rely on any belief that $5,000

13  would be the sum total of the money that you would

14  pay to be placed with EBR?

15     A.   I don't remember.

16     Q.   Did you ever believe that the amount of

17  money that you would pay to be placed with EBR would

18  be limited to $5,000?

19     A.   Can you please repeat your question.

20     Q.   Did you ever believe that the sum total of

21  money that you would pay to be placed with EBR was

22  $5,000?

23     A.   To be placed with EBR would be $5,000.

24  What I was thinking was the airfare would also be

25  needed to be paid.  So other than that, I can't

INGRID CRUZ - 7/6/2011

```
 1    BY MR. HERNANDEZ:

 2         Q.   What do you mean?  You looked them up to

 3    see if they had been approved by POEA?

 4         A.   Yes.

 5         Q.   Did you do anything else?

 6         A.   I also asked them about if they have,

 7    like, documentation from POEA.  I just can't

 8    remember what term was that, you call about the

 9    document.  But, yeah.

10         Q.   Did you at any point in time before you

11    got on the airplane leaving the Philippines ever

12    ask, What are the total amount of fees I'm going to

13    pay?

14         A.   No.

15         Q.   Why not?

16         A.   Because I was more concerned about the

17    fact that I will be leaving my girls behind, and I'm

18    not sure when I will be able to see them again.

19         Q.   So is it fair to say --

20         A.   And the payments --

21         Q.   I'm sorry.  I didn't mean to interrupt

22    your answer.  Go ahead.

23         A.   Yeah.  I was also concerned about the

24    payments I would have to make in order to pay the

25    debts and my parents' loans.
```

INGRID CRUZ - 7/6/2011

1       Q.   But the amount of fees that you paid to

2  UPI or PARS was not a question that you ever asked

3  anybody before you got on that airplane?

4       A.   I --

5            MR. KNOEPP:  Objection to the form.

6            THE WITNESS:  I believe I discussed it

7  with the other teachers, with other teachers back

8  then.

9  BY MR. HERNANDEZ:

10       Q.   Well, I'm talking about -- did you ask

11  anybody from PARS or UPI, What are the total amount

12  of fees that I will have to pay you if I take this

13  job?

14       A.   I don't recall of any conversation.

15       Q.   Did anybody ever tell you, Ms. Cruz, that

16  you would not have to pay 10 percent of your second

17  year's salary?

18       A.   Please repeat your question.

19       Q.   Did anybody at all ever tell you that you

20  would not be required to pay UPI 10 percent of your

21  second year's salary?

22       A.   It was never discussed until before we

23  were supposed to leave.

24       Q.   And it was discussed then?

25       A.   Before we -- before the flight.

INGRID CRUZ - 7/6/2011

```
1          Q.   Before the flight took off, you were told
2     that you would have to pay 10 percent of your second
3     year salary to UPI?
4          A.   Second year -- 10 percent on the second
5     year, yes.
6          Q.   You were told that?
7          A.   Yes.
8          Q.   And you got on the airplane?
9          A.   Yes.
10         Q.   Why?
11         A.   Because I already -- I need to have a way
12    to pay my parents their debts because they're also
13    supposed to use that for my sister's college fund.
14         Q.   Did you tell anybody that you weren't
15    going to pay that 10 percent?
16         A.   No.
17         Q.   Did you intend to pay the 10 percent?  Of
18    your second year's salary?
19         A.   Yes.
20         Q.   You intended that at the time you got on
21    the airplane?
22         A.   Yes.
23         Q.   Why is it that you subsequently decided
24    you didn't want to pay that?
25         A.   Because I was advised that it's not legal
```

INGRID CRUZ - 7/6/2011

```
 1    the investigation data form and the attached
 2    complaint and affidavit, if you could direct your
 3    attention to Paragraph No. 4.
 4        A.   Yes.
 5        Q.   It says that you signed an offer of
 6    employment on or about August 2, 2007 and the
 7    expected annual gross income for the teaching job
 8    was $36,425.
 9             Do you see that?
10        A.   Yes.
11        Q.   Do you see at the bottom of Exhibit --
12    Page 2 of Exhibit 556 the same salary?
13             552 is -- 556, I'm sorry, is the offer of
14    employment.  Bottom of Page 2.
15        A.   Yes.
16        Q.   So in Paragraph 4, were you referring to
17    Exhibit 556?
18        A.   Yes.
19        Q.   So as of August 2, 2007, you expected to
20    receive an annual salary of $36,425 a year?
21        A.   Yes.
22        Q.   And you expected that you would be
23    accepting the position of science teacher?
24        A.   Yes.
25        Q.   Did you understand that signed offer of
```

INGRID CRUZ - 7/6/2011

1            THE WITNESS:  No, I don't.

2    BY MR. HERNANDEZ:

3        Q.   Do you know what your cumulative GPA was

4    when you graduated?

5        A.   I remember I had to compute for it.  But I

6    really didn't pay much attention to that.

7        Q.   Do you know any teachers who -- Filipino

8    teachers who obtained employment in the United

9    States using other agencies than PARS or UPI?

10       A.   Can you please repeat your question?

11           MR. HERNANDEZ:  Can you please repeat it,

12   please.

13               (Record read as follows:

14               "Q.  Do you know any teachers

15           who -- Filipino teachers who

16           obtained employment in the United

17           States using other agencies than

18           PARS or UPI?")

19           THE WITNESS:  Not personally.

20   BY MR. HERNANDEZ:

21       Q.   Do you know what kinds of fees they've

22   paid --

23           MR. KNOEPP:  Objection to the form.

24   BY MR. HERNANDEZ:

25       Q.   -- to their agencies?

Merrill  Corporation  -  Los Angeles

800-826-0277                        www.merillcorp.com/law

INGRID CRUZ - 7/6/2011

```
 1        A.   I remember talking to another Filipino
 2   teacher from a different state about it, but the
 3   details of the conversation, I can't recall anymore.
 4        Q.   Since you've arrived in the United States,
 5   you landed at Los Angeles and you were -- went to
 6   the UPI offices.  Since that point in time, have you
 7   paid any money whatsoever to UPI?
 8        A.   Since I arrived in the United States?
 9        Q.   Correct.
10        A.   Yes.
11        Q.   Okay.  For what?
12        A.   For the second year placement -- for the
13   second year renewal of the visa.
14        Q.   For anything else?
15        A.   I can't remember.
16        Q.   Did you obtain a renewal of your second
17   year visa?
18        A.   For six months.
19        Q.   So you were not able to teach for the full
20   year of 2008-2009?
21        A.   I was.  I talked to Dr. Swinford about my
22   visa.
23        Q.   Do you know why it was that you got a
24   six-month visa as opposed to a full year?
25        A.   That's what I asked Dr. Swinford about.
```

INGRID CRUZ - 7/6/2011

1          Q.    What did she tell you?

2          A.    I asked if she wants to keep me for only

3    six months and not full year, and she scheduled a

4    meeting in her office for us to talk about it.

5          Q.    What was the outcome?

6          A.    She discussed -- we talked about the

7    lawsuit.  She told me about the agency's intention

8    to have me fired, like she told -- she said that

9    Ms. -- that Lulu Navarro wanted to have me fired.

10   And she also called -- she tried -- contacted

11   Ms. Lulu Navarro at that same time to talk about my

12   visa, why it was six months.

13         Q.    Was your visa subsequently extended to a

14   full year?

15         A.    Through a different lawyer.

16         Q.    And did you retain your employment during

17   that year for the full year with EBR?

18         A.    Yes.

19         Q.    So despite the fact that Ms. Navarro

20   wanted you fired, you were able to teach the entire

21   year; correct?

22         A.    Yes.

23         Q.    Now, how was it that you became a part of

24   this lawsuit?

25         A.    Which lawsuit?

INGRID CRUZ - 7/6/2011

```
 1    2007-2008 school year; is that correct?
 2         A.   Yes.
 3         Q.   Now, are you currently dissatisfied with
 4    your employment with the East Baton Rouge Parish
 5    School Board?
 6         A.   Not really satisfied, yes.
 7         Q.   Not really satisfied.  You're not
 8    satisfied.
 9              Is that your testimony?
10         A.   Yes.
11         Q.   What -- what are the current problems that
12    you have with your employment with the school board?
13         A.   It's the job security.
14         Q.   And when you arrived in 2007 as an
15    employee of the East Baton Rouge Parish School
16    Board, you arrived and began teaching as a
17    probationary teacher; is that correct?
18         A.   I'm not sure about the term,
19    "probationary" but --
20         Q.   Do you understand or has the tenure system
21    in Louisiana been explained to you by anyone?
22         A.   At one point in time.  Yes.
23         Q.   And at some point did anyone reference,
24    "probationary teacher," that term, to you?
25         A.   No.
```

INGRID CRUZ - 7/6/2011

Page 243

```
 1          Q.    "Tenured teacher," is that a term that

 2    you're familiar with?

 3          A.    Yes.

 4          Q.    Do you have a general understanding of how

 5    you gain tenure as a teacher in Louisiana?

 6          A.    Yes.  That is after you continuously

 7    taught for three years.

 8          Q.    And that had to be satisfactory

 9    performance, I assume?

10          A.    Yes.

11          Q.    In order to keep getting rehired each

12    year; is that right?

13          A.    Yes.

14          Q.    So you're hired for the first year and if

15    you have satisfactory performance, you're

16    potentially hired for a second year; is that

17    correct?

18          A.    Yes.

19          Q.    And if you're -- if you have satisfactory

20    performance for that second year, you can

21    potentially be rehired for a third year.

22                Is that your understanding?

23          A.    Yes.

24          Q.    And after that -- that third year, you --

25    unless there's been some reason to terminate you or
```

INGRID CRUZ - 7/6/2011

```
 1    not ask you to return, you get tenured.

 2               Is that your understanding?

 3        A.   Yes.

 4        Q.   And that is not something that is solely

 5    related to international teachers.

 6               Is that your understanding as well?

 7        A.   Yes.

 8        Q.   That's for all teachers in or -- in

 9    Louisiana as far as you know?

10        A.   Yes.

11        Q.   As far as you know?

12        A.   Yes.

13        Q.   So no teachers show up with an initial

14    three years of guaranteed employment.  Is that fair?

15        A.   I'm not sure about any other international

16    teachers.

17        Q.   Have you heard of any other teacher in the

18    East Baton Rouge Parish that was hired with an

19    initial three-year contract of employment?

20        A.   I think I did at one point in time, but I

21    cannot fully recall.

22        Q.   What was that teacher's name?

23        A.   I cannot fully recall.

24        Q.   You had a conversation with that teacher?

25        A.   I think her name -- the name of that
```

INGRID CRUZ - 7/6/2011

Page 245

```
 1    teacher was mentioned, but I can't fully recall

 2    anymore.

 3         Q.   And she showed you her three-year contract

 4    of employment in East Baton Rouge as an initial

 5    contract?

 6         A.   Not contract, I'm sorry.  It's more of --

 7    her visa.

 8         Q.   I'm not talking about visa.  I'm talking

 9    about --

10         A.   I'm sorry.

11         Q.   -- a contract with a three-year term of

12    employment as an initial term of employment in East

13    Baton Rouge Parish.

14         A.   No.  I don't recall.

15         Q.   Have you heard of any teacher initially

16    employed by East Baton Rouge Parish with any term of

17    employment longer than one year?

18         A.   No.

19         Q.   Have you heard of any teacher with any

20    contract for employment with the East Baton Rouge

21    Parish School System with a term longer than one

22    year?

23         A.   I don't recall.

24         Q.   You don't recall?

25         A.   No.
```

INGRID CRUZ - 7/6/2011

```
 1     were terminated in their first year.
 2          Q.   I'm talking about you.
 3               MR. KNOEPP:  Objection to the form.
 4     BY MR. BLUNT:
 5          Q.   I'm -- I'm sorry for interrupting you, but
 6     I want you to answer my question.  My question
 7     relates to you.
 8               What did the East Baton Rouge Parish
 9     School Board do to you to defraud or traffic you?
10               MR. KNOEPP:  Object to the form.
11               THE WITNESS:  What I can remember -- my
12     thing is they're-- their -- their relationship
13     between the agency and the district, the fact that
14     they had -- they worked through that agency and they
15     continuously work through the agency about our
16     immigration and our visa is the -- one of the main
17     problems that I had with the school board.
18     BY MR. BLUNT:
19          Q.   What did Elizabeth Swinford do to defraud
20     or traffic you?
21               MR. KNOEPP:  Objection to the form.
22               THE WITNESS:  When I -- I got here through
23     the -- through PARS.  And even though after I have
24     already communicated with Dr. Swinford that the
25     agency had sued me for something I don't know about,
```

INGRID CRUZ - 7/6/2011

1    she still tried to direct me and renew my visa

2    through the lawyer of that same agency.

3           And at some point in time, I felt like

4    I'm -- it's all -- there's that -- there's that

5    communication constant, or the relationship between

6    Dr. Swinford and Lulu Navarro.

7    BY MR. BLUNT:

8      Q.   Okay.  Tell me about the communication

9    between Dr. Swinford and Lulu Navarro.

10           MR. KNOEPP:  Objection to the form.

11           THE WITNESS:  Communication --

12    BY MR. BLUNT:

13      Q.   You said they -- something about the

14    communication.  What do you know about the

15    communication between Dr. Swinford and Lulu Navarro?

16      A.   There were instances -- one instance was

17    when I was meeting with Dr. Swinford about my visa,

18    which was just six months.  So I had to check if she

19    or the school board only wanted to keep me for six

20    months.  And then she said that it was supposed to

21    be one year, and I inform her that my visa was only

22    six months.

23           And then during that same meeting, I

24    inform her about the whole process that we had to go

25    through the agency, and that she gave us that

INGRID CRUZ - 7/6/2011

```
 1    impression that she can have us fired.  I inform her
 2    of that.  And yet during that same meeting, she
 3    called Lulu Navarro and asked about my visa.  And
 4    even after that meeting, she still communicated with
 5    Mr. Silverman about fixing the problem or what
 6    happened with my visa so it can be renewed for the
 7    following year.  But she already is aware of the
 8    situations we were with the agency, yet she still
 9    wants us to stay with the agency and have our visas
10    renewed.
11         Q.   Dr. Swinford told you to stay with the
12    agency?
13         A.   The fact that she asked the agency to
14    renew my visa.
15         Q.   Dr. Swinford told you to stay with the
16    agency?
17         A.   That was the impression I had.
18         Q.   What did Dr. Swinford say to you that gave
19    you the impression that Dr. Swinford wanted you to
20    stay with the agency?
21         A.   When she communicated with attorney
22    Silverman for the renewal of my visa even after I
23    informed her about how much we were being charged
24    and about the threats that we were getting from the
25    agency.
```

INGRID CRUZ - 7/6/2011

1      Q.   Let me back up just a second.

2           You told Dr. Swinford that you had a

3   six-month visa at some point; is that correct?

4      A.   Yes.

5      Q.   What point was that?

6      A.   When she called for a meeting to all the

7   international teachers.

8      Q.   She, who?

9      A.   Dr. Swinford.

10     Q.   When did this occur?

11     A.   I can't remember the date.

12     Q.   How many meetings did you have with

13  Dr. Swinford?

14     A.   Three, the best that I can recall.  More

15  or less three meetings with Dr. Swinford.

16     Q.   Over the course of how many years, three

17  meetings?

18     A.   I can't remember the date.  Like before --

19  probably before she left the district.

20     Q.   So you spoke with Dr. Swinford on one

21  occasion about the length of a visa renewal that you

22  had?

23     A.   Yes.

24     Q.   Is that correct?

25          And that was for your second year of

INGRID CRUZ - 7/6/2011

```
 1    employment, the 2008 -- I'm sorry -- yes.  2008-2009

 2    school year; is that correct?

 3         A.   I think.

 4         Q.   And Dr. Swinford contacted Navarro to ask

 5    her about the length of your visa; is that correct?

 6         A.   Yes.

 7         Q.   So it was your expectation that

 8    Dr. Swinford would not contact her to ask her about

 9    the problem that you had raised to Dr. Swinford

10    about the length of your visa?

11              MR. KNOEPP:  Objection to the form.

12              THE WITNESS:  Okay.  Can you please repeat

13    your question.

14    BY MR. BLUNT:

15         Q.   I'm -- did you -- what did you expect

16    Dr. Swinford to do about the length of your visa?

17         A.   I just wanted to ask her if she wanted to

18    keep me just for six months.

19         Q.   And her response to you was?

20         A.   There was -- I can't remember of a

21    definite response because we talked about a lot of

22    other things.

23         Q.   You said earlier that she said that you

24    were supposed to be employed for another year; is

25    that correct?
```

INGRID CRUZ - 7/6/2011

1        A.    Yes.   That she had no intention of keeping

2    me for just six months.

3        Q.    So at some point during that conversation,

4    Dr. Swinford called someone to ask why you only had

5    a six-month visa; is that correct?

6        A.    I believe it was Lourdes Navarro that she

7    called.

8        Q.    Did she speak to Ms. Navarro during that

9    meeting with you?

10       A.    I remember she left a message, but I can't

11   remember if they actually had a conversation.

12       Q.    Did she contact anyone else during that

13   meeting with you?

14       A.    None that I can remember.

15       Q.    Who else was present during that meeting

16   with you?

17       A.    Just the two of us.

18       Q.    You said during your earlier testimony

19   that Dr. Swinford mentioned that Ms. Navarro wanted

20   you fired?

21       A.    Yes, she mention about it.

22       Q.    How did that topic come up?

23       A.    I can't remember, but we were talking

24   about the threats that she's been making to us, the

25   Filipino teachers, about --

INGRID CRUZ - 7/6/2011

```
 1        Q.   She, who?
 2        A.   Lulu Navarro.
 3        Q.   Did Dr. Swinford ever threaten you?
 4        A.   No.
 5        Q.   Did Dr. Swinford ever say that you were
 6   going to be fired by the East Baton Rouge Parish
 7   School Board?
 8        A.   Not that I remember.
 9        Q.   As a matter of fact, in that same
10   conversation she mentioned that your employment was
11   supposed to be for six months longer than it
12   appeared on your visa that you qualified for; is
13   that right?
14        A.   Yes.
15        Q.   So it didn't appear as though she was
16   ready to recommend your termination, did it?
17        A.   No.
18        Q.   Did anyone with the school board indicate
19   at any point that you were about to be fired because
20   of anything that you had done with the agency?
21        A.   No.
22        Q.   Did anyone on behalf of the East Baton
23   Rouge Parish School Board ever threaten you with
24   termination?
25        A.   No.
```

INGRID CRUZ - 7/6/2011

1      Q.   Did you ask Dr. Swinford for assistance

2   with getting a visa extension?

3      A.   I don't remember, but I think she offered

4   that assistance.

5      Q.   She offered that assistance?

6      A.   I think.

7      Q.   And as part of that assistance, did she

8   not make calls on your behalf to Silverman and to

9   Navarro?

10      A.   I believe.

11      Q.   But she, according to you, should not have

12   made those calls?  You didn't want her to talk to

13   those folks anymore?

14      A.   Not to Lourdes Navarro because she -- I

15   was explaining about what she is doing.  So I wasn't

16   really expecting that she's going to call her.

17      Q.   You would expect her to resolve the

18   situation with Ms. Navarro on your behalf without

19   contacting Ms. Navarro?

20          MR. KNOEPP:  Objection to the form.

21          THE WITNESS:  I wasn't really ex- -- I'm

22   not sure.

23   BY MR. BLUNT:

24      Q.   Did you expect her to do anything with

25   regard to your situation, the dispute that you had

INGRID CRUZ - 7/6/2011

1        A.    I'm sorry?

2        Q.    Did you tell anyone with the East Baton

3    Rouge Parish School Board at any point not to

4    discuss your employment with the school board with

5    UPI?

6        A.    No.

7        Q.    At any point did you tell anyone with the

8    East Baton Rouge Parish School Board that they were

9    to not discuss issues regarding transportation?

10            MR. KNOEPP:  Objection to the form.

11            THE WITNESS:  That didn't arise during

12    that meeting.  No.

13    BY MR. BLUNT:

14        Q.    At any point did you tell anyone with the

15    school board, don't discuss my transportation to and

16    from school or to work with anyone from UPI?

17        A.    No.  It was never an issue until the

18    agency raised it during a meeting.

19        Q.    The second topic that you mentioned that

20    you discussed with Dr. Swinford in that meeting was

21    the sixth -- six-month visa.

22            What did you tell Dr. Swinford about the

23    six-month visa?

24        A.    I asked her if she wanted to keep me just

25    for six months, because the visa says only six

INGRID CRUZ - 7/6/2011

1    months.

2        Q.   Did Dr. Swinford tell you that she didn't

3    issue the visa for six months?

4        A.   That -- she told me she doesn't know

5    about that it was for six months.

6        Q.   Did she say she had anything to do with

7    the visa only being six months?

8        A.   I don't believe so.

9        Q.   Did she seem to be aware of the issue

10   before the meeting?

11       A.   I'm not sure, but before those documents

12   are forwarded to you at USCIS, it would have to go

13   through EBR first.

14       Q.   Did she seem to be aware of your only

15   having a six-month visa before your meeting

16   individually with her?

17       A.   I'm not sure.

18       Q.   Did she take any steps to get your visa

19   extended?

20       A.   Yes.

21       Q.   And you listed as a separate issue the

22   visa.

23            Was there anything with the visa that was

24   an issue other than the six months?  The six-month

25   term?

INGRID CRUZ - 7/6/2011

```
 1          Q.   Did Dr. Swinford say that the agency could

 2     experience -- could influence whether -- you or any

 3     other teacher would be fired?

 4          A.   She said that the agency did try.

 5          Q.   Would they -- I'll withdraw that.

 6               Did she explain that the agency could not

 7     get you fired?

 8          A.   Yes.

 9          Q.   Did you believe her?

10          A.   I didn't think of that at that time.

11          Q.   Did you believe her at that time?

12               MR. KNOEPP:  Objection to the form.

13               THE WITNESS:  Personally I did.

14     BY MR. BLUNT:

15          Q.   Do you have any reason to believe that she

16     would lie to you about that?

17          A.   When some of the teachers were terminated

18     without completing their first year.

19          Q.   Do you know whether that had anything to

20     do with those -- the performance of those teachers?

21          A.   No.

22          Q.   Do you know why those teachers were fired?

23          A.   One of the teacher's paper or document

24     said that it was because of cultural difference.

25          Q.   "Cultural difference"?
```