# In The Matter Of:

### *MAIRI NUNAG-TANEDO*
*v.*
### *EAST BATON ROUGE PARISH SCHOOL BOARD*

---

## *NUNAG-TANEDO, MAIRI - Vol. 1*

### *June 21, 2011*

---

**MERRILL CORPORATION**

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301



EXHIBIT

4

MAIRI NUNAG-TANEDO - 6/21/2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

-----

MAIRI NUNAG-TANEDO, INGRID CRUZ,    )
DONNABEL ESCUADRA, ROLANDO PASCUAL,)
and TOMASA MARI, on behalf of       )
themselves and other similarly      )
situated individuals,,              )
                                    )
          Plaintiffs,               )  Case No.
                                    )SACV 10-01172
     vs.                            ) JAK(MLGx)
                                    )
EAST BATON ROUGE PARISH SCHOOL      )
BOARD, CHARLOTTE D. PLACIDE, MILLIE)
WILLIAMS, ELIZABETH DURAN SWINFORD,)
UNIVERSAL PLACEMENT INTERNATIONAL,  )
INC., LOURDES "LULU" NAVARRO, PARS  )
INTERNATIONAL PLACEMENT AGENCY,     )
EMILIO V. VILLARBA, ROBERT B.       )
SILVERMAN, and SILVERMAN &          )
ASSOCIATES,                         )
                                    )
          Defendants.               )
_____   )


VIDEOTAPED DEPOSITION OF

MAIRI NUNAG-TANEDO, VOLUME I, PAGES 1 - 337

TAKEN ON

TUESDAY, JUNE 21, 2011


Reported by:

Cathy A. Reece, RPR, CSR No. 5546

MAIRI NUNAG-TANEDO - 6/21/2011

Page 29

| | | |
|---|---|---|
| 10:10:32 | 1 | BY MR. HERNANDEZ: |
| 10:10:33 | 2 | Q. Well, do you recall signing any other |
| 10:10:36 | 3 | documents presented to you by my client after that |
| 10:10:39 | 4 | one document or those documents that you signed in |
| 10:10:43 | 5 | Los Angeles when you arrived? |
| 10:10:44 | 6 | MR. KNOEPP: Objection to the form. Don, |
| 10:10:47 | 7 | my objection is just you are saying, "client" and I |
| 10:10:49 | 8 | know you represent two clients. And so I just want |
| 10:10:51 | 9 | to make -- I don't know which client you are |
| 10:10:53 | 10 | referring to whenever you say, "client." |
| 10:10:55 | 11 | BY MR. HERNANDEZ: |
| 10:10:56 | 12 | Q. Okay. Clients. You understand that I |
| 10:10:58 | 13 | represent both UPI and Ms. Navarro? |
| 10:11:02 | 14 | A. Yes. |
| 10:11:02 | 15 | Q. Okay. So now, let me repeat the question, |
| 10:11:05 | 16 | then. |
| 10:11:08 | 17 | As I understand your testimony, you signed |
| 10:11:11 | 18 | one or so -- you signed at least one document when |
| 10:11:15 | 19 | you arrived in the United States in 2008; is that |
| 10:11:18 | 20 | right? |
| 10:11:18 | 21 | A. Yes. |
| 10:11:19 | 22 | Q. When did you arrive in the U.S.? In the |
| 10:11:22 | 23 | summer? |
| 10:11:23 | 24 | A. It is July 24th of 2008. |
| 10:11:25 | 25 | Q. Okay. After July 24, 2008 -- was that the |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 41

| | | | |
|---|---|---|---|
| 10:23:48 | 1 | A. | Yes. |
| 10:23:49 | 2 | Q. | Okay.  How much were you earning on that |
| 10:23:51 | 3 | second job? | |
| 10:23:52 | 4 | A. | More or less the same. |
| 10:23:53 | 5 | Q. | So would it be fair to say that you were |
| 10:23:57 | 6 | earning less than $5,000 a year in the Philippines | |
| 10:24:00 | 7 | at the time that you went to this interview with | |
| 10:24:03 | 8 | East Baton Rouge? | |
| 10:24:05 | 9 | A. | Yes. |
| 10:24:05 | 10 | Q. | Okay.  Do you recall what the offer was |
| 10:24:09 | 11 | from East Baton Rouge in terms of salary? | |
| 10:24:12 | 12 | A. | In the job offer, it was 40-something. |
| 10:24:18 | 13 | Q. | It was over $40,000? |
| 10:24:20 | 14 | A. | Yes. |
| 10:24:20 | 15 | Q. | Per year; right? |
| 10:24:22 | 16 | A. | Gross. |
| 10:24:24 | 17 | Q. | Correct.  But it was over $40,000 a year? |
| 10:24:26 | 18 | A. | Yes. |
| 10:24:27 | 19 | Q. | Okay.  So would it be fair to say that you |
| 10:24:30 | 20 | were going to be earning at least eight times the | |
| 10:24:33 | 21 | amount of money that -- by coming to East Baton | |
| 10:24:36 | 22 | Rouge that you were earning in the Philippines? | |
| 10:24:41 | 23 | A. | By that calculation, yes. |
| 10:24:42 | 24 | Q. | Is that a yes? |
| 10:24:43 | 25 | A. | Yes. |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 75

| | | |
|---|---|---|
| 11:11:07 | 1 | Q. Okay. And at this point you had decided |
| 11:11:10 | 2 | that you wanted to work. Had you decided that you |
| 11:11:16 | 3 | wanted to work in East Baton Rouge, Louisiana? |
| 11:11:22 | 4 | A. I decided to work in the U.S. At that |
| 11:11:24 | 5 | time I am telling you I am not really particular of |
| 11:11:28 | 6 | where. |
| 11:11:29 | 7 | Q. But you had already made the decision that |
| 11:11:30 | 8 | you wanted to teach in the United States at this |
| 11:11:33 | 9 | point in time after you had conducted your |
| 11:11:35 | 10 | interview? |
| 11:11:36 | 11 | A. Yes. |
| 11:11:38 | 12 | Q. Okay. So this was a process that you had |
| 11:11:41 | 13 | started on your own volition? |
| 11:11:44 | 14 | A. Yes. |
| 11:11:45 | 15 | Q. Okay. And you were not the one who made |
| 11:11:48 | 16 | the selection for East Baton Rouge over Boston, you |
| 11:11:53 | 17 | were just told to stand in that line; right? |
| 11:11:56 | 18 | A. Yes. |
| 11:11:56 | 19 | Q. Okay. And you at the conclusion of the |
| 11:11:57 | 20 | interview decided on your own to wait to find out if |
| 11:12:01 | 21 | you had been successful? |
| 11:12:02 | 22 | A. Yes. |
| 11:12:03 | 23 | Q. And you found out that you were |
| 11:12:04 | 24 | successful? |
| 11:12:06 | 25 | A. Yes. |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 198

```
16:03:11  1      Q.   So you got on a boat.
16:03:14  2           Did you pay your own way there?
16:03:16  3      A.   Yes.
16:03:19  4      Q.   Okay.  Did you look into any other
16:03:23  5   agencies before you accepted the offer with East
16:03:28  6   Baton Rouge?
16:03:30  7      A.   I turned in a resume for Health Quest.
16:03:34  8      Q.   Right.
16:03:35  9      A.   I mentioned that already.
16:03:37 10      Q.   Right.  But you say -- you said in
16:03:43 11   response to some of my questions before the break
16:03:46 12   that had you known about the fees you would have
16:03:48 13   chosen another agency.
16:03:50 14           Do you recall that testimony?
16:03:51 15      A.   Yes.  Or I should have waited for Health
16:03:54 16   Quest to have their own schedule.
16:03:57 17      Q.   Did you do anything to look into other
16:03:59 18   agencies before you accepted the offer with East
16:04:04 19   Baton Rouge?
16:04:05 20      A.   Before I accepted and after the interview?
16:04:08 21      Q.   Correct.
16:04:09 22      A.   No.
16:04:12 23      Q.   Before you left to the United States on
16:04:14 24   July 24, 2008, did you look into any other agencies?
16:04:19 25           MR. KNOEPP:  Objection to the form.
```

MAIRI NUNAG-TANEDO - 6/21/2011

Page 199

| | | |
|---|---|---|
| 16:04:21 | 1 | THE WITNESS:  Another recruitment agency? |
| 16:04:22 | 2 | BY MR. HERNANDEZ: |
| 16:04:24 | 3 | Q.   Correct. |
| 16:04:25 | 4 | A.   No. |
| 16:04:26 | 5 | Q.   Why not? |
| 16:04:33 | 6 | A.   Because I'm in the process already. |
| 16:04:35 | 7 | Q.   Do you know what fees any of these other |
| 16:04:38 | 8 | agencies charge? |
| 16:04:39 | 9 | A.   I was told like a baseline fee that my |
| 16:04:43 | 10 | uncle have paid Health Quest. |
| 16:04:46 | 11 | Q.   What was that? |
| 16:04:47 | 12 | A.   It's $6,000. |
| 16:04:52 | 13 | Q.   Did that include all of the costs, like |
| 16:04:54 | 14 | airfare? |
| 16:04:55 | 15 | A.   I guess everything.  Everything.  All the |
| 16:04:58 | 16 | processing.  Everything. |
| 16:05:00 | 17 | Q.   Did you get -- did you have any other |
| 16:05:02 | 18 | information regarding the fees charged by other |
| 16:05:05 | 19 | recruitment agencies? |
| 16:05:07 | 20 | A.   No. |
| 16:05:10 | 21 | Q.   Did you see any -- did your uncle send you |
| 16:05:14 | 22 | any copies of any contracts? |
| 16:05:16 | 23 | A.   No. |
| 16:05:16 | 24 | Q.   Did he tell you the terms of any |
| 16:05:19 | 25 | contracts? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 218

16:26:09   1        A.    I renew it with -- I renew it and it was

16:26:13   2    denied.  And on the denial part it says that I need

16:26:17   3    to be out of the country in 30 days.  So that was

16:26:20   4    like September.  So I went home before the 30th day.

16:26:25   5    That was October of 2009.

16:26:27   6        Q.    Were you ever told why it was denied?

16:26:31   7        A.    The paper says that -- I think it's -- the

16:26:37   8    papers turned in were incomplete.

16:26:40   9        Q.    Okay.

16:26:41  10        A.    Yes.

16:26:42  11        Q.    Was that something that UPI had done for

16:26:44  12    you or UPI's attorney?

16:26:46  13        A.    No.

16:26:47  14        Q.    Was that something that you had done

16:26:48  15    yourself?

16:26:50  16        A.    With another lawyer.

16:26:51  17        Q.    Okay.  So at this point -- at the time at

16:26:55  18    the end of the first year, that's what, June 2009?

16:27:02  19    Around that time frame?

16:27:04  20        A.    Yes.

16:27:04  21        Q.    Okay.  By that point you decided to do the

16:27:08  22    visa renewal process yourself?

16:27:11  23        A.    Yes.

16:27:11  24        Q.    With your own attorney?

16:27:12  25        A.    Yes.

MAIRI NUNAG-TANEDO - 6/21/2011

Page 219

| | | |
|---|---|---|
| 16:27:13 | 1 | Q.   And having taken it upon yourself with |
| 16:27:16 | 2 | your attorney, the process -- the paperwork was |
| 16:27:18 | 3 | incomplete and you were -- were required to go back |
| 16:27:22 | 4 | to the Philippines? |
| 16:27:24 | 5 | A.   Yes. |
| 16:27:24 | 6 | Q.   And because of that, you were unable to |
| 16:27:26 | 7 | work for East Baton Rouge for October, December -- |
| 16:27:30 | 8 | October, November, December? |
| 16:27:32 | 9 | A.   Yes. |
| 16:27:32 | 10 | Q.   Okay. |
| 16:27:33 | 11 | A.   And part of January.  Because I went back |
| 16:27:36 | 12 | like January, third week or second week. |
| 16:27:41 | 13 | Q.   The attorney that you hired, was he or she |
| 16:27:44 | 14 | located here in the United States? |
| 16:27:46 | 15 | A.   Yes. |
| 16:27:46 | 16 | Q.   How did you find that attorney? |
| 16:27:50 | 17 | A.   The other teachers were using her already |
| 16:27:54 | 18 | for their renewals. |
| 16:29:21 | 19 | Q.   For the sake of the record, I'm going to |
| 16:29:23 | 20 | have the court reporter place before you a document |
| 16:29:25 | 21 | that I'll ask her to mark as 517. |
| 16:29:32 | 22 | (Exhibit 517 was marked for I.D.) |
| 16:29:32 | 23 | (Whereupon, Ms. Escuadra, Ms. Plotkin and |
| 16:29:34 | 24 | Mr. McNeal exited the deposition proceedings.) |
| | 25 | /// |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 220

| | | | |
|---|---|---|---|
| 16:29:50 | 1 | BY MR. HERNANDEZ: | |
| 16:29:51 | 2 | Q. | Do you recognize the document? |
| 16:29:55 | 3 | A. | Yes. |
| 16:29:55 | 4 | Q. | What is it? |
| 16:29:57 | 5 | A. | It is the visa. |
| 16:29:59 | 6 | Q. | For -- |
| 16:29:59 | 7 | A. | Stamped to my passport. |
| 16:30:01 | 8 | Q. | So this is the visa for the first year? |
| 16:30:06 | 9 | A. | Yes. |
| 16:30:12 | 10 | Q. | And you see that it refers to the East |
| 16:30:17 | 11 | Baton Rouge Parish school system? | |
| 16:30:22 | 12 | A. | Yes. |
| 16:30:22 | 13 | Q. | At some point did you start receiving |
| 16:30:34 | 14 | notices from UPI that it wanted money from you for | |
| 16:30:41 | 15 | the second year? | |
| 16:30:45 | 16 | A. | Yes. |
| 16:30:58 | 17 | Q. | What did you do with those? |
| 16:31:00 | 18 | A. | I consulted the union lawyers about that. |
| 16:31:04 | 19 | Q. | Okay.  Why did you do that? |
| 16:31:07 | 20 | A. | Because as early as 2008, I know I have |
| 16:31:11 | 21 | questions already on -- on that contract. | |
| 16:31:13 | 22 | Q. | Okay. |
| 16:31:14 | 23 | A. | And I need to pay another round of fees. |
| 16:31:19 | 24 | Q. | So you went -- how -- tell me the process |
| 16:31:23 | 25 | of how you started talking with some lawyers. | |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 221

| | | |
|---|---|---|
| 16:31:31 | 1 | A.   I think it was like sometime in November |
| 16:31:40 | 2 | or December of 2008.  I know that some of the union |
| 16:31:44 | 3 | members, Filipino union members were sued by |
| 16:31:50 | 4 | Ms. Navarro for some other cases.  So at that time |
| 16:31:54 | 5 | we were really conferring -- we were really |
| 16:31:57 | 6 | conferring with the lawyers of AFT. |
| 16:32:01 | 7 | Q.   So let me understand this. |
| 16:32:03 | 8 | In November or December 2008, Ms. Navarro |
| 16:32:10 | 9 | or UPI had sued some teachers for failing to pay a |
| 16:32:15 | 10 | fee. |
| 16:32:18 | 11 | Is that your understanding? |
| 16:32:19 | 12 | A.   Yes. |
| 16:32:22 | 13 | Q.   And some of those teachers, did you know |
| 16:32:24 | 14 | them personally? |
| 16:32:25 | 15 | A.   Yes. |
| 16:32:26 | 16 | Q.   Was one of them your -- |
| 16:32:27 | 17 | A.   Yeah, my friend.  Ms. Anober. |
| 16:32:31 | 18 | MR. BLUNT:  I'm sorry.  I could not hear |
| 16:32:33 | 19 | you. |
| 16:32:33 | 20 | THE WITNESS:  One of those is my friend, |
| 16:32:36 | 21 | Ms. Anober, Janet Anober. |
| 16:32:39 | 22 | BY MR. HERNANDEZ: |
| 16:32:40 | 23 | Q.   And so you then consulted with union |
| 16:32:46 | 24 | lawyers to determine whether or not what? |
| 16:32:53 | 25 | A.   Whether or not to -- to -- is it valid |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 222

16:33:01  1   to -- is it right for us to pay the fees, that being

16:33:05  2   demanded, that being asked from us.

16:33:09  3        Q.   Now, did you know that you had signed a

16:33:11  4   contract for that fee at the time?  When you

16:33:14  5   consulted with the union lawyers, did you know that

16:33:17  6   you had signed a contract --

16:33:20  7        A.   I had signed that I was -- I should say

16:33:23  8   forced to sign in July of 2008.

16:33:27  9        Q.   Right.

16:33:29  10       A.   Yes.

16:33:30  11       Q.   Did you have a copy of the contract at

16:33:31  12  that point?

16:33:37  13       A.   I'm not pretty sure if I have.  I'm not

16:33:41  14  pretty sure if I really have the hard copy of that

16:33:44  15  contract.  But I do know on that July there's a

16:33:46  16  stipulation on that saying that we need to pay on

16:33:51  17  the next year of our employment.

16:33:52  18       Q.   So you understood when you started the job

16:33:55  19  that you had signed a document entitling UPI to 10

16:33:59  20  percent of your second year gross monthly income;

16:34:04  21  correct?

16:34:05  22       A.   I know that I have signed a document

16:34:10  23  saying that.

16:34:12  24       Q.   Right.  And you knew that when you started

16:34:14  25  the job in East Baton Rouge; correct?

MAIRI NUNAG-TANEDO - 6/21/2011

Page 223

| | | |
|---|---|---|
| 16:34:18 | 1 | A.   Yes.   That I signed that document.   Not |
| 16:34:22 | 2 | really willfully because I -- I asked questions |
| 16:34:26 | 3 | about that. |
| 16:34:32 | 4 | Q.   So did you consult with anybody prior to |
| 16:34:37 | 5 | the time that you had learned they had -- some of |
| 16:34:41 | 6 | the teachers had been sued? |
| 16:34:44 | 7 | A.   No. |
| 16:34:46 | 8 | Q.   Did you send any communications to UPI |
| 16:34:52 | 9 | objecting to the fee for the second year? |
| 16:34:56 | 10 | A.   No.   During those time, there was no |
| 16:34:59 | 11 | demand letter yet. |
| 16:35:03 | 12 | Q.   So you figured you did not need to |
| 16:35:06 | 13 | communicate with UPI any objection that you had to |
| 16:35:10 | 14 | the contract? |
| 16:35:10 | 15 | A.   It's not really that I need.   Because at |
| 16:35:13 | 16 | the time, I could remember that my focus is on my |
| 16:35:16 | 17 | work.   I really need to be good at my work.   So, you |
| 16:35:20 | 18 | know, the possibility of them renewing me would |
| 16:35:23 | 19 | be -- would be higher. |
| 16:35:25 | 20 | Q.   So you also were getting paid; right? |
| 16:35:31 | 21 | A.   Yes. |
| 16:35:31 | 22 | Q.   And you were getting paid $41,000 a year |
| 16:35:34 | 23 | during the first year; right? |
| 16:35:36 | 24 | A.   Yes.   Gross. |
| 16:35:40 | 25 | Q.   But at no point prior to the end of the |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 224

| | | |
|---|---|---|
| 16:35:45 | 1 | school year did you communicate any objection to UPI |
| 16:35:50 | 2 | to the fee for the following year; correct? |
| 16:35:53 | 3 | A.   Yes. |
| 16:35:59 | 4 | Q.   So when you started getting invoices from |
| 16:36:01 | 5 | UPI, at that point what did you do? |
| 16:36:10 | 6 | A.   I consulted -- I consulted a lawyer |
| 16:36:13 | 7 | like -- the union members, Filipino union members |
| 16:36:19 | 8 | consulted our union lawyer to do that. |
| 16:36:21 | 9 | Q.   Okay.  Did you subsequently pay any money |
| 16:36:24 | 10 | to UPI in response on the invoices? |
| 16:36:26 | 11 | A.   In response to that, no. |
| 16:37:24 | 12 | Q.   Have you paid any fees to UPI since you |
| 16:37:28 | 13 | stepped foot into the United States? |
| 16:37:39 | 14 | A.   No. |
| 16:37:40 | 15 | Excuse me.  Other than the July 24th fees |
| 16:37:45 | 16 | that they have collected. |
| 16:37:47 | 17 | Q.   I understood that you paid those while you |
| 16:37:49 | 18 | were in the Philippines. |
| 16:37:52 | 19 | A.   Come again? |
| 16:37:52 | 20 | Q.   I understood from your prior testimony |
| 16:37:54 | 21 | that you paid that money to PARS -- |
| 16:37:57 | 22 | A.   No.  What I mean to say, those little |
| 16:38:00 | 23 | amount that we paid when we were in L.A. |
| 16:38:03 | 24 | Q.   Okay.  For the -- |
| 16:38:04 | 25 | A.   Yeah.  For the apartment, for the hotel, |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 225

| | | |
|---|---|---|
| 16:38:07 | 1 | for the food. |
| 16:38:08 | 2 | Q.   I'm sorry.  I thought my question was |
| 16:38:09 | 3 | placement fees. |
| 16:38:11 | 4 | A.   Oh, okay.  Because I paid -- |
| 16:38:15 | 5 | Q.   Have you paid -- once you set foot in Los |
| 16:38:19 | 6 | Angeles International Airport on July 24, 2008, have |
| 16:38:23 | 7 | you paid any placement fees to UPI? |
| 16:38:27 | 8 | A.   Any placement -- I paid the placement fee |
| 16:38:31 | 9 | before I was here. |
| 16:38:34 | 10 | Q.   Can you answer my question?  Once you |
| 16:38:35 | 11 | arrived in the United States, have you paid any |
| 16:38:37 | 12 | money to UPI in placement fees? |
| 16:38:40 | 13 | A.   No.  But I paid them back home.  I paid in |
| 16:38:45 | 14 | advance -- I just wanted to be technically correct |
| 16:38:48 | 15 | with my answers.  Have you paid placement fee for |
| 16:38:50 | 16 | UPI, yes, I did, back home. |
| 16:38:52 | 17 | Q.   You know, I don't want to argue with you. |
| 16:38:54 | 18 | A.   Yes. |
| 16:38:55 | 19 | Q.   It is a yes-or-no question and you will |
| 16:38:57 | 20 | get the opportunity to be examined by your own |
| 16:39:00 | 21 | attorney so you can explain your -- |
| 16:39:02 | 22 | A.   Okay. |
| 16:39:02 | 23 | Q.   -- yes-or-no answers.  So I just want a |
| 16:39:06 | 24 | clear record. |
| 16:39:07 | 25 | And again, when the time comes, I'll move |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 241

| 17:09:51 | 1 | A.   If our issue with the agency has an effect |
| 17:09:54 | 2 | on our employment with EBR. |
| 17:09:57 | 3 | Q.   Okay.  Now, explain to me what you mean |
| 17:10:00 | 4 | by, "issue with the agency." |
| 17:10:02 | 5 | A.   Because I think that was like 2009 |
| 17:10:06 | 6 | already.  The issue like -- like with the issue we |
| 17:10:19 | 7 | have with Ms. Lulu. |
| 17:10:21 | 8 | Q.   I need you to be a bit more specific. |
| 17:10:22 | 9 | "The issue we have with Ms. Lulu" -- |
| 17:10:25 | 10 | A.   Yes. |
| 17:10:25 | 11 | Q.   -- what do you mean? |
| 17:10:26 | 12 | A.   We teachers have issues on her being so |
| 17:10:30 | 13 | intimidating, on telling us what to do, on |
| 17:10:37 | 14 | threatening us and all. |
| 17:10:41 | 15 | Q.   And your question of Ms. Swinford was, |
| 17:10:44 | 16 | Would issues you have with -- |
| 17:10:46 | 17 | A.   -- the agency -- |
| 17:10:48 | 18 | Q.   -- impact your employment? |
| 17:10:50 | 19 | A.   Yes. |
| 17:10:50 | 20 | Q.   Or affect your employment? |
| 17:10:52 | 21 | A.   Yes. |
| 17:10:52 | 22 | Q.   What did you say?  You tell me what you |
| 17:10:54 | 23 | said. |
| 17:10:54 | 24 | A.   That's exactly the question I asked. |
| 17:10:57 | 25 | Q.   Okay.  And Ms. Swinford's response was? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 242

| | | |
|---|---|---|
| 17:11:00 | 1 | A.   No.  And she just told us that we just |
| 17:11:08 | 2 | have to do good with our work and our certifications |
| 17:11:12 | 3 | and we need to -- we need to pass the test that we |
| 17:11:16 | 4 | need to take. |
| 17:11:17 | 5 | Q.   So I take it Ms. Swinford never threatened |
| 17:11:22 | 6 | you? |
| 17:11:23 | 7 | A.   No. |
| 17:11:25 | 8 | Q.   Did anyone employed by the East Baton |
| 17:11:27 | 9 | Rouge Parish School Board ever threaten you? |
| 17:11:36 | 10 | A.   No.  Not that I remember. |
| 17:11:39 | 11 | Q.   Not that you remember? |
| 17:11:40 | 12 | A.   Yeah. |
| 17:11:40 | 13 | Q.   You would remember if someone from the |
| 17:11:41 | 14 | East Baton Rouge Parish School Board had threatened |
| 17:11:44 | 15 | you, wouldn't you? |
| 17:11:45 | 16 | A.   Yeah.  But the threat could be like -- it |
| 17:11:47 | 17 | could be like subtle or something else that -- but I |
| 17:11:53 | 18 | don't consider a threat like the threats I had from |
| 17:11:57 | 19 | the agency. |
| 17:11:58 | 20 | Q.   Now, you would remember if someone |
| 17:11:59 | 21 | employed by the East Baton Rouge Parish School Board |
| 17:12:04 | 22 | had threatened you, wouldn't you? |
| 17:12:06 | 23 | A.   Yes. |
| 17:12:07 | 24 | Q.   And no one from the East Baton Rouge |
| 17:12:10 | 25 | Parish School Board has threatened you, have they? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 245

17:14:07    1    with him?

17:14:09    2        A.    Just him.

17:14:09    3        Q.    Just him.  How long was the interview?

17:14:18    4        A.    It cannot be over one hour.

17:14:20    5        Q.    And during the course of that interview,

17:14:22    6    were you in any way coerced into coming to the city

17:14:35    7    of Baton Rouge and taking a job at the -- with the

17:14:40    8    East Baton Rouge Parish School Board?

17:14:42    9        A.    Coerced?

17:14:44   10        Q.    Yes.

17:14:45   11        A.    Can you please explain what is "coerced."

17:14:48   12        Q.    Did anyone threaten you?

17:14:49   13        A.    Oh, no.

17:14:50   14        Q.    Or say that they would do something to

17:14:52   15    your family in the Philippines if you didn't, you

17:14:55   16    know, move to Baton Rouge and start to teach?

17:14:58   17        A.    No.

17:14:58   18        Q.    So I think Mr. Hernandez mentioned you

17:15:01   19    came to Baton Rouge to teach of your own free will;

17:15:04   20    is that correct?

17:15:05   21        A.    "Own free will"?

17:15:10   22        Q.    Yes.

17:15:18   23        A.    Yes.

17:15:19   24        Q.    Are you satisfied with your employment in

17:15:20   25    Baton Rouge?

MAIRI NUNAG-TANEDO - 6/21/2011

Page 246

| | | |
|---|---|---|
| 17:15:28 | 1 | A.   Yes.  But I am not happy with, you know, |
| 17:15:30 | 2 | the things that going on when I obtained -- I mean, |
| 17:15:34 | 3 | with the issues relating to me obtaining that work |
| 17:15:38 | 4 | here in Baton Rouge. |
| 17:15:40 | 5 | Q.   Now, the complaints that you filed allege |
| 17:15:43 | 6 | that the school board had something to do with you |
| 17:15:47 | 7 | being either illegally trafficked and defrauded. |
| 17:15:55 | 8 | Who from the school board did something to |
| 17:15:59 | 9 | illegally traffic you? |
| 17:16:00 | 10 | A.   I cannot -- I cannot pinpoint or say that. |
| 17:16:09 | 11 | I mean -- |
| 17:16:09 | 12 | Q.   You don't know who, but somebody? |
| 17:16:12 | 13 | A.   Yeah.  But I do believe it's a case that |
| 17:16:14 | 14 | the -- we need to be proving. |
| 17:16:21 | 15 | Q.   And part of that proof would be for you to |
| 17:16:23 | 16 | identify who, wouldn't it? |
| 17:16:25 | 17 | A.   I don't know if that would be part of it. |
| 17:16:27 | 18 | Q.   You don't know if it would be part of that |
| 17:16:30 | 19 | proof for you to say -- for you to identify who from |
| 17:16:32 | 20 | the school board did something to you? |
| 17:16:36 | 21 | A.   Yeah.  But what I know is, it's -- it is |
| 17:16:40 | 22 | East Baton Rouge Parish or whoever there, working |
| 17:16:45 | 23 | with the agency for us to be -- for us to be here. |
| 17:16:52 | 24 | Q.   So they worked with the agency for you to |
| 17:16:54 | 25 | be here? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 260

| | | |
|---|---|---|
| 17:33:42 | 1 | Q.   I think that was my question, and you can |
| 17:33:45 | 2 | answer that one. |
| 17:33:46 | 3 | A.   Can you please repeat the question. |
| 17:33:48 | 4 | Q.   It's my understanding that several |
| 17:33:51 | 5 | teachers in EBR disapprove of the lawsuit that you |
| 17:33:55 | 6 | filed. |
| 17:33:56 | 7 | A.   So what is the question? |
| 17:33:57 | 8 | MR. KNOEPP:   Objection to the form. |
| 17:33:59 | 9 | BY MR. BLUNT: |
| 17:33:59 | 10 | Q.   The question that you just |
| 17:34:01 | 11 | acknowledged that I answered -- that I asked of you |
| 17:34:04 | 12 | is the question that I would like asked -- answered. |
| 17:34:07 | 13 | Do you know of the teachers' disapproval |
| 17:34:11 | 14 | of -- other teachers' disapproval of the lawsuit |
| 17:34:15 | 15 | that you filed against the East Baton Rouge Parish |
| 17:34:19 | 16 | School Board? |
| 17:34:19 | 17 | A.   I heard. |
| 17:34:20 | 18 | Q.   You heard? |
| 17:34:21 | 19 | A.   Yes. |
| 17:34:21 | 20 | Q.   How did you hear? |
| 17:34:23 | 21 | A.   From some -- from some other teachers. |
| 17:34:27 | 22 | Q.   What did you hear? |
| 17:34:29 | 23 | A.   That those teachers who are close to |
| 17:34:32 | 24 | Ms. Navarro has expressed disapproval with this -- |
| 17:34:38 | 25 | with this lawsuit. |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 261

17:34:40   1      Q.   So all of those teachers that would

17:34:43   2   disapprove of a lawsuit are close to Ms. Navarro?

17:34:47   3      A.   Those teachers that I know of.

17:34:49   4      Q.   Those teachers that you know of?

17:34:51   5      A.   Yes.

17:34:52   6      Q.   Who do you know of that disapprove of your

17:34:56   7   lawsuit?

17:34:56   8      A.   It's Mr. Warren.

17:34:57   9      Q.   And how do you know that he disapproves of

17:35:00  10   the lawsuit?

17:35:01  11      A.   Because he -- he told -- he told

17:35:04  12   Ms. Ingrid, Ms. Ingrid Cruz.

17:35:10  13      Q.   And how do you know of his relationship

17:35:13  14   with Ms. Navarro?

17:35:14  15      A.   He is one of the first batch of teachers

17:35:17  16   that Ms. Navarro brought in.

17:35:24  17      Q.   So that makes him close to Ms. Navarro?

17:35:27  18      A.   And when Ms. Navarro is around, they are

17:35:31  19   also with her.

17:35:43  20      Q.   Do you recall ever seeing this manifesto

17:35:45  21   that several teachers signed in East Baton Rouge

17:35:48  22   Parish?

17:35:49  23      A.   No.

17:35:49  24      Q.   You never saw that document?

17:35:51  25      A.   No.

MAIRI NUNAG-TANEDO - 6/21/2011

Page 262

| | | |
|---|---|---|
| 17:35:51 | 1 | Q.   If I told you that about 42 teachers have |
| 17:35:56 | 2 | signed the document indicating that they didn't want |
| 17:35:59 | 3 | to have any part of the litigation against -- that |
| 17:36:02 | 4 | you had filed against the school board, would that |
| 17:36:05 | 5 | surprise you? |
| 17:36:14 | 6 | A.   Would that surprise me about what?  The |
| 17:36:17 | 7 | number? |
| 17:36:18 | 8 | Q.   Yes. |
| 17:36:19 | 9 | A.   No. |
| 17:36:29 | 10 | Q.   Did the East Baton Rouge Parish School |
| 17:36:33 | 11 | Board charge you any fees in order to teach in the |
| 17:36:37 | 12 | parish? |
| 17:36:40 | 13 | A.   Not that I know of. |
| 17:36:45 | 14 | Q.   Did the school board require you to incur |
| 17:36:48 | 15 | any debt with any third party in order to teach in |
| 17:36:53 | 16 | East Baton Rouge Parish? |
| 17:36:56 | 17 | A.   Did they tell me directly? |
| 17:36:58 | 18 | Q.   Or indirectly. |
| 17:37:01 | 19 | A.   They did not tell me directly. |
| 17:37:03 | 20 | Q.   Indirectly? |
| 17:37:05 | 21 | A.   And I would say it's the situation that I |
| 17:37:09 | 22 | am in that I'm going to -- to their school made me |
| 17:37:17 | 23 | incur those debts. |
| 17:37:19 | 24 | Q.   You had the option of not coming to the |
| 17:37:21 | 25 | school; isn't that correct? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 292

| | | |
|---|---|---|
| 18:30:34 | 1 | Q.   Did you tell anyone else other than your |
| 18:30:37 | 2 | direct supervisor? |
| 18:30:38 | 3 | A.   No. |
| 18:30:38 | 4 | Q.   That's either before or after you filed |
| 18:30:48 | 5 | suit, you didn't have any conversations with any |
| 18:30:50 | 6 | school board employees about your issues with UPI or |
| 18:30:54 | 7 | PARS? |
| 18:30:55 | 8 | A.   Not with the school board. |
| 18:31:11 | 9 | Q.   Is it your contention that the school |
| 18:31:12 | 10 | board knew about the fees that you were paying to |
| 18:31:16 | 11 | UPI or PARS? |
| 18:31:21 | 12 | A.   I'm not pretty sure if they know it. |
| 18:31:24 | 13 | Q.   You're not pretty sure? |
| 18:31:26 | 14 | A.   If they know that they were required to |
| 18:31:28 | 15 | pay those fees. |
| 18:31:32 | 16 | Q.   Did you ask anyone with the school board |
| 18:31:38 | 17 | whether they knew -- |
| 18:31:39 | 18 | A.   No. |
| 18:31:39 | 19 | Q.   -- that you were being required to pay any |
| 18:31:42 | 20 | fees to UPI or PARS? |
| 18:31:44 | 21 | A.   No. |
| 18:31:49 | 22 | Q.   And you testified that you didn't tell |
| 18:31:50 | 23 | anybody with the school board that you were being |
| 18:31:53 | 24 | required to pay those fees, did you? |
| 18:31:56 | 25 | A.   Again, please? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 293

| | | |
|---|---|---|
| 18:31:58 | 1 | Q.   You -- you testified that you didn't tell |
| 18:32:02 | 2 | anyone specifically what you were being required to |
| 18:32:05 | 3 | pay UPI or PARS; is that correct? |
| 18:32:09 | 4 | A.   That I did not tell anyone? |
| 18:32:12 | 5 | Q.   You did not tell anyone. |
| 18:32:14 | 6 | A.   That is correct. |
| 18:32:22 | 7 | Q.   And you have no way of knowing whether |
| 18:32:24 | 8 | anybody with the school board knew what you were |
| 18:32:27 | 9 | paying to UPI or PARS, do you? |
| 18:32:30 | 10 | A.   To my understanding, yes. |
| 18:32:33 | 11 | Q.   Yes, they did know or -- |
| 18:32:36 | 12 | A.   Is there a way for me to ask them? |
| 18:32:39 | 13 | Q.   Yes.  Well, let me back up just a second. |
| 18:32:43 | 14 | A.   Yes, please. |
| 18:32:44 | 15 | Q.   Maybe I can better -- |
| 18:32:46 | 16 | A.   Yes, please. |
| 18:32:47 | 17 | Q.   -- better frame the question here. |
| 18:32:49 | 18 |      I don't think you told anybody with EBR |
| 18:32:53 | 19 | what you were paying to UPI or PARS; right? |
| 18:32:58 | 20 | A.   EBR board. |
| 18:33:00 | 21 | Q.   EBR board or Ms. Swinford or anyone that |
| 18:33:03 | 22 | we listed. |
| 18:33:04 | 23 | A.   Yes. |
| 18:33:05 | 24 | Q.   Yes, you did not tell anyone? |
| 18:33:06 | 25 | A.   I did not tell. |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 294

| | | |
|---|---|---|
| 18:33:08 | 1 | Q.    Okay.  And you had no way of knowing |
| 18:33:11 | 2 | whether they knew what you were paying? |
| 18:33:18 | 3 | A.    Yes. |
| 18:33:19 | 4 | Q.    Okay.  Have you had any conversations with |
| 18:33:31 | 5 | any of the other international teachers about what |
| 18:33:34 | 6 | their fees were to UPI? |
| 18:33:38 | 7 | A.    Yes. |
| 18:33:39 | 8 | Q.    And what conversations were they? |
| 18:33:42 | 9 | A.    Those are casual conversations. |
| 18:33:47 | 10 | Q.    Were they charged the same as you? |
| 18:33:54 | 11 | A.    Yes, sir.  But we differ from the amounts. |
| 18:33:57 | 12 | Q.    So the amounts differed? |
| 18:33:58 | 13 | A.    Yes. |
| 18:33:59 | 14 | Q.    And certainly -- |
| 18:34:02 | 15 | A.    The placement fee's different, but the |
| 18:34:05 | 16 | rest are the same. |
| 18:34:07 | 17 | Q.    From teacher to teacher the fees differed? |
| 18:34:10 | 18 | A.    Yes. |
| 18:34:12 | 19 | MR. KNOEPP:  Objection to the form. |
| 18:34:13 | 20 | THE WITNESS:  The placement fees the |
| 18:34:16 | 21 | teachers paid were different. |
| 18:34:18 | 22 | BY MR. BLUNT: |
| 18:34:20 | 23 | Q.    Okay.  Did you inform anyone with the |
| 18:34:57 | 24 | school board that you had borrowed money from any |
| 18:35:02 | 25 | lending institution in order to come to Baton Rouge? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 295

| | | | |
|---|---|---|---|
| 18:35:05 | 1 | A. | No. |
| 18:35:07 | 2 | Q. | Do you know if they otherwise knew? |
| 18:35:11 | 3 | A. | No. |

18:35:17    4        Q.   Is it your testimony that they had some
18:35:19    5    obligation to find out?

18:35:30    6        A.   To my understanding they should have the
18:35:32    7    moral obligation to -- to know what will be the
18:35:35    8    process that their future employees will be getting
18:35:40    9    into.

18:35:41   10        Q.   So it's your testimony that they -- the
18:35:48   11    school board has some moral obligation to find out
18:35:51   12    whether you're borrowing money?

18:35:54   13        A.   To my -- not the borrowing.

18:35:56   14            MR. KNOEPP:   Objection to the form.

18:36:02   15            THE WITNESS:   What I said is, to my
18:36:03   16    opinion and to my understanding, they should have at
18:36:05   17    least the moral obligation to make sure that the
18:36:08   18    process that their employees will be undertaking are
18:36:16   19    legally right and morally correct.

18:36:25   20    BY MR. BLUNT:

18:36:25   21        Q.   Do you know what, if anything, the school
18:36:28   22    board did to satisfy that obligation?

18:36:39   23        A.   May I ask, the one that they referred to
18:36:42   24    as the moral obligation, that they should --

18:36:45   25        Q.   Yes.

MAIRI NUNAG-TANEDO - 6/21/2011

Page 296

| | | | |
|---|---|---|---|
| 18:36:45 | 1 | A. | -- look into? |
| 18:36:47 | 2 | Q. | Yes. |
| 18:36:51 | 3 | A. | What I think is, they should have looked |
| 18:36:54 | 4 | into -- into it deeper.  I mean, deeply. | |
| 18:36:59 | 5 | Q. | Do you know what they did? |
| 18:37:01 | 6 | A. | No. |
| 18:37:03 | 7 | Q. | Has anyone told you what they did in order |
| 18:37:09 | 8 | to look into it? | |
| 18:37:11 | 9 | A. | No. |
| 18:37:14 | 10 | Q. | Have you asked? |
| 18:37:17 | 11 | A. | No. |
| 18:37:17 | 12 | Q. | Did you ask prior to filing suit? |
| 18:37:21 | 13 | A. | No. |
| 18:37:48 | 14 | Q. | Did anyone with the East Baton Rouge |
| 18:37:52 | 15 | Parish School Board do anything to have you sign | |
| 18:38:04 | 16 | either of these two contracts, either 519 or 520 | |
| 18:38:10 | 17 | with UPI? | |
| 18:38:19 | 18 | A. | Those were the contracts?  519 and 520? |
| 18:38:37 | 19 | Q. | Yes. |
| 18:38:46 | 20 | A. | Okay.  These are contracts.  No. |
| 18:38:51 | 21 | Q. | And I think one was filed -- I'm sorry. |
| 18:38:55 | 22 | I'll withdraw that. | |
| 18:38:57 | 23 | | One was signed in the Philippines, and you |
| 18:38:59 | 24 | said one was filed in -- one was signed in Los | |
| 18:39:04 | 25 | Angeles; is that right? | |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 305

| | | |
|---|---|---|
| 18:57:25 | 1 | A.   I just have to know for the official site |
| 18:57:31 | 2 | of POEA that -- that PARS is licensed and they have |
| 18:57:35 | 3 | good standing. |
| 18:57:42 | 4 | Q.   Now, subsequent to your arrival in the |
| 18:57:45 | 5 | United States, you've learned some other information |
| 18:57:47 | 6 | about Ms. Navarro's background; correct? |
| 18:57:54 | 7 | A.   Yes. |
| 18:57:54 | 8 | Q.   How did you learn that? |
| 18:57:56 | 9 | A.   Through the Internet. |
| 18:58:06 | 10 | Q.   You accessed that information through the |
| 18:58:08 | 11 | Internet; correct? |
| 18:58:10 | 12 | A.   Yes. |
| 18:58:11 | 13 | Q.   And you could have accessed that |
| 18:58:12 | 14 | information through the Internet while you were in |
| 18:58:14 | 15 | the Philippines; right? |
| 18:58:16 | 16 | A.   I could, but -- |
| 18:58:17 | 17 | Q.   Yes?  Yes or no? |
| 18:58:20 | 18 | A.   Yes, I could. |
| 18:58:21 | 19 | Q.   Okay. |
| 18:58:21 | 20 | A.   But during that time, I did not. |
| 18:58:23 | 21 | Q.   I understand that. |
| 18:58:23 | 22 | You did not because it wasn't important to |
| 18:58:25 | 23 | you at the time, was it? |
| 18:58:30 | 24 | A.   Because I Googled only PARS. |
| 18:58:32 | 25 | Q.   Okay.  But you knew as of April that you |

MAIRI NUNAG-TANEDO ~ 6/21/2011

Page 306

| 18:58:39 | 1 | were dealing with Universal also; correct? |
|---|---|---|
| 18:58:42 | 2 | A.  Yes, that there is Universal. |
| 18:58:44 | 3 | Q.  And you knew that as of April 2008; right? |
| 18:58:48 | 4 | A.  Yes. |
| 18:58:49 | 5 | Q.  And you could have done anything you |
| 18:58:52 | 6 | wanted to to research Universal or Ms. Navarro on |
| 18:58:55 | 7 | the Internet in April 2008; correct? |
| 18:58:58 | 8 | A.  I could. |
| 18:58:59 | 9 | Q.  But you chose not to? |
| 18:59:01 | 10 | A.  Because I'm satisfied with what the POEA |
| 18:59:04 | 11 | said. |
| 18:59:05 | 12 | Q.  Right.  But the information that was |
| 18:59:09 | 13 | available to you on the Internet in April 2008 could |
| 18:59:13 | 14 | have allowed you to discover the information that |
| 18:59:16 | 15 | you now know about Ms. Navarro's background; |
| 18:59:18 | 16 | correct? |
| 18:59:19 | 17 | A.  Yes. |
| 18:59:20 | 18 | Q.  But you chose not to during that time |
| 18:59:22 | 19 | period; correct? |
| 18:59:26 | 20 | A.  I did not do. |
| 18:59:27 | 21 | Q.  Right.  And you signed the offer of |
| 18:59:32 | 22 | employment on April 11, 2008 without having done any |
| 18:59:39 | 23 | kind of investigation of your own with respect to |
| 18:59:42 | 24 | Ms. Navarro, Universal or their backgrounds; |
| 18:59:45 | 25 | correct? |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 307

| | | | |
|---|---|---|---|
| 18:59:46 | 1 | A. | Yes. |
| 18:59:54 | 2 | Q. | And you didn't undertake that |
| 18:59:56 | 3 | | investigation because her background was not |
| 18:59:59 | 4 | | important to you at the time, was it? |
| 19:00:02 | 5 | A. | Yes. |
| 19:00:03 | 6 | Q. | Am I correct? |
| 19:00:04 | 7 | A. | Yes. |
| 19:00:05 | 8 | Q. | Okay.  In response to some other |
| 19:00:21 | 9 | | questions, I believe you said that you were aware |
| 19:00:24 | 10 | | that there were a number of teachers employed by the |
| 19:00:27 | 11 | | East Baton Rouge Parish School District that |
| 19:00:31 | 12 | | disapproved of this lawsuit? |
| 19:00:34 | 13 | | MR. KNOEPP:  Objection to the form. |
| 19:00:35 | 14 | | BY MR. HERNANDEZ: |
| 19:00:35 | 15 | Q. | Is that true?  Are you aware of any such |
| 19:00:38 | 16 | | teachers? |
| 19:00:39 | 17 | | MR. KNOEPP:  Objection to the form. |
| 19:00:41 | 18 | | THE WITNESS:  Please repeat the question. |
| 19:00:43 | 19 | | BY MR. HERNANDEZ: |
| 19:00:43 | 20 | Q. | Do you know if any teachers from East |
| 19:00:48 | 21 | | Baton Rouge object to this lawsuit? |
| 19:00:50 | 22 | | MR. KNOEPP:  Objection to the form. |
| 19:00:51 | 23 | | BY MR. HERNANDEZ: |
| 19:00:51 | 24 | Q. | And now I'm talking about the Filipino |
| 19:00:55 | 25 | | teachers that come through Universal. |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 311

| | | |
|---|---|---|
| 19:04:41 | 1 | Ms. Navarro is not the same as the claim or a claim |
| 19:04:48 | 2 | by these teachers, is it? |
| 19:04:51 | 3 | MR. KNOEPP:  Objection to the form. |
| 19:04:52 | 4 | THE WITNESS:  What I understand is, we are |
| 19:04:54 | 5 | only talking of very few teachers who are saying -- |
| 19:04:58 | 6 | BY MR. HERNANDEZ: |
| 19:04:58 | 7 | Q.  It's a yes-or-no question.  It's a |
| 19:05:01 | 8 | yes-or-no question. |
| 19:05:02 | 9 | With respect to those teachers who have |
| 19:05:04 | 10 | that opinion, your claim against UPI is not the same |
| 19:05:07 | 11 | as theirs? |
| 19:05:09 | 12 | MR. KNOEPP:  Objection to the form. |
| 19:05:10 | 13 | THE WITNESS:  Yes.  But I do believe -- |
| 19:05:11 | 14 | BY MR. HERNANDEZ: |
| 19:05:11 | 15 | Q.  Thank you. |
| 19:05:12 | 16 | A.  But I do believe that there are only few |
| 19:05:14 | 17 | of them, because those teachers -- I wanted to -- to |
| 19:05:17 | 18 | make it clear that who are those teachers that we're |
| 19:05:20 | 19 | referring to. |
| 19:05:22 | 20 | Q.  Ms. Tanedo, you will have the opportunity |
| 19:05:24 | 21 | to answer questions from your own counsel. |
| 19:05:27 | 22 | Move to strike that last part, because my |
| 19:05:30 | 23 | question to you was a yes or no.  Okay? |
| 19:05:33 | 24 | You understand that your claim is not the |
| 19:05:38 | 25 | same allegation or your allegation with respect to |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 312

| 19:05:42 | 1 | UPI and its disclosure of fees is different than |
| 19:05:45 | 2 | those teachers? |
| 19:05:48 | 3 | MR. KNOEPP:  Objection to the form. |
| 19:05:49 | 4 | THE WITNESS:  Those few teachers that I |
| 19:05:51 | 5 | know. |
| 19:05:52 | 6 | BY MR. HERNANDEZ: |
| 19:05:52 | 7 | Q.   Yes or no? |
| 19:05:53 | 8 | A.   Yes.  For those few teachers that I know. |
| 19:05:57 | 9 | Q.   And you don't know whether there are |
| 19:05:58 | 10 | teachers in other school districts in Louisiana that |
| 19:06:04 | 11 | share the opinion of those, as you call them, "few |
| 19:06:07 | 12 | teachers," do you? |
| 19:06:09 | 13 | A.   Yes.  But I do know some teachers who |
| 19:06:13 | 14 | share the same opinions with us who you are in the |
| 19:06:15 | 15 | other districts. |
| 19:06:16 | 16 | Q.   But there are some teachers that disagree |
| 19:06:20 | 17 | with you in other districts; correct? |
| 19:06:21 | 18 | A.   I don't know that. |
| 19:06:22 | 19 | Q.   You don't know one way or the other? |
| 19:06:25 | 20 | A.   I know that there are teachers in other |
| 19:06:28 | 21 | districts who agree with our opinion. |
| 19:06:30 | 22 | Q.   You know, maybe I'm not being clear here. |
| 19:06:33 | 23 | I'm asking about people who disagree with your |
| 19:06:36 | 24 | position. |
| 19:06:37 | 25 | Do you know whether there are teachers in |

MAIRI NUNAG-TANEDO - 6/21/2011

Page 313

| 19:06:38 | 1 | other school districts who disagree with your |
| 19:06:41 | 2 | contention about UPI disclosing the fees or not? |
| 19:06:44 | 3 | A.   No. |
| 19:06:45 | 4 | Q.   As you sit here today, you have no |
| 19:06:48 | 5 | personal knowledge of the numbers of teachers in |
| 19:06:51 | 6 | other school districts in Louisiana who disagree |
| 19:06:55 | 7 | with you with respect to the disclosure of fees; |
| 19:06:58 | 8 | correct? |
| 19:06:58 | 9 | A.   Yes. |
| 19:07:01 | 10 | Q.   And you have no idea with respect to other |
| 19:07:04 | 11 | school districts whether those people who disagree |
| 19:07:07 | 12 | with your contention outnumber those who agree with |
| 19:07:12 | 13 | your contention? |
| 19:07:14 | 14 | MR. KNOEPP:  Objection to the form. |
| 19:07:15 | 15 | BY MR. HERNANDEZ: |
| 19:07:16 | 16 | Q.   Do you? |
| 19:07:16 | 17 | A.   I don't have any idea. |
| 19:07:18 | 18 | Q.   Okay.  So you don't know whether the |
| 19:07:20 | 19 | people who agree with you are in the majority or the |
| 19:07:22 | 20 | minority of the other school districts? |
| 19:07:26 | 21 | MR. KNOEPP:  Objection to the form. |
| 19:07:27 | 22 | BY MR. HERNANDEZ: |
| 19:07:27 | 23 | Q.   Correct? |
| 19:07:28 | 24 | A.   I don't have the capacity to know if they |
| 19:07:30 | 25 | are the majority or the minority. |