# In The Matter Of:

*MAIRI NUNAG-TANEDO*

*v.*

*EAST BATON ROUGE PARISH SCHOOL BOARD*

---

## *ESCUADRA, DONNABEL – Vol. 1*

### *June 22, 2011*

---

**MERRILL CORPORATION**
**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

**EXHIBIT**

**5**

DONNABEL ESCUADRA - 6/22/2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

-----

MAIRI NUNAG-TANEDO, INGRID CRUZ,    )
DONNABEL ESCUADRA, ROLANDO PASCUAL, )
and TOMASA MARI, on behalf of       )
themselves and other similarly      )
situated individuals,,              )
                                    )
           Plaintiffs,              )   Case No.
                                    )SACV 10-01172
      vs.                           )  JAK(MLGx)
                                    )
EAST BATON ROUGE PARISH SCHOOL      )
BOARD, CHARLOTTE D. PLACIDE, MILLIE )
WILLIAMS, ELIZABETH DURAN SWINFORD, )
UNIVERSAL PLACEMENT INTERNATIONAL,  )
INC., LOURDES "LULU" NAVARRO, PARS  )
INTERNATIONAL PLACEMENT AGENCY,     )
EMILIO V. VILLARBA, ROBERT B.       )
SILVERMAN, and SILVERMAN &          )
ASSOCIATES,                         )
                                    )
           Defendants.              )
_____)


VIDEOTAPED DEPOSITION OF

DONNABEL ESCUADRA, VOLUME I, PAGES 1 - 325

TAKEN ON

WEDNESDAY, JUNE 22, 2011


Reported by:

Cathy A. Reece, RPR, CSR No. 5546

DONNABEL ESCUADRA - 6/22/2011

Page 21

| | | |
|---|---|---|
| 09:52:02 | 1 | A.   Global.  It is a local agency in Cebu. |
| 09:52:06 | 2 | Q.   Why didn't you accept a position with |
| 09:52:10 | 3 | Global? |
| 09:52:10 | 4 | A.   When I was listening to the orientation, I |
| 09:52:12 | 5 | wasn't very convinced because they didn't give a |
| 09:52:16 | 6 | very definite date or time when we can possibly have |
| 09:52:20 | 7 | the employment in the U.S.  So I didn't want to |
| 09:52:23 | 8 | waste my time with that. |
| 09:52:25 | 9 | Q.   So is it fair to say that you see value in |
| 09:52:29 | 10 | an employment agency that places you quickly? |
| 09:52:33 | 11 | A.   Yes. |
| 09:52:34 | 12 | Q.   The quicker the better? |
| 09:52:36 | 13 | A.   Of course. |
| 09:52:37 | 14 | Q.   Okay.  Now, any other agencies that you |
| 09:52:48 | 15 | may have applied to? |
| 09:52:49 | 16 | A.   I did -- I did not apply.  I was just |
| 09:52:52 | 17 | considering to apply. |
| 09:52:53 | 18 | Q.   And what agencies were those? |
| 09:52:55 | 19 | A.   The Health Quest. |
| 09:53:02 | 20 | Q.   And why didn't you apply to Health Quest? |
| 09:53:05 | 21 | A.   It so happened that their schedule for the |
| 09:53:08 | 22 | interview will take place in May, and PARS, UPI will |
| 09:53:14 | 23 | have their interview in March, so I go first with |
| 09:53:18 | 24 | PARS. |
| 09:53:18 | 25 | Q.   Okay.  Now, did you consider any other |

DONNABEL ESCUADRA - 6/22/2011

Page 22

09:53:22  1    employment agencies?

09:53:24  2         A.   After that?

09:53:25  3         Q.   At any time.

09:53:27  4         A.   Just PARS and UPI.

09:53:30  5         Q.   Did you understand anything about the

09:53:33  6    programming for Global and/or Health Quest?  Let me

09:53:37  7    actually rephrase that question.

09:53:40  8              Did you understand how Global proposed to

09:53:43  9    place you?

09:53:45  10        A.   No, I did not understand at all.  That's

09:53:50  11   why I didn't pursue it.

09:53:51  12        Q.   Okay.  They did not provide you with any

09:53:54  13   materials or you did not have access to any Global

09:53:57  14   materials?

09:53:58  15        A.   They just gave us some -- I mean, that

09:54:01  16   was, in that presentation, like services that they

09:54:05  17   have, but it wasn't as specific as I would want to

09:54:09  18   hear.

09:54:11  19        Q.   And when did you consider Global?

09:54:13  20        A.   That was around February of 2008.

09:54:24  21        Q.   And what positions were you seeking?

09:54:27  22        A.   Still special education teacher.

09:54:28  23        Q.   So you don't have any idea of how much

09:54:30  24   Global's services cost?

09:54:32  25        A.   No.

DONNABEL ESCUADRA - 6/22/2011

Page 23

09:54:33  1        Q.   How about Health Quest's services?  Were
09:54:35  2   you aware?
09:54:36  3        A.   Of the cost?
09:54:37  4        Q.   Of the cost.
09:54:39  5        A.   That was only later, and I have done with
09:54:41  6   PARS.
09:54:44  7        Q.   So, no, you do not -- you were not aware
09:54:47  8   of any costs?
09:54:49  9        A.   I wasn't aware.
09:54:55 10        Q.   Okay.  How did you first hear about PARS?
09:54:58 11        A.   How did I first hear about PARS?
09:55:00 12        Q.   Uh-huh.
09:55:01 13        A.   My co-teacher in the university told me
09:55:05 14   that PARS will be coming to Cebu for the preliminary
09:55:10 15   interview.  That will also happen in March of 2008.
09:55:18 16        Q.   And when did your -- who is your
09:55:21 17   co-teacher?
09:55:22 18        A.   Cynthia Simporos.
09:55:26 19        Q.   When did she tell you this?
09:55:29 20        A.   Around that -- that same month of March,
09:55:35 21   2008.
09:55:38 22        Q.   So you had never heard of PARS prior to
09:55:41 23   March of 2008?
09:55:42 24        A.   No.
09:55:46 25        Q.   Did she tell you in early March?

DONNABEL ESCUADRA - 6/22/2011

Page 24

| | | | |
|---|---|---|---|
| 09:55:49 | 1 | A. | Yes.  That was it. |

09:55:50   2      Q.   What exactly did she say about PARS?

09:55:54   3      A.   She actually did not say a whole lot about

09:55:57   4   PARS.  She was just saying that her friend who is at

09:56:00   5   the time -- who was at that time in the U.S. and

09:56:05   6   went to the U.S. through PARS.  And he was the one

09:56:10   7   telling her PARS will be going to Cebu if you are

09:56:14   8   interested.

09:56:15   9      Q.   So her friend, was it a man or a woman?

09:56:18   10      A.   That I am not sure of.

09:56:22   11      Q.   Do you know what state her friend was

09:56:25   12   placed in?

09:56:25   13      A.   I didn't know also.

09:56:27   14      Q.   Do you know if her friend was a teacher?

09:56:29   15      A.   No.

09:56:29   16      Q.   Do you know if her friend informed her of

09:56:32   17   any fees?

09:56:33   18      A.   No.

09:56:34   19      Q.   Did you ask any questions of her about her

09:56:37   20   friend's experiences in the U.S.?

09:56:41   21      A.   No.

09:56:41   22      Q.   What's your relationship like with Mairi

09:56:54   23   Nunag-Tanedo?

09:56:55   24      A.   My relationship, she is my friend, but I

09:56:58   25   met her only here in the U.S.

DONNABEL ESCUADRA - 6/22/2011

Page 123

| | | |
|---|---|---|
| 13:51:16 | 1 | A.   Yes. |
| 13:51:20 | 2 | Q.   And what did -- what did Ms. Swinford ask |
| 13:51:23 | 3 | you during that interview? |
| 13:51:24 | 4 | A.   She asked me about my qualifications.  She |
| 13:51:27 | 5 | asked me about my teaching experience.  She asked |
| 13:51:30 | 6 | me -- she gave me some situations as to how to |
| 13:51:33 | 7 | handle children with special needs, and she was |
| 13:51:38 | 8 | like -- she also looked some of my certificates when |
| 13:51:43 | 9 | I was doing the training, teacher's training. |
| 13:51:46 | 10 | Q.   Did she threaten you at any time? |
| 13:51:49 | 11 | A.   No. |
| 13:51:49 | 12 | Q.   Did she promise you anything that day? |
| 13:51:51 | 13 | A.   That day?  No.  At that very day after the |
| 13:51:59 | 14 | interview with her? |
| 13:52:04 | 15 | Q.   Has Ms. Swinford ever threatened you? |
| 13:52:08 | 16 | A.   No. |
| 13:52:08 | 17 | Q.   Has Ms. Swinford ever promised you |
| 13:52:12 | 18 | anything? |
| 13:52:12 | 19 | A.   Later after the entire interview, I was |
| 13:52:17 | 20 | promised that I would have -- I take it as a promise |
| 13:52:21 | 21 | because she was the one reading who are considered |
| 13:52:23 | 22 | for Louisiana.  So I take it like, okay.  I get this |
| 13:52:26 | 23 | job. |
| 13:52:28 | 24 | Q.   Describe this process that you're speaking |
| 13:52:31 | 25 | about her reading names.  What was that? |

DONNABEL ESCUADRA - 6/22/2011

Page 124

13:52:34   1      A.   After the interview was done, she was

13:52:36   2   holding her laptop with her at that time, and she

13:52:41   3   was the one who was reading the names of those

13:52:44   4   teachers that were considered for Louisiana.

13:52:47   5          And then before she was able to finish

13:52:50   6   calling those names, she handed -- she handed a

13:52:55   7   phone to Ms. Lulu Navarro because she went outside

13:52:58   8   to the lobby and told those that were considered for

13:53:01   9   Louisiana to go to the lobby because she would want

13:53:04  10   to talk with us.

13:53:05  11      Q.   And how many teachers were selected --

13:53:07  12   strike that.

13:53:10  13          How many teachers passed the interview

13:53:13  14   session that you observed?

13:53:15  15      A.   Around 80 -- about 80 teachers.

13:53:19  16      Q.   And you believe that there were 700

13:53:22  17   applicants that day?

13:53:24  18      A.   I believe so.  I wasn't really counting

13:53:27  19   but there were so many and I was there the entire

13:53:31  20   day.

13:53:32  21      Q.   If there were 700 applicants and there

13:53:34  22   were 80 teachers selected, that is a fairly

13:53:39  23   selective process.  Would you agree?

13:53:41  24      A.   Yes.

13:53:41  25          MS. PLOTKIN:  Objection to form.

DONNABEL ESCUADRA - 6/22/2011

Page 136

| | | |
|---|---|---|
| 14:10:36 | 1 | so I can obtain that bridge loan of $2,000 and |
| 14:10:40 | 2 | whatever that they could lend us. |
| 14:10:44 | 3 | Q. Okay. Thank you. |
| 14:10:45 | 4 | In Paragraph 10 of your declaration, you |
| 14:10:47 | 5 | state that you asked PARS employee Lorna if you |
| 14:10:51 | 6 | could get a refund of any of the money; correct? |
| 14:10:56 | 7 | A. Correct. |
| 14:10:57 | 8 | Q. On what day did you ask Lorna this? |
| 14:11:00 | 9 | A. This was the time after the interview in |
| 14:11:04 | 10 | July of 2009 when we were -- when we got out from |
| 14:11:09 | 11 | Mr. Villarba's office after he was telling us that |
| 14:11:12 | 12 | we are going to pay $10,800. |
| 14:11:16 | 13 | And I was -- I was really like thinking |
| 14:11:19 | 14 | about that. So when we got out, Lorna was there, |
| 14:11:23 | 15 | and I asked, Hey, Lorna, can I -- if I'm going to |
| 14:11:27 | 16 | back out from this, can I get back my -- the amount |
| 14:11:31 | 17 | that I have paid?  Which I said that in that... |
| 14:11:36 | 18 | And then she said -- she directed my |
| 14:11:39 | 19 | question to Divina, Divina to Mr. Villarba, and |
| 14:11:44 | 20 | Mr. Villarba got up and said, No, we cannot but he |
| 14:11:48 | 21 | can return the documents, the WES evaluation.  Those |
| 14:11:53 | 22 | things. |
| 14:11:53 | 23 | Q. Did you understand -- strike that. |
| 14:12:09 | 24 | So in Paragraph 10, your conversation with |
| 14:12:11 | 25 | Lorna took place in July 2008; correct? |

DONNABEL ESCUADRA - 6/22/2011

Page 137

| | | |
|---|---|---|
| 14:12:14 | 1 | A.   Yes. |
| 14:12:14 | 2 | Q.   And then in Paragraph 11, we are going |
| 14:12:17 | 3 | back in time to June 2008 to talk about your |
| 14:12:20 | 4 | approximate $6,000 payment of initial fees; correct? |
| 14:12:27 | 5 | A.   Yes, in that line. |
| 14:12:28 | 6 | Q.   Now, $6,000 of initial fees, that phrase, |
| 14:12:31 | 7 | "initial fees" is the same that you use in Paragraph |
| 14:12:35 | 8 | 10: |
| 14:12:36 | 9 | "Before making one of the |
| 14:12:36 | 10 | payments as part of the initial |
| 14:12:36 | 11 | fees in the process, I asked PARS |
| 14:12:40 | 12 | employee Lorna if  I could get a |
| 14:12:41 | 13 | refund." |
| 14:12:42 | 14 | Correct? |
| 14:12:42 | 15 | A.   Correct. |
| 14:12:44 | 16 | Q.   When you asked Lorna this question, how |
| 14:12:46 | 17 | much had you paid to PARS? |
| 14:12:51 | 18 | A.   I have paid $5,500 in all and then there |
| 14:12:55 | 19 | were some other -- other fees that we don't have |
| 14:12:59 | 20 | receipt with.  And I just have it approximately |
| 14:13:03 | 21 | $6,000. |
| 14:13:05 | 22 | Q.   But let's look at Paragraph 10 of your |
| 14:13:08 | 23 | declaration where you say, before making one payment |
| 14:13:12 | 24 | as part of the initial fees in the process, you |
| 14:13:15 | 25 | asked Lorna about the refund. |

DONNABEL ESCUADRA - 6/22/2011

Page 217

| | | |
|---|---|---|
| 16:46:20 | 1 | you're claiming that a portion of the $15,000 that |
| 16:46:26 | 2 | you paid in order to get a visa was $10,800.  That |
| 16:46:33 | 3 | was your placement fee; correct? |
| 16:46:35 | 4 | A.   The $10,800, that was my placement fee. |
| 16:46:39 | 5 | Q.   And when you wrote Mel Villarba saying |
| 16:46:42 | 6 | that your salary was not as he expected and you |
| 16:46:46 | 7 | expected, he refunded you the money, didn't he? |
| 16:46:52 | 8 | A.   He refunded me $1,000.  I requested for |
| 16:46:56 | 9 | $1,212.  My basis for that was from 54,000 annual as |
| 16:47:06 | 10 | per the actual salary that I know at the time, which |
| 16:47:08 | 11 | was 47,938.  That was my basis for the computation |
| 16:47:14 | 12 | of 1,212 as I requested to be reimbursed.  And he -- |
| 16:47:22 | 13 | he paid me back only $1,000. |
| 16:47:25 | 14 | Q.   If he paid you back $1,000, why are you |
| 16:47:28 | 15 | still requesting 10,800 to be reimbursed from UPI |
| 16:47:33 | 16 | and PARS? |
| 16:47:35 | 17 | MS. PLOTKIN:  Objection to the form. |
| 16:47:36 | 18 | THE WITNESS:  I did -- I did not request |
| 16:47:39 | 19 | for the $10,800 to be reimbursed.  I asked for |
| 16:47:43 | 20 | 1,212.40.  That was the excess. |
| 16:47:47 | 21 | Because I could not -- it could not -- I |
| 16:47:52 | 22 | have paid it already.  The $10,800, I paid it |
| 16:47:57 | 23 | already.  I was just with -- considering the salary |
| 16:47:59 | 24 | that I have, I was just taking the difference and I |
| 16:48:04 | 25 | was asking for the excess of $1,240. |

DONNABEL ESCUADRA - 6/22/2011

Page 232

| | | |
|---|---|---|
| 17:27:59 | 1 | Navarro saying anything; correct? |
| 17:28:00 | 2 | A.   I work, yes. |
| 17:28:04 | 3 | Q.   You want to work? |
| 17:28:05 | 4 | A.   Yes. |
| 17:28:05 | 5 | Q.   Don't you? |
| 17:28:06 | 6 | A.   Yes. |
| 17:28:06 | 7 | Q.   You like to work, don't you? |
| 17:28:08 | 8 | A.   I have to work because I have the amounts |
| 17:28:11 | 9 | of debts that I have to pay. |
| 17:28:13 | 10 | Q.   If you didn't have debt, would you still |
| 17:28:17 | 11 | work in your current job? |
| 17:28:19 | 12 | A.   Yes. |
| 17:28:22 | 13 | Q.   And another instance of any -- strike |
| 17:28:26 | 14 | that. |
| 17:28:26 | 15 | Are there any other instances of Lourdes |
| 17:28:30 | 16 | Navarro threatening you? |
| 17:28:31 | 17 | A.   Yes.  That was sometime in January, |
| 17:28:34 | 18 | February of 2009 when we had our meeting in Savoy |
| 17:28:40 | 19 | Plaza Apartment.  And that night there were also |
| 17:28:42 | 20 | several teachers.  I think more than 50 teachers at |
| 17:28:49 | 21 | that time.  And she was -- she was very upset.  She |
| 17:28:54 | 22 | was sentimental.  At times she was crying.  And then |
| 17:28:57 | 23 | she was also very angry, you know, with all the |
| 17:29:01 | 24 | complaints. |
| 17:29:01 | 25 | Teachers were complaining about the |

DONNABEL ESCUADRA - 6/22/2011

Page 241

17:43:45   1    did not receive these invoices?

17:43:49   2        A.   I receive those invoices, but I do not

17:43:54   3    consider and honor that, because this was not --

17:43:58   4    this was never divulged to us.  This was not

17:44:00   5    disclosed to us and I felt that it's useless.

17:44:04   6        Q.   If you'd look at Exhibit 542, please.

17:44:19   7    Take a moment to look at these five pages.

17:44:52   8             Do you remember seeing these?

17:44:54   9        A.   No.

17:44:59  10        Q.   These were never sent to you?

17:45:01  11        A.   I don't know.  I received several of

17:45:03  12    those -- I received several of this, but I -- I

17:45:07  13    didn't -- some of those I opened.  Some I didn't.

17:45:10  14        Q.   So you received the invoices but you never

17:45:14  15    received payment reminders that look like Exhibit

17:45:16  16    542; is that correct?

17:45:20  17        A.   I could not remember.

17:45:22  18        Q.   If you look at the first page of 542, you

17:45:27  19    will see the date May 19, 2009; correct?

17:45:33  20        A.   Yes, sir.

17:45:35  21        Q.   And correct me if I'm wrong, but this is a

17:45:38  22    reminder to you that your required payment of 10

17:45:43  23    percent will start on July 2009.  And the note goes

17:45:49  24    on to say that:

17:45:50  25                  "As per agreed in the

DONNABEL ESCUADRA - 6/22/2011

Page 242

| | | |
|---|---|---|
| 17:45:51 | 1 | contract, a total of 12 payments |
| 17:45:54 | 2 | must be made.  And if in the event |
| 17:45:57 | 3 | that you cannot make your payment |
| 17:45:59 | 4 | for the month, please let us know |
| 17:46:01 | 5 | so we can make an arrangement with |
| 17:46:03 | 6 | regards to the payment schedule." |
| 17:46:05 | 7 | Do you see that? |
| 17:46:05 | 8 | A.   I see that in this document. |
| 17:46:08 | 9 | Q.   Did you ever contact UPI to make an |
| 17:46:11 | 10 | arrangement with regards to a payment schedule? |
| 17:46:13 | 11 | A.   I did not because, in the first place, I |
| 17:46:17 | 12 | didn't even know that there is still this 10 percent |
| 17:46:21 | 13 | for the second year. |
| 17:46:22 | 14 | Q.   Do you also see Paragraph 2 in this |
| 17:46:25 | 15 | letter, A, and then in bold: |
| 17:46:27 | 16 | "A copy of your pay stub must |
| 17:46:29 | 17 | be attached together with your |
| 17:46:31 | 18 | payment"? |
| 17:46:32 | 19 | Do you see that? |
| 17:46:33 | 20 | A.   Yes. |
| 17:46:34 | 21 | Q.   Do you understand that the reason why a |
| 17:46:37 | 22 | pay stub would be important to attach to this |
| 17:46:41 | 23 | payment is because UPI wants to charge you the |
| 17:46:44 | 24 | correct 10 percent placement fee? |
| 17:46:47 | 25 | MS. PLOTKIN:  Objection to form. |

DONNABEL ESCUADRA - 6/22/2011

Page 243

17:46:53   1    BY MR. SULLIVAN:

17:46:53   2        Q.   Do you understand that?

17:46:54   3        A.   I do not understand why I have to -- to

17:46:58   4    send a copy of the pay stub.  I do not understand

17:47:01   5    why I have to pay 10 percent fee.  This was never,

17:47:05   6    never disclosed to us.

17:47:07   7        Q.   We're not talking about that issue right

17:47:10   8    now.  Let's go back to your ex-husband's family's

17:47:16   9    employment agency.

17:47:18   10           You said that you understood that your

17:47:19   11   ex-husband's family's employment agency charged a

17:47:25   12   fee based on expected earnings of the placed party;

17:47:28   13   correct?

17:47:29   14       A.   Yes, but --

17:47:30   15           MS. PLOTKIN:  Objection.

17:47:32   16           MR. SULLIVAN:  State it, please.

17:47:34   17           MS. PLOTKIN:  Objection because I think

17:47:35   18   you are mischaracterizing her prior testimony.

17:47:40   19           THE WITNESS:  I just knew about it.  But I

17:47:42   20   didn't even know details about it.

17:47:45   21   BY MR. SULLIVAN:

17:47:46   22       Q.   So are you altogether surprised that a

17:47:48   23   percentage of someone's -- strike that.

17:47:54   24           So why does it surprise you that Universal

17:47:57   25   Placement wants to charge you the correct 10 percent

DONNABEL ESCUADRA - 6/22/2011

| | | | |
|---|---|---|---|
| 18:48:10 | 1 | Q. | Who did you present your concerns to? |
| 18:48:15 | 2 | A. | I talked personally to Mr. Coleman. |
| 18:48:19 | 3 | Q. | Mr. who? |
| 18:48:19 | 4 | A. | Lee Coleman, my principal in Banks |

18:48:23  5  Elementary.

18:48:25  6      Q.   What did you talk to Mr. Coleman about?

18:48:29  7      A.   Let me go back first.  I'm sorry, sir.

18:48:34  8           Since that time with Ms. Daphne Donaldson

18:48:38  9  and then with Mr. Coleman.

18:48:41  10     Q.   Daphne Donaldson and --

18:48:47  11     A.   Mr. Lee Coleman.

18:48:52  12     Q.   Okay.  Let's take Mr. Coleman.

18:48:58  13          What did you say to Mr. Donaldson -- I'm

18:49:01  14  sorry.

18:49:01  15     A.   Mr. Lee Coleman.

18:49:03  16     Q.   Mr. Coleman?

18:49:07  17     A.   I -- I requested Mr. Coleman if he -- if I

18:49:12  18  could talk to him in person and it was in the

18:49:15  19  office.  I told him about what we've been through.

18:49:18  20  I told him that we were -- paid exorbitant fees and

18:49:24  21  that -- I'm sorry.

18:49:29  22          Let me -- let me just give a little bit of

18:49:31  23  the scenario because there was -- I had Filipino

18:49:37  24  teachers in Banks Elementary at that time.  And one

18:49:40  25  of the Filipino teacher was having really difficult

DONNABEL ESCUADRA - 6/22/2011

Page 277

| | | |
|---|---|---|
| 18:49:46 | 1 | times.  And every now and then she would come to my |
| 18:49:51 | 2 | class.  She would be crying.  To my classroom.  She |
| 18:49:53 | 3 | would be crying.  She would be telling me |
| 18:49:56 | 4 | everything.  So I was thinking that I really have to |
| 18:49:58 | 5 | disclose whatever we've been through to my |
| 18:50:02 | 6 | principal. |
| 18:50:02 | 7 | Q.   Okay. |
| 18:50:02 | 8 | A.   So at that time I told him about -- |
| 18:50:06 | 9 | Q.   Let me interrupt you. |
| 18:50:07 | 10 | A.   Yes, sir. |
| 18:50:09 | 11 | Q.   Mr. Coleman did something to intimidate |
| 18:50:12 | 12 | you? |
| 18:50:14 | 13 | A.   I said a while ago that since my concerns |
| 18:50:19 | 14 | wasn't addressed properly, I consider the fact that |
| 18:50:27 | 15 | I may not be -- I mean, I may not be able to get |
| 18:50:33 | 16 | another H-1B visa, I considered it -- I considered |
| 18:50:38 | 17 | everything as a threat. |
| 18:50:40 | 18 | Q.   So Mr. Coleman told you he was not going |
| 18:50:45 | 19 | to give you another H-1B visa? |
| 18:50:48 | 20 | A.   No, he did not.  I was talking about my |
| 18:50:53 | 21 | concerns that was not addressed because I personally |
| 18:50:57 | 22 | expressed my concerns to my principal. |
| 18:51:00 | 23 | Q.   Mr. Coleman threatened -- |
| 18:51:02 | 24 | A.   Mr. Coleman. |
| 18:51:03 | 25 | Q.   Mr. Coleman threatened to have your visa |

DONNABEL ESCUADRA - 6/22/2011

Page 278

18:51:06    1    taken away from you?

18:51:08    2         A.   Mr. Coleman did not threaten me.  I was --

18:51:11    3    Mr. Coleman is a very nice person.  He was a very

18:51:16    4    good principal, as to dealing with -- with -- with

18:51:23    5    me.  But I was saying that by not having properly

18:51:29    6    addressing my concerns --

18:51:32    7         Q.   You wanted him to give you another visa?

18:51:40    8         A.   We -- our -- I told him --

18:51:44    9         Q.   Your concern was about your visa; correct?

18:51:47   10         A.   Yes, sir.

18:51:49   11         Q.   And was it your expectation that

18:51:50   12    Mr. Coleman was going to either get your visa

18:51:55   13    extended --

18:51:56   14         A.   No.

18:51:56   15         Q.   -- or get you another visa?

18:51:58   16         A.   No.  No.  Because I know that it is not

18:52:00   17    him who is going to approve for that.

18:52:02   18         Q.   And -- but that is --

18:52:05   19         A.   I was just telling him my concerns, why I

18:52:08   20    was afraid and the fees that we have been through

18:52:14   21    and the exorbitant fees that we have paid and I was

18:52:20   22    afraid that I may not have my visa renewed.

18:52:25   23              And I was just -- in -- in -- in -- in

18:52:27   24    that time, I was just telling him everything that

18:52:30   25    I -- I felt at the time.  My concerns at the time.

Merrill  Corporation  -  Los Angeles

800-826-0277                              www.merrillcorp.com/law

DONNABEL ESCUADRA - 6/22/2011

Page 279

| | | |
|---|---|---|
| 18:52:34 | 1 | My fears at the time. |
| 18:52:36 | 2 | Q.   And did Mr. Coleman do anything to cause |
| 18:52:39 | 3 | your fears? |
| 18:52:44 | 4 | A.   No. |
| 18:52:45 | 5 | Q.   Did anybody with the East Baton Rouge |
| 18:52:48 | 6 | Parish School Board do anything to cause your fears? |
| 18:52:56 | 7 | A.   I see that in its entirety, that not |
| 18:53:00 | 8 | having addressed my concerns, that was a very threat |
| 18:53:04 | 9 | to me. |
| 18:53:08 | 10 | Q.   Your concern was that you didn't have a |
| 18:53:11 | 11 | visa extended; correct? |
| 18:53:15 | 12 | A.   I said I -- I expressed all my concerns, |
| 18:53:21 | 13 | that I was afraid.  I -- I -- I -- I was afraid that |
| 18:53:28 | 14 | I would not have a job the next year, that I would |
| 18:53:33 | 15 | not -- that I would not be renewed, my visa renewed. |
| 18:53:37 | 16 | And I have so many debts.  I was in bondage of debts |
| 18:53:42 | 17 | at that time.  And I cannot pay.  I was expressing |
| 18:53:48 | 18 | all those concerns. |
| 18:53:49 | 19 | Q.   Did you expect the East Baton Rouge Parish |
| 18:53:52 | 20 | School Board to pay your fees to UPI? |
| 18:53:56 | 21 | A.   No. |
| 18:53:58 | 22 | Q.   Did you expect Mr. Coleman to pay your |
| 18:54:00 | 23 | fees to UPI? |
| 18:54:04 | 24 | A.   The secure -- if the H-1B visa was -- was |
| 18:54:12 | 25 | indicated -- I mean, the length or the term, I'm |

DONNABEL ESCUADRA – 6/22/2011

Page 281

| | | |
|---|---|---|
| 18:55:38 | 1 | Q.   You have not kept up with Mr. Coleman? |
| 18:55:40 | 2 | A.   Come again, sir? |
| 18:55:42 | 3 | Q.   You have not kept in contact with |
| 18:55:43 | 4 | Mr. Coleman after he -- you left Banks Elementary? |
| 18:55:48 | 5 | A.   Since I left.  And I would like to have it |
| 18:55:51 | 6 | on record that Mr. Coleman is a nice person.  I was |
| 18:55:55 | 7 | just telling him his concerns being my direct |
| 18:56:01 | 8 | supervisor, assuming that he would also direct my |
| 18:56:07 | 9 | concerns to East Baton Rouge School Board. |
| 18:56:09 | 10 | Q.   So he intimidated you by not addressing |
| 18:56:12 | 11 | your concern? |
| 18:56:13 | 12 | A.   He did not -- he did not intimidated me. |
| 18:56:15 | 13 | I consider that in its entirety being -- being my |
| 18:56:20 | 14 | principal in -- and also East Baton Rouge, and East |
| 18:56:24 | 15 | Baton Rouge, whom I considered my employer, in its |
| 18:56:27 | 16 | entirety I consider that as a threat. |
| 18:56:31 | 17 | Q.   The school board had an obligation to go |
| 18:56:34 | 18 | get a three-year visa for you? |
| 18:56:38 | 19 | A.   I understood it that it should be the |
| 18:56:41 | 20 | school board duty to do that because -- that they |
| 18:56:45 | 21 | have -- that they have the obligation to -- to mean |
| 18:56:50 | 22 | their promise.  Because when we were still in the |
| 18:56:53 | 23 | Philippines, Mr. -- Mr. -- Mr. Villarba told me that |
| 18:56:58 | 24 | H-1B visa is three years.  The length is three |
| 18:57:04 | 25 | years. |

DONNABEL ESCUADRA - 6/22/2011

Page 282

| | | |
|---|---|---|
| 18:57:16 | 1 | Q.   And Mr. Villarba is employed by the East |
| 18:57:19 | 2 | Baton Rouge Parish School Board? |
| 18:57:21 | 3 | A.   He wasn't employed, but I considered him |
| 18:57:25 | 4 | representing East Baton Rouge at that time. |
| 18:57:29 | 5 | Q.   He was employed by PARS; right? |
| 18:57:31 | 6 | A.   At the time when I was in that processing |
| 18:57:38 | 7 | with the application and all -- I was really in that |
| 18:57:41 | 8 | belief that he was representing East Baton Rouge |
| 18:57:44 | 9 | because most of our communications were done through |
| 18:57:48 | 10 | the agency. |
| 18:57:49 | 11 | Q.   So everybody there was employed by East |
| 18:57:51 | 12 | Baton Rouge? |
| 18:57:52 | 13 | A.   I didn't say that -- |
| 18:57:53 | 14 | MS. PLOTKIN:  Objection to form. |
| 18:57:53 | 15 | THE WITNESS:  -- they were employed by |
| 18:57:55 | 16 | East Baton Rouge. |
| 18:57:57 | 17 | BY MR. BLUNT: |
| 18:57:57 | 18 | Q.   Tell me who there was employed or |
| 18:58:00 | 19 | representing East Baton Rouge Parish School Board. |
| 18:58:02 | 20 | A.   I believe that he -- Mr. -- Mr. Villarba |
| 18:58:04 | 21 | was representing East Baton Rouge at that time. |
| 18:58:07 | 22 | Q.   And what led you to believe that? |
| 18:58:11 | 23 | A.   Because they -- he was the one who was |
| 18:58:15 | 24 | sending -- he was the one whom we communicate most |
| 18:58:20 | 25 | of the time for my employer. |

DONNABEL ESCUADRA - 6/22/2011

Page 289

| | | |
|---|---|---|
| 19:07:15 | 1 | Daphne Donaldson in August 1 of 2008.  I think that |
| 19:07:19 | 2 | was August 1 of 2008.  That was the -- the signing |
| 19:07:28 | 3 | of the contract. |
| 19:07:30 | 4 | Q.   Okay. |
| 19:07:31 | 5 | A.   Yes. |
| 19:07:31 | 6 | Q.   And the contract had a salary figure in |
| 19:07:33 | 7 | it? |
| 19:07:34 | 8 | A.   Yes, sir.  And based from that salary |
| 19:07:37 | 9 | also, as far as I could recall. |
| 19:07:39 | 10 | Q.   Did that salary figure match the $47,938 |
| 19:07:42 | 11 | that's represented in Exhibit 527? |
| 19:07:50 | 12 | A.   I could not remember exactly the exact |
| 19:07:53 | 13 | amount, but I know it was 47,000 more.  So when I |
| 19:07:58 | 14 | received this, I -- I -- I believe then that this is |
| 19:08:03 | 15 | my salary. |
| 19:08:07 | 16 | Q.   When you received 527, you knew that that |
| 19:08:11 | 17 | was your salary? |
| 19:08:13 | 18 | A.   This one? |
| 19:08:14 | 19 | Q.   Yes.   527. |
| 19:08:16 | 20 | A.   I presumed it as my salary. |
| 19:08:20 | 21 | Q.   Okay.  Now, did Ms. Navarro attend the |
| 19:08:26 | 22 | August 1, 2008 meeting? |
| 19:08:28 | 23 | A.   No, sir. |
| 19:08:30 | 24 | Q.   You said you met with Ms. Navarro in |
| 19:08:33 | 25 | August 2008 as well? |

DONNABEL ESCUADRA - 6/22/2011

Page 304

| 19:29:50 | 1 | come over to the Philippines to interview you. |
| 19:29:54 | 2 | MS. PLOTKIN:  Objection to the form. |
| 19:29:55 | 3 | BY MR. BLUNT: |
| 19:29:56 | 4 | Q.  Well, list for me as simply as you can |
| 19:30:03 | 5 | what the school board did to defraud you and |
| 19:30:05 | 6 | illegally traffic you. |
| 19:30:09 | 7 | A.  They participated in the trafficking and |
| 19:30:13 | 8 | for defrauding.  First -- yes, sir. |
| 19:30:18 | 9 | Q.  I'm listening and I am -- my finger means |
| 19:30:21 | 10 | I'm trying to enumerate as you go through. |
| 19:30:26 | 11 | A.  Yes.  First when they went to Cebu, |
| 19:30:28 | 12 | Philippines on March 28 of 2008, they were with PARS |
| 19:30:33 | 13 | Placement through Mr. Villarba and UPI through |
| 19:30:39 | 14 | Ms. Navarro. |
| 19:30:40 | 15 | Q.  All right. |
| 19:30:41 | 16 | A.  I understood that as the recruitment |
| 19:30:45 | 17 | process. |
| 19:30:46 | 18 | Q.  So the school board -- |
| 19:30:48 | 19 | A.  Was part of that. |
| 19:30:48 | 20 | Q.  -- recruited you? |
| 19:30:51 | 21 | A.  Yes, sir. |
| 19:30:52 | 22 | Q.  Recruited you? |
| 19:30:53 | 23 | A.  Yes, sir. |
| 19:30:53 | 24 | Q.  Was a part of the recruitment process? |
| 19:30:55 | 25 | A.  Yes.  It was a part of the recruitment |

DONNABEL ESCUADRA - 6/22/2011

Page 305

| | | |
|---|---|---|
| 19:30:58 | 1 | process. |
| 19:30:58 | 2 | Q.   And secondly? |
| 19:30:59 | 3 | A.   Secondly, for the entire processing for us |
| 19:31:02 | 4 | to get the job or employment in East Baton Rouge, |
| 19:31:10 | 5 | that they should have participation of that because |
| 19:31:12 | 6 | they were the ones who sent us job offer through |
| 19:31:19 | 7 | PARS. |
| 19:31:23 | 8 | Q.   So they shouldn't have sent you a job |
| 19:31:25 | 9 | offer? |
| 19:31:26 | 10 | A.   They -- when I requested -- |
| 19:31:28 | 11 | MS. PLOTKIN:  Objection.  Form. |
| 19:31:30 | 12 | THE WITNESS:  When I requested for the job |
| 19:31:33 | 13 | offer, it was sent to me by PARS. |
| 19:31:38 | 14 | BY MR. BLUNT: |
| 19:31:40 | 15 | Q.   So they shouldn't -- |
| 19:31:41 | 16 | MS. PLOTKIN:  I'd like to have the witness |
| 19:31:44 | 17 | take a break. |
| 19:31:46 | 18 | MR. BLUNT:  Okay.  Sure. |
| 19:31:47 | 19 | MS. PLOTKIN:  You can ask your last |
| 19:31:48 | 20 | question if you want before that. |
| 19:31:50 | 21 | MR. BLUNT:  I've absolutely forgotten what |
| 19:31:56 | 22 | it was. |
| 19:31:57 | 23 | MS. PLOTKIN:  Do you want to go to the |
| 19:31:58 | 24 | bathroom or just walk outside? |
| 19:32:00 | 25 | THE WITNESS:  Okay. |

DONNABEL ESCUADRA - 6/22/2011

Page 306

| | | |
|---|---|---|
| 19:32:03 | 1 | VIDEO OPERATOR:  7:31.  Off the record. |
| 19:46:40 | 2 | (Recess taken.) |
| 19:57:18 | 3 | VIDEO OPERATOR:  The time now is 7:56.  We |
| 19:57:20 | 4 | are back on the record. |
| 19:57:22 | 5 | BY MR. BLUNT: |
| 19:57:22 | 6 | Q.  As we left we were trying to get to -- |
| 19:57:26 | 7 | your listing of how the school board participated in |
| 19:57:30 | 8 | or was involved in the scheme to illegally traffic |
| 19:57:37 | 9 | and defraud you. |
| 19:57:40 | 10 | A.  Yes.  I have -- I think I have started |
| 19:57:43 | 11 | with that.  And I think I stopped with the job |
| 19:57:52 | 12 | offer, the offer of employment.  The offer of |
| 19:57:54 | 13 | employment of East Baton Rouge Parish school system. |
| 19:58:18 | 14 | (Discussion sotto voce.) |
| 19:58:19 | 15 | BY MR. SULLIVAN: |
| 19:58:22 | 16 | Q.  I'm sorry. |
| 19:58:24 | 17 | A.  Okay.  I stop in my -- about the offer of |
| 19:58:31 | 18 | employment. |
| 19:58:32 | 19 | The offer of employment of East Baton |
| 19:58:34 | 20 | Rouge, which I believe is my employer, current |
| 19:58:40 | 21 | employer.  I received that through PARS Placement |
| 19:58:44 | 22 | International.  I went through with the entire |
| 19:58:48 | 23 | process to be able to come to the U.S. |
| 19:58:53 | 24 | I consider that as part of that. |
| 19:58:59 | 25 | Q.  Anything else? |

DONNABEL ESCUADRA - 6/22/2011

Page 307

19:59:06   1        A.   Having done so, that put me into bondage

19:59:10   2   of debts.  I was forced to work against my will to

19:59:13   3   be able to pay the -- the amount that I have, the

19:59:19   4   entire amount that I have loaned with the interest

19:59:22   5   and everything.  It made me unhappy working in East

19:59:27   6   Baton Rouge, even if I love my children -- I mean, I

19:59:31   7   love my students.

19:59:33   8        Even if the fact that I have met friends

19:59:38   9   from the colleagues where I worked, but the fact

19:59:42  10   that I was so much of -- I was in that burden.

19:59:54  11        Q.   So --

19:59:54  12        A.   All of that would not have been possible.

19:59:57  13        Q.   If the school board had not offered you a

19:59:59  14   job or come to the Philippiines --

20:00:03  15        MS. PLOTKIN:  Objection to form.

20:00:03  16        THE WITNESS:  It is not about the offer,

20:00:04  17   but it is because they were part of the entire

20:00:09  18   process of the applications for my job, for this

20:00:14  19   U.S. teaching position.

20:00:17  20   BY MR. BLUNT:

20:00:18  21        Q.   And that could have been rectified if they

20:00:20  22   had never come to the Philippines; correct?

20:00:26  23        A.   I don't know.

20:00:45  24        Q.   As we were enumerating them, I guess, you

20:00:47  25   said several things in your last little bit of

DONNABEL ESCUADRA - 6/22/2011

Page 308

20:01:00   1   testimony there.  You are -- I'll withdraw that.

20:01:22   2              Who from the East Baton Rouge Parish

20:01:25   3   School Board directed you to get a loan of any sort?

20:01:43   4       A.   Nobody.

20:01:43   5       Q.   Did -- is it your contention that the

20:01:58   6   school board is at fault because you owe money to

20:02:06   7   Citywide Lending?

20:02:15   8       A.   I would say part, as part of, because it

20:02:18   9   was to that effect.

20:02:26   10      Q.   Had they not offered you the job, you

20:02:27   11   would not have borrowed the money?

20:02:29   12      A.   In the entire process involves my

20:02:32   13   employer, PARS Placement -- PARS, Universal

20:02:38   14   Placement, my employment, my teaching position, my

20:02:43   15   job employment in the U.S. made possible through

20:02:47   16   that.

20:02:58   17      Q.   So you do hold the school board

20:03:00   18   responsible for the money that you borrowed from

20:03:03   19   those lending institutions?

20:03:09   20      A.   I have said I have been into bondage of

20:03:12   21   this amount of debts for -- for this entire process

20:03:19   22   for me to get this job, which East Baton Rouge, PARS

20:03:27   23   Placement, and Universal Placement are part.

20:03:30   24      Q.   Okay.  I understand that you consider

20:03:32   25   other folks as having part.  I am trying to talk to

DONNABEL ESCUADRA - 6/22/2011

Page 309

20:03:35  1    you about what the school board has done.  Okay?

20:03:39  2        A.   Yes, sir.

20:03:40  3        Q.   Now, with that said, you hold the school

20:03:43  4    board responsible for your obligations to those

20:03:47  5    third-party lending institutions?

20:03:51  6        A.   Because it could have been prevented.

20:03:54  7        Q.   So that is yes?

20:03:56  8        A.   Yes, sir.

20:03:57  9        Q.   And you consider yourself in bondage to

20:04:02 10    the East Baton Rouge Parish School Board; is that

20:04:07 11    accurate?

20:04:08 12        A.   In bondage --

20:04:09 13             MS. PLOTKIN:  Objection to form.

20:04:10 14    BY MR. BLUNT:

20:04:11 15        Q.   Who are you in bondage to?

20:04:13 16        A.   In bondage of my debts, in effect to my

20:04:17 17    job employment.

20:04:19 18        Q.   In effect to your job?

20:04:21 19        A.   Employment -- in effect to my -- teaching

20:04:25 20    employment with -- I think I've said that.

20:04:30 21        Q.   With the school board?

20:04:32 22        A.   Because I work in East Baton Rouge.

20:04:34 23        Q.   You are in bondage to your job with the

20:04:37 24    school board because of your debt.

20:04:41 25             Is that your testimony?

DONNABEL ESCUADRA - 6/22/2011

Page 318

20:20:03   1   are back on the record and beginning Tape No. 5.

20:20:07   2   BY MR. BLUNT:

20:20:07   3       Q.   Do you know if any of the other teachers

20:20:10   4   feel that they are also in bondage to the Baton

20:20:17   5   Rouge Parish school system?

20:20:19   6       A.   In bondage to their debts, yes.

20:20:27   7       Q.   And they all fault the school board for

20:20:29   8   that as well?

20:20:30   9       A.   I don't know if they did.

20:20:31  10       Q.   You don't know how many?

20:20:33  11       A.   Yes.  I don't know how many exactly as to

20:20:36  12   the number.

20:20:37  13       Q.   You mentioned two teachers at Banks,

20:20:42  14   Corazan Lipana --

20:20:49  15       A.   Yes, sir.

20:20:52  16       Q.   -- and another, last name Emelo,

20:20:59  17   E-M-E-L-O?

20:21:07  18       A.   I remember --

20:21:09  19       Q.   Luzviminda?

20:21:12  20       A.   She --

20:21:13  21           MS. PLOTKIN:  Objection.

20:21:14  22   BY MR. BLUNT:

20:21:14  23       Q.   Luzviminda, L-U-Z-V --

20:21:20  24       A.   Luzviminda.

20:21:23  25       Q.   Luzviminda.  Please forgive me for

DONNABEL ESCUADRA - 6/22/2011

Page 319

| | | |
|---|---|---|
| 20:21:24 | 1 | butchering this poor lady's name. |
| 20:21:27 | 2 | A.   Yes, sir.  It's Luzviminda, but I am not |
| 20:21:30 | 3 | sure of her last name.  So I could not affirm that |
| 20:21:33 | 4 | if she's the same person you mean. |
| 20:21:37 | 5 | Q.   And you mentioned her as being employed |
| 20:21:39 | 6 | with you at Banks in 2008-2009? |
| 20:21:43 | 7 | A.   I mentioned that there is also a Filipino |
| 20:21:47 | 8 | teacher by the name of Luzviminda.  I'm not sure of |
| 20:21:51 | 9 | her last name. |
| 20:21:52 | 10 | Q.   Okay.  And she -- this person was with you |
| 20:21:53 | 11 | at Banks Elementary? |
| 20:21:56 | 12 | A.   Yes, sir. |
| 20:22:00 | 13 | Q.   Were you aware that those two teachers are |
| 20:22:02 | 14 | persons who had expressed disfavor with the fact |
| 20:22:07 | 15 | that you had filed suit against the school board? |
| 20:22:10 | 16 | A.   I am not aware of that. |
| 20:22:13 | 17 | Q.   You were not aware of that? |
| 20:22:26 | 18 | Do the teachers that you mentioned feel |
| 20:22:28 | 19 | like they're in bondage to their debt that -- those |
| 20:22:31 | 20 | that you couldn't enumerate -- did they similarly |
| 20:22:37 | 21 | take out loans to companies, third parties? |
| 20:22:42 | 22 | A.   Yes, sir. |
| 20:22:47 | 23 | Q.   Do you know how many of them did? |
| 20:22:50 | 24 | A.   As far as I know, there are so many of us. |
| 20:22:55 | 25 | Q.   So many is two?  So many is three?  So |

DONNABEL ESCUADRA - 6/22/2011

Page 320

| | | |
|---|---|---|
| 20:22:57 | 1 | many is how many? |
| 20:22:58 | 2 | A.   Yes, sir. |
| 20:23:00 | 3 | Q.   How many? |
| 20:23:02 | 4 | MS. PLOTKIN:  Objection to form. |
| 20:23:07 | 5 | MR. BLUNT:  What's objectionable about how |
| 20:23:09 | 6 | many? |
| 20:23:10 | 7 | MS. PLOTKIN:  I don't know what group |
| 20:23:11 | 8 | you're referring to at this point when you ask how |
| 20:23:13 | 9 | many.  If you could clarify -- I think there is |
| 20:23:17 | 10 | confusion because she doesn't know what group you're |
| 20:23:21 | 11 | referring to. |
| 20:23:21 | 12 | BY MR. BLUNT: |
| 20:23:22 | 13 | Q.   I'm referring to the group that I was just |
| 20:23:25 | 14 | referring to.  You said -- it was a follow-up to |
| 20:23:28 | 15 | your statement of, "so many."  So my question was: |
| 20:23:36 | 16 | How many? |
| 20:23:37 | 17 | A.   Okay. |
| 20:23:39 | 18 | Q.   Did you not say so many? |
| 20:23:41 | 19 | A.   I said, sir, so many.  Yeah, I did. |
| 20:23:44 | 20 | Q.   And you understood that my question was a |
| 20:23:46 | 21 | follow-up to your statement, "so many"? |
| 20:23:49 | 22 | A.   Yes.  I understood that you would want me |
| 20:23:51 | 23 | to have a specific number.  And as far as I -- as |
| 20:24:00 | 24 | far as I know, when we had our meeting with -- with |
| 20:24:12 | 25 | Attorney McNeil and Attorney Jim, there were -- |

DONNABEL ESCUADRA - 6/22/2011

Page 321

20:24:21  1   there were around -- I mean, there were more than 50

20:24:27  2   teachers.  Close to 100, I guess.  There were more

20:24:32  3   than 50 teachers, I will just say, who were there.

20:24:37  4            And I have seen them also signing their

20:24:41  5   consent.  We have talked with each other, and I knew

20:24:47  6   that we have similar situation.  But as to counting

20:24:51  7   to the specific, whether they are -- they consider

20:24:55  8   that as really in bondage, just as I said it, I

20:25:00  9   don't know how much of those -- I don't know how

20:25:02  10  many of those number that I said.

20:25:13  11           Q.  What triggered your filing this lawsuit?

20:25:23  12           A.  With the common -- with the knowledge that

20:25:25  13  it did not only happen to me.  That it happened

20:25:30  14  to -- not just more than myself, but many, a number

20:25:34  15  of the Filipino teachers that are working in the

20:25:38  16  same employer.

20:25:39  17           MR. BLUNT:  With that said, I am going to

20:25:41  18  end there.  And I will reserve my right to file a

20:25:45  19  motion as suggested by counsel.

20:25:52  20           MR. KNOEPP:  For the record, the witness

20:25:53  21  is available and willing to continue if you have

20:25:57  22  further questions you would like to ask her.

20:26:02  23           MR. BLUNT:  For the record --

20:26:03  24           MR. KNOEPP:  If you would like to not ask

20:26:04  25  any more questions, then that is your choice.