Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc., and
Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>DECLARATION OF ANETTE GAMIT IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: September 2, 2011<br>Time: 9:00 a.m.<br>Courtroom: 750 |

I, Anette Gamit, do hereby declare as follows:

1. I am a science teacher and work at Crestworth Learning Academy ("Crestworth") in Louisiana. Crestworth was formerly called Crestworth Middle School and was part of the East Baton Rouge Parish School District ("EBRPSD") but is now a charter school run by the Recovery School District. I have been employed at Crestworth as of June 2009 pursuant to an H-1B VISA. As to the facts set forth herein, I have personal knowledge and if called as a witness, I could and would testify competently thereto.

2. In early 2008, I was searching on the internet through the website www.workabroad.com for placement agencies because I was interested in obtaining work outside the Philippines. I discovered PARS International Placement Agency through this search, as well as several other placement agencies in the Philippines. I took two entrance exams for these other agencies, for which I had to pay a fee. Ultimately I decided to proceed with PARS because it was the agency which could place me in a teaching position in the least amount of time, and I knew it was not a fake agency because it was registered with the Philippine Overseas Employment Agencies (POEA).

3. On March 25, 2008, I attended a walk-in interview with representatives from EBRPSD at the Manila Hotel in Manila, Philippines. I gave a copy of my resume at that time to Robert Webb. Approximately 400 applicants were also at the hotel waiting to be interviewed.

4. On March 27, 2008 I received a text message from Lorna, the manager of PARS, informing me that I had passed the interview. She invited me to come to the PARS office on March 29 and bring a photocopy of my passport and $1,000 for the initial marketing fee. On March 29, the other selected teachers and I went to a debriefing at the Sofitel Hotel, where Ms. Navarro explained what the next steps would be. She explained all of the fees each teacher would need to pay, including an evaluation/credentialing fee, processing fee, and placement fee. She encouraged those

teachers who were unsure about whether they wanted to proceed to not pursue this opportunity, so that the other teachers who were certain could have the limited number of available spots.

5. I understood that proceeding with this endeavor was really a gamble, since there was no guarantee that I would be granted a visa, and raising a large amount of money would not be easy, but I decided to pay the marketing fee and move forward because I wanted to work in the United States.

6. I received a job offer from EBRPSD on April 9, 2008 as a Science Teacher. UPI and PARS had my credentials certified and submitted my application for a visa. There was some delay in certifying my credentials because my original transcripts could not be obtained. My credentials were eventually processed and approved.

7. I was interviewed by the United States embassy on July 17 and my visa was approved on July 28, 2008. Unfortunately, EBRPSD had already filled all the available teaching positions for that year, so my start date was pushed to the next school year. I continued working at my job in the Philippines.

8. On September 12, 2008, I received a text message from Lorna requiring me to take the PRAXIS Exam on November 15, 2008 as one of the requirements to teach in EBRPSD.

9. On May 20, 2009, I received a call from Lorna informing me that I would fly to the United States by May 25, 2009. I met with Mel Villarba at the PARS office who again explained the placement fees I would need to pay, including the fee of 10% of my second year salary. I had already paid the processing fees at this time.

10. I knew from Mr. Villarba's explanation that I would have a job with EBRPSD in the United States, but I would not know exactly what school I would be teaching at until I attended a job fair once I got to United States.

11. I discussed this opportunity with my family and decided to proceed. In order to raise money for the placement fee, I used my savings, sold my car and

borrowed some money from my uncle. On May 11, 2009 I signed a contract with PARS at PARS' offices in Manila. Prior to signing the contract, I had the opportunity to review it and ask questions. I never felt pressured to sign the contract. On May 22, 2009 I paid the placement fee of $8,800.

12. I arrived in the United States on May 25, 2009, with seven other Filipino teachers. A representative from UPI picked us up from the airport and took us to a hotel in Los Angeles where we met Ms. Navarro and a UPI staff member named Francis. At that time, I signed a contract with UPI which was presented to us. Prior to signing, we were all given an opportunity to review the contract and ask any questions we had about the contract. I could tell it was the same contract I had signed in the Philippines.

13. Francis took my passport while I was in Los Angeles to aid in obtaining my Social Security Number. I never felt that UPI would not give me back my passport had I refused to sign the contract. UPI gave me back my passport before I left Los Angeles.

14. In the first week of June I attended a job fair in Louisiana to determine what EBRPSD school I would be placed in. After a week, I received a call from a different school district – Crestworth – for an interview. After several interviews, I was offered a position at Crestworth as a science teacher and decided to accept this offer instead of waiting to be employed at EBRPSD.

15. I do not believe that I have been misled by UPI, PARS, or Ms. Lourdes Navarro. I understood all the obligations I committed myself to before committing to them.

16. I was never threatened by Ms. Navarro. Ms. Navarro has always been very helpful and accommodating to me. In times when I have not been able to pay the full monthly amount of the 10% fee, I have communicated this to her, and she has been very flexible in arranging an alternate time or amount for me to pay.

17. I believe I received valuable services from PARS and UPI. I am very thankful to PARS and UPI for giving the opportunity to live and work in the United States.

18. I am aware of the lawsuit against Ms. Navarro and UPI but have not discussed it at length with other teachers.

I declare under penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2011, at Baton Rouge, Louisiana.

_____
Anette Gamit