1 Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
2 Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
3 2 North Lake Avenue, Suite 930
Pasadena, CA 91101
4 Telephone: 626.440.0022
Facsimile: 626.628.1725
5 Email: dhernandez@hernlaw.com

6 Attorneys for Defendants,
Universal Placement International, Inc., and
7 Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>DECLARATION OF ARVIN DONES IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: September 2, 2011<br>Time: 9:00 a.m.<br>Courtroom: 750 |

I, Arvin Dones, do hereby declare as follows:

1. I am a special education teacher and work for the East Baton Rouge Parish School District ("EBRPSD"). I have been employed by EBRPSD as of 2007 pursuant to an H-1BVISA.  As to the facts set forth herein, I have personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Sometime in 2005 or 2006, I contacted a placement agency called Badilla Corporation ("Badilla") in the Philippines in an attempt to find a teaching position in the United States.  I paid Badilla almost $3,000 for its services, but my VISA was denied and I was unable to come to the US.  The $3,000 I paid to Badilla was never returned to me.

3. In June of 2007, I phoned the offices of PARS International Placement Agency ("PARS") and got an appointment with PARS, after a colleague at the University where I worked part time as a professor told me about the agency.  During the call, I was told to bring my resume and transcripts with me for my appointment with PARS.

4. Within a week after my appointment with PARS, I was interviewed by EBRPSD, along with about 50 other teachers who were present at the interview.  A few days after the interview, I was told that I had passed my initial interview and that EBRPSD wanted to schedule a second interview with me.

5. My final interview with EBRPSD was conducted sometime in early July of 2007 via videoconference. Immediately after the final interview, I was informed by Ms. Daphne Donaldson that I had passed the final interview and that EBRPSD was going to offer me a teaching position.  At that time, Mr. Emilio Villarba of PARS informed me that I would be charged a 10% placement fee by PARS and Universal Placement International ("UPI"), based on my expected salary, for my successful placement in a teaching position in the United States.  Prior to the interviews with the EBRPSD, I did not pay any money to PARS or UPI.  The initial processing fee was paid after the interviews.

1
DECLARATION OF ARVIN DONES

6. A few days after my final interview with EBRPSD, I went to the PARS offices in Manila with my sister Sherry Anne Cecilio. At that time, I was given copies of the contracts with PARS and UPI to review. Both my sister and I had an opportunity to review the contracts and I was again told about the 10% placement fees to PARS and UPI that I would be required to pay if I accepted my position with EBRPSD. I was also told about the second year placement fees to UPI. I was then given a copy of each to take with me so that I could review the contracts before signing.

7. A few days later, on July 17, 2007, I signed the contracts with PARS and UPI. I was given a copy of each signed contract to take home with me. My decision to sign the contracts with PARS and UPI was voluntary and not coerced or obtained under pressure.

8. After my offer of employment from EBRPSD, PARS referred me to a lending agency that helped me borrow money to pay for my contract fees to PARS and UPI. I borrowed about eight or nine thousand dollars from the lending agency, but was never told by anyone that I had to use any particular lending agency. Within two year of my arrival in the US, I paid back all the fees I owed to PARS, UPI, and the lending agency.

9. I truly believe that I received valuable services from PARS and UPI and that the amount of money I paid the agencies was fair.

10. I arrived in the United States on October 11, 2007 with 22 other Filipino teachers. A representative from UPI picked us up from the airport and took us to UPI's offices in Los Angeles. At this time, I signed a second contract with UPI for placement fees. Prior to signing the contract, we were all given an opportunity to review the contract and raise any concerns or questions to UPI.

11. We were very warmly welcomed by UPI in Los Angeles, and after signing the contract, we were treated by UPI to dinner at a local restaurant.

12. During the meeting in UPI's offices in Los Angeles, I was asked to give my passport to UPI to be photocopied for UPI's files. My passport was returned to me

on that day, after UPI made copies of it. The return of my travel documents was not conditioned upon my signing the contract with UPI. In fact, I believe my passport was returned to me before I signed the contract with UPI. I was never threatened that if I didn't sign the contract in Los Angeles, my travel documents would not be returned to me.

13. I was very happy that my housing in Louisiana was arranged by UPI. I was placed in a clean, furnished three bedroom apartment at the gated Savoy Plaza Apartments with five other teachers. The rent I paid was less than I would have paid if I had arranged my own housing.

14. I do not believe that I have been misled by Ms. Lourdes Navarro, UPI or PARS.

15. I was never threatened by Ms. Navarro. I trusted and believed Ms. Navarro, who often met with us in informal gatherings to advise us on life in the US.

16. I believe the lawsuit against UPI and Ms. Lourdes Navarro has been brought by a few disgruntled teachers who have a personal vendetta against Ms. Navarro and are trying to extort money from UPI and EBPRSD. I do not wish to participate in any such lawsuit or class action. I am upset that these teachers who are unwilling to tell the truth.

17. I believe there are many teachers who share my views and are unwilling to participate in a lawsuit.

I declare under penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed this __21__ day of July, 2011, at _Baton Rouge_, Louisiana.

_____
Arvin Dones

3
DECLARATION OF ARVIN DONES