Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725

Email: dhernandez@hernlaw.com
Attorneys for Defendants,
Universal Placement International, Inc., and
Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH  DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>    Defendants. | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>DECLARATION OF EMENILDA CORDERO IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>HEARING DATE: September 2, 2011<br>TIME: 9:00 a.m.<br>COURTROOM:  750 |

DECLARATION OF EMENILDA CORDERO

1  I, Emenilda Cordero, do hereby declare as follows:

2  1. I am a school teacher in the East Baton Rouge Parish School District ("EBRPSD") and have been employed by EBRPSD as of September 2007 pursuant to an H-1B visa. As to the facts set forth herein, I have personal knowledge and if called as a witness, I could and would testify competently thereto.

2. While living in the Philippines, I spoke with Mel Villarba from PARS International Placement Agency ("PARS"). He told me about the process I would need to follow to teach in the United States. He also identified all the fees I would need to pay, including a 10% placement fee to PARS and UPI for the first two years of my employment in the United States.

3. In early July 2007, I attended a video interview in the Philippines. I was offered a position by EBRPSD.

4. Before leaving the Philippines in August 2007, I signed contracts with Universal Placement International ("UPI") and PARS for recruitment services at PARS' offices in Manila, Philippines. I had the opportunity to review the contracts before signing. In fact, I was given a copy of the contract to review and keep.

5. I voluntarily decided to sign the PARS and UPI contracts after thoroughly reviewing the terms. Included in the contracts were the amounts of fees I would be required to pay. There was never any doubt about what I would be required to pay.

6. I was not forced or coerced to sign the contracts.

7. I took out a loan with AG Financing to help pay the fees. I was able to repay this loan within a year of coming to the United States.

8. I believe I received valuable services from PARS and UPI. They helped me get to the United States. They were very accommodating and provided me an excellent opportunity to work in the United States.

9. When I arrived in the United States on August 31, 2007 with a small group of Filipino teachers, a representative from UPI picked us up from the airport and took us to UPI's offices in Los Angeles. I signed a second contract with UPI for

1

DECLARATION OF EMENILDA CORDERO

placement fees. I had a chance to review the contract thoroughly before deciding to sign it.

10. During the meeting in UPI's offices in Los Angeles, I was asked to give my passport to UPI to be photocopied for UPI's files. After UPI made copies of it, my passport was returned to me. I had access to my travel documents at all times.

11. I was never threatened that if I didn't sign the contract in Los Angeles, my passport would not be returned to me.

12. After the meeting in UPI's offices in Los Angeles, Ms. Lourdes Navarro took all the teachers to dinner at a nice restaurant.

13. I have no complaints about Ms. Navarro, UPI, or PARS. They were very accommodating, and were only trying to help me and other Filipino teachers secure jobs in the United States.

14. I do not believe that I have been misled or lied to by Ms. Navarro, UPI or PARS.

15. I was never threatened by Ms. Navarro, UPI, or PARS.

16. I do not wish to participate in any class action lawsuit against Ms. Navarro, UPI, or PARS. I believe there are many teachers who share my views and are unwilling to participate in any lawsuit.

17. I believe the action was brought by teachers who were aware of what they agreed to but simply do not want to pay their fees.

I declare under penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2011, at Baton Rouge, Louisiana.


Emenilda Cordero