Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc., and
Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>DECLARATION OF MILNOR RODRIGUEZ IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: September 2, 2011<br>Time: 9:00 a.m.<br>Courtroom: 750 |

DECLARATION OF MILNOR RODRIGUEZ

I, Milnor Rodriguez, do hereby declare as follows:

1. I am an English teacher and work at Crestworth Learning Academy ("Crestworth") in Louisiana. Crestworth was formerly called Crestworth Middle School and was part of the East Baton Rouge Parish School District ("EBRPSD") but is now a charter school run by the Recovery School District. I have been employed at Crestworth since 2008 pursuant to an H-1B VISA. As to the facts set forth herein, I have personal knowledge and if called as a witness, I could and would testify competently thereto.

2. In the summer of 2007, I was browsing the internet for placement agencies because I was interested in obtaining a teaching position outside the Philippines. I learned about PARS International Placement Agency through the internet and submitted my resume online to PARS and several other recruitment agencies.

3. In November 2007, I received a text message from PARS informing me that representatives from EBRPSD would be conducting in-person interviews at the Manila Hotel in Manila, Philippines.

4. I was interviewed by an EBRPSD representative in November 2007. I was among several hundred applicants interviewed that day. I did not receive an offer of employment after this interview.

5. In December 2007, I was notified by PARS that EBRPSD was looking for Spanish teachers and that PARS was offering a Spanish training course for English majors in order to train teachers for the available positions. I decided to attend the training so that I could obtain a teaching position at EBRPSD. I completed phase one of the training in January of 2008.

6. On March 25, 2008, I was interviewed by a Human Resources representative from EBRPSD in Spanish. A few days after this interview, I was notified by PARS that I had passed the interview and would be receiving an offer of employment from EBRPSD. I received my offer of employment in April of 2008.

7. At the time, I was aware that I would have to pay a 10% placement fee to PARS and Universal Placement International ("UPI"), as well as a second year placement fee to UPI, because I had heard about the fees through a friend I had met at my November 2007 interview at the Manila Hotel.

8. On May 26, 2008, I signed contracts with UPI and PARS at PARS' offices in Manila. Prior to signing the contracts, I had the opportunity to review them and ask questions. My decision to sign the contracts was voluntary.

9. After I received my offer of employment from EBRPSD, I asked PARS for recommendations to lending institutions so that I could pay the placement fees to PARS and UPI. I borrowed $8,000 from AG Finance ("AG"), and about 350,000 Philippine Pesos from PJH GROUP ("PJH"). I am very thankful that PARS referred me to AG and PJH since I did not know of any other financing agencies that would lend me enough money to pay the fees. Within one year of my arrival in the US, I was able to pay off all the money I borrowed from the lending agencies.

10. I arrived in the United States on July 16, 2008, with ten other Filipino teachers. A representative from UPI picked us up from the airport and took us to UPI's offices in Los Angeles. At that time, I signed a second contract with UPI for placement fees. Prior to signing, we were all given an opportunity to review the contract and ask any questions we had about the contract.

11. I do not recall being asked for my passport by UPI at any time. I had access to my travel documents at all throughout the process.

12. I was glad that UPI had arranged for my housing in Louisiana. I lived at the Savoy Plaza apartments in Louisiana with three other teachers. I was quite happy with my living arrangements and currently still reside at the Savoy with my family.

13. I do not believe that I have been misled by UPI, PARS, or Ms. Lourdes Navarro.

14. I was never threatened by Ms. Lourdes Navarro. Ms. Navarro has always been very helpful and accommodating to me.

2
DECLARATION OF MILNOR RODRIGUEZ

15. I believe I received valuable services from PARS and UPI and do not have any regrets about the amount of fees I paid. I am very thankful to PARS and UPI for giving me the opportunity to live and work in the United States.

16. I believe the lawsuit against PARS, UPI and Ms. Lourdes Navarro has been brought for financial reasons because some of the teachers simply do not want to pay their contractual obligations. I do not wish to participate in any such lawsuit or class action.

17. I believe there are many teachers who share my views and are unwilling to participate in a lawsuit.

I declare under penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2011, at BATON ROUGE, Louisiana.

600 WOODDALE BLVD. APT. 259

_____
Milnor Rodriguez

---

3

DECLARATION OF MILNOR RODRIGUEZ