Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA 91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc., and
Lourdes "Lulu" Navarro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>DECLARATION OF LUZVIMINDA BAYARONG IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: September 2, 2011<br>Time: 9:00 a.m.<br>Courtroom: Room 750 |

DECLARATION OF LUZVIMINDA BAYARONG

1    I, Luzviminda Bayarong, do hereby declare as follows:

2    1.    I am an elementary school teacher in the City of Baker School System ("COBSS") and have been employed by COBSS since 2009 pursuant to an H-1B visa. I have taught at Parkridge Elementary since September 2009, and will begin teaching at Bakerfield Elementary School for the 2011-2012 school year. As to the facts set forth herein, I have personal knowledge and if called as a witness, I could and would testify competently thereto.

3    2.    I learned about PARS International Placement Agency ("PARS") from a friend in February 2008. I called PARS and spoke with a female secretary named Ella who told me that in order to be considered for a teaching position in the United States, I would need to bring a resume to an interview on March 25, 2008. She also told me that my credentials would have to be evaluated.

4    3.    On or about March 25, 2008, I attended an interview at the Manila Hotel in the Philippines with more than 100 other teachers. While the teacher-applicants were gathered in the hotel conference room and before we were interviewed by principals and administrators from East Baton Rouge, Lourdes Navarro told the entire group, including me, about the fees and costs associated with applying for employment through PARS and with Universal Placement International ("UPI"). She told all of us that we would be charged a 10% placement fee, based on our expected salaries, for our successful placement in a teaching position in the United States. Ms. Navarro told all of us that if we were not willing to pay the 10% placement fee, we should not continue in this placement process.

5    4.    On May 8, 2009, I signed a contract with UPI for recruitment services while I was in Quezon City, the Philippines. I spent almost two hours reviewing the UPI contract before signing. Nobody forced me to sign the document, and I did not feel rushed in signing it.

1

DECLARATION OF LUZVIMINDA BAYARONG

5. Before leaving the Philippines, I was called by someone in the PARS office. Mel Villarba discussed with me the details of what I would need to pay for my placement fee.

6. I flew to LAX airport, Los Angeles, California, on May 25, 2009.

7. Upon arriving in Los Angeles on May 25, 2009, I went to straight to the hotel for the evening. Lourdes Navarro was waiting at the hotel for me and the other teachers. There I was given a contract to sign and review over night. I reviewed my contract during the night with fellow teachers Ms. Siaotong, Ms. Gamit, and Ms. Aseo, who also reviewed their contracts. I then turned in the contract the following morning to Mr. Francis (one of the staff at UPI).

8. My decision to sign contracts with PARS and UPI was voluntary and not coerced or obtained under pressure.

9. I believe I received valuable services from PARS and UPI, as I would not be here in the United States without their assistance.

10. No one from PARS or UPI ever took away my passport, visa or other travel documents except to make photocopies. I was never told by anyone from PARS or UPI that if I did not sign a contract, I would not have my travel documents returned.

11. No one from PARS or UPI has ever threatened to sue me for any reason.

12. No one from PARS or UPI has ever threatened me with deportation.

13. No one from PARS or UPI has ever threatened me with physical violence.

14. I borrowed money from AG and PJH Finances to pay for some of the fees and costs associated with being placed by PARS and UPI. I am still making payments on these loans.

15. I do not believe that I have been misled by Ms. Lourdes Navarro, UPI or PARS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2011, at BATON ROUGE, Louisiana.  
[600 WOODDALE BLVD APT 241]

*Bayarong*  
Luzviminda Bayarong

---

3  
DECLARATION OF LUZVIMINDA BAYARONG