Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc., and
Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>DECLARATION OF RAFAELA FLORES IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: September 2, 2011<br>Time: 9:00 a.m.<br>Courtroom: 750 |

I, Rafaela Flores, do hereby declare as follows:

1. I am a science teacher at Westdale Middle School in the East Baton Rouge Parish School District ("EBRPSD") and have been employed by EBR as of 2007 pursuant to an H-1BVISA. As to the facts set forth herein, I have personal knowledge and if called as a witness, I could and would testify competently thereto.

2. I had heard about UPI through a friend who was also a teacher in the Philippines and procured a job in the United States. In June of 2007, my friend accompanied me to the offices of PARS International Placement Agency in Manila, Philippines. At that time, I learned from PARS about the process for applying for a teaching position in the United States and the documents that I needed to submit to PARS in order to be considered.

3. A few days later, I filled out an application with PARS and submitted the necessary documents to the agency so that I could procure a teaching position in the United States. At that time, I was told about all the fees that I would be required to pay if I passed my interview with the school districts, including a 10% placement fee to PARS and UPI based on my expected salary.

4. On or about July 9, 2007, I was interviewed by representatives from EBRPSD. I had my final interview the following day and learned soon after that I had passed my interviews.

5. On July 17, 2007, I signed contracts with Universal Placement International ("UPI") and PARS for recruitment services at PARS' offices in Manila, Philippines. I had the opportunity to review the contracts before signing. In fact, I was given a copy of each contract to review a week prior to the date I signed the contracts.

6. My decision to sign the contract with PARS and UPI was voluntary and not coerced or obtained under pressure.

7. I believe I received valuable services from PARS and UPI, as I would not be here in the United States without their assistance.

1

DECLARATION OF RAFAELA FLORES

8. When I arrived in the United States on August 31, 2007, with a group of five other Filipino teachers, a representative from UPI picked us up from the airport and took us to UPI's offices in Los Angeles. At this time, I signed a second copy of the UPI contract. I had a chance to review the contract before signing it, and saw that the contract was the same one that I had signed with UPI in the Philippines. I was never told by anyone at UPI not to ask questions regarding the contract.

9. During the meeting in UPI's offices in Los Angeles, I was asked to give my passport to UPI to be photocopied for UPI's files. My passport was returned to me on that day, after UPI made copies of it. The return of my travel documents was not conditioned upon my signing the contract with UPI and I had access to my travel documents at all times.

10. I was never threatened that if I did not sign the contract in Los Angeles, my travel documents would not be returned to me.

11. I do not believe that I have been misled by Ms. Lourdes Navarro, UPI or PARS.

12. I do not wish to participate in any class action lawsuit against MS. Navarro, UPI, or PARS. I believe there are many teachers who share my views and are unwilling to participate in any lawsuit.

13. I believe the action was brought by teachers who simply do not want to pay their fees.

I declare under penalty of perjury under the laws of the State of Louisiana and the United States of America that the foregoing is true and correct.

Executed this _21_ day of July, 2011, at _Baton Rouge_, Louisiana.

_____
Rafaela Flores