Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendant/Counterclaimant
Universal Placement International, Inc. and
Defendant Lourdes 'Lulu' Navarro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES 'LULU' NAVARRO, HOTHELLO 'JACK' NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE: September 2, 2011<br>TIME: 9:00 a.m.<br>COURTROOM: 750 |

DEFENDANT/COUNTERCLAIMANT
UNIVERSAL PLACEMENT INTERNATIONAL, INC. AND
DEFENDANT LOURDES 'LULU' NAVARRO'S CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on July 25, 2011:

1. DEFENDANT / COUNTERCLAIMANT UNIVERSAL PLACEMENT INTERNATIONAL, INC.'S AND DEFENDANT LOURDES 'LULU' NAVARRO'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION;

2. DECLARATION OF AGNES MARKARIAN IN SUPPORT OF DEFENDANTS UPI AND NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

3. DECLARATION OF ANETTE GAMIT IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

4. DECLARATION OF ARVIN DONES IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

5. DECLARATION OF EMENILDA CORDERO IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

6. DECLARATION OF MILNOR RODRIGUEZ IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

7. DECLARATION OF LUZVIMINDA BAYARONG IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

8. DECLARATION OF RAFAELA FLORES IN SUPPORT OF DEFENDANT UNIVERSAL PLACEMENT AGENCY AND LOURDES NAVARRO'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION;

1

2  DATED: July 25, 2011                    HERNANDEZ SCHAEDEL & ASSOCIATES, LLP

3

4

5                                                  By:/s/ Don A. Hernandez
                                                       Attorneys for Defendant/Counterclaimant
                                                       Universal Placement International, Inc., and
6                                                      Defendant Lourdes 'Lulu' Navarro

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE