Shelton Dennis Blunt (admitted *pro hac vice*)
bluntd@phelps.com
Susan W. Furr (admitted *pro hac vice*)
susie.furr@phelps.com
Paul Leblanc (admitted *pro hac vice*)
paul.leblanc@phelps.com
Brandi B. Cole (admitted *pro hac vice*)
brandi.cole@phelps.com
PHELPS DUNBAR LLP
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197

Jolee Land, Bar Roll No. 240940
jolee.land@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone:   813-472-7857
Facsimile:   813-472-7570

Julian A. Pollok (Bar No. 48484)
julianpollok@sbcglobal.net
Law Offices of Julian A. Pollok,
A Professional Corporation
505 N. Brand Blvd., Suite 1050
Glendale, California  91203
Telephone:   818-550-7795
Facsimile:   818-552-5080

*Attorneys for Defendants,*
 *the East Baton Rouge Parish School Board*
*and Elizabeth Duran Swinford*

NOTE: CHANGES MADE BY THE COURT

-1-

Case No. 8:10-cv-01172-JAK-MLG

ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5329359.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMA-N AND ASSOCIATES,+<br><br>Defendants. | Case No. 8:10-cv-01172-JAK-MLG<br><br>**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD**<br><br>HEARING DATE: N/A<br><br>HONORABLE JOHN A. KRONSTADT<br><br>MAGISTRATE JUDGE MARC L. GOLDMAN |

Pursuant to the foregoing Motion For Leave To Exceed Page Limit For Memorandum In Opposition to Plaintiffs' Motion For Class Certification Of Defendant The East Baton Rouge Parish School Board, and good cause appearing;

IT IS HEREBY ORDERED that defendant, the East Baton Rouge Parish School Board, is granted leave to file a memorandum in opposition to plaintiffs'

-2-

Case No. 8:10-cv-01172-JAK-MLG

ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5329359.1

motion for class certification not to exceed 30-pages.

IT IS SO ORDERED.

Dated: July 27, 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

-3-

Case No. 8:10-cv-01172-JAK-MLG

ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 11-6 FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5329359.1