**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV10-01172 JAK (MLGx) | Date | August 2, 2011 |
|---|---|---|---|
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER ADVANCING DEFENDANT'S ROBERT B. SILVERMAN DBA SILVERMAN & ASSOCIATES SPECIAL MOTION TO STRIKE [163]**

The Court, on its own motion, advances the above-referenced motion, currently set for September 12, 2011, to September 2, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   ak