1  Shelton Dennis Blunt (admitted *pro hac vice*)
    bluntd@phelps.com
 2  Susan W. Furr (admitted *pro hac vice*)
    susie.furr@phelps.com
 3  Paul Leblanc (admitted *pro hac vice*)
    paul.leblanc@phelps.com
 4  Brandi B. Cole (admitted *pro hac vice*)
    brandi.cole@phelps.com
 5  PHELPS DUNBAR LLP
    II City Plaza
 6  400 Convention Street • Suite 1100
    Baton Rouge, Louisiana 70802-5618
 7  P.O. Box 4412
    Baton Rouge, Louisiana 70821-4412
 8  Telephone: (225) 346-0285
    Telecopier: (225) 381-9197
 9
    Jolee Land, Bar Roll No. 240940
10  jolee.land@phelps.com
    PHELPS DUNBAR LLP
11  100 South Ashley Drive, Suite 1900
    Tampa, Florida 33602-5311
12  Telephone:   813-472-7857
    Facsimile:   813-472-7570
13
    Julian A. Pollok (Bar No. 48484)
14  julianpollok@sbcglobal.net
    Law Offices of Julian A. Pollok,
15  A Professional Corporation
    505 N. Brand Blvd., Suite 1050
16  Glendale, California  91203
    Telephone:   818-550-7795
17  Facsimile:   818-552-5080

18
    *Attorneys for Defendants,*
19   *the East Baton Rouge Parish School Board*
    *and Elizabeth Duran Swinford*
20

21
22
23
24
25
26
27
28

Case No. 8:10-cv-01172-JAK-MLG

-1-

NOTICE OF FILING AMENDED MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION IN ACCORDANCE WITH COURT ORDER OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,<br><br>Defendants. | Case No. 8:10-cv-01172-JAK-MLG<br><br>**NOTICE OF FILING AMENDED MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION IN ACCORDANCE WITH COURT ORDER OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD**<br><br>HEARING DATE: N/A<br><br>HONORABLE JOHN A. KRONSTADT<br><br>MAGISTRATE JUDGE MARC L. GOLDMAN |

PLEASE TAKE NOTICE that defendant, the East Baton Rouge Parish School Board ("EBR"), intends to file the attached Amended Memorandum in Opposition to Plaintiff's Motion for Class Certification in accordance with this Court's order issued on July 27, 2011. (Doc. 166)

On July 25, 2011, EBR filed its memorandum in opposition to plaintiffs'

-2-
Case No. 8:10-cv-01172-JAK-MLG      NOTICE OF FILING AMENDED MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION IN ACCORDANCE WITH COURT ORDER OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5352601.1

motion for class certification (Doc. 150) as well as a motion to exceed the page limit prescribed by the Local Rules of this Court, specifically requesting that the Court allow EBR to file the 39-page opposition. (Doc. 149) On July 27, 2011, this Court issued an order granting the motion to exceed the page limit, but limiting EBR's opposition memorandum to 30 pages. (Doc. 166)

EBR's memorandum in opposition to plaintiff's motion for class certification currently on file is 39 pages long. (*See* Doc. 150)  Therefore, EBR is filing the attached amended memorandum in opposition to plaintiffs' motion for class certification in compliance with this Court's July 27 order. In the interest of efficiency, EBR is not re-filing the exhibits to the original memorandum in opposition, as they are already on file with the Court. (*See* Doc. 150-1 through 150-5) EBR respectfully requests that the Court consider this amended opposition memorandum in accordance with its July 27 order.

Dated: August 2, 2011.

-3-

Case No. 8:10-cv-01172-JAK-MLG

NOTICE OF FILING AMENDED MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION IN ACCORDANCE WITH COURT ORDER OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5352601.1

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

By   /s/ Brandi B. Cole
    Brandi B. Cole (admitted *pro hac vice*)
    II City Plaza
    400 Convention Street • Suite 1100
    Baton Rouge, Louisiana 70802-5618
    P.O. Box 4412
    Baton Rouge, Louisiana 70821-4412
    Telephone: (225) 346-0285
    Telecopier: (225) 381-9197
    Email: brandi.cole@phelps.com

ATTORNEY FOR THE EAST BATON ROUGE PARISH SCHOOL BOARD AND ELIZABETH DURAN SWINFORD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 2nd day of August, 2011.

    /s/ Brandi B. Cole

-4-

Case No. 8:10-cv-01172-JAK-MLG    NOTICE OF FILING AMENDED MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION IN ACCORDANCE WITH COURT ORDER OF DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5352601.1