James M. Knoepp (admitted *pro hac vice*)
Jim.Knoepp@splcenter.org
Daniel Werner (admitted *pro hac vice*)
Daniel.Werner@splcenter.org
Jennifer L. Tse (SBN 260764)
Jennifer.Tse@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.,<br><br>    Defendants. | Civ. No.: 10-01172-JAK-MLG<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**<br><br>**[No Hearing Date]** |

Plaintiffs move the Court for an Order extending the time to file a reply memorandum in support of their motion for class certification and in support thereof state:

1. Plaintiffs filed a motion for class certification on March 14, 2011. The matter is set for a hearing on September 2, 2011.

2. Defendants Universal Placement International, Inc. and Lourdes "Lulu" Navarro filed an opposition to Plaintiffs' motion for class certification on July 25, 2011, including as exhibits declarations of six individuals.

3. Plaintiffs seek to depose these declarants in advance of filing their reply brief in support of their motion for class certification, which is currently due on August 11, 2011; and

4. The Plaintiffs have made arrangements to take the depositions of the six individuals who filed declarations in support of Defendants Universal Placement International, Inc. and Lourdes "Lulu" Navarro's opposition to class certification on August 4th and 5th, 2011, in Baton Rouge, Louisiana, which Plaintiffs' counsel were informed were the only dates when the declarants would be available for depositions before September 2, 2011.

5. Based on the Court's order dated July 27, 2011 (ECF No. 166), Defendant East Baton Rouge Parish School Board filed an amended opposition to Plaintiffs' motion for class certification on August 2, 2011.

6. In order to provide sufficient time to complete the depositions, obtain transcripts, and for the Plaintiffs to review the amended opposition filed by Defendant East Baton Rouge Parish School Board, the Plaintiffs respectfully request an extension of time in which to file their reply in support of their motion for class certification until August 19, 2011 (i.e., 14 days prior to the Court's hearing on the motion).

Plaintiffs have consulted with counsel for the Defendants and they do not oppose the Plaintiffs' request for an extension of time, although Defendant Robert B. Silverman dba Silverman and Associates does oppose the taking of the declarants' depositions. Defendant Silverman asserts that the depositions are stayed by California Civil Procedure Code section 425.16(g), an assertion with which Plaintiffs and Defendants Universal Placement International, Inc. and Lourdes "Lulu" Navarro disagree because, *inter alia*, the action is pending in federal rather than state court.

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

2

1  Respectfully submitted this 3rd day of August, 2011.

2  \_\_/s/ James M. Knoepp_____

3  James M. Knoepp
   IMMIGRANT JUSTICE PROJECT
4  SOUTHERN POVERTY LAW CENTER
5  233 Peachtree Street NE, Suite 2150
   Atlanta, Georgia  30303
6  *On behalf of Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF MOTION FOR CLASS
CERTIFICATION; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ James M. Knoepp_____

August 3, 2011.

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER
Civ. No.: 10-01172-JAK-MLG

4