# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAST BATON ROUGE PARISH SCHOOL BOARD, et al., <br><br> Defendants. | Civ. No.: 10-01172-JAK-MLGx <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Upon consideration of the Plaintiffs' Motion for an Extension of Time to File Reply in Support of Motion for Class Certification, and good cause having been shown, it is hereby:

ORDERED that:

1. The hearing on the Plaintiffs' motion for class certification will proceed as scheduled on September 2, 2011, at 9:00 a.m.

2. Plaintiffs will file their reply in support of their motion for class certification on or before August 19, 2011.

**IT IS SO ORDERED.**

Dated: August 4, 2011

_____
JOHN A. KRONSTADT
United States District Court Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR
EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION
Civ. No.: 10-01172-JAK-MLGx