|     |     |     |
| --- | --- | --- |
| 1   | MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI, | ) Case No. 8:10-cv-01172-JAK-MLG |
| 2   |     | ) |
| 3   |     | ) JUDGE JOHN A. KRONSTADT |
|     |     | ) MAGISTRATE JUDGE MARC L. GOLDMAN |
| 4   | Plaintiffs, | ) |
| 5   | vs. | ) STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING SOLELY AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD |
| 6   | EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES, | ) |
| 7   |     | ) |
| 8   |     | ) NO HEARING DATE |
| 9   |     | ) |
| 10  |     | ) |
| 11  |     | ) |
| 12  | Defendants. | ) |

NOW INTO COURT, through undersigned counsel, come plaintiffs and defendant, the East Baton Rouge Parish School Board ("EBR"), and hereby stipulate and agree as follows:

1.

Plaintiffs filed an Amended Motion for Class Certification on June 13, 2011 against defendants, including EBR. The hearing date for this motion is September 2, 2011. (Doc. 133)

2.

Defendant EBR filed its opposition on July 25, 2011 (Doc. 150) and filed an

Case No. 8:10-cv-01172-JAK-MLG   -2-   STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381091.1

amended opposition on August 2, 2011 (Doc. 168).

3.

Plaintiffs filed a motion for extension of time to file a reply to the oppositions filed by all defendants until August 19, 2011, which was granted by the Court. (Doc. 169-170)

4.

Defendant EBR intends to file a motion for summary judgment on the issue of timeliness of the EBR plaintiffs' claim of negligent hiring, the sole remaining claim against EBR, in the near future. The other Defendants are not part of the claim asserted by the purported EBR teacher subclass against EBR, nor is EBR part of the claims asserted against other Defendants. For this reason, the parties have agreed that the hearing on the motion for class certification solely as to EBR should be continued until the dispositive motion is filed and set for hearing.

5.

Plaintiffs and Defendant EBR stipulate that the hearing on the motion for class certification should be continued solely as to the claim against EBR. This stipulation does not affect the other Defendants subject to the motion for class certification. The hearing on class certification as to the claims against the other Defendants would still go forward on September 2, as would the hearings on the other matters set for hearing on that date. After EBR files its motion for summary judgment and sets a hearing

-3-

Case No. 8:10-cv-01172-JAK-MLG    STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381091.1

date in consultation with Plaintiffs, Plaintiffs and Defendant EBR intend to file another stipulation setting the class certification issues specific to EBR for hearing.

6.

The parties stipulate that Plaintiffs' deadline for filing a reply to EBR's opposition to their motion for class certification will be continued from August 19, 2011. Plaintiffs' new reply deadline will be set for 14 days prior to the new hearing date.

NOW, THEREFORE, the parties stipulate and agree as follows:

The hearing on Plaintiffs' motion for class certification solely as to the claim against EBR shall be continued until a later date which will be set in conjunction with the hearing on the motion for summary judgment EBR intends to file in the near future. Plaintiffs' deadline for filing a reply to EBR's opposition to motion for class certification will be set for 14 days prior to the date set for hearing in a stipulation to later be filed by the parties.

**STIPULATED AND AGREED TO:**

Dated: August 12, 2011.

Case No. 8:10-cv-01172-JAK-MLG

-4-

STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381091.1

PHELPS DUNBAR LLP

By _/s/ Paul Leblanc/_
Paul Leblanc, admitted *pro hac vice*
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Telephone: 225-346-0285
Facsimile: 335-381-9197
Email: leblancp@phelps.com

ATTORNEY FOR THE EAST BATON ROUGE PARISH SCHOOL BOARD

_/s/ Dennis Auerbach/_
Dennis Auerbach
Covington & Burling LLP

ATTORNEY FOR PLAINTIFFS MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, AND TOMASA MARI

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 12TH day of August, 2011.

_/s/ Paul Leblanc/_

-5-

Case No. 8:10-cv-01172-JAK-MLG

STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381091.1