Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc.,
And Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH  DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SACV 10-01172-JAK(MLGx)<br><br>DEFENDANT/COUNTERCLAIMANT UNIVERSAL PLACEMENT INTERNATIONAL, INC. AND DEFENDANT LOURDES NAVARRO'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER<br><br>[NO HEARING DATE]<br><br>HONORABLE JOHN KRONSTADT |

Defendant/Counterclaimant Universal Placement International, Inc. ("UPI") and Defendant Lourdes "Lulu" Navarro ("Navarro") (Collectively, "Moving Defendants"), move the Court for an Order allowing them to file a supplemental memorandum in support of their Opposition to Plaintiffs' pending class certification motion. Said motion is made on the following grounds:

1. Plaintiffs filed a motion for class certification on March 14, 2011. The matter is set for a hearing on September 2, 2011.

2. Moving Defendants filed an Opposition to Plaintiffs' motion for class certification on July 25, 2011, including as exhibits declarations of six teachers / putative class members ("teacher declarants").

3. Plaintiffs issued subpoenas on teacher declarants to produce documents and appear for deposition on August 4 and 5, 2011, in Baton Rouge, Louisiana.

4. On August 3, 2011, Plaintiffs' requested an extension to file their Reply in support of Plaintiffs' Motion for Class Certification to August 19, 2011, "[i]n order to provide sufficient time to complete the depositions [and] obtain transcripts" from the August 4 and 5 depositions. Moving Defendants did not oppose and the extension was granted by this Court.

5. The six teacher declarants did appear for deposition and produce documents on August 4 and 5, 2011. These depositions provided testimonial and documentary evidence that was unavailable at the time Moving Defendants filed their Opposition to Plaintiffs' Motion for Class Certification. The testimony and documents directly relate to the issues of numerosity, commonality, typicality, adequacy and predominance under Rule 23(a) and (b) of the Federal Rules of Civil Procedure. Moving Defendants believe that this evidence is manifestly important for the Court to consider prior to the hearing on class certification, scheduled for September 2, 2011.

6. Moving Defendants do not expect that Plaintiffs will include any evidence harmful to their position in their forthcoming Reply in support of their Motion for

1
UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1 | Class Certification.  Thus, unless the Court grants the present motion, the Court will be
2 | deprived of this material and probative evidence in considering Plaintiffs' class
3 | certification motion.
4 |     5.    Based on the foregoing, Moving Defendants respectfully request
5 | permission to supplement their Opposition to Plaintiffs' Motion for Class Certification.
6 |         a.    Moving Defendants request until August 16, 2011 to file this
7 |             Supplemental Memorandum.
8 |         b.    Moving Defendants will limit their Supplemental Memorandum to
9 |             ten pages.
10 |     6.    Pursuant to Local Rule 703, Moving Defendants conferred with counsel
11 | for all other parties on August 11, 2011 with respect to the filing of this motion.  None
12 | oppose this motion.

Dated: August 12, 2011                  Respectfully submitted,

HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP

/s/ Don A. Hernandez

Don A. Hernandez
Attorneys for Defendants Universal Placement
International, Inc., and Lourdes "LuLu" Navarro

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on August 12, 2011.

<u>/s/ Don A. Hernandez</u>