Don A. Hernandez (SBN 125119)
Agnès Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc.,
And Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SACV 10-01172-JAK(MLGx)<br><br>MEMORANDUM IN SUPPORT OF DEFENDANT/ COUNTERCLAIMANT UNIVERSAL PLACEMENT INTERNATIONAL, INC. AND DEFENDANT LOURDES NAVARRO'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION<br><br>[NO HEARING DATE]<br><br>HONORABLE JOHN KRONSTADT |

1    In support of Universal Placement International, Inc., and Lourdes Navarro's
2    ("Moving Defendants") Unopposed Motion for Leave to Supplement Opposition to
3    Plaintiffs' Motion for Class Certification, Moving Defendants submit the following
4    memorandum.
5    Pursuant to Local Rule 703, Moving Defendants conferred with counsel for all
6    other parties on August 11, 2011 with respect to the filing of this motion. None oppose
7    this motion.
8    Without hyperbole, Plaintiffs have filed a monumental Second Amended
9    Complaint against Moving Defendants.  Plaintiffs allege 13 causes of action (nine of
10   which are brought against Moving Defendants), comprising 415 paragraphs in 136
11   pages.  Plaintiffs move to certify a class of purportedly 350 Filipino teachers
12   ("Louisiana teacher class") who used Moving Defendants' services to find
13   employment with Louisiana public schools (SAC, ¶42).  Plaintiffs also move to certify
14   a subclass of teachers working in the East Baton Rouge Parish School System ("EBR
15   Teacher Subclass"), alleged to include more than 200 teachers (SAC, ¶57).
16   Moving Defendants filed a 25-page Opposition to Plaintiffs' Amended Motion
17   for Class Certification on July 25, 2011, incorporating testimony from depositions of
18   five named plaintiffs, declarations of six Louisiana teachers / putative class members
19   ("teacher declarants"), and documents available at the time.  By comparison, East
20   Baton Rouge Parish School Board Defendant filed a 39 page Opposition to Class
21   Certification based on a single cause of action, which they later reduced to 30 pages by
22   Order of the Court.
23   Plaintiffs subpoenaed the teacher declarants to appear for deposition and
24   produce documents on August 4 and 5, 2011.  In response to Counsels' questions and
25   subpoenas, deponents provided testimony and documents that were unavailable to
26   Moving Defendants prior to July 25, 2011, the date their Opposition was filed.  This
27   new testimonial and documentary evidence not only is probative of, but is material to
28

1  the issues that this Court must consider pursuant to Federal Rule of Civil Procedure
2  23(a) and (b).
3       Plaintiffs will have the opportunity to present testimony and documents from the
4  August 4 and 5 depositions of teacher witnesses in their Reply in support of Plaintiffs'
5  Motion for Class Certification.  While they may include some of the new documentary
6  and testimonial evidence, Moving Defendants do not expect that they will include the
7  most probative of this evidence because it is damaging to their contentions.  Based on
8  the foregoing, Moving Defendants, Universal Placement International, Inc. and
9  Lourdes Navarro, respectfully request that this Court grant their Motion for leave to
10 supplement the Opposition to Plaintiffs' Motion for Class Certification, allowing a 10-
11 page Supplemental Opposition Memorandum to be filed on or before August 16, 2011.

Dated: August 12, 2011                Respectfully submitted,

                                      HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP

                                      /s/ Don A. Hernandez                        .
                                          Don A. Hernandez
                                      Attorneys for Defendants Universal Placement
                                      International, Inc., and Lourdes "LuLu" Navarro

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on August 12, 2011.

/s/ Don A. Hernandez