Luzviminda Bayarong
August 5, 2011

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4    MAIRI NUNAG-TAÑEDO,
      INGRID CRUZ, DONNABEL
 5    ESCUADRA, ROLANDO
      PASCUAL, AND TOMASA MARI,
 6    ON BEHALF OF THEMSELVES
      AND OTHER SIMILARLY
 7    SITUATED INDIVIDUALS
                                              CIVIL ACTION NO.
 8                                            10-01172-JAK-MLG

      VERSUS
 9
      EAST BATON ROUGE PARISH
10    SCHOOL BOARD, ET AL.

11

12    * * * * * * * * * * * * * * * * * * * * * * * * *

13              TRANSCRIPT OF THE DEPOSITION OF

14                    LUZVIMINDA BAYARONG

15    TAKEN ON BEHALF OF PLAINTIFFS, REPORTED IN THE ABOVE

16    ENTITLED AND NUMBERED CAUSE BY DONNA T. CHANDLER,

17    CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

18    * * * * * * * * * * * * * * * * * * * * * * * * *

19             REPORTED AT THE OFFICES OF:

20                PHELPS DUNBAR LLP

21                II CITY PLAZA

22                400 CONVENTION STREET, SUITE 1100

23                BATON ROUGE, LOUISIANA  70821-4412

24

25       COMMENCING AT 3:36 P.M., ON AUGUST 5, 2011
```

Luzviminda Bayarong
August 5, 2011

15

```
 1        A    With my housemates only, in one apartment.
 2        Q    Who are your housemates?
 3        A    Ms. Gamit, Ms. Siaotong, Mr. Quiambao.  We
 4   are four in apartment.
 5        Q    Does Ms. Gamit's husband live with you as
 6   well?
 7        A    Yes.  Yeah.
 8        Q    Have you read the complaint in this matter?
 9   Do you know what a complaint is?
10        A    It's about the, it's about the lawsuit that
11   you are talking about.  The -- it's about the -- I'm
12   sorry.
13        Q    Take a moment.
14        A    Okay.  Can you rephrase it again, ma'am?
15        Q    Have you read any documents relating to
16   this lawsuit?
17        A    I was just informed about it.
18        Q    But you haven't read any documents that
19   were filed in this lawsuit?
20        A    Only -- yeah, only the declaration that I
21   have, I just saw their name there.  And then I
22   just -- I was just informed about the human
23   trafficking and they were forced to pay some, some --
24   they are being forced to pay some amount.
25        Q    Can you explain in more detail your
```

Luzviminda Bayarong
August 5, 2011

21

```
 1          A     Yes.
 2          Q     -- through PARS, did you know anyone who
 3    had used the agency before?
 4          A     Actually, no.  No idea about that.
 5          Q     Did you contact PARS?
 6          A     Yes, ma'am.
 7          Q     And who did you speak to at PARS?
 8          A     I spoke with Ms. Ella of PARS, secretary.
 9          Q     And what did Ella say to you?
10          A     If you want to go to the U.S., you have to
11    submit your resumé, and there are going to be
12    something like interview, which was set March 25th.
13    And your resumé needs to be evaluated, and you will
14    be interviewed by principals from EBR.
15          Q     Did Ella say that there would be a certain
16    fee for the interview?
17          A     No, she didn't say that yet.
18          Q     Did Ella say anything about fees during
19    that conversation?
20          A     No.
21          Q     Did you attend any interviews scheduled by
22    PARS?
23          A     Yes, ma'am.
24          Q     On what date?
25          A     March 25th, 2008.
```

Luzviminda Bayarong
August 5, 2011

22

```
 1        Q    Did you pay to participate in your
 2   interview?
 3        A    No, ma'am.
 4        Q    Where was your interview?
 5        A    In Manila Hotel.
 6        Q    And what time did you arrive?
 7        A    I arrived there 7:00 in the morning.
 8        Q    And were you interviewed?
 9        A    Yes, ma'am.
10        Q    By whom?
11        A    By a principal.  I cannot remember his name
12   already, but the one that I remember is that he asked
13   me about the Montessori method.  That's it.
14        Q    Was the principal from EBR?
15        A    Yes, ma'am.
16        Q    Did this principal from EBR offer you a
17   job?
18             MR. SULLIVAN:  Objection as to time.
19        Vague.
20   BY MS. PLOTKIN:
21        Q    On March 25th, 2008, you said that you were
22   interviewed by a principal from EBR; correct?
23        A    Yes, ma'am.
24        Q    On March 25th, 2008, did that principal
25   offer you a job during your interview?
```

```
 1     loan.
 2         Q    And did you have any debts at that time on
 3     February 12th, 2009?
 4         A    As I can remember, I have the AG gave me
 5     $2,000 for the attorney's fee and some of the fees.
 6     They lend me that amount so that I can -- so that my
 7     papers would be processed.  And then here, here I got
 8     the letter from the U.S. Embassy.  That's why I got
 9     this.  That's why I was able to, to get my NOA, my
10     notice of action, so that I can have my U.S. Embassy
11     interview.
12         Q    Did you feel any pressure because of that
13     AG Finance loan?
14         A    No, ma'am.  I don't have that.  I don't
15     have any -- I wasn't pressured about it.
16         Q    Let me rephrase.
17              Were you afraid that you wouldn't be able
18     to pay back that AG Finance loan?
19         A    No.  I know I can pay it as long as I can
20     come here, because I know if I'm going to start
21     working, I can pay it.  I can pay them.
22         Q    So you understood that if you didn't start
23     working for EBR, that you wouldn't be able to pay
24     back this loan?
25         A    I can still pay it as long as I am here.
```

Luzviminda Bayarong
August 5, 2011

45

```
 1        Q    Okay.  I'm going to rephrase that question.
 2             So you are telling me that you felt that
 3   the only way you would be able to pay back your AG
 4   Finance loan would be by working in the United
 5   States?
 6        A    Yes, ma'am.
 7        Q    Okay.  Now, turn to the page labeled
 8   Monday, May 9th.  Do you remember when you wrote
 9   notes on this page?
10        A    I don't have any date here.  I cannot
11   remember that.  No, I forgot to write a date here.  I
12   cannot remember.
13        Q    I want you to look at the second paragraph
14   and please read it.
15        A    "I am asking again for your eternal glory
16   to please include me in the list of going to the U.S.
17   this first week of March, 2009."
18        Q    Okay.  Do you have any reason to doubt the
19   accuracy of that paragraph?
20        A    No.  I just -- because I don't have any
21   doubt here because everything that I felt, I put it
22   in writing.  That's why.
23        Q    So is it fair to say that you wrote this --
24   wrote these notes during the last week of March 2009?
25        A    Maybe.  Because it's here, March 2009,
```

Luzviminda Bayarong
August 5, 2011

60

```
 1     able to solve my financial problems/debts in the
 2     Philippines"; correct?
 3          A    Yes.
 4          Q    And you wrote, "Help me that I can find a
 5     job now, Lord"; correct?
 6          A    Yes, ma'am.
 7          Q    "And so that I can start paying all my
 8     debts"; correct?
 9          A    Yes, ma'am.
10          Q    So on July 9th, 2009, you were very
11     concerned about certain financial problems in the
12     Philippines; correct?
13          A    Yes, ma'am.
14          Q    What debts are you referring to in this
15     passage?
16          A    These are the, the money that I got when --
17     before I left Philippines.  My, my placement fee, and
18     all of the obligations in the Philippines that I
19     need, too.  That's why I wrote this.
20          Q    So you were very concerned about your
21     ability to pay off the loans that you took out to pay
22     PARS?
23          A    Yes.  On this month now, I was, because
24     this is July, July 9th.
25          Q    And when did you initially take out the
```

Luzviminda Bayarong
August 5, 2011

61

```
 1     loans to cover your placement fee?
 2          A    Before I left the Philippines.  That was
 3     before I left the Philippines.
 4          Q    Do you remember the date?
 5          A    May, May 25th we're here.  So I got my, my
 6     loan before May 25th.  I cannot remember the date
 7     anymore.
 8          Q    You can put this exhibit aside.
 9               I'm going to turn back to March 25th, 2008.
10     March 25th, 2008 was the date of your interview at
11     the Manila Hotel, right?
12          A    Yes, ma'am.
13          Q    On that date, March 25th, 2008, did anyone
14     from PARS state what services the company provides?
15          A    I cannot remember that anymore.  I cannot
16     remember that.  But what I can remember is that 10
17     percent placement fee only.  That's the only thing
18     that I can remember.
19          Q    So you don't remember what your
20     understanding was of what you would get in exchange
21     for the 10 percent placement fee?
22          A    Say it again.  Will you rephrase it?
23          Q    On March 25th, 2008 --
24          A    Yes.
25          Q    -- what did you think you would get if you
```

1        A    Yes, ma'am.  I -- before, before I went for
2   interview, I ask the PARS employee there that I'm
3   going to send -- I'm going to put their address there
4   in my document so that the passport will be sent to
5   their company.
6        Q    Okay.  Did anyone tell you that you were
7   obligated to pay the visa processing fees?
8        A    Yes.
9        Q    Who told you that?
10       A    It's the PARS.
11       Q    Do you remember if a particular
12  representative of PARS told you that?
13       A    I don't remember the secretary.  Lorna.
14       Q    Are you aware that one claim in this
15  lawsuit is that such fees should have been paid by
16  your school district employer?
17       A    I don't know that.  I don't know that,
18  ma'am.
19       Q    Did anyone tell you that there are claims
20  against EBR in this lawsuit?
21       A    No.  I don't -- I did not put my
22  concentration there.  No.  But, but my wish was just
23  to let my, my visa to be -- yes.
24       Q    In preparation for this deposition, did
25  anyone explain to you that, that the East Baton Rouge

Luzviminda Bayarong
August 5, 2011

81

```
 1     School District is one of the defendants?
 2          A    I saw it, yes.  Yes, ma'am.  Yes.
 3          Q    Did anyone explain to you what claims have
 4     been made against the East Baton Rouge School
 5     District?
 6          A    Yeah, but, I don't, I don't care about
 7     those claims.
 8          Q    Regardless of whether you agree or disagree
 9     with those claims, what claims do you think are being
10     made against EBR?
11          A    I have no idea.
12          Q    So Counsel didn't explain to you what
13     claims are being made against EBR?
14          A    I cannot remember now.
15          Q    So if you could recover the visa processing
16     fees that you paid, would you participate in this
17     lawsuit?
18               MR. SULLIVAN:  Objection.  I'm trying
19          to assess that question.  I don't think it's
20          intelligible.
21               MR. LeBLANC:  She can answer it.
22          That's fine.  It's not material, but she can
23          answer it.
24               MS. PLOTKIN:  Can you please repeat
25          the question?
```

Luzviminda Bayarong
August 5, 2011

106

```
 1         Q    Okay.  It says Philippines and U.S.
 2    Agencies?  What does that mean?
 3         A    U.S. Agencies.  Okay.  This, the 5,000
 4    here, this is the salary that I'm going to receive.
 5    So my placement here, it says your placement, 10
 6    percent of your annual salary abroad will be given to
 7    the, to the agency in the Philippines and another
 8    here.  That's why it's times two.
 9         Q    Right.
10              Earlier there were questions about payments
11    made under -- and if you could look at Exhibit No.
12    28.  That's the UPI contract.
13         A    Yes, sir.
14         Q    I believe -- and correct me if I'm wrong --
15    your payments to UPI did not start until you arrived
16    in the United States; is that correct?
17         A    Yes, sir.
18         Q    The amounts that you paid in the
19    Philippines, were those paid to PARS or to UPI?
20         A    I paid to both.  I paid already before I
21    came here.
22         Q    So you paid payments to both --
23         A    Yes, sir.
24         Q    -- PARS and UPI in the Philippines?
25         A    Yes, sir.
```

Luzviminda Bayarong
August 5, 2011

107

```
 1        Q    And then you made payments to UPI after you
 2   arrived in the United States?
 3             Tell me if, if I'm not -- if you don't
 4   understand my question.
 5        A    This is -- they got already my, my two
 6   placement fees there.  I gave it to Mr. Villarba
 7   already.
 8        Q    I see.
 9        A    So that --
10        Q    So you made both placement fees of 10
11   percent here in the Philippines?
12        A    Yes, sir.  Yes.  They computed it once only
13   so that I can give the amount.
14        Q    Right.
15        A    Yes, sir.
16        Q    And that's the payment that's talked about
17   here on Monday, February 14th, on the page of the --
18        A    Yes, sir.  This one.
19        Q    Okay.  And, again, you understood that
20   before you paid anything, that this was the amount
21   you were going to have to pay?
22        A    Yes, sir.  And this was also announced by
23   Ms. LuLu in the conference.
24        Q    When you say "the conference," can you be
25   more specific?
```