Emenilda Cordero
August 4, 2011

1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   MAIRI NUNAG-TAÑEDO,
     INGRID CRUZ, DONNABEL
 5   ESCUADRA, ROLANDO
     PASCUAL, AND TOMASA MARI,
 6   ON BEHALF OF THEMSELVES
     AND OTHER SIMILARLY
 7   SITUATED INDIVIDUALS
                                         CIVIL ACTION NO.
 8                                       10-01172-JAK-MLG
     VERSUS
 9
     EAST BATON ROUGE PARISH
10   SCHOOL BOARD, ET AL.
11
12   * * * * * * * * * * * * * * * * * * * * * * * * *
13            TRANSCRIPT OF THE DEPOSITION OF
14                   EMENILDA CORDERO
15   TAKEN ON BEHALF OF PLAINTIFFS, REPORTED IN THE ABOVE
16   ENTITLED AND NUMBERED CAUSE BY DONNA T. CHANDLER,
17   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.
18   * * * * * * * * * * * * * * * * * * * * * * * * *
19            REPORTED AT THE OFFICES OF:
20               PHELPS DUNBAR LLP
21               II CITY PLAZA
22               400 CONVENTION STREET, SUITE 1100
23               BATON ROUGE, LOUISIANA  70821-4412
24
25        COMMENCING AT 3:20 P.M., ON AUGUST 4, 2011
```

Emenilda Cordero
August 4, 2011

7

1     then provide your answers.
2              Are you familiar with the lawsuit that has
3     been filed by my clients in this case?
4          A    Yes, sir.
5          Q    Have you actually read the lawsuit?
6          A    No, sir.
7          Q    How did you become familiar with the
8     lawsuit?
9          A    I heard it from my co-teacher.
10         Q    From your, I'm sorry?
11         A    Co-staff, co-teacher --
12         Q    Co-teacher.
13         A    -- in school, in our school.
14         Q    Who was that?
15         A    It was Teddy Botista.  It's Emanuel
16    Botista.
17         Q    What did -- is it Ms. or Mr. Botista?
18         A    Mr.  It was a brief, a very brief
19    statement, because were to visit our class, he just
20    inform me that there is a lawsuit.  That's it.  No
21    further explanation was given.  So I was not oriented
22    about it, really.
23         Q    So do you know anything at all about the
24    lawsuit?
25         A    No, sir.  The detail, I do not know,

Emenilda Cordero
August 4, 2011

8

```
 1     really.
 2          Q    Do you understand that the lawsuit is a
 3     class action?
 4          A    I don't know, sir.
 5          Q    Do you know what a class action is?
 6          A    No, sir.
 7          Q    Do you have an understanding that the
 8     lawsuit has been brought on behalf of all the
 9     teachers who have been recruited to teach in
10     Louisiana public schools from 2007 forward?
11          A    No.
12          Q    Did anyone tell you that you are a member
13     of the class on behalf of which we are suing, if you
14     choose to be?
15          A    Nobody really informed me about it.
16          Q    Okay.  Are you represented by counsel here
17     today?
18          A    I beg your pardon?
19          Q    Are you represented by a lawyer for your
20     deposition today?
21          A    Yes, sir.
22          Q    Okay.  Who is that?
23          A    (Indicating.)
24          Q    You need to --
25          A    I don't -- I really -- I'm not really aware
```

Emenilda Cordero
August 4, 2011

20

```
 1      had passed interview so I have to go to the office of
 2      PARS to see all the requirements.
 3           Q    All right.  So you, you came to PARS, PARS'
 4      office for a third time then?
 5           A    Yes, sir.
 6           Q    Okay.  Was there any meeting or
 7      conversation with PARS prior to that that we haven't
 8      spoken about?
 9           A    At this time I met already Mr. Villarba.
10           Q    All right.  So you met Mr. Villarba after
11      your interview?
12           A    Yes, sir.
13           Q    Was it after you passed your interview?
14           A    Yes, sir.
15           Q    So you met him after you passed your
16      interview?
17           A    Yes, sir.
18           Q    Do you recall approximately the date that
19      you met him?
20           A    The date?  I don't remember.  Everything
21      happened so fast in the month of July.
22           Q    Okay.  So you met Mr. Villarba after you
23      passed the interview?
24           A    Yes, sir.
25           Q    Was that a meeting at the PARS' office?
```

Emenilda Cordero
August 4, 2011

21

```
 1        A    Yes, sir.
 2        Q    What, what did you discuss with Mr.
 3   Villarba at that time?
 4        A    Well, Mr., Mr. Villarba oriented me on, on,
 5   on, I mean, on the contract, itself.
 6        Q    Which -- do you mean the --
 7        A    I was oriented as to what the content of
 8   the, of the contract.  But before that, we were
 9   given, I think, the job acceptance coming from EBR.
10        Q    Okay.  This is -- so that happened before
11   you met Mr. Villarba?
12        A    I think on the time that I met Mr.
13   Villarba.
14        Q    Okay.  So first you got an, an employment
15   offer?
16        A    Yes, sir.
17        Q    Then you had a discussion after that with
18   Mr. Villarba?
19        A    Yes, sir.  On the same day.
20        Q    On the same day?
21        A    Yes, sir.
22        Q    You had a discussion with Mr. Villarba
23   regarding the employment offer?
24        A    Yes, sir.
25        Q    Is that -- when you talk about the
```

Emenilda Cordero
August 4, 2011

37

```
 1                  record.
 2                         MS. MARKARIAN:  For the record, we
 3                  did -- I believe there was an e-mail
 4                  instructing all the deponents to, to bring
 5                  documents.  And they were given a list of
 6                  documents that would be responsive.
 7                         MR. LeBLANC:  Okay.  You are not in
 8                  trouble, ma'am.  This is lawyer talk.  I know
 9                  you said when you got here, you hadn't met
10                  any lawyers.  I think you were a happy lady
11                  before today, weren't you?
12             BY MR. AUERBACH:
13                  Q    Now, at the time you paid the processing
14             fee, that's the $5,000, did anyone tell you that a
15             portion of those fees was the legal responsibility of
16             the school district and not your legal
17             responsibility?
18                  A    No.
19                  Q    Are you aware that one of the contentions
20             in the lawsuit we have filed is that those portions
21             of those processing fees should have been paid by EBR
22             and not by you?
23                  A    I'm not aware of that.
24                  Q    Are you aware that if we were successful in
25             that claim, and we were to get this case to go
```

Case 8:10-cv-01172-JAK-DFM   Document 180-2   Filed 08/19/11   Page 7 of 16   Page ID #:3399

Emenilda Cordero
August 4, 2011

38

```
 1     forward as a so-called class action, that you would
 2     be entitled to -- potentially entitled to some money
 3     relief if we are successful?
 4          A    No, I'm not aware of that.
 5          Q    Nobody told you that?
 6          A    No.  As I've told you earlier, nobody would
 7     talk to me about this lawsuit because I mean, for
 8     them, I feel that the -- it's I'm not worth talking
 9     to.
10          Q    If we were, in fact, successful in, in
11     recovering money that was -- that we claim was
12     wrongfully paid by the teachers that should have been
13     paid by the school district, would you be interested
14     in participating in that recovery?
15          A    I don't think so.
16               MR. LeBLANC:  Objection to form on
17          that, but you can answer, if you understand
18          it.
19     BY MR. AUERBACH:
20          Q    Do you understand my question?
21          A    Not really.
22          Q    If we are successful in recovering money on
23     behalf of the teachers, would you be interested in
24     participating in some of that recovery?
25          A    No need.  I'm no longer interested.  I'm no
```

Baton Rouge Court Reporters, LLC
225-292-8686

Emenilda Cordero
August 4, 2011

39

```
 1      longer interested because I have, I have paid
 2      everything.  I have loaned -- I have paid my loans.
 3      So I'm not interested anymore.
 4           Q    So if we could recover five or $10,000 on
 5      your behalf, you would not be interested in
 6      participating in that recovery?
 7           A    No.
 8           Q    All right.
 9                Okay.  Do you have an understanding now of
10      whether the processing fees were the legal obligation
11      of the school district as opposed to something that
12      you were required to pay?
13           A    As I understand, it's the, it's the EBR's
14      responsibility, not ours.
15           Q    Do you have any understanding one way or
16      the other of that?
17           A    No.
18           Q    All right.  In fact, when you paid the
19      processing fees of about $5,000, you were told that
20      that was your obligation; isn't that right?
21                MS. MARKARIAN:  Assumes fact.
22      BY MR. AUERBACH:
23           Q    You were told -- were you told that was
24      your obligation?
25           A    Yes, sir.
```

Emenilda Cordero
August 4, 2011

40

```
 1        Q    And you, in fact, paid the $5,000
 2   processing fees?
 3        A    Yes, sir.
 4        Q    Because you believed that was your
 5   obligation?
 6        A    Yes, sir.
 7        Q    Did Mr. Villarba tell you that that was
 8   your obligation?
 9        A    Yes, sir.
10        Q    All right.  And are you familiar with a
11   company called Universal Placement?
12        A    Yes, sir.
13        Q    Did you understand that Universal Placement
14   was working with PARS in recruiting teachers from the
15   Philippines?
16        A    Yes, sir.
17        Q    Did you understand that Universal Placement
18   was the U.S. branch of PARS?
19        A    Yes, sir.
20        Q    And you understood that PARS was the
21   Philippine branch of Universal?
22        A    Yes, sir.
23        Q    Did you ever have an interview at the U.S.
24   Embassy?
25        A    Yes, sir.
```

Emenilda Cordero
August 4, 2011

42

```
 1              Let me ask it this way:  In addition to the
 2     $5,000 processing fee that you paid that we have
 3     talked about, did you pay any other amounts to
 4     Universal or PARS?
 5          A    Yes, sir.
 6          Q    What, what additional amounts did you pay?
 7          A    That was -- the amount that I paid is for
 8     my, my obligation to PARS.
 9          Q    All right.  How much did you pay?
10          A    It's $10,000.
11          Q    $10,000?
12          A    (Deponent nodding head.)
13          Q    When did you pay that amount?
14          A    The day before we left the Philippines.
15          Q    The day before you left the Philippines?
16               Where did you get the money to make that
17     payment?
18          A    I borrowed it from AG, AG Financing
19     Company.
20          Q    How did you find out about AG Financing
21     Company?
22          A    It was recommended by PARS.
23          Q    All right.  Did you pay any interest on
24     that loan?
25          A    Yes, sir.
```

Emenilda Cordero
August 4, 2011

43

```
 1        Q    What was the interest rate?
 2        A    I can't remember the rate, but we were
 3   asked to pay it in -- within a year.
 4        Q    All right.  Was the -- you don't remember
 5   anything about the interest rate?
 6        A    I don't know.  I can't really remember if
 7   it was 20 or, 20 to 40 percent.
 8        Q    Twenty to 40 percent per year?
 9        A    No.  The whole, the whole thing.  Yes, for,
10   for -- that's the correct amount, it's 10,000, we --
11   I have to pay 12,000, something like that.  Then I
12   have to pay it in one year.
13        Q    You had to pay it back in one year?
14        A    Yes.
15        Q    Did you do that?
16        A    Yes, sir.
17        Q    Would you have been able to repay that loan
18   if you had not accepted employment at the East -- in
19   the East Baton Rouge School System?
20        A    No, sir.
21        Q    The only way you were able to repay the
22   loan was by, was by working for EBR; is that right?
23        A    By accepting the -- yes, sir.
24        Q    Do you recall when you signed -- well, do
25   you remember whether you signed a contract with PARS
```

Baton Rouge Court Reporters, LLC
225-292-8686

Emenilda Cordero
August 4, 2011

48

```
 1          Q     All right.  Did anyone accompany you there?
 2          A     Nobody, sir.
 3          Q     Did you rely on this contract?
 4          A     Yes, sir.
 5          Q     Did you believe that your obligations were
 6     set forth in this contract?
 7          A     Yes, sir.
 8          Q     Did you believe that the only, that the,
 9     that the, that the timing of when your payments would
10     be due would be as set forth in this contract?
11          A     Yes, sir.
12          Q     Let me ask you to look at the bottom of the
13     first page of the contract, please.  It says A-1, "At
14     the time of signing this agreement, client will pay
15     agency $300."  Do you see that?
16          A     Yes, sir.
17          Q     Then on the next page, it says, "Upon the
18     start of employment, client will pay agency $300."
19     Do you see that?
20          A     Second page here?
21          Q     The second page, yes.  The very top of the
22     second page.
23                MR. LeBLANC:  Top.
24          A     I don't remember, I don't remember this.
25     What I remember is the $5,000, but I don't know if I
```

Emenilda Cordero
August 4, 2011

49

```
1      paid $300.
2      BY MR. AUERBACH:
3          Q   Okay.  I'm just asking you -- I just asked
4      you to look at this top of the second page.  It says,
5      "Upon the start of employment, client will pay agency
6      $300."  Do you see that?
7          A   Yes, sir.
8          Q   And then after that it says, "For the first
9      24 months of employment, client will pay agency" --
10         A   10 percent.
11         Q   -- "10 percent of client's gross monthly
12     income, payable monthly, commencing with the first
13     pay period."  Do you see that?
14         A   Yes, sir.
15         Q   In fact, you paid far more than $300 before
16     commencing your employment; isn't that right?  You
17     paid about $10,000?
18         A   Maybe.  I don't remember.
19         Q   Okay.  Well, I just want to be clear.  You
20     paid -- you said you paid a placement fee of about
21     $10,000, right?
22         A   Uh-huh.
23         Q   You took out a loan from AG to pay that
24     amount?
25         A   Yes, sir.
```

Emenilda Cordero
August 4, 2011

50

```
 1         Q    And so just sort of stating the obvious
 2    here, you paid substantially more than $300 before
 3    you began your employment; isn't that right?
 4         A    I don't quite remember, but, but when they
 5    say something like if we, I mean, if I am obliged to
 6    pay something, I just give.
 7         Q    Okay.  But you -- what you expected to
 8    pay -- before coming to the United States, you
 9    expected to pay what the contract said; correct?
10         A    Yes, sir.
11         Q    Okay.
12              MR. LeBLANC:  Objection to form.
13         Considering which contract you are talking
14         about.  You're assuming Exhibit 16?
15              MR. AUERBACH:  Exhibit 16, correct.
16    BY MR. AUERBACH:
17         Q    You expected -- before coming to the United
18    States, you expected to pay what Exhibit 16 said you
19    were going to have to pay; correct?
20         A    Yes, sir.
21         Q    Okay.  And that -- and Exhibit 16 says that
22    you -- before coming to the United States, you have
23    to pay $300, right?
24         A    Yes, sir.
25         Q    All right.  And, in fact, you paid $10,000
```

Emenilda Cordero
August 4, 2011

51

```
 1     in placement fees; correct?
 2          A    Yes, sir.
 3          Q    And that surprised you, I assume?
 4          A    No.  Because of my eagerness to reach the
 5     country and find a job here, I don't mind how much
 6     they would get from me.
 7          Q    Okay.  I appreciate that you didn't mind
 8     it, but I guess my question is just were you
 9     surprised that you would have to pay that amount all
10     before leaving the country?
11          A    No, sir.  No, sir.
12          Q    You weren't surprised?
13          A    No.
14          Q    Okay.  Did Mr. Villarba tell you just
15     ignore the contract; in fact, there's going to be --
16     your obligation is going to be something different?
17          A    No.
18               MR. LeBLANC:  Objection to form.
19          A    Which contract, sir?
20     BY MR. AUERBACH:
21          Q    Exhibit 16.
22          A    He didn't say anything.
23          Q    Okay.  Did you have any discussions with
24     Ms. Navarro in the Philippines?
25          A    I didn't meet, I didn't meet her in the
```

Baton Rouge Court Reporters, LLC
225-292-8686

Emenilda Cordero
August 4, 2011

67

```
 1        Q    Okay.  Do you know one way or the other
 2   whether there are a substantial number of teachers
 3   who support the lawsuit that was the subject of
 4   your--
 5             MS. MARKARIAN:  Vague.
 6        A    The first time?
 7   BY MR. AUERBACH:
 8        Q    No, this one.  The lawsuit that is the
 9   subject of, of your declaration.
10        A    No, I'm not aware.
11        Q    Do you know whether there are teachers who
12   oppose the lawsuit?
13        A    No.
14        Q    All right.  Are you familiar with a
15   so-called manifesto that was signed by some teachers
16   at EBR stating their desire not to sue EBR?
17        A    Uh-huh.  I was asked to sign it, but I
18   refused.  I don't like to participate any way.  I'm
19   not -- I don't think I am involved in any of this.
20   So I refuse to sign.
21        Q    Okay.  So you were shown a copy of it?
22        A    Actually, it was only verbal.  They didn't
23   show me the content of the letter.
24        Q    Who, who talked to you verbally about it?
25        A    Renon DePaul.
```