Arvin Dones
August 4, 2011

1

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3

4   MAIRI NUNAG-TAÑEDO,
    INGRID CRUZ, DONNABEL
5   ESCUADRA, ROLANDO
    PASCUAL, AND TOMASA MARI,
6   ON BEHALF OF THEMSELVES
    AND OTHER SIMILARLY
7   SITUATED INDIVIDUALS
                                    CIVIL ACTION NO.
8                                   10-01172-JAK-MLG

    VERSUS
9
    EAST BATON ROUGE PARISH
10  SCHOOL BOARD, ET AL.

11

12    * * * * * * * * * * * * * * * * * * * * * * * *

13        TRANSCRIPT OF THE DEPOSITION OF

14                ARVIN DONES

15   TAKEN ON BEHALF OF PLAINTIFFS, REPORTED IN THE ABOVE

16   ENTITLED AND NUMBERED CAUSE BY DONNA T. CHANDLER,

17   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

18    * * * * * * * * * * * * * * * * * * * * * * * *

19        REPORTED AT THE OFFICES OF:

20            PHELPS DUNBAR LLP

21            II CITY PLAZA

22            400 CONVENTION STREET, SUITE 1100

23            BATON ROUGE, LOUISIANA  70821-4412

24

25      COMMENCING AT 11:08 A.M., ON AUGUST 4, 2011

Arvin Dones
August 4, 2011

19

```
 1      BY MR. AUERBACH:

 2          Q    It did include an amount for an attorney;

 3      correct?

 4          A    Yes, sir.

 5          Q    That would be for an attorney who would,

 6      who would process the visa on your behalf?

 7          A    Yes, sir.

 8          Q    Correct?

 9          A    Yes, sir.

10          Q    Did anyone tell you at that time that any

11      part of the processing fee was the legal obligation

12      of the school district rather than your obligation?

13          A    No.

14          Q    Has anyone told you that subsequently?

15          A    No.

16          Q    Are you aware that one of the allegations

17      in the complaint in this lawsuit is that the --

18      certain of the fees for processing the visas were the

19      legal obligation of the school district rather than

20      of the teacher?

21          A    No.  I just heard it lately, you know, that

22      when this teacher, some of these teachers were

23      complaining that they should be paid by the district.

24      But, actually, I didn't know that until that time

25      when they, you know, when we started to meet, and
```

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

20

```
 1     they were asking the EBR, which is Ms. Daphne
 2     Donaldson, represented by Ms. Daphne Donaldson.  And
 3     Ms. Daphne Donaldson explained to us that they are
 4     not supposed to pay for that.  So I was settled at
 5     that time.  I didn't mind it either.  You know, if I
 6     have to pay for my, for my renewal, it doesn't matter
 7     to me.
 8          Q    I'm sorry.  What, what did Daphne Donaldson
 9     say to you?
10          A    Well, it addresses -- she addresses the
11     question to all of us when we were having that
12     meeting.  And she said that, that the district
13     doesn't have to do that payment for that renewal.  So
14     it's like it is on our, on our side.  I mean, the
15     teachers, you know, since we are earning already, so
16     we have to pay it for ourselves.  We don't have to
17     ask them, ask the EBR to pay it for us.
18          Q    Okay.  I'm not talking now about the visa
19     renewals.  I'm asking -- did Daphne Donaldson ever
20     say anything to you about the school district's
21     obligation, or lack of obligation, to pay the
22     original processing fees that you incurred, the
23     $5,000?
24          A    She didn't say anything about that.  But,
25     you know, when the teacher raised the question, are
```

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

21

```
 1      you supposed to pay the, the renewal for us, and she

 2      answered that, no, it's, it's actually on your part,

 3      that you're, you're supposed to pay it.

 4           Q    Okay.  So let me just go back to the

 5      original question.

 6                Are you aware that one of the allegations

 7      in the lawsuit that my clients have filed is that the

 8      -- certain of the processing fees were the obligation

 9      of the school district and not of the teachers?

10           A    Yes, sir.  I heard about that.

11           Q    Okay.  Are you, are you aware that the

12      lawsuit has been filed as a so-called class action?

13           A    Yes, sir.

14           Q    Do you know what a class action is?

15           A    Just my understanding, it's like we are, I

16      mean, collectively as a whole, all Filipino teachers

17      are suing EBR for this particular condition, you

18      know, that EBR should, should shoulder the fee

19      instead of the fees coming from the teachers.

20           Q    Okay.  And are you aware that if we are

21      successful in getting this class certified and are

22      successful in our claims, that you might be entitled

23      to some relief as a member of the class?

24                MR. LeBLANC:  Objection to form.  You

25           can answer.
```

Arvin Dones
August 4, 2011

22

```
 1          A    I'm not aware of that.
 2     BY MR. AUERBACH:
 3          Q    Has anybody, has Mr. Hernandez or anyone,
 4     advised you of that possibility?
 5          A    No, sir.
 6          Q    Okay.  If, if the -- if we were successful
 7     in obtaining relief, would you be interested in
 8     participating in that relief?
 9          A    No.
10          Q    Why not?
11          A    Because, actually, we were told that we are
12     supposed to pay it for ourselves, you know.  We don't
13     have to rely on, on the EBR to pay it for us.  And it
14     sticks in my mind that it doesn't really matter on
15     me.  It's like, I would -- it's okay for me if I, I
16     have to pay it out of my own pocket, you know, out of
17     my money.  So it doesn't really matter.
18          Q    Okay.  So even if there was a violation of
19     the law, you wouldn't be interested in any recovery
20     in respect to that violation?
21               MR. HERNANDEZ:  Incomplete
22          hypothetical.  Assumes facts not in evidence.
23          You may answer it.
24          A    Absolutely.
25     BY MR. AUERBACH:
```

Arvin Dones
August 4, 2011

26

```
 1        Q    Was that paid on the same day?
 2        A    I can't remember the date.  If I paid it on
 3    that date or, or probably later on.
 4        Q    Okay.
 5        A    But it's just not too far from that, you
 6    know, from this date.  So probably one or two days
 7    later I paid this, this other amount.
 8        Q    Okay.  So the full $5,000 in processing
 9    fees would have been paid on or around August 7th of
10    2007; is that fair?
11        A    Yes, sir.
12        Q    All right.  How did you get the money to
13    pay the processing fees?
14        A    Oh.  The money came from my parents.  I
15    actually owed them this amount.  So I told them that,
16    that I have this agency and I need to pay this amount
17    so that they can process my visa, everything that I
18    need to get that job.
19        Q    Okay.  Did your parents, in fact, loan you
20    funds?
21        A    Yes, sir.
22        Q    How much?
23        A    $5,000.
24        Q    They loaned the full $5,000?
25        A    Yes, sir.
```

Arvin Dones
August 4, 2011

37

```
 1          Q    And on the next page, do you see at the
 2     very top, it says, "Upon the start of employment,
 3     client will pay agency $300"?
 4          A    Yes, sir.
 5          Q    And then do you see under that, it says,
 6     "For the first 24 months of employment, client will
 7     pay agency 10 percent of client's gross monthly
 8     income, payable monthly, commencing with first pay
 9     period"; correct?
10          A    Yes, sir.
11          Q    Okay.  Is that what you understood your
12     obligations would be?
13          A    Yes, sir.
14          Q    Okay.  Did you pay $300 in placement fees
15     to Universal Placement before you came to the United
16     States or some amount more than that?
17          A    Yes, sir.  I did pay this amount.
18          Q    Well, how much did you actually pay
19     Universal Placement before, before starting your
20     employment?
21          A    I'm sorry.  Can you repeat the question?
22          Q    Yeah, I'm sorry.  I'm sorry if I'm not
23     clear.
24               You paid, you paid a placement fee to
25     Universal Placement; correct?
```

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

38

```
 1          A     Yes, sir.

 2          Q     That happened before you left the

 3     Philippines; is that right?

 4          A     Yes, sir.

 5          Q     Okay.  Do you remember when that happened?

 6          A     As far as I can remember, I paid 10

 7     percent, the first 10 percent for PARS and for UPI at

 8     the same time, same day.

 9          Q     Do you remember --

10          A     If I had the money, which is around 8,000

11     to $9,000, I paid based on my salary scale, I paid

12     the whole amount to them on that same day.

13          Q     Do you remember what that date was?

14          A     I'm sorry, sir, I couldn't remember.

15          Q     Okay.  Was it after the Embassy interview?

16          A     Yes, sir.

17          Q     Was it -- when did you travel to the United

18     States?

19          A     October 11, 2007.

20          Q     Do you recall approximately how much in

21     advance of your travel to the United States you paid

22     the, you paid the placement fee?

23          A     Couldn't remember.

24          Q     But you do remember that you paid the eight

25     or $9,000 before --
```

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

65

```
 1      their apartment, in their, in their job, you know, in
 2      the teaching position, and some sort of, some sort of
 3      other stuff.
 4          Q    At this meeting in 2008 or 2009, did she
 5      say that people who didn't pay their placement fees
 6      were at risk of losing their jobs?
 7          A    No, sir.  She didn't, she didn't mention
 8      about that.
 9          Q    Okay.  Beyond facing possible legal action,
10      did she say what other consequences might be if
11      people didn't pay the placement fees?
12          A    No, sir.
13          Q    No?
14          A    No.  Legal actions as far as breach of
15      contract is concerned.
16          Q    Well, actually, I'm sorry.  I wasn't clear.
17              Did she -- in addition to possibly suing
18      people who didn't pay the placement fees, did she say
19      that there might be other consequences for people who
20      didn't pay the placement fees?
21          A    No, sir.
22          Q    Your wife -- was Ms. Flores at this meeting
23      as well, to your recollection?
24          A    Yes, sir.
25          Q    Were -- do you know Donnabel Escuadra?
```

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

66

```
 1          A     No, sir.
 2          Q     Do you know, do you know the three named
 3     East Baton Rouge plaintiffs in --
 4          A     I know personally Ingrid Cruz.
 5          Q     You do?
 6          A     Yes, sir.
 7          Q     Was she at the meeting?
 8          A     No, she was not at the meeting.  She try
 9     to -- she is nowhere in sight during that time.
10          Q     Okay.  How about Ms. Tañedo, do you know
11     her?
12          A     Yes, sir.  But not personally, you know.  I
13     just, I just saw her in the meeting, but we're not
14     really good friends or we never talk to each other.
15          Q     Okay.  But she was -- do you recall that
16     she was at this meeting regarding the contracts and
17     the placement fees?
18          A     Yes, sir.
19          Q     Okay.  Was she also at the meeting
20     regarding the blog, to your recollection?
21          A     I guess so.  I couldn't, you know, remember
22     those faces.
23          Q     You said that there were other meetings as
24     well that your wife helped Ms. Navarro organize --
25          A     Organize, yes.
```

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

71

```
 1          A     Yes.

 2          Q     Okay.  Now I want to go back to your -- the

 3     placement fee that you paid in the Philippines.  And,

 4     again, that was about eight or $9,000; is that right?

 5          A     Yes, sir, eight to $9,000.

 6          Q     Am I recalling correctly that you paid that

 7     shortly before you came to the United States?

 8          A     Yes, sir.

 9          Q     Okay.  How did you get the money to pay

10     that fee?

11          A     I went to a lending agency in the

12     Philippines.

13          Q     Which one?

14          A     AG.

15          Q     How did you learn about AG?

16          A     The PARS International Agency referred it

17     to me.  Went to their office and, and ask them if I

18     qualify.

19          Q     When did you go to AG?

20          A     As soon as I got my contract that, you

21     know, the -- as soon as I had that offer of

22     employment, I went to AG to borrow the money.

23          Q     So that was, again, in, what, early August,

24     2007, something like that?

25          A     Earlier than August.
```

Arvin Dones
August 4, 2011

72

```
 1          Q    Okay.  And what, what was the amount of
 2    your loan?
 3          A    Eight thousand to 9,000.
 4          Q    Did you, did you borrow the full amount of
 5    the placement fee?
 6          A    I'm sorry, sir?
 7          Q    Did you borrow the full amount of the
 8    placement fee?
 9          A    Yes, I did.
10          Q    Was there an interest rate on the loan?
11          A    Yes, there was an interest.
12          Q    What was the interest rate?
13          A    50 percent.
14          Q    50 percent per year?
15          A    Yes.
16          Q    Okay.  So in addition to the principal of
17    the loan, you had to pay about four to --
18          A    Four to five percent.
19          Q    Four to $5,000 in interest every year?
20          A    Yes, sir.
21          Q    Is that loan still outstanding?
22          A    No more, sir.  I already paid it full.
23          Q    When did you pay it back?
24          A    In my first year, during my first year,
25    which was, which was 2007-2008.
```

Arvin Dones
August 4, 2011

1          Q    All right.  In order to have the funds

2     available to repay the loan, did you need to pursue

3     your job with the East Baton Rouge Public School

4     System?

5          A    Yes, sir.

6               MR. HERNANDEZ:  Vague as to need.

7     BY MR. AUERBACH

8          Q    Go ahead.

9          A    I have to work East Baton Rouge just to pay

10    the money.

11         Q    Okay.  And without taking the job at East

12    Baton Rouge Public School System, would you have been

13    able to repay the loan?

14         A    I wouldn't have the capability of paying

15    the money.

16         Q    Okay.  If you had only had to pay $300

17    before leaving the Philippines for a placement fee,

18    would you have needed to take out a loan to pay that

19    amount?

20               MR. HERNANDEZ:  Calls for speculation

21          and complete hypothetical.  Misstates the

22          document.

23    BY MR. AUERBACH:

24         Q    Go ahead.

25               Did you have $300 available in the

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

78

```
 1      for three years; whereas, your earlier ones were just
 2      for one year?
 3            A    I don't know, sir.
 4            Q    Okay.  I want to go back to your first
 5      meeting with Mr. Villarba.
 6            A    Villarba.
 7            Q    Do you recall the substance of what you
 8      discussed at that first meeting?
 9            A    The first meeting was when I had my first
10      interview.  And, you know, Mr. Villarba, you know,
11      keep on coming in and out of the room, trying to give
12      us some tips on how to answer the questions
13      concerned.  We were, you know, we were lined up for
14      the interview, for that video conferencing.  So
15      she -- he tried to give us some tips on how to answer
16      some difficult questions that were thrown by the, the
17      East Baton Rouge personnel.
18                 So -- and then after that, when I pass my,
19      my first interview, I came back to PARS and they set
20      me up for another interview.  And he just told me
21      about -- again, just gave me some helpful tips.
22            Q    Right.
23            A    How to pass that second interview.
24            Q    So my question is, at your first -- so your
25      first meeting at PARS was on the same day of your
```

Arvin Dones
August 4, 2011

```
 1      initial interview with EBR?
 2           A    Because I tried to phone, phone them, and
 3      then they scheduled me for my interview.
 4           Q    Okay.
 5           A    And then I turn in my credentials.  So
 6      after I turn in my credentials, they schedule me for
 7      my, my first interview.
 8           Q    Okay.  So other than Mr. Villarba giving
 9      you some tips about how to conduct the interview, do
10      you remember anything else he said at this first
11      meeting?
12           A    During the first meeting?  I couldn't
13      remember anything.
14           Q    Okay.  Did you have a subsequent meeting
15      with PARS?
16           A    Yes, sir.  During the contract signing,
17      when the offer of employment, when he showed me the
18      offer of employment and, and, you know, what's,
19      what's written here, we tried to discuss it in a
20      private room, and then he told me about what's going
21      to be like after you get this contract.
22           Q    Okay.  Let me just make sure I'm clear
23      here.
24           A    Yes, sir.
25           Q    Between your initial meeting with PARS,
```

Arvin Dones
August 4, 2011

101

```
 1                    MR. HERNANDEZ:  Vague as to "in part."
 2      BY MR. AUERBACH:
 3            Q    In any regard, is your -- are you motivated
 4      in any way by a concern about losing your job with
 5      EBR?
 6            A    Can you rephrase the question?
 7            Q    Sure.  Absolutely.
 8                 You say you have no desire to participate
 9      in the lawsuit against UPI or EBR; is that right?
10            A    Absolutely.
11            Q    Is that because you have a concern about
12      your continued employment with EBR?
13            A    Yes, sir.  I don't want to participate in
14      them because I don't -- yeah.  I want to continue my
15      work with EBR.
16            Q    So you don't want to lose your job?
17            A    Yes.  That's the bottom line.
18            Q    Okay.  And you have some concern that if
19      you participate in the lawsuit, you may lose your
20      job?
21            A    Yes, sir.
22            Q    Do you recall a -- well, let me ask you
23      first.
24                 Have you prepared any other declarations in
25      connection with the issues in this lawsuit?
```

Arvin Dones
August 4, 2011

133

```
 1          A     Yes.  I could estimate that there were 50

 2     or more of them inside the building, and they are all

 3     wearing white.

 4          Q     And did you give testimony during that

 5     hearing?

 6          A     Yes, I did.

 7          Q     During the testimony, were you interrupted

 8     by that group of teachers?

 9          A     We were distracted because a lot of what we

10     say or what we just told the Court, they tried to

11     boo, boo that, you know, booed us.  And they tried

12     to, you know, how -- it's like they tried to get

13     that -- how would you say that -- they tried to

14     intimidate us one way or another.

15          Q     Was Ms. Tañedo in that crowd?

16          A     I'm -- who?

17          Q     Ms. Mairi Tañedo, do you know her?

18          A     No, I don't know her.

19          Q     Do you know Ingrid Cruz?

20          A     Ingrid Cruz was there.

21          Q     Was she in the front?

22          A     No, not the front.  But actually in the, in

23     the third row of teachers sitting at the front.

24          Q     So do I understand your testimony correctly

25     that as you were trying to give testimony, people
```

Arvin Dones
August 4, 2011

150

```
 1          A    No.
 2          Q    Have you been paid for your testimony
 3     before the Workforce Commission?
 4          A    No.
 5          Q    Do you expect to receive any benefit for
 6     testifying here today from either of my clients, UPI
 7     or Ms. Navarro?
 8          A    No.
 9          Q    Why did you provide your testimony that you
10     did in support of the declaration -- in the form of
11     the declaration?
12          A    I just wanted to tell the truth; that it
13     come out in the open and then tell that UPI didn't do
14     anything to me except give me great privileges, which
15     is achieving my goal to come here in East Baton
16     Rouge.  And UPI also placed me in East Baton Rouge
17     Parish.
18          Q    And as you sit here today, it's your best
19     testimony that you believe there are other teachers
20     employed by East Baton Rouge School District who
21     agree with you on everything that you just said?
22          A    Yes, some of them.
23          Q    Do you have any idea about the number of
24     them?
25          A    No.
```

Arvin Dones
August 4, 2011

151

```
1                    MR. HERNANDEZ:  I don't have any
2           further questions.
3                         FURTHER EXAMINATION
4      BY MR. AUERBACH:
5           Q    Mr. Dones, just a few follow-up questions.
6                You said that some of the other teachers,
7      you think, agree with your views.  Do you have an
8      estimate of how many?  Is it --
9           A    I couldn't, sir.
10          Q    -- less than -- more than 10?
11          A    Most probably more than 10.
12          Q    More than 20?
13          A    I couldn't say.  I couldn't tell, sir.
14          Q    Okay.  But you would say the majority are,
15     are not in agreement with your views?
16          A    I'm sorry?
17          Q    Would you say that the majority of the
18     teachers are not in agreement with your views?
19          A    Could you repeat the question?
20          Q    Sure.  Sure.  I'm just going back to your
21     testimony in response to Mr. Hernandez's questions.
22     And you said that you believe some of the other
23     teachers are, are supportive of your views.
24                Is that, is that, is that an accurate
25     statement of your testimony?  Some of the teachers
```

Baton Rouge Court Reporters, LLC
225-292-8686

Arvin Dones
August 4, 2011

152

1      share your views?

2          A     Yes.

3          Q     And my question to you is, would you, would

4      you say a majority do not share your views?

5          A     No.

6          Q     Okay.  I want to go back to the Workforce

7      Commission hearing.

8                Did you actually hear Ms. Ingrid Cruz say

9      anything during your testimony at the Louisiana

10     Workforce Commission?

11         A     No.

12         Q     Okay.  Did you hear Ms. Tañedo say anything

13     during your testimony?

14         A     During that time, I really don't know her.

15         Q     Okay.  And you didn't know Ms. Escuadra at

16     the time either; is that right?

17         A     Yes.  I didn't know.

18         Q     So, so you -- do you recall Ms. Escuadra

19     saying anything during your testimony at the

20     Louisiana Workforce Commission?

21         A     I'm sorry, but I don't know that person.

22         Q     Okay.  You said that, what, more than 50

23     teachers, did you say, showed up?

24         A     Attended, yes, sir.

25         Q     There were more than 50 dressed in white;

Arvin Dones
August 4, 2011

153

```
 1      was that your testimony?

 2           A    Yes, sir.

 3           Q    Were there others outside the room?

 4           A    Yes, sir.

 5           Q    About how many?

 6           A    I guess just 10, 10 people.

 7           Q    Just 10.

 8                Okay.  And when you say that more than 50

 9      were in the room, could you give a more of a --

10           A    It's about 40 or 50, just a rough estimate

11      what I saw in that room.

12           Q    Okay.  There were 40 or 50 who were dressed

13      in white?

14           A    Dressed in white.

15           Q    And do you understand them to be supportive

16      of the claims against Ms. Navarro and Universal

17      Placement?

18           A    Yes, sir.

19           Q    Did you understand the 10 outside the room

20      to also be supportive of the claims against Universal

21      and Ms. Navarro?

22           A    I guess, yes, sir.

23           Q    Okay.  And are you aware of other teachers

24      who actually did not attend the hearing who,

25      likewise, are supportive of the claims against
```