Rafaela Flores
August 4, 2011

1

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4    MAIRI NUNAG-TAÑEDO,
      INGRID CRUZ, DONNABEL
 5    ESCUADRA, ROLANDO
      PASCUAL, AND TOMASA MARI,
 6    ON BEHALF OF THEMSELVES
      AND OTHER SIMILARLY
 7    SITUATED INDIVIDUALS
                                        CIVIL ACTION NO.
 8                                      10-01172-JAK-MLG
      VERSUS
 9
      EAST BATON ROUGE PARISH
10    SCHOOL BOARD, ET AL.
11
12    * * * * * * * * * * * * * * * * * * * * * * * * *
13             TRANSCRIPT OF THE DEPOSITION OF
14                      RAFAELA FLORES
15    TAKEN ON BEHALF OF PLAINTIFFS, REPORTED IN THE ABOVE
16    ENTITLED AND NUMBERED CAUSE BY DONNA T. CHANDLER,
17    CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.
18    * * * * * * * * * * * * * * * * * * * * * * * * *
19             REPORTED AT THE OFFICES OF:
20                PHELPS DUNBAR LLP
21                II CITY PLAZA
22                400 CONVENTION STREET, SUITE 1100
23                BATON ROUGE, LOUISIANA  70821-4412
24
25         COMMENCING AT 8:35 A.M., ON AUGUST 4, 2011
```

Rafaela Flores
August 4, 2011

6

```
 1         Q    How long have you been employed by the
 2    school system?
 3         A    This will be my fifth year.
 4         Q    Your first year was the 2007-2008 school
 5    year?
 6         A    Yes, sir.
 7         Q    Have you had your deposition taken before?
 8         A    No.
 9         Q    Ms. Flores, my name is Dennis Auerbach, and
10    I represent the plaintiffs in a case that has been
11    brought on behalf of themselves and a class that we
12    are seeking to certify of teachers that were
13    recruited to teach in Louisiana public schools from
14    the Philippines.  It has been -- the action has been
15    brought against Universal Placement International,
16    Inc., Ms. Lourdes Navarro, East Baton Rouge Parish
17    School System, Ms. Doris Swinford, and PARS
18    International, Inc., and Emilio Villarba.
19              Have you read any documents in connection
20    with this lawsuit?
21         A    I did not have particular -- I don't know
22    about what the complaint is, but I made my
23    declaration.
24         Q    Okay.  Have you -- so am I correct you have
25    not read the complaint in the lawsuit?
```

Rafaela Flores
August 4, 2011

7

```
 1        A    Yeah.
 2        Q    Has anyone told you anything about the
 3   lawsuit?
 4        A    I read it.  I read the title of the
 5   lawsuit, but I did not have -- I did not care about
 6   it.
 7        Q    Okay.  My question, though, has anybody
 8   spoken to you about the lawsuit?
 9        A    Yeah.  Ms. Lu and the lawyers, of course.
10        Q    Ms. LuLu?
11        A    Uh-huh.
12        Q    Do you mean Ms. Navarro?
13        A    Yes.
14        Q    When did you have a conversation with Ms.
15   Navarro about the lawsuit?
16        A    That was -- I don't remember the date, but
17   I think two months ago.
18        Q    Two months ago?
19        A    Uh-huh.
20        Q    So around June of 2011?
21        A    Most probably.
22        Q    Was that a telephone discussion or was it a
23   meeting?
24        A    Telephone.
25        Q    Okay.  Who called you?
```

```
 1         Q    Who was, who was paying your -- let me ask
 2    a preliminary question.
 3              Are you paying any legal fees to
 4    Mr. Hernandez's firm?
 5         A    No.
 6         Q    Do you know who is paying the fees in
 7    connection with your, with your -- the declaration?
 8         A    No, sir.
 9         Q    Do you know who is paying your legal fees
10    in connection with representing you here today?
11         A    I don't know.
12         Q    Are you aware that Mr. Hernandez is the
13    attorney for Universal Placement and Ms. Navarro?
14         A    Yes.
15         Q    Have you prepared any other declarations in
16    connection with the issues in this lawsuit?
17         A    No.
18         Q    Do you know what a class action is?
19         A    Not familiar with that.
20         Q    Are you aware that if this, if this matter
21    is certified as a class action, you would be a member
22    of the, of the class that would be seeking relief
23    from Ms. Navarro and Universal Placement?
24         A    Uh-huh.  Yes.
25         Q    You are aware of that?
```

Rafaela Flores
August 4, 2011

15

```
 1        A    No.  That's what I learn from you.
 2        Q    Okay.  I, I'm not trying to educate you.
 3   I'm just asking you if you have an awareness of that.
 4        A    No.
 5        Q    I'm not asking you to believe anything I
 6   tell you.  I'm just asking you a question.
 7             Do you have any awareness of that?
 8        A    No.
 9        Q    Okay.  Are you aware that if, if a class
10   were to be certified and, and we were successful in
11   our claims, that you might be entitled to some
12   relief?
13        A    No.
14        Q    Did, did Mr. Hernandez ever tell you that?
15        A    No.
16        Q    Okay.  Do you know of anyone named Ella who
17   works for Universal Placement?
18        A    Yes.
19        Q    Who?
20        A    She was one of the secretaries, I think.
21        Q    Do you know this individual's last name?
22        A    No, sir.
23        Q    Okay.  How do you know that an individual
24   named Ella worked for Universal Placement?
25        A    Because they are the one that is accepting
```

Rafaela Flores
August 4, 2011

41

```
 1    to the United States to teach in East Baton Rouge.
 2              When was your first contact with PARS
 3    International?
 4        A    It was June -- if I'm not mistaken, it was
 5    June 31st, 2007.
 6        Q    June 30?
 7        A    30?  30, yeah, I think so.
 8        Q    June 30, 2007?
 9        A    Yes.
10        Q    What was the nature of that contact?
11        A    My friend invited me, accompanied me, to go
12    to the agency because she was leaving.  And she said,
13    I don't want to leave you here, I know your dream is
14    to go to America also.  So I wanted to go to this
15    agency because this agency is, is the one that will
16    send you to USA.
17        Q    Did you then call PARS or somehow have
18    contact with them?
19        A    No.
20        Q    When did you actually contact PARS?
21        A    The first time that I went there is with my
22    friend.
23        Q    When was that?
24        A    August -- June 30th.
25        Q    So you went, you actually went to PARS'
```

Rafaela Flores
August 4, 2011

42

```
 1      office on June 30th, 2007?
 2          A    Yes.
 3          Q    Did you meet with someone?
 4          A    Yes, sir.
 5          Q    Who was that?
 6          A    Mr. Mel Villarba.
 7          Q    Okay.  Did you pay Mr. Villarba or PARS
 8      anything at that time?
 9          A    No, sir.
10          Q    And what do you remember about that
11      meeting?
12          A    I just asked about the process, about -- my
13      friend told me already about the process, but I just
14      had to confirm it from them.  So they told about the
15      process.  He told me about how it will go, and if I
16      would pass.  They told me about all those stuff.
17          Q    How long did this meeting last?
18          A    Like, 20 minutes.
19          Q    20 minutes.
20               Were you given any documents?
21          A    No, not yet.
22          Q    Okay.  Did you subsequently have an
23      interview with East Baton Rouge school system?
24          A    Yes.
25          Q    When was that?
```

Rafaela Flores
August 4, 2011

52

```
 1     time; is that right?
 2          A    Yes, sir.
 3          Q    Was that about $8,000?
 4          A    Yes, sir.
 5          Q    Did you pay that amount in the Philippines?
 6          A    Yes, sir.
 7          Q    When did you make that payment?
 8          A    Maybe the day before I fly.
 9          Q    So about August 30, 2007?
10          A    30, yes, sir.
11          Q    So you made the payment about August 30 of
12     2007?
13          A    Yes, sir.
14          Q    Where did you get the money to make that
15     payment?
16          A    I went to a lending agency.
17          Q    Which lending agency?
18          A    AG, AG Finance.
19          Q    When did you go to AG Finance?
20          A    That is like maybe three weeks before I pay
21     that.
22          Q    So you went to AG Finance maybe around
23     August 10th?
24          A    Most probably.
25          Q    Did you borrow $8,000?
```

Rafaela Flores
August 4, 2011

57

```
 1        A     Yes.  We have the chance to refuse that.
 2        Q     I'm sorry, maybe my question wasn't clear.
 3              In order to pay off the debt that you had
 4    incurred, did you need to earn the salary at the East
 5    Baton Rouge Parish School System in order to have the
 6    funds available to repay that debt?
 7        A     Yes, of course.
 8        Q     Okay.  Now, again, I just want to focus
 9    again on the chronology here.
10              There came a time when you signed a
11    contract with Universal Placement; is that right?
12        A     Yes, sir.
13        Q     Did you also sign a contract with PARS
14    International?
15        A     Yes, sir.
16        Q     Did you sign those contracts on the same
17    day?
18        A     Yes, I think so.
19        Q     That was after the Embassy interview?
20        A     No.  Before the Embassy interview.
21        Q     Do you remember when those contracts were
22    signed?
23        A     July 17th.
24        Q     Did you read the contract when you signed
25    it?
```

Rafaela Flores
August 4, 2011

113

```
 1    paid to UPI?
 2         A    No, sir.
 3              MR. HERNANDEZ:  I don't have any other
 4         questions.
 5                  FURTHER EXAMINATION
 6    BY MR. AUERBACH:
 7         Q    Just a couple of points, Ms. Flores.
 8              I want to talk to you about the Louisiana
 9    Workforce Commission hearing that you referred to in
10    response to Mr. Hernandez's questions.
11              Do you specifically recall hearing that,
12    that the named plaintiffs, Ms. Escuadra, Ms. Tañedo
13    and Ms. Cruz, made comments during your testimony?
14         A    All of them.
15         Q    I want to know, those three, did you
16    actually hear them making comments?
17         A    I did not exactly see their mouth because I
18    was, like, concentrating because I was seated like
19    this.  And, and the lawyer was there, and they were
20    on the side.
21         Q    So you don't know whether they said
22    anything or not?
23         A    I know what they said.  But I did not hear
24    it coming from their mouth.
25         Q    Okay.  So you heard comments being made but
```

Rafaela Flores
August 4, 2011

114

```
 1     you don't know the --
 2          A     Yeah, from everybody.
 3          Q     But you don't know whether those three
 4     individuals made comments?
 5          A     Most probably they are because they are in
 6     front.
 7          Q     Well, you're speculating.
 8                You didn't actually see them making
 9     comments, right?
10          A     Yeah.
11          Q     Correct?
12                Okay.  In response to Mr. Hernandez's
13     questions, I think you, you agreed that you haven't
14     been intimidated by -- there have been no acts of
15     intimidation by Ms. Tañedo, Ms. Cruz or Ms. Escuadra
16     to you; correct?
17          A     Yes.
18          Q     Okay.  And you referred to their friends.
19     Do you have any reason to believe that, that Ms.
20     Tañedo, Ms. Cruz and Ms. Escuadra ever directed
21     friends of theirs to intimidate you?
22          A     It is kind of situation I have, I have to
23     take those necessary precautions.  I have to take it
24     seriously also.
25          Q     I understand you have to take precautions.
```