Anette Gamit
August 5, 2011

1

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4   MAIRI NUNAG-TAÑEDO,
     INGRID CRUZ, DONNABEL
 5   ESCUADRA, ROLANDO
     PASCUAL, AND TOMASA MARI,
 6   ON BEHALF OF THEMSELVES
     AND OTHER SIMILARLY
 7   SITUATED INDIVIDUALS
                                         CIVIL ACTION NO.
 8                                       10-01172-JAK-MLG
     VERSUS
 9
     EAST BATON ROUGE PARISH
10   SCHOOL BOARD, ET AL.
11
12   * * * * * * * * * * * * * * * * * * * * * * * * *
13            TRANSCRIPT OF THE DEPOSITION OF
14                     ANETTE GAMIT
15   TAKEN ON BEHALF OF PLAINTIFFS, REPORTED IN THE ABOVE
16   ENTITLED AND NUMBERED CAUSE BY DONNA T. CHANDLER,
17   CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.
18   * * * * * * * * * * * * * * * * * * * * * * * * *
19           REPORTED AT THE OFFICES OF:
20               PHELPS DUNBAR LLP
21               II CITY PLAZA
22               400 CONVENTION STREET, SUITE 1100
23               BATON ROUGE, LOUISIANA  70821-4412
24
25       COMMENCING AT 1:04 P.M., ON AUGUST 5, 2011
```

9

```
 1      the Filipino teachers here in Louisiana, about
 2      they're suing her about human trafficking and
 3      claiming about 10 percent.  That's it.
 4           Q    Did she say anything about East Baton Rouge
 5      School District?
 6           A    No.
 7           Q    What do you -- what is your understanding
 8      of what human trafficking is?
 9           A    Human trafficking is just like a matter of
10      you are being hired, but then what you have done
11      here, what is in the contract that you signed is not
12      really what is happening.
13           Q    Did Ms. Navarro say anything else during
14      your phone conversation?
15           A    No more, ma'am.  She just asked me if I can
16      testify what really happened when I started having
17      that -- applying to her in her agency after the time
18      I came here.
19           Q    And why did you decide to testify today?
20           A    Because I wanted to tell what really
21      happened to me, what is really the truth of my
22      application from the Philippines up to this moment
23      that I am in this teaching job.
24           Q    Did you do anything to get ready for this
25      deposition?
```

Anette Gamit
August 5, 2011

16

```
 1      Q    Does he live in the United States?
 2      A    He's with me right now, ma'am.
 3      Q    How many people live in your apartment?
 4      A    We're five, including my husband.
 5      Q    And who are the other three individuals in
 6   your apartment?
 7      A    Ms. Luzviminda Bayarong.
 8      Q    Uh-huh.
 9      A    Ms. Edna Siaotong.
10      Q    Can you please spell her last name?
11      A    Siaotong, ma'am?  S-I-A-O-T-O-N-G.
12      Q    Uh-huh.
13      A    Mr. Roland Quiambao and my husband.
14      Q    Have you read the complaint in this matter?
15      A    What do you mean?
16      Q    Do you know what a complaint is?
17      A    I only know about that they are having this
18   case for human trafficking.  That's the only thing I
19   know.
20      Q    Have you ever seen any documents related to
21   this case?
22      A    No.
23      Q    And what is your understanding what the
24   plaintiffs are claiming in this lawsuit?
25      A    That they are claiming that they will not
```

Anette Gamit
August 5, 2011

17

```
 1      pay for the 10 percent and for that human trafficking
 2      only.  That's the thing that I only know.
 3           Q    Do you understand what it means to violate
 4      the Trafficking Victims Protection Act?
 5           A    No.
 6                MR. SULLIVAN:  Legal conclusion.
 7      BY MS. PLOTKIN:
 8           Q    Can you please answer?
 9           A    No, I don't know.
10           Q    Are you familiar with any other lawsuits
11      that have made similar claims to the one in this
12      lawsuit?
13           A    I just only heard about the Workforce that
14      they have last year.  That's it.
15           Q    Do you know what the result of the
16      Louisiana Workforce Commission hearing was?
17           A    No, ma'am, because I did not involve myself
18      in that.
19           Q    If the plaintiffs prevail in this lawsuit,
20      what is your understanding of the consequences for
21      the defendants?
22           A    What do you mean?
23           Q    Do you know --
24           A    Pardon, ma'am?
25           Q    What do you think would happen to Ms. LuLu
```

Anette Gamit
August 5, 2011

18

```
 1     Navarro if she loses this case?
 2               MR. SULLIVAN:  Improper hypothetical,
 3          assumes facts not in evidence.  There's no
 4          class that's been certified yet.
 5        A    I don't really know about that.  I just
 6     heard about the news, that there is a workforce.
 7     That's it.
 8     BY MS. PLOTKIN:
 9        Q    Would you like to participate in this
10     lawsuit?
11        A    No, ma'am.
12        Q    Why not?
13        A    Because I came here just for my own, and
14     I'm really interested to work in the United States.
15     That's it.
16        Q    Do you fear that you would lose your job in
17     the United States if you participate in this lawsuit?
18        A    No.  Because I, I really don't involve
19     myself in any workforce like that.
20        Q    If you did decide to participate in the
21     lawsuit, do you fear that anything bad would happen
22     to you?
23        A    What do you mean?  If I would put myself
24     into the class?
25        Q    Yes.
```

Baton Rouge Court Reporters, LLC
225-292-8686

Anette Gamit
August 5, 2011

19

```
 1          A    A little bit -- I have a little bit fear.
 2          Q    What are you afraid of?
 3          A    That I will be some kind of -- be a little
 4     bit affected with my job because it will be involving
 5     the media and everything.  That's only thing.  That's
 6     why I don't want to be involved in any case.
 7          Q    So you are afraid that if you were a part
 8     of the lawsuit, the school district --
 9          A    No.
10          Q    -- might view you in a bad way?
11          A    I did not, I did not have that, that
12     intention because I know I can do my part.
13          Q    I'm going to ask the question a little bit
14     differently.
15          A    Okay.
16          Q    If you decided to be a part of this class,
17     you said that --
18          A    I have a little bit --
19          Q    I'll just finish the question, then you can
20     respond.
21          A    Okay.
22          Q    If you decided to be a part of this class--
23          A    Okay.
24          Q    -- you said that you fear your job might
25     not look favorably on that; is that correct?
```

Anette Gamit
August 5, 2011

20

```
1         A    Yes.
2         Q    Do other teachers share your fear that EBR
3    might look unfavorably towards them if they
4    participated in this class action?
5              MR. SULLIVAN:  Objection.  Calls for
6         speculation.
7         A    I don't know.
8    BY MS. PLOTKIN:
9         Q    I'll strike, I'll strike that.
10             Have any other teachers told you that they
11   fear participating in this class?
12        A    No, ma'am.
13        Q    Have any other teachers told you that they
14   don't want to be a part of this class action?
15        A    No.  I did not hear anything.
16        Q    So you only know that you don't want to
17   participate in this class, but you can't speak to
18   whether other teachers don't want to participate in
19   this class; is that correct?
20        A    Kindly.
21        Q    I'm sorry.  That was a long question.
22        A    Simplify.
23        Q    All right.  I will say it more simply.
24             You can only testify that you don't want to
25   participate in this class; correct?
```

Anette Gamit
August 5, 2011

21

```
 1        A    Yes, ma'am.
 2        Q    You have no knowledge of whether other
 3   Filipino teachers do not want to participate in this
 4   class; correct?
 5        A    Yes.
 6        Q    Are you familiar with Ingrid Cruz?
 7        A    I heard about her name.
 8        Q    Have you ever met her?
 9        A    No.
10        Q    Do you have -- strike that.
11             Are you familiar with Mairi Tañedo?
12        A    No.
13        Q    Are you familiar with Rolando Pascual?
14        A    No, ma'am.
15        Q    Are you familiar with Donnabel Escuadra?
16        A    No, ma'am.
17        Q    Are you familiar with Tomasa Mari?
18        A    No, ma'am.
19        Q    Do you think that the named plaintiffs in
20   this lawsuit are liars?
21        A    I cannot say that.
22        Q    Do you think they are lying when they say
23   that certain fees were not disclosed to them at the
24   beginning of the recruitment process with PARS?
25        A    I don't know that.
```

Anette Gamit
August 5, 2011

23

```
 1        Q    Did you ask Ms. Ella any questions?
 2        A    I just asked what are the requirements that
 3   I need to bring in the interview, ma'am.
 4        Q    And what did she say?
 5        A    My resumé, I need to have my resumé, my
 6   2,000 pesos fee.  And you should have -- put yourself
 7   ready.  That's it.
 8        Q    Did you attend any interview scheduled by
 9   PARS?
10        A    Yes, ma'am.
11        Q    On what date?
12        A    That was March 25, 2008, ma'am, at Manila
13   Hotel.
14        Q    Other than your conversation with Ms. Ella,
15   did you speak to anyone else at PARS before that
16   interview?
17        A    No more, ma'am.
18        Q    Where was your interview, ma'am?
19        A    At Manila Hotel, ma'am.
20        Q    Are you familiar with a woman named
21   Luzviminda Bayarong?
22        A    Yes.  She's my housemate right now.
23        Q    Was she -- do you recall whether she was
24   also present at the Manila Hotel on March 25th, 2008?
25        A    No, ma'am, because I known only her when we
```

Anette Gamit
August 5, 2011

25

```
 1        A    No.  Because I don't know yet what will
 2   happen, what will be the result of that interview
 3   after that.
 4        Q    Do you remember if any representatives from
 5   PARS were present at the Manila Hotel on that day?
 6        A    Only -- I seen only Ms. Ella that day, Ms.
 7   LuLu, and those representatives from EBR, ma'am.
 8        Q    So was Emelio Villarba present?
 9        A    I have not seen him.
10        Q    Did PARS make any announcements on March
11   25, 2008?
12        A    It was announced through the website which
13   I said while ago, ww.workabroad.com.
14        Q    Now, I'm going to rephrase my question.
15        A    Okay.
16        Q    On March 25th, 2008 --
17        A    Yes, ma'am.
18        Q    -- did Ms. LuLu or Ms. Ella --
19        A    Yes.
20        Q    -- make any announcements at the hotel?
21        A    Yes.  Ms. LuLu have first, before we went
22   to the interview proper, Ms. LuLu gave a briefing to
23   us, what will going to happen to the interview
24   portion.
25        Q    What did she say?
```

Anette Gamit
August 5, 2011

26

```
 1          A    She explained to us what will be -- what
 2    will happen if we will be selected, that we will pay
 3    certain fees, that includes the 10 percent.
 4               (Exhibit No. 24 was marked.)
 5    BY MS. PLOTKIN:
 6          Q    Do you recognize this document?
 7          A    Yes, ma'am.
 8          Q    What is that?
 9          A    This is my declaration on what's happened
10    to date.
11          Q    Please turn to the last page of this
12    document.  Is that your -- is your signature on this
13    page?
14          A    Yes, ma'am.
15          Q    And what day did you sign this document?
16          A    The 22nd of July, 2011.
17          Q    When you wrote this declaration -- well,
18    actually, strike that.
19               Who wrote this declaration?
20          A    I was interviewed by the office of
21    Mr. Hernandez.  That was Ms. Christiana Paquette.
22    And then she e-mailed me this declaration for
23    correction, all the statements that I told to him is
24    right or wrong.
25          Q    So did you review this declaration before
```

Anette Gamit
August 5, 2011

37

```
 1         Q    And how much was your salary in the
 2    Philippines at this point in time?
 3         A    36,000 pesos, ma'am.  Equivalent to
 4    almost -- I can't recall how much dollar at the time.
 5    It's $36,000 a month -- 36,000 pesos, sorry.
 6         Q    So after the Wes Evaluation fee, when was
 7    the next time you paid a fee to PARS?
 8         A    For application of my visa for USCIS
 9    approval.
10         Q    And how much was that for?
11         A    For the 320 for visa, and then attorney's
12    fee for 2,000, and then $500 for the Anti-Fraud.
13         Q    When did you ultimately pay your placement
14    fee?
15         A    When Ms. Lorna told me that the -- I will
16    fly already to U.S.  That's the only time that I paid
17    for my placement fee.
18         Q    How much was your placement fee?
19         A    I paid 4,400 for PARS, and then I paid
20    equivalent also for 4,400 for Universal, a total of
21    8,800, ma'am, dollars.
22         Q    Do you recall the date you paid that
23    placement fee?
24         A    Exactly, ma'am.  That was May 22, 2009.
25         Q    How did you get the money to pay your
```

```
 1     placement fee?
 2         A    For the placement fee, I sold my car and I,
 3     I borrowed money from my uncle.
 4         Q    So you didn't take out any private loans?
 5         A    No, ma'am.
 6         Q    When did you sign your contract with PARS?
 7         A    I signed a contract May 11, 2009, ma'am.
 8         Q    Did PARS or Universal hold any meetings to
 9     discuss fees?
10         A    Yes.  Actually, I was in the job at that
11     time.  And Ms. Lorna called me May 20, 2009, that I
12     need to fly already by March 25 to the U.S., that's
13     why I need to go to their office and discuss
14     everything to me.
15         Q    So May 20th, 2009, Ms. Lorna said that you
16     were going to be flying to the U.S. in March?
17         A    May 25th.
18         Q    Were there any other communications from
19     PARS or Universal regarding fees?
20         A    The 10 percent, ma'am, when I arrive here.
21     That's the only thing that I have communication with
22     Universal, when I will start to pay the 10 percent.
23         Q    But while you were in the Philippines, were
24     there any other meetings regarding fees other than
25     what you have already discussed?
```

Anette Gamit
August 5, 2011

50

```
 1     would be?
 2          A    Yes, ma'am.
 3                 MR. SULLIVAN:  Objection.  Calls for a
 4          legal conclusion.  My client is not a lawyer.
 5                 I'm sorry, not my client.  The witness
 6          is not a lawyer.
 7     BY MS. PLOTKIN:
 8          Q    Did you believe, did you believe that you
 9     had any -- that you would have to pay any additional
10     fees to UPI other than what you read in this
11     contract?
12          A    No more, because what I know is I will pay,
13     I am obliged to pay, the 10 percent of my monthly
14     salary during my second year of teaching.
15          Q    Did you pay UPI --
16          A    That was 10 percent.
17          Q    Did you pay UPI 10 percent of your salary
18     during your first year of teaching?
19          A    Yes.  No.  I did not pay for the 10
20     percent.  I paid for my placement fee for my first
21     year of teaching before I came here.
22          Q    What first year of teaching are you
23     referring to?
24          A    I did not pay any amount for my first year
25     of teaching.  I am only obliged to pay the 10 percent
```

Anette Gamit
August 5, 2011

55

```
 1      the passport mailed directly to you?
 2           A    No.  They just tell it to me that it will
 3      be addressed to them.
 4           Q    Did you pay for your visa processing fees?
 5           A    Yes, ma'am.
 6           Q    When did you pay for those visa processing
 7      fees?
 8           A    To the USCIS?
 9           Q    Yes.
10           A    I paid -- I can't recall exactly that when
11      I paid that one, but I know I paid for that visa
12      processing.
13           Q    Did anyone tell you that paying the visa
14      processing fees was your obligation?
15           A    Pardon, ma'am?
16           Q    Did anyone tell you that you had to pay the
17      visa processing fees?
18           A    Yes.  PARS.
19           Q    Who?
20           A    PARS.
21           Q    Are you aware that one claim in this
22      lawsuit is that such fees should have been paid by
23      your school district employer --
24           A    I am not aware.
25           Q    -- and not by you?
```