Milnor Rodriguez
August 5, 2011

1

1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3

4     MAIRI NUNAG-TAÑEDO,
      INGRID CRUZ, DONNABEL
5     ESCUADRA, ROLANDO
      PASCUAL, AND TOMASA MARI,
6     ON BEHALF OF THEMSELVES
      AND OTHER SIMILARLY
7     SITUATED INDIVIDUALS
                                CIVIL ACTION NO.
8                               10-01172-JAK-MLG

      VERSUS
9
      EAST BATON ROUGE PARISH
10    SCHOOL BOARD, ET AL.

11

12    * * * * * * * * * * * * * * * * * * * * * * *

13            TRANSCRIPT OF THE DEPOSITION OF

14                  MILNOR RODRIGUEZ

15    TAKEN ON BEHALF OF PLAINTIFFS, REPORTED IN THE ABOVE

16    ENTITLED AND NUMBERED CAUSE BY DONNA T. CHANDLER,

17    CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

18    * * * * * * * * * * * * * * * * * * * * * * *

19            REPORTED AT THE OFFICES OF:

20               PHELPS DUNBAR LLP

21               II CITY PLAZA

22               400 CONVENTION STREET, SUITE 1100

23               BATON ROUGE, LOUISIANA  70821-4412

24

25         COMMENCING AT 8:42 A.M., ON AUGUST 5, 2011

Milnor Rodriguez
August 5, 2011

8

```
 1     lawyer here today?
 2          A     Yes, I am.
 3          Q     Who is that?
 4          A     It is Attorney Agnès.
 5          Q     When did you hire Ms. Agnès as your
 6     attorney?
 7          A     No.  It's not me who hired her, but I
 8     had -- her first interview, last July 19th.
 9          Q     Who did hire her?
10          A     It's the defendants who hired her.
11          Q     Would that be Universal and Ms. Navarro?
12     Which defendants hired Ms. Agnès, to your knowledge?
13          A     It's the Universal Placement.
14          Q     Okay.  And how did Ms. Agnès come to be
15     your lawyer?
16          A     Because she called me one time that she --
17     she, she called me one day, and that was July 19th,
18     that she's trying to get my declaration about this
19     class suit that the plaintiffs is trying to file
20     against the UPI and against Ms. Navarro.  And she
21     told me that she will get a stand on my side, and so
22     she will be my lawyer representing me.
23          Q     She told you that she would be your lawyer?
24          A     Yes, sir.
25          Q     Okay.  Did she give you a copy of the class
```

Milnor Rodriguez
August 5, 2011

9

1       action suit to review?

2            A     No.

3            Q     Okay.  Did she tell you --

4            A     Because she just interviewed me over the

5       phone.

6            Q     Okay.  So she didn't give you a copy of the

7       complaint?

8            A     No, sir.

9            Q     All right.  Did she tell you what the

10      claims were in the complaint?

11           A     Generic, just a bird's-eye view of what the

12      class suit is all about.  But I didn't have the

13      chance to go -- to read all those claims.  It's just

14      the, the bird's-eye view, the general perspective of

15      what the class suit is all about.

16           Q     Okay.  What did she tell you that the class

17      suit was about?

18           A     That group of teachers are accusing

19      Universal Placement, Ms. LuLu Navarro and the rest of

20      those persons, they are claiming that they went here

21      in America, that they were human trafficked, and then

22      they are claiming that all those contracts are void

23      because they were being forced, and then that they

24      were treated as slaves in here.  It's all about that.

25           Q     She said that the lawsuit was about the

Milnor Rodriguez
August 5, 2011

16

```
 1      opportunity, if the class is certified, to, to make a
 2      decision that you don't want to be part of the class?
 3           A    Can you rephrase the question?
 4           Q    Sure.  Absolutely.  And, please, whenever
 5      my question is unclear, just tell me that.  Let me
 6      try a different question.
 7                Do you understand that if the class is
 8      certified and that we -- and if we are successful in
 9      our claims, that you could be entitled to recover
10      some, some monies?
11           A    Yes, sir.  But I'm not interested about
12      that.
13           Q    Okay.  We talked about Ms. Flores.
14                Have you had any discussions about this
15      lawsuit with any other Filipino teachers?
16           A    No.  No, sir.
17           Q    Were you employed as a teacher in the
18      Philippines?
19           A    Say it again, sir.
20           Q    Were you employed as a teacher in the
21      Philippines?
22           A    Yes, sir.
23           Q    I'm going to ask you a number of questions
24      just so I understand the chronology of how you came
25      to travel to the United States.  But before I do
```

Baton Rouge Court Reporters, LLC
225-292-8686

Milnor Rodriguez
August 5, 2011

```
 1          Q     You talked to Ms. Ella?

 2          A     Yeah.  For registration purposes because

 3     she was the one assigned at the table for

 4     registration for those teachers who are to be

 5     interviewed.

 6          Q     Okay.  So --

 7          A     And that was the first -- yeah, I met Ms.

 8     LuLu also on that date at Manila Hotel.

 9          Q     Ms. LuLu Navarro?

10          A     Yes, sir.

11          Q     Did you have a conversation with her?

12          A     Over --

13                MS. MARKARIAN:  Wait.  Sorry.

14          Objection; vague.

15     BY MR. AUERBACH:

16          Q     Did you have a conversation with Ms.

17     Navarro on March 25th?

18          A     All of us teachers, we had a conversation,

19     because she was in the phone telling us everything.

20     And, and they mentioned -- she mentioned about the

21     fees.

22          Q     Okay.

23          A     That they will be collecting fees already

24     if we, if, if we will get hired.

25          Q     All right.  Well, let me ask you about
```

Milnor Rodriguez
August 5, 2011

```
 1      that.
 2             So on March 25th, there was a phone call
 3      with Ms. Navarro that included a number of teachers;
 4      is that right?
 5             A     Say it again, sir.
 6             Q     There were -- was it just you at the Manila
 7      Hotel on that day, or were there other teachers as
 8      well?
 9             A     With a hundred of teachers.
10             Q     And were all those hundred of teachers on a
11      phone call with Ms. Navarro on March 25th?
12             A     Phone call?
13             Q     I thought you said -- I thought you
14      mentioned a phone call.
15             A     She -- no.  She is in a microphone.
16             Q     Microphone.
17             A     Let me, let me define it.  I'm very sorry
18      also.  She is in a microphone --
19             Q     Okay.  Okay.  I understand.
20             A     -- standing in front of us while we are
21      waiting for our schedule to be interviewed.  She is
22      in a microphone telling us everything.
23             Q     Okay.  So she's in a microphone in a room
24      with, with, what, about a hundred teachers?
25             A     Hundreds of teachers.
```

Milnor Rodriguez
August 5, 2011

32

1           Q     Hundreds, hundreds of teachers.  Okay.

2                 Tell me what you recall Ms. Navarro saying

3      at that meeting.

4           A     That if ever -- I'm not really so certain

5      about the exact line, but she was talking about the

6      fees that will be collected from us, if ever that we

7      would get hired.

8           Q     All right.  Did you -- did there come a

9      time where you paid a processing fee for your U.S.

10     visa of approximately $5,000?

11          A     Say it again, sir.

12          Q     Yeah.

13                Did you pay a set of fees of approximately

14     $5,000 associated with obtaining a visa to come to

15     the United States?

16          A     Yes, sir.

17          Q     Do you remember when you paid those fees?

18          A     I'm very sorry.  I can't recall the dates,

19     but I'm sure I paid those, those fees in between the

20     time that I was informed that I was hired, that I

21     passed the interview.

22          Q     You paid those fees after you were informed

23     that you, that you passed the interview?

24          A     Yes.

25          Q     The processing fees?

Milnor Rodriguez
August 5, 2011

```
1          A    Yes, sir.

2          Q    After April 19th, when you signed the offer

3     of employment, did you pay the processing fees?

4          A    Yes.

5          Q    Do you remember approximately when?

6          A    I can't recall.

7          Q    All right.  Did -- are you aware that one

8     of the allegations in our lawsuit is that certain of

9     these processing fees were the legal obligation of

10    the school district rather than your legal

11    obligation?

12         A    I'm not aware of that.  Because all I know

13    is I need to pay for those fees.

14         Q    You were told that you had to pay those

15    fees?

16         A    Yes.

17         Q    Okay.  And Ms. Agnès didn't tell you that

18    one of the allegations in our lawsuit was that those

19    fees were the legal obligation of the school district

20    rather than your obligation?

21         A    No, sir.  She, she never mentioned about

22    that.

23         Q    Okay.  Are you aware that if we are

24    successful in this lawsuit, that you may be entitled

25    to some money damages in respect of the -- of our
```

Milnor Rodriguez
August 5, 2011

42

```
 1      know if where are those, because I'm not so

 2      particular with those receipts as long as I know that

 3      I have paid those stuff.

 4           Q    So, so did you search for those receipts in

 5      the last few days to see if you still have them?

 6           A    I tried, but I can't find any.  Maybe some

 7      of those receipts were left in the Philippines.

 8           Q    Okay.  And I think you told me you traveled

 9      to the United States on June -- what was it, June

10      16th?

11           A    The time that we arrive?

12           Q    Yes.

13           A    Yes.  It was July 16th --

14           Q    July 16th.

15           A    -- 2008.

16           Q    Did you pay the placement fee after the

17      Embassy interview?

18           A    Yes, sir.  I paid a certain, yeah.

19           Q    All right.  And you paid the processing

20      fees before the Embassy interview; is that right?

21           A    Yes, sir.

22           Q    Let me ask you about the processing fees.

23      How did you get the money to pay the processing fees?

24           A    Okay.  I borrowed from a friend of mine in

25      our place.
```

Milnor Rodriguez
August 5, 2011

44

1      2008, right?

2           A     Yes, sir.

3           Q     Did you pay the placement fee in July of

4      2008, just before you came over?

5           A     Say it again.  Did I pay --

6           Q     Yes.  I'm just trying to -- I know you

7      don't have the receipts.  So I'm trying to get a --

8      I'm trying to see what -- if you can tell me your

9      best recollection of when you paid the processing

10     fees.

11          A     Okay.

12          Q     I'm sorry.  I will try again.  Sorry.

13               What is your best recollection of when you

14     paid the placement fee?  What is your best

15     recollection of when you paid the placement fee to

16     PARS and Universal before coming to the United

17     States?

18          A     I paid my placement fee after my Embassy

19     interview.

20          Q     Was it a few days after or was it a few

21     weeks after, do you have any memory at all?

22          A     Because I paid my placement fee for two

23     times in a staggered basis.  So the -- I can't

24     remember the first one, when was that, and I can't

25     recall the second one, when was that, but it was

Milnor Rodriguez
August 5, 2011

45

```
 1      right after my Embassy interview.
 2          Q     Right after?
 3          A     It was a couple of days.  I fully paid up
 4      of my, of my placement fee a couple of days before my
 5      flight going here to America.
 6          Q     Okay.  So you paid two -- you paid the
 7      two -- the placement fee in two segments?
 8          A     Yes, sir.
 9          Q     The second segment was a couple of days
10      before your flight?
11          A     Yes, sir.
12          Q     And the first segment was sometime after
13      your Embassy interview?
14          A     Yes, sir.
15          Q     But you don't remember exactly how long
16      after?
17          A     I can't remember.
18          Q     Okay.  And, again, I'm sorry if I asked you
19      this, but the date of the Embassy interview was what,
20      June 4th?
21          A     June 4th.
22          Q     Okay.  So you paid part of the placement
23      fee probably in June and the rest of it in July; is
24      that approximately right?
25          A     Most approximately of the month of July,
```

Milnor Rodriguez
August 5, 2011

47

```
 1      loan.  Was the interest rate on the AG loan --
 2           A    I'm sorry.  The interest?
 3           Q    The interest on the AG loan, do you know if
 4      it was more than 20 percent?
 5           A    No.  That was -- that's too much, if it's
 6      20 percent.
 7           Q    Do you think it was less than 20 percent?
 8           A    It was less than 20 percent.
 9           Q    Okay.  Do you remember --
10           A    Okay.  If I'm not mistaken, it is most
11      probably between 3 to 4 percent.
12           Q    Per month?
13           A    Yes.  Yes, sir.
14           Q    Three to 4 percent per month?
15           A    Between 3 to 4 percent.
16           Q    Okay.  So per year that would be what,
17      about 36 to 48 percent, something like that?
18           A    I don't know, but all I know I paid all of
19      those, those loans already.
20           Q    All right.  So 3 to 4 percent per month on
21      the AG loan; is that about right?
22           A    Yes, sir.
23           Q    And what do you remember was the interest
24      rate per month on the PGH loan?
25           A    I don't know.
```

Milnor Rodriguez
August 5, 2011

48

```
 1          Q    About the same?
 2          A    I don't know if it was more than the
 3     interest of AG or less than the interest of AG.
 4          Q    All right.  Why did you borrow from two
 5     separate agencies?
 6          A    Say it again, sir.
 7          Q    Why did you borrow money from two separate
 8     agencies instead of just borrowing the whole amount
 9     from one of them?
10          A    Oh, yeah.  Because the AG is only granting
11     us $10,000, and it's not enough.  So I look for
12     another agency.
13          Q    Okay.  How much did you borrow from AG?
14          A    $8,000.
15          Q    Why didn't you borrow the full $10,000?
16          A    Because during our time, we were, we were
17     only allowed for that 8,000.  And it was on the later
18     part that they have the maximum amount for 10, for
19     $10 -- where, for $10,000, where our obligation was
20     already processed.  So I was on the $8,000 bracket.
21          Q    Did, did PARS recommend AG to you?
22          A    Yes, sir.  Because we were asking,
23     actually.  And I am so thankful about PARS, that they
24     made mention about us.  Actually, there were flyers
25     in the office about the AG, about the PGH, about the
```

Milnor Rodriguez
August 5, 2011

49

```
1       FG.  And so, personally, I was so thankful about
2       those information.
3               Q       How much money did you borrow from PGH?
4               A       350,000 pesos.
5               Q       About how much is that in dollars?
6               A       I can't estimate.
7               Q       Okay.
8               A       I can't estimate.
9               Q       All right.  Now, before you borrowed the,
10      before you made -- got these loans in July, you also
11      obtained some money from a friend --
12              A       Yes, sir.
13              Q       -- to pay the processing fee; is that
14      correct?
15              A       Yes, sir.
16              Q       And when did you get the loan from your
17      friend, approximately?
18              A       When I first paid my marketing fee.  That
19      was the first time that I borrowed from her an
20      amount.
21              Q       Did you borrow from your friend at other
22      times as well?
23              A       Yeah.  Two times, in two segments also.
24              Q       Two segments.
25                      The first segment was when you paid the
```

Milnor Rodriguez
August 5, 2011

53

```
 1            Q     How much was that?

 2            A     It was $1,100.

 3            Q     How did you get the money to pay for that?

 4            A     From the loan that I got.

 5            Q     From the PGH?

 6            A     Yes, sir.

 7            Q     All right.  Have you repaid your loans to

 8      AG and PGH?

 9            A     Yes, sir.  During the first, during the

10      first month -- I'm sorry, the first year of my

11      teaching here.

12            Q     Okay.  Would you have been able to repay

13      your loans if you had not gone to work for the East

14      Baton Rouge School System?

15            A     I know I can't repay that amount in the

16      Philippines, but why should I incur, why should I

17      incur loans as big as those, as that amount, if I

18      don't have any security to go here in America?

19            Q     Okay.  I just want to make sure I'm clear.

20                  So you knew that you couldn't repay the

21      loans if you stayed in the Philippines; is that

22      right?

23            A     If I am just in the Philippines.

24            Q     Then you could not repay the loans; is that

25      right?
```

Baton Rouge Court Reporters, LLC
225-292-8686

Milnor Rodriguez
August 5, 2011

54

```
 1          A    No, I could not.
 2          Q    All right.  You used the term "security."
 3     What did you mean by that?
 4          A    When was that?
 5          Q    You said that you had the security to
 6     come -- you used the term "security" and I --
 7          A    Of coming here?
 8          Q    Yes.  I just wasn't sure what you meant by
 9     that.
10          A    Yeah.  Because I know for sure that PARS is
11     real, UPI is real, because I have a friend who is
12     already here, who was able to pass the interview in
13     2007.
14          Q    Who was that?
15          A    It's Ms. Galido, and so she went here ahead
16     of me.  So I know for sure that I can go also.  The
17     fact that I have already an offer of employment, I
18     have all those, those papers, so I know for sure that
19     I am secure that I can go to America.
20          Q    Okay.  I want to go through the chronology
21     again.
22               So you had your Embassy interview on June
23     4th; is that right?
24          A    Yes, sir.
25          Q    And then did there come a time where you
```

Milnor Rodriguez
August 5, 2011

59

```
 1          Q    Yes?
 2          A    Yeah.  I understand this stuff.
 3          Q    You understood that that would be your
 4     obligation?
 5          A    Yes, sir.
 6               MS. MARKARIAN:  Objection.  Calls for
 7          a legal conclusion.  Assumes fact.
 8     BY MR. AUERBACH:
 9          Q    You understood that what was set forth in
10     the provisions of the contract we just read would be
11     your obligation to UPI; is that right?
12          A    Yes, sir.
13          Q    In fact, how much did you -- were you
14     required to pay to UPI before leaving the Philippines
15     as a placement fee?
16          A    It's just for UPI alone, I paid $5,200.
17          Q    All right.  And you were required to pay
18     that amount before you started working --
19          A    For UPI alone.
20          Q    -- before you started working in the United
21     States; correct?
22          A    Before I left in the Philippines.
23          Q    Before you left the Philippines and before
24     you started your job; correct?
25          A    Yes, sir.
```

Milnor Rodriguez
August 5, 2011

1       Q    And because of that, you had to take out a

2    loan from AG and PGH so that you would have the money

3    available to pay that fee; correct?

4       A    Yeah, because I don't have enough monies.

5       Q    Sure.  Sure.

6            And you had to, and as a result of that

7    debt, you had to work at the -- you had to pursue

8    your employment at the East Baton Rouge Public School

9    System so that you would have funds to pay off the

10   debt; is that right?

11      A    No, not really.  That, that I should have

12   to work purposely to pay for those loans?  No.  That,

13   out of my workings, out of my earnings here in

14   America, I can pay also my loans, and, at the same

15   time, I could have a better living.

16      Q    Sure.

17           But by staying in the Philippines, I think

18   you told me you couldn't repay the loan, right?

19      A    And I don't have -- I couldn't have a loan

20   also in the Philippines.

21      Q    Right.

22      A    If I am not sure that I can go to America.

23      Q    Right.  I appreciate that.  All right.

24           If I could turn your attention to the, to

25   the PARS contract for a moment.

Baton Rouge Court Reporters, LLC
225-292-8686

Milnor Rodriguez
August 5, 2011

82

```
 1      to participate in the lawsuit is that you paid the

 2      second-year placement fee and you believe others

 3      should have to do so as well?

 4           A    I don't want to participate in the lawsuit

 5      because I know I did, I did my part, I follow the

 6      contract, and I don't want to waste my time about,

 7      about the lawsuit.

 8           Q    All right.  You say in paragraph 17 that

 9      you believe there are many teachers who share your

10      views and are unwilling to participate in the

11      lawsuit?

12           A    Yes, sir.

13           Q    What's your basis for that statement?

14           A    Because I know my friends, Ms. Gamit, I

15      know Ms. Bayarong, and, again, I know Ms. Shiatong.

16           Q    All right.

17           A    They, they are willing to pay for their 10

18      percent placement fee, and they don't want to

19      participate in the class suit.

20           Q    So you know those three people who don't

21      want to participate in the lawsuit?

22           A    I know Ms. Flores, Mr. Arvin, Ms. Cordero.

23           Q    Okay.  So you know those six people who do

24      not want to participate in the lawsuit; correct?

25           A    Yes, sir.
```

Milnor Rodriguez
August 5, 2011

83

1       Q    Anybody else?

2       A    I don't know about others, but I know these

3   people.

4       Q    Okay.  So you know about those six and you

5   don't know about others; is that right?

6       A    Yes, sir.

7       Q    All right.  Have you talked to any other

8   teachers about the lawsuit?

9       A    No.  Because I'm not really interested

10   about the lawsuit, and I don't want to waste my time

11   having a conversation about this --

12       Q    Okay.

13       A    -- for them.

14       Q    All right.  Do you know who the named

15   plaintiffs are in this lawsuit?

16       A    Ms. Ingrid Cruz is very particular to me.

17       Q    Do you know Ms. Cruz?

18       A    Yes, sir.

19       Q    How well do you know her?

20       A    I just know her by face.  And I know that

21   she's one of the Filipino teachers here, and she's

22   one of the plaintiffs.

23       Q    All right.  Do you know Mairi Tañedo?

24       A    No.  No, sir.

25       Q    Do you know Donnabel Escuadra?

Milnor Rodriguez
August 5, 2011

141

1          A    I have clarified it already that those

2     other fees were not stipulated on this contract.  And

3     I'm aware of those fees.

4          Q    The processing fees?

5          A    Yes, sir.  All of the placement fees, the

6     processing fees, whatever fees are those, I am so

7     aware of those stuff.

8          Q    But I just want to talk about the contract,

9     itself.  This statement in the contract that you'd

10    only have to pay $300 before leaving the Philippines,

11    that statement was false; correct?

12         A    I don't know.

13         Q    You don't know?

14              Well, you paid more than $300 before

15    leaving the Philippines.  You do know that; correct?

16         A    But there is, there is -- I don't know,

17    sir.

18         Q    Well, I'm sorry.  You know that you paid

19    more than $300 to UPI for processing -- for placement

20    fees before leaving the Philippines, right?  You do

21    know that; correct?

22         A    Yeah, I know.

23         Q    So, so if, if the contract stated that you

24    only had to pay $300 in placement fees prior to

25    leaving the Philippines, that statement would be

Milnor Rodriguez
August 5, 2011

142

```
 1      false; correct?
 2              A    I don't know.
 3              Q    You don't know?
 4                   If you had to pay Universal $5,000 before
 5      you left the Philippines and the contract said you
 6      only had to pay -- I'm sorry.  Let me start again.
 7                   You, in fact, paid 5,000 --
 8              A    Actually, I paid all this in PARS, in PARS.
 9              Q    Okay.  But you understood that you were
10      paying more than $5,000 to UPI for your placement fee
11      before you left the Philippines; is that right?
12              A    Yeah, I paid placement fee.
13              Q    To UPI before you left the Philippines;
14      correct?
15              A    Not personally to UPI, but I gave all those
16      money to PARS.
17              Q    Okay.
18              A    And I don't know about the arrangement
19      about that, but I paid it to PARS.
20              Q    Okay.  And that was --
21              A    I don't know if what amount goes to UPI, if
22      what amount was left to, to PARS.  But all I know
23      that I give all of those money to PARS.
24              Q    Okay.  And that was, for placement fees,
25      that was about $10,400; correct?
```