MAIRI NUNAG-TANEDO - 6/21/2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

-----

MAIRI NUNAG-TANEDO, INGRID CRUZ,         )
DONNABEL ESCUADRA, ROLANDO PASCUAL,)
and TOMASA MARI, on behalf of            )
themselves and other similarly           )
situated individuals,,                   )
                                         )
          Plaintiffs,                    )  Case No.
                                         )SACV 10-01172
     vs.                                 ) JAK(MLGx)
                                         )
EAST BATON ROUGE PARISH SCHOOL           )
BOARD, CHARLOTTE D. PLACIDE, MILLIE)
WILLIAMS, ELIZABETH DURAN SWINFORD,)
UNIVERSAL PLACEMENT INTERNATIONAL, )
INC., LOURDES "LULU" NAVARRO, PARS )
INTERNATIONAL PLACEMENT AGENCY,          )
EMILIO V. VILLARBA, ROBERT B.            )
SILVERMAN, and SILVERMAN &               )
ASSOCIATES,                              )
                                         )
          Defendants.                    )
_____  )


VIDEOTAPED DEPOSITION OF

MAIRI NUNAG-TANEDO, VOLUME I, PAGES 1 - 337

TAKEN ON

TUESDAY, JUNE 21, 2011



Reported by:

Cathy A. Reece, RPR, CSR No. 5546

```
 1    10:58:07        A.   Yes.
 2    10:58:07        Q.   And the first time you ever saw somebody
 3    10:58:13   from PARS in person was March 28, 2008?
 4    10:58:15        A.   Yes.
 5    10:58:16        Q.   And you're certain of that?
 6    10:58:18        A.   Yes.
 7    10:58:32        Q.   Let me show you a document that I will
 8    10:58:35   have the court reporter mark as next in order, as
 9    10:58:38   Exhibit 504.
10    10:58:39             (Exhibit 504 was marked for I.D.)
11    10:59:05   BY MR. HERNANDEZ:
12    10:59:06        Q.   Let me ask you, first of all, is that your
13    10:59:10   signature that appears on the first page of Exhibit
14    10:59:12   504?
15    10:59:13        A.   Yes.
16    10:59:14        Q.   Okay.  And that's your signature that
17    10:59:16   appears on the second page of Exhibit 504?
18    10:59:19        A.   Yes.
19    10:59:20        Q.   Do you see the date there is February 8,
20    10:59:22   2008; correct?
21    10:59:24        A.   Yes.
22    10:59:24        Q.   Do you have any reason to believe that the
23    10:59:29   date was not on the document at the time you signed
24    10:59:32   this?
25    10:59:34        A.   These are my signatures, but the date, I'm
```

```
 1   10:59:37  very sure this cannot be the date.
 2   10:59:41       Q.   That cannot be the date?
 3   10:59:44       A.   And this is not my handwriting.  I'm very
 4   10:59:48  sure of that, even the printed name.
 5   10:59:49       Q.   But the signature is yours; correct?
 6   10:59:51       A.   I would say yes.
 7   10:59:57       Q.   Let me show you another document, the next
 8   11:00:00  in order, that I will mark as Exhibit 505.
 9   11:00:03            (Exhibit 505 was marked for I.D.)
10   11:00:10  BY MR. HERNANDEZ:
11   11:00:30       Q.   Now, is that your signature that appears
12   11:00:32  on the first page, on the right side?
13   11:00:37            There are two signatures there.
14   11:00:39       A.   Yes.
15   11:00:39       Q.   Is one of them yours?
16   11:00:41       A.   Yes.
17   11:00:41       Q.   And the same thing on the second page?
18   11:00:44       A.   Yes.
19   11:00:45       Q.   The same thing on the third page?
20   11:00:50       A.   Yes.
21   11:00:51       Q.   The same thing on the fourth page?
22   11:00:53       A.   Yes.
23   11:00:54       Q.   The same thing on Page 236?
24   11:01:01       A.   Yes.
25   11:01:01       Q.   And the same thing on the last page?
```

```
1    11:01:04      A.   Yes.
2    11:01:06      Q.   Now, the handwriting that appears below
3    11:01:09 the name applicant, is that your handwriting?
4    11:01:14      A.   Yes, I believe so.
5    11:01:15      Q.   And so would it be fair to say that in
6    11:01:17 your own handwriting you signed this document on
7    11:01:20 February 26, 2008?
8    11:01:23      A.   No.
9    11:01:23           MR. KNOEPP:   Objection to the form.
10   11:01:24           THE WITNESS:   No.
11   11:01:25 BY MR. HERNANDEZ:
12   11:01:25      Q.   Why?
13   11:01:27      A.   Because the -- the February 26, 2008 is
14   11:01:30 the issue date of the cedula, that's the
15   11:01:35 residence -- what's that here?
16   11:01:41      Q.   Like a driver's license?
17   11:01:42      A.   It is not a driver's -- but it's a
18   11:01:43 residence number, I mean, residence sort of number
19   11:01:47 back home that you need to be issued every first
20   11:01:51 quarter of the year.
21   11:01:52      Q.   Okay.  So is it your testimony that this
22   11:01:55 document -- now, this document bears a date of
23   11:01:58 February 8, 2008.
24   11:02:00           Is it your testimony that that was not the
25   11:02:03 date you signed this document?
```

```
1    11:02:05      A.   Yes.  And this -- February 2008, the 8 is
2    11:02:10  also not my handwriting.
3    11:02:12      Q.   So Exhibit 5 -- is it your testimony that
4    11:02:15  you did not sign Exhibit 504 or Exhibit 505 on
5    11:02:19  February 8, 2008?
6    11:02:21      A.   Yes.
7    11:02:21      Q.   When did you sign these documents?
8    11:02:26      A.   I remember signing some documents like a
9    11:02:28  few days before I flew.
10   11:02:34      Q.   Before you flew where?
11   11:02:35      A.   To the U.S.  And that was like July 20
12   11:02:41  something.
13   11:02:42      Q.   So you don't recall having signed any
14   11:02:44  documents prior to that time?
15   11:02:46      A.   Like on February?  No.
16   11:02:49      Q.   Or March?  Like when you went to the
17   11:02:52  meeting on March 28th, 2008, did you sign any
18   11:02:56  documents then?
19   11:02:58      A.   Aside from the registration on the table,
20   11:03:00  there's none.  Anything like this, there's none.
21   11:03:04      Q.   After the presentation, did you decide to
22   11:03:07  go forward with the process?
23   11:03:09      A.   Yes.
24   11:03:11      Q.   Did you sign an agreement with PARS when
25   11:03:16  you decided to go forward with the process?
```