ROLANDO PASCUAL - 7/8/2011

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

-----

```
MAIRI NUNAG-TANEDO, INGRID CRUZ,    )
DONNABEL ESCUADRA, ROLDANDO         )
PASCUAL, and TOMASA MARI, on behalf )
of themselves and other similarly   )
situated individuals,               )
                                    )
         Plaintiffs,                )  Case No.
                                    ) SACV 10-01172
    vs.                             ) JAK(MLGx)
                                    )
EAST BATON ROUGE PARISH SCHOOL      )
BOARD, CHARLOTTE D. PLACIDE, MILLIE )
WILLIAMS, ELIZABETH DURAN SWINFORD, )
UNIVERSAL PLACEMENT INTERNATIONAL,  )
INC., LOURDES "LULU" NAVARRO, PARS  )
INTERNATIONAL PLACEMENT AGENCY,     )
EMILIO V. VILLARBA, ROBERT B.       )
SILVERMAN, and SILVERMAN &          )
ASSOCIATES,                         )
                                    )
         Defendants.                )
_____)
```

VIDEOTAPED DEPOSITION OF

ROLANDO PASCUAL, VOLUME I, PAGES 1 - 220

TAKEN ON

FRIDAY, JULY 8, 2011

Reported by:

Cathy A. Reece, RPR, CSR No. 5546

```
 1   14:16:36      Q.   And is that all of your handwriting?
 2   14:16:40      A.   Yes, sir.
 3   14:16:41      Q.   On each of the four pages of this document
 4   14:16:45 appears a signature or a series of signatures in the
 5   14:16:50 right-hand margins.
 6   14:16:52           Are each of those signatures your own?
 7   14:16:55      A.   Which one of this?
 8   14:16:56      Q.   Well, we're looking at 608 right now.
 9   14:17:00      A.   608.  Okay.
10   14:17:01      Q.   Page 1, is that your signature in the
11   14:17:03 right-hand margin?
12   14:17:05      A.   Yes, sir.
13   14:17:05      Q.   The same question with respect to Page 2.
14   14:17:13           Is that your signature on the right-hand
15   14:17:15 margin?
16   14:17:16      A.   Yes, sir.
17   14:17:16      Q.   On Page 3, is that your signature in the
18   14:17:18 right-hand margin?
19   14:17:19      A.   Yes, sir.
20   14:17:19      Q.   And on Page 4, is that your signature in
21   14:17:21 the right-hand margin?
22   14:17:23      A.   Yes, sir.
23   14:17:24      Q.   Now, with respect to Exhibits 605, 606 and
24   14:17:29 608, the date on each of those that is reflected is
25   14:17:35 September 23, 2008.
```

```
 1   14:17:38      A.   Yes, sir.
 2   14:17:41      Q.   Do you have any reason to believe that you
 3   14:17:42  signed those documents on some date other than
 4   14:17:45  September 23, 2008?
 5   14:17:48      A.   Because that what they told me to do, to
 6   14:17:54  write the date.
 7   14:17:54      Q.   Are you telling us that you put a
 8   14:17:57  different date than the date you actually signed the
 9   14:18:00  document?
10   14:18:00      A.   Yes, sir.
11   14:18:04      Q.   So you were instructed by somebody to sign
12   14:18:09  the date, September 23rd, 2008, to three documents
13   14:18:15  even though that was incorrect?
14   14:18:18      A.   Yes, sir.
15   14:18:20      Q.   And you did that for what reason?
16   14:18:22      A.   Because they told me to do so.
17   14:18:25      Q.   And you were willing to represent to
18   14:18:31  whomever is reading this that you had actually
19   14:18:34  signed it on a different date?
20   14:18:36           Let me rephrase the question.
21   14:18:40           You put a date that you knew to be false
22   14:18:42  on each of these three documents; right?
23   14:18:46      A.   But -- yes.
24   14:18:48      Q.   Okay.  And you put a date that you knew to
25   14:18:51  be false on these documents because they told you to
```