Shelton Dennis Blunt (admitted *pro hac vice*)
bluntd@phelps.com
Susan W. Furr (admitted *pro hac vice*)
susie.furr@phelps.com
Paul Leblanc (admitted *pro hac vice*)
paul.leblanc@phelps.com
Brandi B. Cole (admitted *pro hac vice*)
brandi.cole@phelps.com
PHELPS DUNBAR LLP
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197

Jolee Land, Bar Roll No. 240940
jolee.land@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone:    813-472-7857
Facsimile:    813-472-7570

Julian A. Pollok (Bar No. 48484)
julianpollok@sbcglobal.net
Law Offices of Julian A. Pollok,
A Professional Corporation
505 N. Brand Blvd., Suite 1050
Glendale, California  91203
Telephone:    818-550-7795
Facsimile:    818-552-5080

*Attorneys for Defendants,*
 *the East Baton Rouge Parish School Board*
*and Elizabeth Duran Swinford*

-1-

Case No. 8:10-cv-01172-JAK-MLG

REQUEST TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING ON SEPTEMBER 2 OF THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5425193.1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,<br><br>Defendants. | Case No. 8:10-cv-01172-JAK-MLG<br><br>**REQUEST TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING ON SEPTEMBER 2 OF THE EAST BATON ROUGE PARISH SCHOOL BOARD**<br><br>HEARING DATE:  N/A<br><br>HONORABLE JOHN A. KRONSTADT<br><br>MAGISTRATE JUDGE MARC L. GOLDMAN |

PLEASE TAKE NOTICE that, Defendant, the East Baton Rouge Parish School Board ("EBR"), requests permission for counsel to appear telephonically at the class certification hearing on plaintiffs' motion for class certification set for September 2, 2011 at 9:00 a.m. if this Court does not grant the proposed order on the stipulation filed by plaintiffs and EBR to continue the class hearing as to plaintiffs' claims against EBR.

-2-

Case No. 8:10-cv-01172-JAK-MLG    REQUEST TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING ON SEPTEMBER 2 OF THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5425193.1

Plaintiffs filed an amended motion for class certification which is set for hearing on September 2, 2011 at 9:00 a.m. (Doc. 133) On August 12, 2011, plaintiffs and defendant EBR filed a stipulation to continue the hearing on class certification solely as to plaintiffs' claims against EBR in light of EBR's intent to file a summary judgment motion, so that the hearings on both motions may be set for the same date. (Doc. 172) As of this date, the Court has not yet granted the stipulation.

In an abundance of caution, in the case that this Court does not grant the parties' stipulation to continue the hearing as to plaintiffs' claims against EBR, counsel for EBR requests to participate in the proceedings on September 2 by telephone if at all possible. Trial counsel for EBR, attorneys from Phelps Dunbar, LLP, are located in Baton Rouge, Louisiana, which is approximately 1800 miles from Santa Ana, California, where the hearing will take place. As set forth in the attached declaration of Shelton Dennis Blunt, the personal appearance of counsel at this hearing would be of great expense to EBR, particularly when counsel will be traveling in the near future for the hearing on the summary judgment motion EBR intends to file. Further, in light of the stipulation of the parties filed on August 12, lead counsel, Shelton Dennis Blunt is scheduled to travel for another proceeding in which he is involved on September 2; Paul Leblanc is preparing for a separate trial; and Brandi B. Cole, an associate who could otherwise attend the hearing, is on flight restrictions due to her late stage in pregnancy. Therefore, counsel believes it would be more efficient

-3-

Case No. 8:10-cv-01172-JAK-MLG

REQUEST TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING ON SEPTEMBER 2 OF THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5425193.1

to attend the scheduling conference telephonically.

For these reasons, EBR believes it has shown exceptional and unanticipated circumstances for attending by telephone the class certification hearing set for September 2 at 9:00 a.m. if the Court does not grant the stipulation of the parties to continue the class certification hearing as to plaintiffs' claims against EBR (Doc. 172), which would render this request moot.

In the event that the stipulation is not granted and counsel for EBR is allowed to participate at the hearing by telephone, counsel for EBR may be contacted at (225) 376-0246 for attendance at the hearing.

EBR contacted counsel for all parties via electronic mail on August 25, 2011 with regard to filing this request. Counsel for plaintiffs, Universal Placement International, Inc. and Lourdes Navarro responded that the parties do not oppose this request. Co-defendant Silverman has not responded as of the time this request is filed.

-4-

Case No. 8:10-cv-01172-JAK-MLG

REQUEST TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING ON SEPTEMBER 2 OF THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5425193.1

Dated:  August 29, 2011.

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

By  /s/ Brandi B. Cole
Brandi B. Cole (admitted *pro hac vice*)
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
Email:  brandi.cole@phelps.com

ATTORNEY FOR THE EAST BATON ROUGE PARISH SCHOOL BOARD AND ELIZABETH DURAN SWINFORD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 29th day of August, 2011.

_____/s/ Brandi B. Cole_____

-5-

Case No. 8:10-cv-01172-JAK-MLG

REQUEST TO APPEAR BY TELEPHONE AT CLASS CERTIFICATION HEARING ON SEPTEMBER 2 OF THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5425193.1