| | |
|---|---|
| 1 | Shelton Dennis Blunt (admitted *pro hac vice*) |
| | bluntd@phelps.com |
| 2 | Susan W. Furr (admitted *pro hac vice*) |
| | susie.furr@phelps.com |
| 3 | Paul Leblanc (admitted *pro hac vice*) |
| | paul.leblanc@phelps.com |
| 4 | Brandi B. Cole (admitted *pro hac vice*) |
| | brandi.cole@phelps.com |
| 5 | PHELPS DUNBAR LLP |
| | II City Plaza |
| 6 | 400 Convention Street • Suite 1100 |
| | Baton Rouge, Louisiana 70802-5618 |
| 7 | P.O. Box 4412 |
| | Baton Rouge, Louisiana 70821-4412 |
| 8 | Telephone: (225) 346-0285 |
| | Telecopier: (225) 381-9197 |
| 9 | |
| 10 | Jolee Land, Bar Roll No. 240940 |
| | jolee.land@phelps.com |
| 11 | PHELPS DUNBAR LLP |
| | 100 South Ashley Drive, Suite 1900 |
| 12 | Tampa, Florida 33602-5311 |
| | Telephone:   813-472-7857 |
| 13 | Facsimile:   813-472-7570 |
| 14 | Julian A. Pollok (Bar No. 48484) |
| | julianpollok@sbcglobal.net |
| 15 | Law Offices of Julian A. Pollok, |
| | A Professional Corporation |
| 16 | 505 N. Brand Blvd., Suite 1050 |
| | Glendale, California  91203 |
| 17 | Telephone:   818-550-7795 |
| | Facsimile:   818-552-5080 |
| 18 | |
| 19 | *Attorneys for Defendants,* |
| | *the East Baton Rouge Parish School Board* |
| 20 | *and Elizabeth Duran Swinford* |

-1-

Case No. 8:10-cv-01172-JAK-MLG    ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381238.1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,<br><br>Defendants. | Case No. 8:10-cv-01172-JAK-MLG<br><br>**JUDGE JOHN A. KRONSTADT**<br><br>**MAGISTRATE JUDGE MARC L. GOLDMAN**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING SOLELY AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD**<br><br>NO HEARING DATE |

Pursuant to the foregoing Stipulation to Continue Class Certification Hearing Solely As to Plaintiffs' Claims Against Defendant The East Baton Rouge Parish School Board and good cause appearing;

IT IS HEREBY ORDERED that the class certification hearing currently set for September 2, 2011 is continued solely as to plaintiffs' claims against EBR, and shall

-2-

Case No. 8:10-cv-01172-JAK-MLG      ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381238.1

be reset at a later date. Plaintiffs' reply deadline will be 14 days before the new hearing date. This will not affect the September 2, 2011 hearing on the class certification motion as to the other Defendants, nor the other matters scheduled for hearing on September 2.

IT IS SO ORDERED.

Dated: August 30, 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

-3-

Case No. 8:10-cv-01172-JAK-MLG

ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381238.1