Shelton Dennis Blunt (admitted *pro hac vice*)
bluntd@phelps.com
Susan W. Furr (admitted *pro hac vice*)
susie.furr@phelps.com
Paul Leblanc (admitted *pro hac vice*)
paul.leblanc@phelps.com
Brandi B. Cole (admitted *pro hac vice*)
brandi.cole@phelps.com
PHELPS DUNBAR LLP
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197

Jolee Land, Bar Roll No. 240940
jolee.land@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone:   813-472-7857
Facsimile:   813-472-7570

Julian A. Pollok (Bar No. 48484)
julianpollok@sbcglobal.net
Law Offices of Julian A. Pollok,
A Professional Corporation
505 N. Brand Blvd., Suite 1050
Glendale, California  91203
Telephone:   818-550-7795
Facsimile:   818-552-5080

*Attorneys for Defendants,*
 *the East Baton Rouge Parish School Board*
*and Elizabeth Duran Swinford*

-1-

Case No. 8:10-cv-01172-JAK-MLG

ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381238.1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, TOMASA MARI,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES LULU NAVARRO, HOTHELLO JACK NAVARRO, PARS INTERNATIOAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, SILVERMAN AND ASSOCIATES,<br><br>　　　　　　　　Defendants. | Case No. 8:10-cv-01172-JAK-MLG<br><br>**JUDGE JOHN A. KRONSTADT**<br><br>**MAGISTRATE JUDGE MARC L. GOLDMAN**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING SOLELY AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD**<br><br>NO HEARING DATE |

　　　　Pursuant to the foregoing Stipulation to Continue Class Certification Hearing Solely As to Plaintiffs' Claims Against Defendant The East Baton Rouge Parish School Board and good cause appearing;

　　　　IT IS HEREBY ORDERED that the class certification hearing currently set for September 2, 2011 is continued solely as to plaintiffs' claims against EBR, and shall

-2-

Case No. 8:10-cv-01172-JAK-MLG　　　　ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381238.1

be reset at a later date.  Plaintiffs' reply deadline will be 14 days before the new hearing date.  This will not affect the September 2, 2011 hearing on the class certification motion as to the other Defendants, nor the other matters scheduled for hearing on September 2.

    IT IS SO ORDERED.

Dated:  August 30, 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

-3-

Case No. 8:10-cv-01172-JAK-MLG

ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION HEARING AS TO PLAINTIFFS' CLAIMS AGAINST DEFENDANT THE EAST BATON ROUGE PARISH SCHOOL BOARD

PD.5381238.1