Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA 91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc.,
And Lourdes "Lulu" Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants. | Case No. SACV 10-01172-JAK(MLGx)<br><br>ORDER GRANTING DEFENDANT/ COUNTERCLAIMANT UNIVERSAL PLACEMENT INTERNATIONAL, INC. AND DEFENDANT LOURDES NAVARRO'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION<br><br>[NO HEARING DATE]<br><br>HONORABLE JOHN KRONSTADT |

Pursuant to the foregoing Unopposed Motion for Leave to Supplement Universal Placement International and Lourdes Navarro's ("Moving Defendants") Opposition to Plaintiffs' Amended Motion for Class Certification, and good cause appearing;

IT IS HEREBY ORDERED that Moving Defendants are granted leave to file a Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification:

1. To be filed on or before August 16, 2011;
2. Not exceeding 10 pages in length.

IT IS SO ORDERED.

Dated: August 30, 2011.    _____
                           JOHN A. KRONSTADT
                           UNITED STATES DISTRICT JUDGE