**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV10-01172 JAK (MLGx) | Date | September 9, 2011 |
|---|---|---|---|
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE REGARDING THE SERVICE OF DEFENDANT PARS INTERNATIONAL PLACEMENT AGENCY**

The Court, on its own motion, sets and Order to Show Cause hearing regarding the service of Defendant, Pars International Placement Agency for December 5, 2011 at 10:30 a.m.  A status report regarding plaintiff's efforts to serve Defendant is due no later than November 28, 2011.

**IT IS SO ORDERED.**

                                                                                                                                                                                                                                    :

Initials of Preparer    ak