Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendant/Counterclaimant
Universal Placement International, Inc., and
Defendant Lourdes "Lulu" Navarro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>NOTICE OF LODGING OF JOINT [PROPOSED] ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS<br><br>HEARING DATE: October 6, 2011<br>TIME: 9:00 a.m.<br>COURTROOM: 750 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant/Counterclaimant Universal Placement International, Inc., and Defendant Lourdes "Lulu" Navarro hereby provides notice of lodging of Joint Proposed Order Regarding Continued Hearing And Supplemental Briefing On Plaintiffs' Motion For Class Certification And Motion To Dismiss UPI'S Countercalims, attached as Exhibit A.

Dated: September 15, 2011

HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP

_____/s/ Don A. Hernandez_____
Don A. Hernandez
Attorneys for Defendant/Counterclaimant Universal Placement International, Inc., and Defendant Lourdes "Lulu" Navarro

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on September 15, 2011.

　　　　　　　　　/s/ Don A. Hernandez　　　　
　　　　　　　　　Don A. Hernandez