1  Don A. Hernandez (SBN 125119)
   Agnes Markarian (SBN 240388)
2  Martin E. Sullivan (SBN 274279)
   HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
3  2 North Lake Avenue, Suite 930
   Pasadena, CA   91101
4  Telephone: 626.440.0022
   Facsimile: 626.628.1725
5  Email: dhernandez@hernlaw.com

6  Attorneys for Defendants,
   Universal Placement International, Inc., and
7  Lourdes "Lulu" Navarro

8                      UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11
   MAIRI NUNAG-TANEDO, INGRID          Case No. SA CV 10-01172-JAK (MLGx)
12 CRUZ, DONNABEL ESCUADRA,
   ROLANDO PASCUAL, and TOMASA         HON. JOHN A. KRONSTADT
13 MARI, on behalf of themselves and other
   similarly situated individuals,
14                                     MAGISTRATE JUDGE MARC L.
                Plaintiffs,            GOLDMAN
15
            vs.
16                                     ORDER REGARDING CONTINUED
   EAST BATON ROUGE PARISH             HEARING AND SUPPLEMENTAL
17 SCHOOL BOARD, CHARLOTTE D.          BRIEFING ON PLAINTIFFS' MOTION
   PLACIDE, MILLIE WILLIAMS,           FOR CLASS CERTIFICATION AND
18 ELIZABETH  DURAN SWINFORD,          MOTION TO DISMISS UPI'S
   UNIVERSAL PLACEMENT                 COUNTERCLAIMS
19 INTERNATIONAL, INC., LOURDES
   "LULU" NAVARRO, HOTHELLO
20 "JACK" NAVARRO, PARS                HEARING DATE: October 6, 2011
   INTERNATIONAL PLACEMENT             TIME: 9:00 a.m.
21 AGENCY, EMILIO V. VILLARBA,         COURTROOM: 750
   ROBERT B. SILVERMAN, and
22 SILVERMAN & ASSOCIATES,

23              Defendants.

24

25 AND RELATED COUNTER-CLAIM

26

27

28
   JOINT [PROPOSED] ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON
   PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS

Upon consideration of Plaintiffs' motion for class certification, as well as oral argument by counsel for Plaintiffs, Jim Knoepp, and counsel for Defendant Universal Placement International, Inc. ("UPI") and Lourdes Navarro, Don Hernandez, and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. On or before September 20, 2011, Plaintiffs will file a supplemental brief addressing the issue of numerosity pursuant to Fed. R. Civ. P. 23(a). The supplemental brief will also address how the elements of Defendants' alleged misconduct with respect to the Trafficking Victims Protection Act, and Mail and Wire fraud charges can properly be adjudicated in the context of class certification under Fed. R. Civ. P. 23(b)(3).

2. Defendant UPI and Lourdes Navarro will file their response to Plaintiffs' supplemental brief on the aforementioned issues on or before September 28, 2011.

3. The hearing on Plaintiffs' motion for class certification is continued and re-set for October 6, 2011, at 9:00 a.m.

Additionally, upon consideration of Plaintiffs' motion to dismiss UPI's counterclaims, as well as oral argument by counsel for Plaintiffs, Susan Johnston, and counsel for UPI, Don Hernandez, and good cause having been shown, IT IS HEREBY ORDERED THAT:

4. The hearing on Plaintiffs' motion to dismiss UPI's counterclaims is continued for 90 days and re-set for December 5, 2011 at 10:30 a.m., pending ruling by the Louisiana Court of Appeal of UPI's appeal of the Louisiana Workforce Commission ruling.

1

JOINT [PROPOSED] ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS

1       5. A joint status report on the status of the Louisiana appeal will be filed by

2       Plaintiffs and Defendant UPI on or before November 30, 2011.

3

4 Dated: September 15, 2011      HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP

5

6          _/s/ Don Hernandez _

7          Don A. Hernandez,
         Attorneys for Defendants,

8          Universal Placement International, Inc., and Lourdes
         "Lulu" Navarro

9

10 Dated: September 15, 2011      SOUTHERN POVERTY LAW CENTER

11

12

13          _/s/ James M. Knoepp _
         James M. Knoepp

14          Attorneys for Plaintiffs Mari Nunag-Tanedo, Ingrid
         Cruz, Donnabel Escuadra, Rolando Pascual, and
         Tomassa Mari

15

16

17 IT IS SO ORDERED

18

19 Dated: September 16, 2011        _____

20          HON. JOHN A. KRONSTADT

21          United States District Court Judge

22

23

24

25

26

27

28

JOINT [PROPOSED] ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS