Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA   91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc., and
Lourdes "Lulu" Navarro

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. SA CV 10-01172-JAK (MLGx)<br><br>HON. JOHN A. KRONSTADT<br><br>MAGISTRATE JUDGE MARC L. GOLDMAN<br><br>ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS<br><br>HEARING DATE: October 6, 2011<br>TIME: 9:00 a.m.<br>COURTROOM: 750 |

JOINT [PROPOSED] ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS

Upon consideration of Plaintiffs' motion for class certification, as well as oral argument by counsel for Plaintiffs, Jim Knoepp, and counsel for Defendant Universal Placement International, Inc. ("UPI") and Lourdes Navarro, Don Hernandez, and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. On or before September 20, 2011, Plaintiffs will file a supplemental brief addressing the issue of numerosity pursuant to Fed. R. Civ. P. 23(a). The supplemental brief will also address how the elements of Defendants' alleged misconduct with respect to the Trafficking Victims Protection Act, and Mail and Wire fraud charges can properly be adjudicated in the context of class certification under Fed. R. Civ. P. 23(b)(3).
2. Defendant UPI and Lourdes Navarro will file their response to Plaintiffs' supplemental brief on the aforementioned issues on or before September 28, 2011.
3. The hearing on Plaintiffs' motion for class certification is continued and re-set for October 6, 2011, at 9:00 a.m.

Additionally, upon consideration of Plaintiffs' motion to dismiss UPI's counterclaims, as well as oral argument by counsel for Plaintiffs, Susan Johnston, and counsel for UPI, Don Hernandez, and good cause having been shown, IT IS HEREBY ORDERED THAT:

4. The hearing on Plaintiffs' motion to dismiss UPI's counterclaims is continued for 90 days and re-set for December 5, 2011 at 10:30 a.m., pending ruling by the Louisiana Court of Appeal of UPI's appeal of the Louisiana Workforce Commission ruling.

1

JOINT [PROPOSED] ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS

5. A joint status report on the status of the Louisiana appeal will be filed by Plaintiffs and Defendant UPI on or before November 30, 2011.

Dated: September 15, 2011     HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP

_/s/ Don Hernandez_
Don A. Hernandez,
Attorneys for Defendants,
Universal Placement International, Inc., and Lourdes "Lulu" Navarro

Dated: September 15, 2011     SOUTHERN POVERTY LAW CENTER

_/s/ James M. Knoepp_
James M. Knoepp
Attorneys for Plaintiffs Mari Nunag-Tanedo, Ingrid Cruz, Donnabel Escuadra, Rolando Pascual, and Tomassa Mari

IT IS SO ORDERED

Dated: September 16, 2011     _____

HON. JOHN A. KRONSTADT
United States District Court Judge

2

JOINT [PROPOSED] ORDER REGARDING CONTINUED HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MOTION TO DISMISS UPI'S COUNTERCLAIMS