*Nunag-Tanedo, et al. v. East Baton Rouge Parish School Board, et al.*
Civil Case Number 8:10-cv-01172-JAK-MLG

# EXHIBIT A

## Part 1

James M. Knoepp (admitted *pro hac vice*)
Jim.Knoepp@splcenter.org
Daniel Werner (admitted *pro hac vice*)
Daniel.Werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., | Civil Case No.: 10-01172-JAK-MLG |
| Plaintiffs, | |
| v. | **DECLARATION OF JAMES KNOEPP** |
| EAST BATON ROUGE PARISH SCHOOL BOARD, et al., | **HEARING DATE:  Oct. 6, 2011 TIME: 9:00 a.m. COURTROOM:  750** |
| Defendants | **HON. JOHN A. KRONSTADT** |

1.     My name is James Knoepp.  I am a Senior Staff Attorney with the Southern Poverty Law Center in Atlanta, Georgia and one of the Plaintiffs' attorneys in this matter.  I have personal knowledge of the facts in this declaration.

2.     As a result of my work on this case I am familiar with the proceedings before the Court and the documents related to this case.

3.     Attached to this Declaration are true and correct copies of 125 retainer agreements signed by individuals that my office, the Southern Poverty Law Center, represents.

4.     The individuals identified in the attached retainer agreements consist of named Plaintiffs and putative class members in this case.

1        5.       Under penalty of perjury under the laws of the United States, I declare

2    that the foregoing facts are true and correct to the best of my knowledge.

3

4    Executed on September 20, 2011

5

6                                                   James Knoepp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## RETAINER AGREEMENT

I, <u>Jason Robert Baena</u>, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.    **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
      with the American Federation of Teachers ("AFT") and Covington and Burling,
      LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
      Counsel"). Co-counsel may request that I enter into a separate engagement letter
      with them.  I understand that if at any time I do not wish to have my case handled
      in cooperation and coordination with any present or future co-counsel, I have a
      right to withdraw from this retainer agreement and seek attorneys other than
      SPLC.

2.    I understand that SPLC and the Co-Counsel will not represent me in any other
      matters unless I and SPLC agree.

3.    I understand that SPLC and the Co-Counsel will handle my case to the best of its
      ability and in my best interest.  I also understand that SPLC and the Co-Counsel
      cannot guarantee that I will prevail in my case.  I understand that SPLC and the
      Co-Counsel will not pursue immigration relief on my behalf in this case.

4.     I understand that the representation provided by AFT is contingent upon
      membership in AFT, if eligible, and that if I drop membership or fail to maintain
      good standing while eligible, AFT may seek leave to withdraw from such
      representation.

5.    **Consent to Group Representation:** I understand and agree the SPLC and the
      Co-Counsel will be handling this case as a group action involving Louisiana
      public school system employees other than myself. I understand that my case may
      be handled as a class or collective action, where a small group of workers is
      designated to represent the interests of a larger group. I understand that this group
      representation may require SPLC and the Co-Counsel to discuss information
      about my case with other individuals involved in the case. I understand that SPLC
      and the Co-Counsel believe that no conflicts exist between my legal interests and
      the interests of these other individuals, because SPLC and Co-Counsel reasonably
      believe that I suffered similar injuries and have legal claims arising from the
      actions of UPI/PARS, the Louisiana public school system, and their associates
      and/or agents.  I understand, however, that disagreements or conflicts may arise
      between other individuals and myself over the handling of my case. For example,
      I may disagree with other workers about whether to raise certain claims or
      defenses or to settle claims. I understand that not all possible conflicts between
      myself and other workers are foreseeable at this time. I understand that the
      specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case. I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

### TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone
      number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or
      my representatives and obtaining my or their approval. If I am participating in a
      potential or actual class or collective action law suit, SPLC will contact my class
      representatives to reach a decision. I understand that any case in which I am a
      party will potentially involve a large group of teachers. As such, I agree to
      participate with other clients in the selection of a small group of representatives to
      act as the client steering committee, who will be authorized to make decisions on
      my behalf regarding the case and who will be authorized to accept or decline any
      settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw
      from representing me if there is good cause for doing so. Examples of good cause
      are:

            a.    a professional determination made by an attorney that an
                  appeal should not be made;
            b.    a professional determination made by an attorney that the
                  matter should not be pursued;
            c.    my refusal to settle or dismiss my claim which SPLC and the Co-
                  Counsel determine is reasonable and in my best interest;
            d.    my lack of reasonable cooperation such as failing to
                  communicate with SPLC on a regular basis, keep
                  appointments, or return phone calls;
            e.    SPLC and/or the Co-Counsel's professional determination, or a
                  determination by a judge, that serious conflicts of interest and/or
                  opinion between other clients and me prevent SPLC and Co-
                  Counsel from adequately and vigorously seeking justice for me or
                  any other client.

14.   I understand and agree that a non-attorney may be working on my case under the
      direction of an attorney. I authorize the delegation and sharing of information to
      non-attorneys as necessary to help the representation. I authorize any non-attorney
      working on my case to share information related to my case with other individuals
      involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

Signature of Client                         Date  2/16/10

SPLC Representative                         Date  2/17/10

4

# RETAINER AGREEMENT

I, __Ingrid  J. Cruz_____, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel").  Co-counsel may request that I enter into a separate engagement letter
    with them.  I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest.  I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case.  I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.     I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents.  I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.    **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.    **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.    I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.    I agree to cooperate with SPLC and the Co-Counsel in my representation by:
      a.    not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
      b.    informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
      c.    being available as necessary for interviews, meetings, depositions, hearings or trials; and
      d.    contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

    a.   a professional determination made by an attorney that an appeal should not be made;
    b.   a professional determination made by an attorney that the matter should not be pursued;
    c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
    d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
    e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or
      as additional co-counsel, or any of its employees, can review my case, work on
      my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about
      my case, such as my name and information contained in public papers in the
      court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
      information to the press and to others in any manner they believe could make
      progress in my interest and in the interest of educating the public and other
      immigrants about their rights.  I understand that SPLC and the Co-Counsel have
      agreed to provide my representation in this matter at least in part so that SPLC
      and the Co-Counsel can educate the public and other workers about their legal
      and human rights as immigrants.  I understand that, in exchange for the provision
      of free legal services, SPLC has requested that I not enter into a confidentiality
      agreement with the adverse party in the settlement of this case.


           I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


      _____          __9/30/2010_____
      Signature of Client                  Date

      _____          __4/30/10_____
      SPLC Representative                   Date


                                   4

## RETAINER AGREEMENT

I, __LIBERTY DELA CRUZ__, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**: Normally, information that a client gives to his or
her lawyer is confidential or secret. The lawyer will not reveal this information to
other people unless disclosure is required by law, is necessary to represent the
client, or unless the client gives permission for the disclosure. I give permission
for SPLC and Co-Counsel to share confidential or secret information with the
other clients and Co-Counsel as necessary to further the goals and interests of
representation. I understand that by giving such permission I may waive my right
to confidential communications between my attorney and me. I understand that I
may revoke this permission at any time. However, if I do so, SPLC and Co-
Counsel will no longer be able to directly represent me. Also, SPLC and Co-
Counsel may still share with other clients and Co-Counsel the information he or
she had received before the revocation.

7.   **Promise of Confidentiality**: By sharing attorneys with other people, I will hear
or exchange information about other clients, the AFT, and/or the case. I agree not
to disclose this information to outside parties without the permission of the other
clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
to outside parties anything written I receive from SPLC and Co-Counsel unless
advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative
or judicial proceedings that may be necessary, including appeals of any judicial
decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-
          Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or
          pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions,
          hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by
          SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.  SPLC and the Co-Counsel agree that they will provide legal services free and at
no charge to me. SPLC and the Co-Counsel will be responsible for paying
litigation costs and attorney expenses incurred during the course of my

2

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

   a.   a professional determination made by an attorney that an appeal should not be made;
   b.   a professional determination made by an attorney that the matter should not be pursued;
   c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
   d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
   e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

LIBERTY DELA CRUZ
_____           AUG. 14, 2010
Signature of Client                                           _____
                                                                          Date

_____           8/16/2011
SPLC Representative                                       _____
                                                                          Date

email: fraque bay @ gmail.com

## RETAINER AGREEMENT

I, <u>Mercy O. Metran</u>, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  <u>problems I</u>
<u>experienced related to my recruitment by Universal International Placement, Inc. for</u>
<u>employment in the Louisiana public school system.</u>

1.     **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
       with the American Federation of Teachers ("AFT") and Covington and Burling,
       LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
       Counsel").  Co-counsel may request that I enter into a separate engagement letter
       with them.  I understand that if at any time I do not wish to have my case handled
       in cooperation and coordination with any present or future co-counsel, I have a
       right to withdraw from this retainer agreement and seek attorneys other than
       SPLC.

2.     I understand that SPLC and the Co-Counsel will not represent me in any other
       matters unless I and SPLC agree.

3.     I understand that SPLC and the Co-Counsel will handle my case to the best of its
       ability and in my best interest.  I also understand that SPLC and the Co-Counsel
       cannot guarantee that I will prevail in my case.  I understand that SPLC and the
       Co-Counsel will not pursue immigration relief on my behalf in this case.

4.      I understand that the representation provided by AFT is contingent upon
       membership in AFT, if eligible, and that if I drop membership or fail to maintain
       good standing while eligible, AFT may seek leave to withdraw from such
       representation.

5.     **Consent to Group Representation:** I understand and agree the SPLC and the
       Co-Counsel will be handling this case as a group action involving Louisiana
       public school system employees other than myself. I understand that my case may
       be handled as a class or collective action, where a small group of workers is
       designated to represent the interests of a larger group. I understand that this group
       representation may require SPLC and the Co-Counsel to discuss information
       about my case with other individuals involved in the case. I understand that SPLC
       and the Co-Counsel believe that no conflicts exist between my legal interests and
       the interests of these other individuals, because SPLC and Co-Counsel reasonably
       believe that I suffered similar injuries and have legal claims arising from the
       actions of UPI/PARS, the Louisiana public school system, and their associates
       and/or agents. I understand, however, that disagreements or conflicts may arise
       between other individuals and myself over the handling of my case. For example,
       I may disagree with other workers about whether to raise certain claims or
       defenses or to settle claims. I understand that not all possible conflicts between
       myself and other workers are foreseeable at this time. I understand that the
       specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.    **Waiver of Confidentiality**:  Normally, information that a client gives to his or
her lawyer is confidential or secret. The lawyer will not reveal this information to
other people unless disclosure is required by law, is necessary to represent the
client, or unless the client gives permission for the disclosure. I give permission
for SPLC and Co-Counsel to share confidential or secret information with the
other clients and Co-Counsel as necessary to further the goals and interests of
representation.  I understand that by giving such permission I may waive my right
to confidential communications between my attorney and me.  I understand that I
may revoke this permission at any time.  However, if I do so, SPLC and Co-
Counsel will no longer be able to directly represent me.  Also, SPLC and Co-
Counsel may still share with other clients and Co-Counsel the information he or
she had received before the revocation.

7.    **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear
or exchange information about other clients, the AFT, and/or the case. I agree not
to disclose this information to outside parties without the permission of the other
clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
to outside parties anything written I receive from SPLC and Co-Counsel unless
advised or requested to do so by SPLC and/or Co-Counsel.

8.    I agree that SPLC and/or the Co-Counsel will represent me in any administrative
or judicial proceedings that may be necessary, including appeals of any judicial
decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.    I agree to cooperate with SPLC and the Co-Counsel in my representation by:
      a.    not discussing my case with an adverse party without SPLC and the Co-
            Counsel's knowledge and consent;
      b.    informing SPLC immediately when I receive communications, letters, or
            pleadings related to my case;
      c.    being available as necessary for interviews, meetings, depositions,
            hearings or trials; and
      d.    contacting SPLC on a monthly basis or more frequently if so requested by
            SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at
no charge to me.  SPLC and the Co-Counsel will be responsible for paying
litigation costs and attorney expenses incurred during the course of my

2

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

        a.      a professional determination made by an attorney that an appeal should not be made;
        b.      a professional determination made by an attorney that the matter should not be pursued;
        c.      my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
        d.      my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
        e.      SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          _____
Signature of Client                                           Date

_____          _____
SPLC Representative                                        Date

4

## RETAINER AGREEMENT

I, _Charmaine Titong - Baena_, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.    **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.    **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.    I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.    I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.    not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
    b.    informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
    c.    being available as necessary for interviews, meetings, depositions, hearings or trials; and
    d.    contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

### TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

      a.   a professional determination made by an attorney that an appeal should not be made;

      b.   a professional determination made by an attorney that the matter should not be pursued;

      c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

      d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

      e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or
      as additional co-counsel, or any of its employees, can review my case, work on
      my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about
      my case, such as my name and information contained in public papers in the
      court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public
      information to the press and to others in any manner they believe could make
      progress in my interest and in the interest of educating the public and other
      immigrants about their rights. I understand that SPLC and the Co-Counsel have
      agreed to provide my representation in this matter at least in part so that SPLC
      and the Co-Counsel can educate the public and other workers about their legal
      and human rights as immigrants. I understand that, in exchange for the provision
      of free legal services, SPLC has requested that I not enter into a confidentiality
      agreement with the adverse party in the settlement of this case.

         I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          2|10|10
Signature of Client                  Date


_____          2|17|10
SPLC Representative                   Date


4

I, *MARIA VICTORIA E. CANCINO*, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
     with the American Federation of Teachers ("AFT") and Covington and Burling,
     LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
     Counsel").  Co-counsel may request that I enter into a separate engagement letter
     with them.  I understand that if at any time I do not wish to have my case handled
     in cooperation and coordination with any present or future co-counsel, I have a
     right to withdraw from this retainer agreement and seek attorneys other than
     SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other
     matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its
     ability and in my best interest.  I also understand that SPLC and the Co-Counsel
     cannot guarantee that I will prevail in my case.  I understand that SPLC and the
     Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon
     membership in AFT, if eligible, and that if I drop membership or fail to maintain
     good standing while eligible, AFT may seek leave to withdraw from such
     representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the
     Co-Counsel will be handling this case as a group action involving Louisiana
     public school system employees other than myself. I understand that my case may
     be handled as a class or collective action, where a small group of workers is
     designated to represent the interests of a larger group. I understand that this group
     representation may require SPLC and the Co-Counsel to discuss information
     about my case with other individuals involved in the case. I understand that SPLC
     and the Co-Counsel believe that no conflicts exist between my legal interests and
     the interests of these other individuals, because SPLC and Co-Counsel reasonably
     believe that I suffered similar injuries and have legal claims arising from the
     actions of UPI/PARS, the Louisiana public school system, and their associates
     and/or agents. I understand, however, that disagreements or conflicts may arise
     between other individuals and myself over the handling of my case. For example,
     I may disagree with other workers about whether to raise certain claims or
     defenses or to settle claims. I understand that not all possible conflicts between
     myself and other workers are foreseeable at this time. I understand that the
     specific conflicts discussed in this retainer are not the only conflicts which might

**Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

**Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree no to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

I agree to cooperate with SPLC and the Co-Counsel in my representation by:

a.  not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;

b.  informing SPLC immediately when I receive communications, letters, or pleadings related to my case;

c.  being available as necessary for interviews, meetings, depositions, hearings or trials; and

d.  contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

SPLC and the Co-Counsel agree that they will provide legal services free and at

I agree to promptly inform SPLC of any change in my address or telephone number.

SPLC and the Co-Counsel will make no settlement without first consulting me o my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives act as the client steering committee, who will be authorized to make decisions or my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good caus are:

    a.    a professional determination made by an attorney that an appeal should not be made;

    b.    a professional determination made by an attorney that the matter should not be pursued;

    c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorne working on my case to share information related to my case with other individua involved in the case and staff of the Unions.

I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____                    _____
gnature of Client                                   3/3/2010
                                                     Date


_____                    _____
LC Representative                                    3|12|10
                                                     Date

## RETAINER AGREEMENT

I, **Alfredo Caracosa** , agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.  I agree to promptly inform SPLC of any change in my address or telephone number.

12.  SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.  I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

    a.    a professional determination made by an attorney that an appeal should not be made;

    b.    a professional determination made by an attorney that the matter should not be pursued;

    c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.  I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          2/10/10 _____
Signature of Client                       Date

_____          2/17/10 _____
SPLC Representative                       Date

4

## RETAINER AGREEMENT

I, _Aurora B. Caringal_, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

   a.   a professional determination made by an attorney that an appeal should not be made;

   b.   a professional determination made by an attorney that the matter should not be pursued;

   c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

   d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

   e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or
       as additional co-counsel, or any of its employees, can review my case, work on
       my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about
       my case, such as my name and information contained in public papers in the
       court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
       information to the press and to others in any manner they believe could make
       progress in my interest and in the interest of educating the public and other
       immigrants about their rights.  I understand that SPLC and the Co-Counsel have
       agreed to provide my representation in this matter at least in part so that SPLC
       and the Co-Counsel can educate the public and other workers about their legal
       and human rights as immigrants.  I understand that, in exchange for the provision
       of free legal services, SPLC has requested that I not enter into a confidentiality
       agreement with the adverse party in the settlement of this case.


       I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_Aurora B. Caringal_                              _08-14-10_
Signature of Client                               Date


_/\_                                              _8/18/11_
SPLC Representative                               Date


4

# RETAINER AGREEMENT

I, __Johanna P. DeLaCruz__ agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
     with the American Federation of Teachers ("AFT") and Covington and Burling,
     LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
     Counsel").  Co-counsel may request that I enter into a separate engagement letter
     with them.  I understand that if at any time I do not wish to have my case handled
     in cooperation and coordination with any present or future co-counsel, I have a
     right to withdraw from this retainer agreement and seek attorneys other than
     SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other
     matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its
     ability and in my best interest.  I also understand that SPLC and the Co-Counsel
     cannot guarantee that I will prevail in my case.  I understand that SPLC and the
     Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon
     membership in AFT, if eligible, and that if I drop membership or fail to maintain
     good standing while eligible, AFT may seek leave to withdraw from such
     representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the
     Co-Counsel will be handling this case as a group action involving Louisiana
     public school system employees other than myself. I understand that my case may
     be handled as a class or collective action, where a small group of workers is
     designated to represent the interests of a larger group. I understand that this group
     representation may require SPLC and the Co-Counsel to discuss information
     about my case with other individuals involved in the case. I understand that SPLC
     and the Co-Counsel believe that no conflicts exist between my legal interests and
     the interests of these other individuals, because SPLC and Co-Counsel reasonably
     believe that I suffered similar injuries and have legal claims arising from the
     actions of UPI/PARS, the Louisiana public school system, and their associates
     and/or agents.  I understand, however, that disagreements or conflicts may arise
     between other individuals and myself over the handling of my case. For example,
     I may disagree with other workers about whether to raise certain claims or
     defenses or to settle claims. I understand that not all possible conflicts between
     myself and other workers are foreseeable at this time. I understand that the
     specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.  **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.  **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.  I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.  I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.  not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
    b.  informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
    c.  being available as necessary for interviews, meetings, depositions, hearings or trials; and
    d.  contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

## TERMS OF REPRESENTATION

11.    I agree to promptly inform SPLC of any change in my address or telephone
number.

12.    SPLC and the Co-Counsel will make no settlement without first consulting me or
my representatives and obtaining my or their approval.  If I am participating in a
potential or actual class or collective action law suit, SPLC will contact my class
representatives to reach a decision. I understand that any case in which I am a
party will potentially involve a large group of teachers.  As such, I agree to
participate with other clients in the selection of a small group of representatives to
act as the client steering committee, who will be authorized to make decisions on
my behalf regarding the case and who will be authorized to accept or decline any
settlement of the claims

13.    I understand that SPLC and the Co-Counsel are permitted by law to withdraw
from representing me if there is good cause for doing so.  Examples of good cause
are:

a.    a professional determination made by an attorney that an
appeal should not be made;

b.    a professional determination made by an attorney that the
matter should not be pursued;

c.    my refusal to settle or dismiss my claim which SPLC and the Co-
Counsel determine is reasonable and in my best interest;

d.    my lack of reasonable cooperation such as failing to
communicate with SPLC on a regular basis, keep
appointments, or return phone calls;

e.    SPLC and/or the Co-Counsel's professional determination, or a
determination by a judge, that serious conflicts of interest and/or
opinion between other clients and me prevent SPLC and Co-
Counsel from adequately and vigorously seeking justice for me or
any other client.

14.    I understand and agree that a non-attorney may be working on my case under the
direction of an attorney. I authorize the delegation and sharing of information to
non-attorneys as necessary to help the representation. I authorize any non-attorney
working on my case to share information related to my case with other individuals
involved in the case and staff of the Unions.

3

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or
      as additional co-counsel, or any of its employees, can review my case, work on
      my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about
      my case, such as my name and information contained in public papers in the
      court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
      information to the press and to others in any manner they believe could make
      progress in my interest and in the interest of educating the public and other
      immigrants about their rights.  I understand that SPLC and the Co-Counsel have
      agreed to provide my representation in this matter at least in part so that SPLC
      and the Co-Counsel can educate the public and other workers about their legal
      and human rights as immigrants.  I understand that, in exchange for the provision
      of free legal services, SPLC has requested that I not enter into a confidentiality
      agreement with the adverse party in the settlement of this case.


              I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


Signature of Client                                    Aug  1, 2010
                                                       Date

_____                       9/14/11
SPLC Representative                                    Date

4

## RETAINER AGREEMENT

I, _Alma E. Ganzon_ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel"). Co-counsel may request that I enter into a separate engagement letter
    with them. I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest. I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case. I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents. I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.    **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.    **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.    I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.    I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.    not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.    informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.    being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.    contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

### TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone
      number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or
      my representatives and obtaining my or their approval.  If I am participating in a
      potential or actual class or collective action law suit, SPLC will contact my class
      representatives to reach a decision. I understand that any case in which I am a
      party will potentially involve a large group of teachers.  As such, I agree to
      participate with other clients in the selection of a small group of representatives to
      act as the client steering committee, who will be authorized to make decisions on
      my behalf regarding the case and who will be authorized to accept or decline any
      settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw
      from representing me if there is good cause for doing so.  Examples of good cause
      are:

         a.   a professional determination made by an attorney that an
              appeal should not be made;
         b.   a professional determination made by an attorney that the
              matter should not be pursued;
         c.   my refusal to settle or dismiss my claim which SPLC and the Co-
              Counsel determine is reasonable and in my best interest;
         d.   my lack of reasonable cooperation such as failing to
              communicate with SPLC on a regular basis, keep
              appointments, or return phone calls;
         e.   SPLC and/or the Co-Counsel's professional determination, or a
              determination by a judge, that serious conflicts of interest and/or
              opinion between other clients and me prevent SPLC and Co-
              Counsel from adequately and vigorously seeking justice for me or
              any other client.

14.   I understand and agree that a non-attorney may be working on my case under the
      direction of an attorney. I authorize the delegation and sharing of information to
      non-attorneys as necessary to help the representation. I authorize any non-attorney
      working on my case to share information related to my case with other individuals
      involved in the case and staff of the Unions.

3

15.  I understand and agree that any attorney working for SPLC or the Co-Counsel, or
     as additional co-counsel, or any of its employees, can review my case, work on
     my case, or attend hearings concerning my case.

16.  I understand that SPLC and the Co-Counsel can publicly reveal information about
     my case, such as my name and information contained in public papers in the
     court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public
     information to the press and to others in any manner they believe could make
     progress in my interest and in the interest of educating the public and other
     immigrants about their rights. I understand that SPLC and the Co-Counsel have
     agreed to provide my representation in this matter at least in part so that SPLC
     and the Co-Counsel can educate the public and other workers about their legal
     and human rights as immigrants. I understand that, in exchange for the provision
     of free legal services, SPLC has requested that I not enter into a confidentiality
     agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_Odman E. Brngn_                          _Feb. 10, 2010_
Signature of Client                       Date

                                          _2/17/10_
SPLC Representative                       Date

4

employment in the Louisiana public school system.

1. **Co-Counsel**: I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2. I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3. I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4. I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5. **Consent to Group Representation**: I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between

6. **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7. **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8. I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9. I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a. not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b. informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c. being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d. contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying

11.     I agree to promptly inform SPLC of any change in my address or telephone
        number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or
        my representatives and obtaining my or their approval.  If I am participating in a
        potential or actual class or collective action law suit, SPLC will contact my class
        representatives to reach a decision. I understand that any case in which I am a
        party will potentially involve a large group of teachers.  As such, I agree to
        participate with other clients in the selection of a small group of representatives to
        act as the client steering committee, who will be authorized to make decisions on
        my behalf regarding the case and who will be authorized to accept or decline any
        settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw
        from representing me if there is good cause for doing so.  Examples of good cause
        are:

                a.      a professional determination made by an attorney that an
                        appeal should not be made;
                b.      a professional determination made by an attorney that the
                        matter should not be pursued;
                c.      my refusal to settle or dismiss my claim which SPLC and the Co-
                        Counsel determine is reasonable and in my best interest;
                d.      my lack of reasonable cooperation such as failing to
                        communicate with SPLC on a regular basis, keep
                        appointments, or return phone calls;
                e.      SPLC and/or the Co-Counsel's professional determination, or a
                        determination by a judge, that serious conflicts of interest and/or
                        opinion between other clients and me prevent SPLC and Co-
                        Counsel from adequately and vigorously seeking justice for me or
                        any other client.

14.     I understand and agree that a non-attorney may be working on my case under the
        direction of an attorney. I authorize the delegation and sharing of information to
        non-attorneys as necessary to help the representation. I authorize any non-attorney
        working on my case to share information related to my case with other individuals
        involved in the case and staff of the Unions.

my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____
Signature of Client

_____
SPLC Representative

_____
Date  3/17/2010

_____
Date  3/24/2010

# RETAINER AGREEMENT

I, _Angelsa  B- Navales_ , agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.      I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.     **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.     **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.     I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.     I agree to cooperate with SPLC and the Co-Counsel in my representation by:
       a.     not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
       b.     informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
       c.     being available as necessary for interviews, meetings, depositions, hearings or trials; and
       d.     contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone
      number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or
      my representatives and obtaining my or their approval.  If I am participating in a
      potential or actual class or collective action law suit, SPLC will contact my class
      representatives to reach a decision.  I understand that any case in which I am a
      party will potentially involve a large group of teachers.  As such, I agree to
      participate with other clients in the selection of a small group of representatives to
      act as the client steering committee, who will be authorized to make decisions on
      my behalf regarding the case and who will be authorized to accept or decline any
      settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw
      from representing me if there is good cause for doing so.  Examples of good cause
      are:

      a.    a professional determination made by an attorney that an
            appeal should not be made;
      b.    a professional determination made by an attorney that the
            matter should not be pursued;
      c.    my refusal to settle or dismiss my claim which SPLC and the Co-
            Counsel determine is reasonable and in my best interest;
      d.    my lack of reasonable cooperation such as failing to
            communicate with SPLC on a regular basis, keep
            appointments, or return phone calls;
      e.    SPLC and/or the Co-Counsel's professional determination, or a
            determination by a judge, that serious conflicts of interest and/or
            opinion between other clients and me prevent SPLC and Co-
            Counsel from adequately and vigorously seeking justice for me or
            any other client.

14.   I understand and agree that a non-attorney may be working on my case under the
      direction of an attorney. I authorize the delegation and sharing of information to
      non-attorneys as necessary to help the representation. I authorize any non-attorney
      working on my case to share information related to my case with other individuals
      involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____
Signature of Client

_____
SPLC Representative

_____
Date    2/10/'10

_____
Date    2/17/10

4

## RETAINER AGREEMENT

I, *Ledenila S. Sargen is a* agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or
her lawyer is confidential or secret.  The lawyer will not reveal this information to
other people unless disclosure is required by law, is necessary to represent the
client, or unless the client gives permission for the disclosure. I give permission
for SPLC and Co-Counsel to share confidential or secret information with the
other clients and Co-Counsel as necessary to further the goals and interests of
representation.  I understand that by giving such permission I may waive my right
to confidential communications between my attorney and me.  I understand that I
may revoke this permission at any time.  However, if I do so, SPLC and Co-
Counsel will no longer be able to directly represent me.  Also, SPLC and Co-
Counsel may still share with other clients and Co-Counsel the information he or
she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear
or exchange information about other clients, the AFT, and/or the case. I agree not
to disclose this information to outside parties without the permission of the other
clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
to outside parties anything written I receive from SPLC and Co-Counsel unless
advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative
or judicial proceedings that may be necessary, including appeals of any judicial
decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-
          Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or
          pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions,
          hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by
          SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.  SPLC and the Co-Counsel agree that they will provide legal services free and at
no charge to me.  SPLC and the Co-Counsel will be responsible for paying
litigation costs and attorney expenses incurred during the course of my

2

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

    a.    a professional determination made by an attorney that an appeal should not be made;
    b.    a professional determination made by an attorney that the matter should not be pursued;
    c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
    d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
    e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          _____
Signature of Client                                      Date

_____          _____
SPLC Representative                                   Date

4

## RETAINER AGREEMENT

I, __LILIBETH PANGAN__ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
     with the American Federation of Teachers ("AFT") and Covington and Burling,
     LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
     Counsel").  Co-counsel may request that I enter into a separate engagement letter
     with them.  I understand that if at any time I do not wish to have my case handled
     in cooperation and coordination with any present or future co-counsel, I have a
     right to withdraw from this retainer agreement and seek attorneys other than
     SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other
     matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its
     ability and in my best interest.  I also understand that SPLC and the Co-Counsel
     cannot guarantee that I will prevail in my case.  I understand that SPLC and the
     Co-Counsel will not pursue immigration relief on my behalf in this case.

4.     I understand that the representation provided by AFT is contingent upon
     membership in AFT, if eligible, and that if I drop membership or fail to maintain
     good standing while eligible, AFT may seek leave to withdraw from such
     representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the
     Co-Counsel will be handling this case as a group action involving Louisiana
     public school system employees other than myself. I understand that my case may
     be handled as a class or collective action, where a small group of workers is
     designated to represent the interests of a larger group. I understand that this group
     representation may require SPLC and the Co-Counsel to discuss information
     about my case with other individuals involved in the case. I understand that SPLC
     and the Co-Counsel believe that no conflicts exist between my legal interests and
     the interests of these other individuals, because SPLC and Co-Counsel reasonably
     believe that I suffered similar injuries and have legal claims arising from the
     actions of UPI/PARS, the Louisiana public school system, and their associates
     and/or agents.  I understand, however, that disagreements or conflicts may arise
     between other individuals and myself over the handling of my case. For example,
     I may disagree with other workers about whether to raise certain claims or
     defenses or to settle claims. I understand that not all possible conflicts between
     myself and other workers are foreseeable at this time. I understand that the
     specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone
      number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or
      my representatives and obtaining my or their approval.  If I am participating in a
      potential or actual class or collective action law suit, SPLC will contact my class
      representatives to reach a decision. I understand that any case in which I am a
      party will potentially involve a large group of teachers.  As such, I agree to
      participate with other clients in the selection of a small group of representatives to
      act as the client steering committee, who will be authorized to make decisions on
      my behalf regarding the case and who will be authorized to accept or decline any
      settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw
      from representing me if there is good cause for doing so.  Examples of good cause
      are:

      a.   a professional determination made by an attorney that an
           appeal should not be made;
      b.   a professional determination made by an attorney that the
           matter should not be pursued;
      c.   my refusal to settle or dismiss my claim which SPLC and the Co-
           Counsel determine is reasonable and in my best interest;
      d.   my lack of reasonable cooperation such as failing to
           communicate with SPLC on a regular basis, keep
           appointments, or return phone calls;
      e.   SPLC and/or the Co-Counsel's professional determination, or a
           determination by a judge, that serious conflicts of interest and/or
           opinion between other clients and me prevent SPLC and Co-
           Counsel from adequately and vigorously seeking justice for me or
           any other client.

14.   I understand and agree that a non-attorney may be working on my case under the
      direction of an attorney. I authorize the delegation and sharing of information to
      non-attorneys as necessary to help the representation. I authorize any non-attorney
      working on my case to share information related to my case with other individuals
      involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

Signature of Client                                    2-10-10
_____                        _____
Signature of Client                                    Date

_____                        2/17/10
SPLC Representative                                _____
                                                            Date

4

# RETAINER AGREEMENT

I, Encarnita Somoso , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.      **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
        with the American Federation of Teachers ("AFT") and Covington and Burling,
        LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
        Counsel"). Co-counsel may request that I enter into a separate engagement letter
        with them.  I understand that if at any time I do not wish to have my case handled
        in cooperation and coordination with any present or future co-counsel, I have a
        right to withdraw from this retainer agreement and seek attorneys other than
        SPLC.

2.      I understand that SPLC and the Co-Counsel will not represent me in any other
        matters unless I and SPLC agree.

3.      I understand that SPLC and the Co-Counsel will handle my case to the best of its
        ability and in my best interest.  I also understand that SPLC and the Co-Counsel
        cannot guarantee that I will prevail in my case.  I understand that SPLC and the
        Co-Counsel will not pursue immigration relief on my behalf in this case.

4.      I understand that the representation provided by AFT is contingent upon
        membership in AFT, if eligible, and that if I drop membership or fail to maintain
        good standing while eligible, AFT may seek leave to withdraw from such
        representation.

5.      **Consent to Group Representation:** I understand and agree the SPLC and the
        Co-Counsel will be handling this case as a group action involving Louisiana
        public school system employees other than myself. I understand that my case may
        be handled as a class or collective action, where a small group of workers is
        designated to represent the interests of a larger group. I understand that this group
        representation may require SPLC and the Co-Counsel to discuss information
        about my case with other individuals involved in the case. I understand that SPLC
        and the Co-Counsel believe that no conflicts exist between my legal interests and
        the interests of these other individuals, because SPLC and Co-Counsel reasonably
        believe that I suffered similar injuries and have legal claims arising from the
        actions of UPI/PARS, the Louisiana public school system, and their associates
        and/or agents.  I understand, however, that disagreements or conflicts may arise
        between other individuals and myself over the handling of my case. For example,
        I may disagree with other workers about whether to raise certain claims or
        defenses or to settle claims. I understand that not all possible conflicts between
        myself and other workers are foreseeable at this time. I understand that the
        specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation.  I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or
her lawyer is confidential or secret.  The lawyer will not reveal this information to
other people unless disclosure is required by law, is necessary to represent the
client, or unless the client gives permission for the disclosure. I give permission
for SPLC and Co-Counsel to share confidential or secret information with the
other clients and Co-Counsel as necessary to further the goals and interests of
representation.  I understand that by giving such permission I may waive my right
to confidential communications between my attorney and me.  I understand that I
may revoke this permission at any time.  However, if I do so, SPLC and Co-
Counsel will no longer be able to directly represent me.  Also, SPLC and Co-
Counsel may still share with other clients and Co-Counsel the information he or
she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear
or exchange information about other clients, the AFT, and/or the case. I agree not
to disclose this information to outside parties without the permission of the other
clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
to outside parties anything written I receive from SPLC and Co-Counsel unless
advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative
or judicial proceedings that may be necessary, including appeals of any judicial
decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-
          Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or
          pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions,
          hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by
          SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.  SPLC and the Co-Counsel agree that they will provide legal services free and at
no charge to me.  SPLC and the Co-Counsel will be responsible for paying
litigation costs and attorney expenses incurred during the course of my

2

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

    a.   a professional determination made by an attorney that an appeal should not be made;

    b.   a professional determination made by an attorney that the matter should not be pursued;

    c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_Encaenita Somoso_
Signature of Client

_Feb 9, 2010_
Date

SPLC Representative

_2/17/10_
Date