*Nunag-Tanedo, et al. v. East Baton Rouge Parish School Board, et al.*
Civil Case Number 8:10-cv-01172-JAK-MLG

# EXHIBIT A

## Part 2

I, _JUDY E. TABILIN_ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel").  Co-counsel may request that I enter into a separate engagement letter
    with them.  I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest.  I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case.  I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents.  I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

**Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information t other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my righ to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

**Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

I agree to cooperate with SPLC and the Co-Counsel in my representation by:
a.    not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
b.    informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
c.    being available as necessary for interviews, meetings, depositions, hearings or trials; and
d.    contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

SPLC and the Co-Counsel agree that they will provide legal services free and at

I agree to promptly inform SPLC of any change in my address or telephone number.

SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

a. a professional determination made by an attorney that an appeal should not be made;

b. a professional determination made by an attorney that the matter should not be pursued;

c. my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

d. my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

e. SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          _____
nature of Client                                       March 3, 2010
                                                        Date


_____          _____
LC Representative                                      3/12/10
                                                        Date

# RETAINER AGREEMENT

I, _Ma. Elvira A Jinamison_, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.  **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.  **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.  I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.  I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.  not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
    b.  informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
    c.  being available as necessary for interviews, meetings, depositions, hearings or trials; and
    d.  contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

### TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

  a. a professional determination made by an attorney that an appeal should not be made;

  b. a professional determination made by an attorney that the matter should not be pursued;

  c. my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

  d. my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

  e. SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.  I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.  I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          _____
Signature of Client                                              Date

_____          _____
SPLC Representative                                          Date

4

## RETAINER AGREEMENT

I, ___JONATHAN B. VELASQUEZ___ agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following:  problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.    not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
    b.    informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
    c.    being available as necessary for interviews, meetings, depositions, hearings or trials; and
    d.    contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone
        number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or
        my representatives and obtaining my or their approval.  If I am participating in a
        potential or actual class or collective action law suit, SPLC will contact my class
        representatives to reach a decision. I understand that any case in which I am a
        party will potentially involve a large group of teachers.  As such, I agree to
        participate with other clients in the selection of a small group of representatives to
        act as the client steering committee, who will be authorized to make decisions on
        my behalf regarding the case and who will be authorized to accept or decline any
        settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw
        from representing me if there is good cause for doing so.  Examples of good cause
        are:

        a.      a professional determination made by an attorney that an
                appeal should not be made;
        b.      a professional determination made by an attorney that the
                matter should not be pursued;
        c.      my refusal to settle or dismiss my claim which SPLC and the Co-
                Counsel determine is reasonable and in my best interest;
        d.      my lack of reasonable cooperation such as failing to
                communicate with SPLC on a regular basis, keep
                appointments, or return phone calls;
        e.      SPLC and/or the Co-Counsel's professional determination, or a
                determination by a judge, that serious conflicts of interest and/or
                opinion between other clients and me prevent SPLC and Co-
                Counsel from adequately and vigorously seeking justice for me or
                any other client.

14.     I understand and agree that a non-attorney may be working on my case under the
        direction of an attorney. I authorize the delegation and sharing of information to
        non-attorneys as necessary to help the representation. I authorize any non-attorney
        working on my case to share information related to my case with other individuals
        involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or
      as additional co-counsel, or any of its employees, can review my case, work on
      my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about
      my case, such as my name and information contained in public papers in the
      court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
      information to the press and to others in any manner they believe could make
      progress in my interest and in the interest of educating the public and other
      immigrants about their rights.  I understand that SPLC and the Co-Counsel have
      agreed to provide my representation in this matter at least in part so that SPLC
      and the Co-Counsel can educate the public and other workers about their legal
      and human rights as immigrants.  I understand that, in exchange for the provision
      of free legal services, SPLC has requested that I not enter into a confidentiality
      agreement with the adverse party in the settlement of this case.


      I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          08/01/10
Signature of Client                      Date


_____          8/18/11
SPLC Representative                      Date


4

## RETAINER AGREEMENT

I, RITCHIE B. ADLAON , agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.    **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.    I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.    I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.    **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality:** Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality:** By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

> a. a professional determination made by an attorney that an appeal should not be made;
> b. a professional determination made by an attorney that the matter should not be pursued;
> c. my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
> d. my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
> e. SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____        _____
Signature of Client                                      Date  3/10/2010

_____        _____
SPLC Representative                                    Date  9/15/11


4

# RETAINER AGREEMENT

I, __HIA VI ADOLFO__ , agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6. **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7. **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8. I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9. I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a. not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b. informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c. being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d. contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a.   a professional determination made by an attorney that an appeal should not be made;
   b.   a professional determination made by an attorney that the matter should not be pursued;
   c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
   d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
   e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or
        as additional co-counsel, or any of its employees, can review my case, work on
        my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about
        my case, such as my name and information contained in public papers in the
        court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
        information to the press and to others in any manner they believe could make
        progress in my interest and in the interest of educating the public and other
        immigrants about their rights.  I understand that SPLC and the Co-Counsel have
        agreed to provide my representation in this matter at least in part so that SPLC
        and the Co-Counsel can educate the public and other workers about their legal
        and human rights as immigrants.  I understand that, in exchange for the provision
        of free legal services, SPLC has requested that I not enter into a confidentiality
        agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____                    February 10, 2010
Signature of Client                                 Date

_____                    2/17/10
SPLC Representative                                 Date


4

## RETAINER AGREEMENT

I, _Ma. Vanessa Aguinaldo_ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.     **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
       with the American Federation of Teachers ("AFT") and Covington and Burling,
       LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
       Counsel").  Co-counsel may request that I enter into a separate engagement letter
       with them.  I understand that if at any time I do not wish to have my case handled
       in cooperation and coordination with any present or future co-counsel, I have a
       right to withdraw from this retainer agreement and seek attorneys other than
       SPLC.

2.     I understand that SPLC and the Co-Counsel will not represent me in any other
       matters unless I and SPLC agree.

3.     I understand that SPLC and the Co-Counsel will handle my case to the best of its
       ability and in my best interest.  I also understand that SPLC and the Co-Counsel
       cannot guarantee that I will prevail in my case.  I understand that SPLC and the
       Co-Counsel will not pursue immigration relief on my behalf in this case.

4.      I understand that the representation provided by AFT is contingent upon
       membership in AFT, if eligible, and that if I drop membership or fail to maintain
       good standing while eligible, AFT may seek leave to withdraw from such
       representation.

5.     **Consent to Group Representation:** I understand and agree the SPLC and the
       Co-Counsel will be handling this case as a group action involving Louisiana
       public school system employees other than myself. I understand that my case may
       be handled as a class or collective action, where a small group of workers is
       designated to represent the interests of a larger group. I understand that this group
       representation may require SPLC and the Co-Counsel to discuss information
       about my case with other individuals involved in the case. I understand that SPLC
       and the Co-Counsel believe that no conflicts exist between my legal interests and
       the interests of these other individuals, because SPLC and Co-Counsel reasonably
       believe that I suffered similar injuries and have legal claims arising from the
       actions of UPI/PARS, the Louisiana public school system, and their associates
       and/or agents.  I understand, however, that disagreements or conflicts may arise
       between other individuals and myself over the handling of my case. For example,
       I may disagree with other workers about whether to raise certain claims or
       defenses or to settle claims. I understand that not all possible conflicts between
       myself and other workers are foreseeable at this time. I understand that the
       specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.  **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.  **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.  I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.  I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.  not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
    b.  informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
    c.  being available as necessary for interviews, meetings, depositions, hearings or trials; and
    d.  contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.  I agree to promptly inform SPLC of any change in my address or telephone number.

12.  SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.  I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a.  a professional determination made by an attorney that an appeal should not be made;
   b.  a professional determination made by an attorney that the matter should not be pursued;
   c.  my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
   d.  my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
   e.  SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.  I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or
       as additional co-counsel, or any of its employees, can review my case, work on
       my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about
       my case, such as my name and information contained in public papers in the
       court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public
       information to the press and to others in any manner they believe could make
       progress in my interest and in the interest of educating the public and other
       immigrants about their rights. I understand that SPLC and the Co-Counsel have
       agreed to provide my representation in this matter at least in part so that SPLC
       and the Co-Counsel can educate the public and other workers about their legal
       and human rights as immigrants. I understand that, in exchange for the provision
       of free legal services, SPLC has requested that I not enter into a confidentiality
       agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          _____
Signature of Client                        Date  2/10/10


_____          _____
SPLC Representative                         Date  2/17/10

## RETAINER AGREEMENT

I, _GRACE ANDEZA_____, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel").  Co-counsel may request that I enter into a separate engagement letter
    with them.  I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest.  I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case.  I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.      I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents.  I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6. **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7. **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8. I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9. I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a. not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b. informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c. being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d. contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case. I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

## TERMS OF REPRESENTATION

11.    I agree to promptly inform SPLC of any change in my address or telephone
       number.

12.    SPLC and the Co-Counsel will make no settlement without first consulting me or
       my representatives and obtaining my or their approval. If I am participating in a
       potential or actual class or collective action law suit, SPLC will contact my class
       representatives to reach a decision. I understand that any case in which I am a
       party will potentially involve a large group of teachers. As such, I agree to
       participate with other clients in the selection of a small group of representatives to
       act as the client steering committee, who will be authorized to make decisions on
       my behalf regarding the case and who will be authorized to accept or decline any
       settlement of the claims

13.    I understand that SPLC and the Co-Counsel are permitted by law to withdraw
       from representing me if there is good cause for doing so. Examples of good cause
       are:

       a.    a professional determination made by an attorney that an
             appeal should not be made;
       b.    a professional determination made by an attorney that the
             matter should not be pursued;
       c.    my refusal to settle or dismiss my claim which SPLC and the Co-
             Counsel determine is reasonable and in my best interest;
       d.    my lack of reasonable cooperation such as failing to
             communicate with SPLC on a regular basis, keep
             appointments, or return phone calls;
       e.    SPLC and/or the Co-Counsel's professional determination, or a
             determination by a judge, that serious conflicts of interest and/or
             opinion between other clients and me prevent SPLC and Co-
             Counsel from adequately and vigorously seeking justice for me or
             any other client.

14.    I understand and agree that a non-attorney may be working on my case under the
       direction of an attorney. I authorize the delegation and sharing of information to
       non-attorneys as necessary to help the representation. I authorize any non-attorney
       working on my case to share information related to my case with other individuals
       involved in the case and staff of the Unions.

3

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or
       as additional co-counsel, or any of its employees, can review my case, work on
       my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about
       my case, such as my name and information contained in public papers in the
       court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public
       information to the press and to others in any manner they believe could make
       progress in my interest and in the interest of educating the public and other
       immigrants about their rights. I understand that SPLC and the Co-Counsel have
       agreed to provide my representation in this matter at least in part so that SPLC
       and the Co-Counsel can educate the public and other workers about their legal
       and human rights as immigrants. I understand that, in exchange for the provision
       of free legal services, SPLC has requested that I not enter into a confidentiality
       agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          02 / 10 / 2010
Signature of Client                         Date

_____          2/17/10
SPLC Representative                         Date

4

# RETAINER AGREEMENT

I, _GRACE GRIMQUE_ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.    **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
       with the American Federation of Teachers ("AFT") and Covington and Burling,
       LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
       Counsel").  Co-counsel may request that I enter into a separate engagement letter
       with them.  I understand that if at any time I do not wish to have my case handled
       in cooperation and coordination with any present or future co-counsel, I have a
       right to withdraw from this retainer agreement and seek attorneys other than
       SPLC.

2.    I understand that SPLC and the Co-Counsel will not represent me in any other
       matters unless I and SPLC agree.

3.    I understand that SPLC and the Co-Counsel will handle my case to the best of its
       ability and in my best interest.  I also understand that SPLC and the Co-Counsel
       cannot guarantee that I will prevail in my case.  I understand that SPLC and the
       Co-Counsel will not pursue immigration relief on my behalf in this case.

4.      I understand that the representation provided by AFT is contingent upon
       membership in AFT, if eligible, and that if I drop membership or fail to maintain
       good standing while eligible, AFT may seek leave to withdraw from such
       representation.

5.    **Consent to Group Representation:** I understand and agree the SPLC and the
       Co-Counsel will be handling this case as a group action involving Louisiana
       public school system employees other than myself. I understand that my case may
       be handled as a class or collective action, where a small group of workers is
       designated to represent the interests of a larger group. I understand that this group
       representation may require SPLC and the Co-Counsel to discuss information
       about my case with other individuals involved in the case. I understand that SPLC
       and the Co-Counsel believe that no conflicts exist between my legal interests and
       the interests of these other individuals, because SPLC and Co-Counsel reasonably
       believe that I suffered similar injuries and have legal claims arising from the
       actions of UPI/PARS, the Louisiana public school system, and their associates
       and/or agents.  I understand, however, that disagreements or conflicts may arise
       between other individuals and myself over the handling of my case. For example,
       I may disagree with other workers about whether to raise certain claims or
       defenses or to settle claims. I understand that not all possible conflicts between
       myself and other workers are foreseeable at this time. I understand that the
       specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case. I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone
       number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or
       my representatives and obtaining my or their approval. If I am participating in a
       potential or actual class or collective action law suit, SPLC will contact my class
       representatives to reach a decision. I understand that any case in which I am a
       party will potentially involve a large group of teachers. As such, I agree to
       participate with other clients in the selection of a small group of representatives to
       act as the client steering committee, who will be authorized to make decisions on
       my behalf regarding the case and who will be authorized to accept or decline any
       settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw
       from representing me if there is good cause for doing so. Examples of good cause
       are:

       a.    a professional determination made by an attorney that an
             appeal should not be made;
       b.    a professional determination made by an attorney that the
             matter should not be pursued;
       c.    my refusal to settle or dismiss my claim which SPLC and the Co-
             Counsel determine is reasonable and in my best interest;
       d.    my lack of reasonable cooperation such as failing to
             communicate with SPLC on a regular basis, keep
             appointments, or return phone calls;
       e.    SPLC and/or the Co-Counsel's professional determination, or a
             determination by a judge, that serious conflicts of interest and/or
             opinion between other clients and me prevent SPLC and Co-
             Counsel from adequately and vigorously seeking justice for me or
             any other client.

14.   I understand and agree that a non-attorney may be working on my case under the
       direction of an attorney. I authorize the delegation and sharing of information to
       non-attorneys as necessary to help the representation. I authorize any non-attorney
       working on my case to share information related to my case with other individuals
       involved in the case and staff of the Unions.

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          02 / 10 / 2010
Signature of Client                                      Date

_____          2/17/10
SPLC Representative                                   Date

4

## RETAINER AGREEMENT

I, MARILYN A. ASA          , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.      **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
        with the American Federation of Teachers ("AFT") and Covington and Burling,
        LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
        Counsel").  Co-counsel may request that I enter into a separate engagement letter
        with them.  I understand that if at any time I do not wish to have my case handled
        in cooperation and coordination with any present or future co-counsel, I have a
        right to withdraw from this retainer agreement and seek attorneys other than
        SPLC.

2.      I understand that SPLC and the Co-Counsel will not represent me in any other
        matters unless I and SPLC agree.

3.      I understand that SPLC and the Co-Counsel will handle my case to the best of its
        ability and in my best interest.  I also understand that SPLC and the Co-Counsel
        cannot guarantee that I will prevail in my case.  I understand that SPLC and the
        Co-Counsel will not pursue immigration relief on my behalf in this case.

4.       I understand that the representation provided by AFT is contingent upon
        membership in AFT, if eligible, and that if I drop membership or fail to maintain
        good standing while eligible, AFT may seek leave to withdraw from such
        representation.

5.      **Consent to Group Representation:** I understand and agree the SPLC and the
        Co-Counsel will be handling this case as a group action involving Louisiana
        public school system employees other than myself. I understand that my case may
        be handled as a class or collective action, where a small group of workers is
        designated to represent the interests of a larger group. I understand that this group
        representation may require SPLC and the Co-Counsel to discuss information
        about my case with other individuals involved in the case. I understand that SPLC
        and the Co-Counsel believe that no conflicts exist between my legal interests and
        the interests of these other individuals, because SPLC and Co-Counsel reasonably
        believe that I suffered similar injuries and have legal claims arising from the
        actions of UPI/PARS, the Louisiana public school system, and their associates
        and/or agents.  I understand, however, that disagreements or conflicts may arise
        between other individuals and myself over the handling of my case. For example,
        I may disagree with other workers about whether to raise certain claims or
        defenses or to settle claims. I understand that not all possible conflicts between
        myself and other workers are foreseeable at this time. I understand that the
        specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

    a.  a professional determination made by an attorney that an appeal should not be made;
    b.  a professional determination made by an attorney that the matter should not be pursued;
    c.  my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
    d.  my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
    e.  SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

MARILYN ASA

_____                    02-10-2010
Signature of Client                              _____
                                                 Date

_____                    2/17/10
SPLC Representative                              _____
                                                 Date

## RETAINER AGREEMENT

I, ___Veberly Rose Aseo___ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel").  Co-counsel may request that I enter into a separate engagement letter
    with them.  I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest.  I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case.  I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents. I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.     **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.     **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.     I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.     I agree to cooperate with SPLC and the Co-Counsel in my representation by:
       a.     not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
       b.     informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
       c.     being available as necessary for interviews, meetings, depositions, hearings or trials; and
       d.     contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

    a.  a professional determination made by an attorney that an appeal should not be made;
    b.  a professional determination made by an attorney that the matter should not be pursued;
    c.  my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
    d.  my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
    e.  SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

Signature of Client                                    Feb. 10, 2010
                                                       Date

SPLC Representative                                    2/17/10
                                                       Date

4

## RETAINER AGREEMENT

I, _DEVI BALANI_____, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

    a.     a professional determination made by an attorney that an appeal should not be made;

    b.     a professional determination made by an attorney that the matter should not be pursued;

    c.     my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.     my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.     SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or
      as additional co-counsel, or any of its employees, can review my case, work on
      my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about
      my case, such as my name and information contained in public papers in the
      court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
      information to the press and to others in any manner they believe could make
      progress in my interest and in the interest of educating the public and other
      immigrants about their rights.  I understand that SPLC and the Co-Counsel have
      agreed to provide my representation in this matter at least in part so that SPLC
      and the Co-Counsel can educate the public and other workers about their legal
      and human rights as immigrants.  I understand that, in exchange for the provision
      of free legal services, SPLC has requested that I not enter into a confidentiality
      agreement with the adverse party in the settlement of this case.


            I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          _____
Signature of Client                        Date

_____          _____
SPLC Representative                        Date


4

## RETAINER AGREEMENT

I, _Gemma Baisac_ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel").  Co-counsel may request that I enter into a separate engagement letter
    with them.  I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest.  I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case.  I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents.  I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6. **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7. **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8. I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9. I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

      a.    a professional determination made by an attorney that an appeal should not be made;

      b.    a professional determination made by an attorney that the matter should not be pursued;

      c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

      d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

      e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


Signature of Client                                    Date  2/10/2010


SPLC Representative                                     Date  2/17/10

## RETAINER AGREEMENT

I, *Maria Karen Bangoy*, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel").  Co-counsel may request that I enter into a separate engagement letter
    with them.  I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest.  I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case.  I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents.  I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.  **Waiver of Confidentiality**: Normally, information that a client gives to his or
    her lawyer is confidential or secret. The lawyer will not reveal this information to
    other people unless disclosure is required by law, is necessary to represent the
    client, or unless the client gives permission for the disclosure. I give permission
    for SPLC and Co-Counsel to share confidential or secret information with the
    other clients and Co-Counsel as necessary to further the goals and interests of
    representation. I understand that by giving such permission I may waive my right
    to confidential communications between my attorney and me. I understand that I
    may revoke this permission at any time. However, if I do so, SPLC and Co-
    Counsel will no longer be able to directly represent me. Also, SPLC and Co-
    Counsel may still share with other clients and Co-Counsel the information he or
    she had received before the revocation.

7.  **Promise of Confidentiality**: By sharing attorneys with other people, I will hear
    or exchange information about other clients, the AFT, and/or the case. I agree not
    to disclose this information to outside parties without the permission of the other
    clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
    to outside parties anything written I receive from SPLC and Co-Counsel unless
    advised or requested to do so by SPLC and/or Co-Counsel.

8.  I agree that SPLC and/or the Co-Counsel will represent me in any administrative
    or judicial proceedings that may be necessary, including appeals of any judicial
    decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.  I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.  not discussing my case with an adverse party without SPLC and the Co-
        Counsel's knowledge and consent;
    b.  informing SPLC immediately when I receive communications, letters, or
        pleadings related to my case;
    c.  being available as necessary for interviews, meetings, depositions,
        hearings or trials; and
    d.  contacting SPLC on a monthly basis or more frequently if so requested by
        SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at
    no charge to me. SPLC and the Co-Counsel will be responsible for paying
    litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

       a.     a professional determination made by an attorney that an appeal should not be made;

       b.     a professional determination made by an attorney that the matter should not be pursued;

       c.     my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

       d.     my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

       e.     SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          2- 10 -10
Signature of Client                                       Date


_____          2/17/10
SPLC Representative                                   Date

**RETAINER AGREEMENT**

I, _KRISTINE NINA S. BARCELONA_ , agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6. **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7. **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8. I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9. I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a. not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b. informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c. being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d. contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

2

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a. a professional determination made by an attorney that an appeal should not be made;

   b. a professional determination made by an attorney that the matter should not be pursued;

   c. my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

   d. my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

   e. SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          _April 4, 2010_____
Signature of Client                                                Date


_____          _4/6/201_____
SPLC Representative                                            Date

# RETAINER AGREEMENT

I, ~~ELENITA T. BOO~~, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1. **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2. I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3. I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4. I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5. **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.   I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.     not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.     informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.     being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.     contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

2

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a.   a professional determination made by an attorney that an appeal should not be made;
   b.   a professional determination made by an attorney that the matter should not be pursued;
   c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
   d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
   e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          MARCH 3 , 2010
Signature of Client                              Date

_____          3/12/10
SPLC Representative                           Date

4