*Nunag-Tanedo, et al. v. East Baton Rouge Parish School Board, et al.*
Civil Case Number 8:10-cv-01172-JAK-MLG

# EXHIBIT A

## Part 7

## RETAINER AGREEMENT

I, _Dennis Mendoza_____, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1. **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
   with the American Federation of Teachers ("AFT") and Covington and Burling,
   LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
   Counsel").  Co-counsel may request that I enter into a separate engagement letter
   with them.  I understand that if at any time I do not wish to have my case handled
   in cooperation and coordination with any present or future co-counsel, I have a
   right to withdraw from this retainer agreement and seek attorneys other than
   SPLC.

2. I understand that SPLC and the Co-Counsel will not represent me in any other
   matters unless I and SPLC agree.

3. I understand that SPLC and the Co-Counsel will handle my case to the best of its
   ability and in my best interest.  I also understand that SPLC and the Co-Counsel
   cannot guarantee that I will prevail in my case.  I understand that SPLC and the
   Co-Counsel will not pursue immigration relief on my behalf in this case.

4. I understand that the representation provided by AFT is contingent upon
   membership in AFT, if eligible, and that if I drop membership or fail to maintain
   good standing while eligible, AFT may seek leave to withdraw from such
   representation.

5. **Consent to Group Representation:** I understand and agree the SPLC and the
   Co-Counsel will be handling this case as a group action involving Louisiana
   public school system employees other than myself. I understand that my case may
   be handled as a class or collective action, where a small group of workers is
   designated to represent the interests of a larger group. I understand that this group
   representation may require SPLC and the Co-Counsel to discuss information
   about my case with other individuals involved in the case. I understand that SPLC
   and the Co-Counsel believe that no conflicts exist between my legal interests and
   the interests of these other individuals, because SPLC and Co-Counsel reasonably
   believe that I suffered similar injuries and have legal claims arising from the
   actions of UPI/PARS, the Louisiana public school system, and their associates
   and/or agents.  I understand, however, that disagreements or conflicts may arise
   between other individuals and myself over the handling of my case. For example,
   I may disagree with other workers about whether to raise certain claims or
   defenses or to settle claims. I understand that not all possible conflicts between
   myself and other workers are foreseeable at this time. I understand that the
   specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

### TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

    a.    a professional determination made by an attorney that an appeal should not be made;

    b.    a professional determination made by an attorney that the matter should not be pursued;

    c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          03 – 04 – 2011
Signature of Client                                         Date

_____          3/12/10
SPLC Representative                                       Date

## RETAINER AGREEMENT

I, _Myrna P. Mendoza_, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6. **Waiver of Confidentiality:** Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7. **Promise of Confidentiality:** By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8. I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9. I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
    b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
    c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
    d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

      a.    a professional determination made by an attorney that an appeal should not be made;

      b.    a professional determination made by an attorney that the matter should not be pursued;

      c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

      d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

      e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          3/4/10
Signature of Client                        Date


_____          3/12/10
SPLC Representative                         Date

4

## RETAINER AGREEMENT

I, *MARITES C. NEGRE*_____, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following:  problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

2

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

### TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

   a.   a professional determination made by an attorney that an appeal should not be made;

   b.   a professional determination made by an attorney that the matter should not be pursued;

   c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

   d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

   e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          _____
Signature of Client                                              Date   3/4/10

_____          _____
SPLC Representative                                           Date   3/12/10

4

## RETAINER AGREEMENT

I, *Bernard Pagusara*, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**: Normally, information that a client gives to his or
     her lawyer is confidential or secret. The lawyer will not reveal this information to
     other people unless disclosure is required by law, is necessary to represent the
     client, or unless the client gives permission for the disclosure. I give permission
     for SPLC and Co-Counsel to share confidential or secret information with the
     other clients and Co-Counsel as necessary to further the goals and interests of
     representation. I understand that by giving such permission I may waive my right
     to confidential communications between my attorney and me. I understand that I
     may revoke this permission at any time. However, if I do so, SPLC and Co-
     Counsel will no longer be able to directly represent me. Also, SPLC and Co-
     Counsel may still share with other clients and Co-Counsel the information he or
     she had received before the revocation.

7.   **Promise of Confidentiality**: By sharing attorneys with other people, I will hear
     or exchange information about other clients, the AFT, and/or the case. I agree not
     to disclose this information to outside parties without the permission of the other
     clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
     to outside parties anything written I receive from SPLC and Co-Counsel unless
     advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative
     or judicial proceedings that may be necessary, including appeals of any judicial
     decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-
          Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or
          pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions,
          hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by
          SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.  SPLC and the Co-Counsel agree that they will provide legal services free and at
     no charge to me. SPLC and the Co-Counsel will be responsible for paying
     litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

### TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a. a professional determination made by an attorney that an appeal should not be made;

   b. a professional determination made by an attorney that the matter should not be pursued;

   c. my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

   d. my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

   e. SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          _3-22-10_____
Signature of Client                                        Date

_____          _3/30/10_____
SPLC Representative                                      Date

## RETAINER AGREEMENT

I, _Delia S. Palenzuela_ agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel"). Co-counsel may request that I enter into a separate engagement letter with them. I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest. I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case. I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents. I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.     **Waiver of Confidentiality:**  Normally, information that a client gives to his or
her lawyer is confidential or secret. The lawyer will not reveal this information to
other people unless disclosure is required by law, is necessary to represent the
client, or unless the client gives permission for the disclosure. I give permission
for SPLC and Co-Counsel to share confidential or secret information with the
other clients and Co-Counsel as necessary to further the goals and interests of
representation. I understand that by giving such permission I may waive my right
to confidential communications between my attorney and me. I understand that I
may revoke this permission at any time. However, if I do so, SPLC and Co-
Counsel will no longer be able to directly represent me. Also, SPLC and Co-
Counsel may still share with other clients and Co-Counsel the information he or
she had received before the revocation.

7.     **Promise of Confidentiality:**  By sharing attorneys with other people, I will hear
or exchange information about other clients, the AFT, and/or the case. I agree not
to disclose this information to outside parties without the permission of the other
clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
to outside parties anything written I receive from SPLC and Co-Counsel unless
advised or requested to do so by SPLC and/or Co-Counsel.

8.     I agree that SPLC and/or the Co-Counsel will represent me in any administrative
or judicial proceedings that may be necessary, including appeals of any judicial
decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.     I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.     not discussing my case with an adverse party without SPLC and the Co-
            Counsel's knowledge and consent;
    b.     informing SPLC immediately when I receive communications, letters, or
            pleadings related to my case;
    c.     being available as necessary for interviews, meetings, depositions,
            hearings or trials; and
    d.     contacting SPLC on a monthly basis or more frequently if so requested by
            SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at
no charge to me. SPLC and the Co-Counsel will be responsible for paying
litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.  I agree to promptly inform SPLC of any change in my address or telephone number.

12.  SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision.  I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.  I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

    a.    a professional determination made by an attorney that an appeal should not be made;

    b.    a professional determination made by an attorney that the matter should not be pursued;

    c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.  I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____        _____
Signature of Client                                      Date

_____        _____
SPLC Representative                                    Date

4

## RETAINER AGREEMENT

I, ___LUZELLENE M PEREZ___ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel"). Co-counsel may request that I enter into a separate engagement letter
    with them. I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest. I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case. I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents. I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality:** Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality:** By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.  SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

### TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

      a.   a professional determination made by an attorney that an appeal should not be made;

      b.   a professional determination made by an attorney that the matter should not be pursued;

      c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

      d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

      e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_Luzillene M. Perez_ _____    _March 4, 2010_____
Signature of Client                        Date


_Jin Cresp_____    _3/12/10_____
SPLC Representative                        Date

4

## RETAINER AGREEMENT

I, _RAQUEL POSA_____, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
     with the American Federation of Teachers ("AFT") and Covington and Burling,
     LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
     Counsel").  Co-counsel may request that I enter into a separate engagement letter
     with them.  I understand that if at any time I do not wish to have my case handled
     in cooperation and coordination with any present or future co-counsel, I have a
     right to withdraw from this retainer agreement and seek attorneys other than
     SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other
     matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its
     ability and in my best interest.  I also understand that SPLC and the Co-Counsel
     cannot guarantee that I will prevail in my case.  I understand that SPLC and the
     Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon
     membership in AFT, if eligible, and that if I drop membership or fail to maintain
     good standing while eligible, AFT may seek leave to withdraw from such
     representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the
     Co-Counsel will be handling this case as a group action involving Louisiana
     public school system employees other than myself. I understand that my case may
     be handled as a class or collective action, where a small group of workers is
     designated to represent the interests of a larger group. I understand that this group
     representation may require SPLC and the Co-Counsel to discuss information
     about my case with other individuals involved in the case. I understand that SPLC
     and the Co-Counsel believe that no conflicts exist between my legal interests and
     the interests of these other individuals, because SPLC and Co-Counsel reasonably
     believe that I suffered similar injuries and have legal claims arising from the
     actions of UPI/PARS, the Louisiana public school system, and their associates
     and/or agents.  I understand, however, that disagreements or conflicts may arise
     between other individuals and myself over the handling of my case. For example,
     I may disagree with other workers about whether to raise certain claims or
     defenses or to settle claims. I understand that not all possible conflicts between
     myself and other workers are foreseeable at this time. I understand that the
     specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of
the potential risks and benefits of group representation. I understand that if at any
time I do not wish to have my case handled in conjunction with a group action, I
have a right to withdraw from this retainer agreement and seek attorneys other
than SPLC and the Co-Counsel.

6.      **Waiver of Confidentiality**:  Normally, information that a client gives to his or
her lawyer is confidential or secret.  The lawyer will not reveal this information to
other people unless disclosure is required by law, is necessary to represent the
client, or unless the client gives permission for the disclosure. I give permission
for SPLC and Co-Counsel to share confidential or secret information with the
other clients and Co-Counsel as necessary to further the goals and interests of
representation.  I understand that by giving such permission I may waive my right
to confidential communications between my attorney and me.  I understand that I
may revoke this permission at any time.  However, if I do so, SPLC and Co-
Counsel will no longer be able to directly represent me.  Also, SPLC and Co-
Counsel may still share with other clients and Co-Counsel the information he or
she had received before the revocation.

7.      **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear
or exchange information about other clients, the AFT, and/or the case. I agree not
to disclose this information to outside parties without the permission of the other
clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose
to outside parties anything written I receive from SPLC and Co-Counsel unless
advised or requested to do so by SPLC and/or Co-Counsel.

8.      I agree that SPLC and/or the Co-Counsel will represent me in any administrative
or judicial proceedings that may be necessary, including appeals of any judicial
decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.      I agree to cooperate with SPLC and the Co-Counsel in my representation by:
        a.      not discussing my case with an adverse party without SPLC and the Co-
                Counsel's knowledge and consent;
        b.      informing SPLC immediately when I receive communications, letters, or
                pleadings related to my case;
        c.      being available as necessary for interviews, meetings, depositions,
                hearings or trials; and
        d.      contacting SPLC on a monthly basis or more frequently if so requested by
                SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.     SPLC and the Co-Counsel agree that they will provide legal services free and at
no charge to me.  SPLC and the Co-Counsel will be responsible for paying
litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.  I agree to promptly inform SPLC of any change in my address or telephone number.

12.  SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.  I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a.  a professional determination made by an attorney that an appeal should not be made;

   b.  a professional determination made by an attorney that the matter should not be pursued;

   c.  my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

   d.  my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

   e.  SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.  I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          3/4/10
Signature of Client                            Date


_____          3/12/10
SPLC Representative                           Date

## RETAINER AGREEMENT

I, _Chanda Reburiano_ agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
     with the American Federation of Teachers ("AFT") and Covington and Burling,
     LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
     Counsel").  Co-counsel may request that I enter into a separate engagement letter
     with them.  I understand that if at any time I do not wish to have my case handled
     in cooperation and coordination with any present or future co-counsel, I have a
     right to withdraw from this retainer agreement and seek attorneys other than
     SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other
     matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its
     ability and in my best interest.  I also understand that SPLC and the Co-Counsel
     cannot guarantee that I will prevail in my case.  I understand that SPLC and the
     Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon
     membership in AFT, if eligible, and that if I drop membership or fail to maintain
     good standing while eligible, AFT may seek leave to withdraw from such
     representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the
     Co-Counsel will be handling this case as a group action involving Louisiana
     public school system employees other than myself. I understand that my case may
     be handled as a class or collective action, where a small group of workers is
     designated to represent the interests of a larger group. I understand that this group
     representation may require SPLC and the Co-Counsel to discuss information
     about my case with other individuals involved in the case. I understand that SPLC
     and the Co-Counsel believe that no conflicts exist between my legal interests and
     the interests of these other individuals, because SPLC and Co-Counsel reasonably
     believe that I suffered similar injuries and have legal claims arising from the
     actions of UPI/PARS, the Louisiana public school system, and their associates
     and/or agents.  I understand, however, that disagreements or conflicts may arise
     between other individuals and myself over the handling of my case. For example, I
     may disagree with other workers about whether to raise certain claims or
     defenses or to settle claims. I understand that not all possible conflicts between
     myself and other workers are foreseeable at this time. I understand that the
     specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.    **Waiver of Confidentiality:** Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.    **Promise of Confidentiality:** By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.    I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.    I agree to cooperate with SPLC and the Co-Counsel in my representation by:
    a.    not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
    b.    informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
    c.    being available as necessary for interviews, meetings, depositions, hearings or trials; and
    d.    contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.  I agree to promptly inform SPLC of any change in my address or telephone number.

12.  SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.  I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a.  a professional determination made by an attorney that an appeal should not be made;

   b.  a professional determination made by an attorney that the matter should not be pursued;

   c.  my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

   d.  my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

   e.  SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.  I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or
        as additional co-counsel, or any of its employees, can review my case, work on
        my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about
        my case, such as my name and information contained in public papers in the
        court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public
        information to the press and to others in any manner they believe could make
        progress in my interest and in the interest of educating the public and other
        immigrants about their rights. I understand that SPLC and the Co-Counsel have
        agreed to provide my representation in this matter at least in part so that SPLC
        and the Co-Counsel can educate the public and other workers about their legal
        and human rights as immigrants. I understand that, in exchange for the provision
        of free legal services, SPLC has requested that I not enter into a confidentiality
        agreement with the adverse party in the settlement of this case.


        I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_chanda Reburiano_____        _3/4/2010_____
Signature of Client                   Date

_____        _3/12/10_____
SPLC Representative                    Date

4

**RETAINER AGREEMENT**

I, <u>RICAZEL RONDUEN</u>, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
with the American Federation of Teachers ("AFT") and Covington and Burling,
LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
Counsel").  Co-counsel may request that I enter into a separate engagement letter
with them.  I understand that if at any time I do not wish to have my case handled
in cooperation and coordination with any present or future co-counsel, I have a
right to withdraw from this retainer agreement and seek attorneys other than
SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other
matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its
ability and in my best interest.  I also understand that SPLC and the Co-Counsel
cannot guarantee that I will prevail in my case.  I understand that SPLC and the
Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon
membership in AFT, if eligible, and that if I drop membership or fail to maintain
good standing while eligible, AFT may seek leave to withdraw from such
representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the
Co-Counsel will be handling this case as a group action involving Louisiana
public school system employees other than myself. I understand that my case may
be handled as a class or collective action, where a small group of workers is
designated to represent the interests of a larger group. I understand that this group
representation may require SPLC and the Co-Counsel to discuss information
about my case with other individuals involved in the case. I understand that SPLC
and the Co-Counsel believe that no conflicts exist between my legal interests and
the interests of these other individuals, because SPLC and Co-Counsel reasonably
believe that I suffered similar injuries and have legal claims arising from the
actions of UPI/PARS, the Louisiana public school system, and their associates
and/or agents.  I understand, however, that disagreements or conflicts may arise
between other individuals and myself over the handling of my case. For example,
I may disagree with other workers about whether to raise certain claims or
defenses or to settle claims. I understand that not all possible conflicts between
myself and other workers are foreseeable at this time. I understand that the
specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

   a.     a professional determination made by an attorney that an appeal should not be made;
   b.     a professional determination made by an attorney that the matter should not be pursued;
   c.     my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;
   d.     my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;
   e.     SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.    I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.    I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          _____3/4/10_____
Signature of Client                                       Date

_____          _____3/12/10_____
SPLC Representative                                   Date

4

## RETAINER AGREEMENT

I, _Richard Santiago_, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.    **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
      with the American Federation of Teachers ("AFT") and Covington and Burling,
      LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
      Counsel").  Co-counsel may request that I enter into a separate engagement letter
      with them.  I understand that if at any time I do not wish to have my case handled
      in cooperation and coordination with any present or future co-counsel, I have a
      right to withdraw from this retainer agreement and seek attorneys other than
      SPLC.

2.    I understand that SPLC and the Co-Counsel will not represent me in any other
      matters unless I and SPLC agree.

3.    I understand that SPLC and the Co-Counsel will handle my case to the best of its
      ability and in my best interest.  I also understand that SPLC and the Co-Counsel
      cannot guarantee that I will prevail in my case.  I understand that SPLC and the
      Co-Counsel will not pursue immigration relief on my behalf in this case.

4.     I understand that the representation provided by AFT is contingent upon
      membership in AFT, if eligible, and that if I drop membership or fail to maintain
      good standing while eligible, AFT may seek leave to withdraw from such
      representation.

5.    **Consent to Group Representation:** I understand and agree the SPLC and the
      Co-Counsel will be handling this case as a group action involving Louisiana
      public school system employees other than myself. I understand that my case may
      be handled as a class or collective action, where a small group of workers is
      designated to represent the interests of a larger group. I understand that this group
      representation may require SPLC and the Co-Counsel to discuss information
      about my case with other individuals involved in the case. I understand that SPLC
      and the Co-Counsel believe that no conflicts exist between my legal interests and
      the interests of these other individuals, because SPLC and Co-Counsel reasonably
      believe that I suffered similar injuries and have legal claims arising from the
      actions of UPI/PARS, the Louisiana public school system, and their associates
      and/or agents.  I understand, however, that disagreements or conflicts may arise
      between other individuals and myself over the handling of my case. For example,
      I may disagree with other workers about whether to raise certain claims or
      defenses or to settle claims. I understand that not all possible conflicts between
      myself and other workers are foreseeable at this time. I understand that the
      specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.    **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.    **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.    I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.    I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.    not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.    informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.    being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.    contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.    I agree to promptly inform SPLC of any change in my address or telephone number.

12.    SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.    I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

       a.    a professional determination made by an attorney that an appeal should not be made;

       b.    a professional determination made by an attorney that the matter should not be pursued;

       c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

       d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

       e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.    I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15. I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16. I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          3/4/10
Signature of Client                       Date

_____          3|12|10
SPLC Representative                       Date

4

**RETAINER AGREEMENT**

I, _CYNTHIA P. SIMPORIOS_ agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following:  problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.   I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.      **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.      **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.      I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.      I agree to cooperate with SPLC and the Co-Counsel in my representation by:
        a.      not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
        b.      informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
        c.      being available as necessary for interviews, meetings, depositions, hearings or trials; and
        d.      contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.     SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

### TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone
        number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or
        my representatives and obtaining my or their approval.  If I am participating in a
        potential or actual class or collective action law suit, SPLC will contact my class
        representatives to reach a decision. I understand that any case in which I am a
        party will potentially involve a large group of teachers.  As such, I agree to
        participate with other clients in the selection of a small group of representatives to
        act as the client steering committee, who will be authorized to make decisions on
        my behalf regarding the case and who will be authorized to accept or decline any
        settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw
        from representing me if there is good cause for doing so.  Examples of good cause
        are:

                a.      a professional determination made by an attorney that an
                        appeal should not be made;
                b.      a professional determination made by an attorney that the
                        matter should not be pursued;
                c.      my refusal to settle or dismiss my claim which SPLC and the Co-
                        Counsel determine is reasonable and in my best interest;
                d.      my lack of reasonable cooperation such as failing to
                        communicate with SPLC on a regular basis, keep
                        appointments, or return phone calls;
                e.      SPLC and/or the Co-Counsel's professional determination, or a
                        determination by a judge, that serious conflicts of interest and/or
                        opinion between other clients and me prevent SPLC and Co-
                        Counsel from adequately and vigorously seeking justice for me or
                        any other client.

14.     I understand and agree that a non-attorney may be working on my case under the
        direction of an attorney. I authorize the delegation and sharing of information to
        non-attorneys as necessary to help the representation. I authorize any non-attorney
        working on my case to share information related to my case with other individuals
        involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights..  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

        I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          3 / 4 / 10
Signature of Client                       Date

_____          3 | 12 | 10
SPLC Representative                       Date

4

## RETAINER AGREEMENT

I, _Marions Sumarago_ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following: <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel"). Co-counsel may request that I enter into a separate engagement letter
    with them. I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest. I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case. I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents. I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.     **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.     **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.     I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.     I agree to cooperate with SPLC and the Co-Counsel in my representation by:
       a.     not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
       b.     informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
       c.     being available as necessary for interviews, meetings, depositions, hearings or trials; and
       d.     contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.  I agree to promptly inform SPLC of any change in my address or telephone number.

12.  SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.  I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

    a.    a professional determination made by an attorney that an appeal should not be made;

    b.    a professional determination made by an attorney that the matter should not be pursued;

    c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.  I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          13 - 22 - 10
Signature of Client                                    Date

_____          3/20/10
SPLC Representative                                  Date

4

## RETAINER AGREEMENT

I, _GRACE LOURDES TIBAY_ , agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
     with the American Federation of Teachers ("AFT") and Covington and Burling,
     LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
     Counsel").  Co-counsel may request that I enter into a separate engagement letter
     with them.  I understand that if at any time I do not wish to have my case handled
     in cooperation and coordination with any present or future co-counsel, I have a
     right to withdraw from this retainer agreement and seek attorneys other than
     SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other
     matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its
     ability and in my best interest.  I also understand that SPLC and the Co-Counsel
     cannot guarantee that I will prevail in my case.  I understand that SPLC and the
     Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon
     membership in AFT, if eligible, and that if I drop membership or fail to maintain
     good standing while eligible, AFT may seek leave to withdraw from such
     representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the
     Co-Counsel will be handling this case as a group action involving Louisiana
     public school system employees other than myself. I understand that my case may
     be handled as a class or collective action, where a small group of workers is
     designated to represent the interests of a larger group. I understand that this group
     representation may require SPLC and the Co-Counsel to discuss information
     about my case with other individuals involved in the case. I understand that SPLC
     and the Co-Counsel believe that no conflicts exist between my legal interests and
     the interests of these other individuals, because SPLC and Co-Counsel reasonably
     believe that I suffered similar injuries and have legal claims arising from the
     actions of UPI/PARS, the Louisiana public school system, and their associates
     and/or agents.  I understand, however, that disagreements or conflicts may arise
     between other individuals and myself over the handling of my case. For example,
     I may disagree with other workers about whether to raise certain claims or
     defenses or to settle claims. I understand that not all possible conflicts between
     myself and other workers are foreseeable at this time. I understand that the
     specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
     a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
     b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
     c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
     d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.  SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

      a.     a professional determination made by an attorney that an appeal should not be made;

      b.     a professional determination made by an attorney that the matter should not be pursued;

      c.     my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

      d.     my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

      e.     SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          ___3/4/10___
Signature of Client                                      Date

_____          ___3/12/10___
SPLC Representative                                    Date

4

## RETAINER AGREEMENT

I, ~~Holmar Jay~~ Vista_____, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
    with the American Federation of Teachers ("AFT") and Covington and Burling,
    LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
    Counsel"). Co-counsel may request that I enter into a separate engagement letter
    with them. I understand that if at any time I do not wish to have my case handled
    in cooperation and coordination with any present or future co-counsel, I have a
    right to withdraw from this retainer agreement and seek attorneys other than
    SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other
    matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its
    ability and in my best interest. I also understand that SPLC and the Co-Counsel
    cannot guarantee that I will prevail in my case. I understand that SPLC and the
    Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon
    membership in AFT, if eligible, and that if I drop membership or fail to maintain
    good standing while eligible, AFT may seek leave to withdraw from such
    representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the
    Co-Counsel will be handling this case as a group action involving Louisiana
    public school system employees other than myself. I understand that my case may
    be handled as a class or collective action, where a small group of workers is
    designated to represent the interests of a larger group. I understand that this group
    representation may require SPLC and the Co-Counsel to discuss information
    about my case with other individuals involved in the case. I understand that SPLC
    and the Co-Counsel believe that no conflicts exist between my legal interests and
    the interests of these other individuals, because SPLC and Co-Counsel reasonably
    believe that I suffered similar injuries and have legal claims arising from the
    actions of UPI/PARS, the Louisiana public school system, and their associates
    and/or agents. I understand, however, that disagreements or conflicts may arise
    between other individuals and myself over the handling of my case. For example,
    I may disagree with other workers about whether to raise certain claims or
    defenses or to settle claims. I understand that not all possible conflicts between
    myself and other workers are foreseeable at this time. I understand that the
    specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.     **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.     **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.     I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.     I agree to cooperate with SPLC and the Co-Counsel in my representation by:
       a.     not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
       b.     informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
       c.     being available as necessary for interviews, meetings, depositions, hearings or trials; and
       d.     contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

     a.    a professional determination made by an attorney that an appeal should not be made;

     b.    a professional determination made by an attorney that the matter should not be pursued;

     c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

     d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

     e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          March 09, 2010
Signature of Client                   Date


_____          3/12/10
SPLC Representative                    Date

4

## RETAINER AGREEMENT

I, _Jennifer Zanoria_ , agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following:  problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.

1.    **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.    I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.    I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.    **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality:**  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality:**  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.  I agree to promptly inform SPLC of any change in my address or telephone number.

12.  SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.  I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

    a.  a professional determination made by an attorney that an appeal should not be made;

    b.  a professional determination made by an attorney that the matter should not be pursued;

    c.  my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

    d.  my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

    e.  SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.  I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or
as additional co-counsel, or any of its employees, can review my case, work on
my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about
my case, such as my name and information contained in public papers in the
court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
information to the press and to others in any manner they believe could make
progress in my interest and in the interest of educating the public and other
immigrants about their rights.  I understand that SPLC and the Co-Counsel have
agreed to provide my representation in this matter at least in part so that SPLC
and the Co-Counsel can educate the public and other workers about their legal
and human rights as immigrants.  I understand that, in exchange for the provision
of free legal services, SPLC has requested that I not enter into a confidentiality
agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_Jenarfer Zanona_ _____          _3/4/10_ _____
Signature of Client                              Date


_____          _3/12/10_ _____
SPLC Representative                              Date

4