*Nunag-Tanedo, et al. v. East Baton Rouge Parish School Board, et al.*
Civil Case Number 8:10-cv-01172-JAK-MLG

# EXHIBIT A

## Part 9

## RETAINER AGREEMENT

I, __Melanie Palod__, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following:  <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1. **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2. I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3. I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4. I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5. **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6. **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7. **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8. I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9. I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a. not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b. informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c. being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d. contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10. SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone
number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or
my representatives and obtaining my or their approval.  If I am participating in a
potential or actual class or collective action law suit, SPLC will contact my class
representatives to reach a decision. I understand that any case in which I am a
party will potentially involve a large group of teachers.  As such, I agree to
participate with other clients in the selection of a small group of representatives to
act as the client steering committee, who will be authorized to make decisions on
my behalf regarding the case and who will be authorized to accept or decline any
settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw
from representing me if there is good cause for doing so.  Examples of good cause
are:

       a.     a professional determination made by an attorney that an
appeal should not be made;

       b.     a professional determination made by an attorney that the
matter should not be pursued;

       c.     my refusal to settle or dismiss my claim which SPLC and the Co-
Counsel determine is reasonable and in my best interest;

       d.     my lack of reasonable cooperation such as failing to
communicate with SPLC on a regular basis, keep
appointments, or return phone calls;

       e.     SPLC and/or the Co-Counsel's professional determination, or a
determination by a judge, that serious conflicts of interest and/or
opinion between other clients and me prevent SPLC and Co-
Counsel from adequately and vigorously seeking justice for me or
any other client.

14.     I understand and agree that a non-attorney may be working on my case under the
direction of an attorney. I authorize the delegation and sharing of information to
non-attorneys as necessary to help the representation. I authorize any non-attorney
working on my case to share information related to my case with other individuals
involved in the case and staff of the Unions.

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____        2/11/10
Signature of Client                                 Date


_____        2/17/10
SPLC Representative                              Date


4

## RETAINER AGREEMENT

I, __Rolando Pascual__, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following:  <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1. **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2. I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3. I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5. **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.   SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.   I agree to promptly inform SPLC of any change in my address or telephone number.

12.   SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.   I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

     a.   a professional determination made by an attorney that an appeal should not be made;

     b.   a professional determination made by an attorney that the matter should not be pursued;

     c.   my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

     d.   my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

     e.   SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.   I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

3

15.     I understand and agree that any attorney working for SPLC or the Co-Counsel, or
        as additional co-counsel, or any of its employees, can review my case, work on
        my case, or attend hearings concerning my case.

16.     I understand that SPLC and the Co-Counsel can publicly reveal information about
        my case, such as my name and information contained in public papers in the
        court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public
        information to the press and to others in any manner they believe could make
        progress in my interest and in the interest of educating the public and other
        immigrants about their rights.  I understand that SPLC and the Co-Counsel have
        agreed to provide my representation in this matter at least in part so that SPLC
        and the Co-Counsel can educate the public and other workers about their legal
        and human rights as immigrants.  I understand that, in exchange for the provision
        of free legal services, SPLC has requested that I not enter into a confidentiality
        agreement with the adverse party in the settlement of this case.


        I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


        _____          Feb. 11, 2010
        Signature of Client                         Date


        _____          2/17/10
        SPLC Representative                          Date

## RETAINER AGREEMENT

I, RONALD PRADEL , agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following: <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.  **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.  I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.  I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.  I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.  **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.   **Waiver of Confidentiality**: Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.   **Promise of Confidentiality**: By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.   I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.   I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.   not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.   informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.   being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.   contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.  SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation. If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case. I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

### TERMS OF REPRESENTATION

11. I agree to promptly inform SPLC of any change in my address or telephone number.

12. SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval. If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers. As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13. I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so. Examples of good cause are:

     a.    a professional determination made by an attorney that an appeal should not be made;

     b.    a professional determination made by an attorney that the matter should not be pursued;

     c.    my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

     d.    my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

     e.    SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14. I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.  I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.  I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties. I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights. I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants. I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____         2/11/10
Signature of Client                      Date

_____         2/17/10
SPLC Representative                       Date

## RETAINER AGREEMENT

I, *Isabelita Quintos*, agree that Southern Poverty Law Center ("SPLC") will represent me in a possible lawsuit with respect to the following:  <u>problems I experienced related to my recruitment by Universal International Placement, Inc. for employment in the Louisiana public school system.</u>

1.   **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case with the American Federation of Teachers ("AFT") and Covington and Burling, LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-Counsel").  Co-counsel may request that I enter into a separate engagement letter with them.  I understand that if at any time I do not wish to have my case handled in cooperation and coordination with any present or future co-counsel, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC.

2.   I understand that SPLC and the Co-Counsel will not represent me in any other matters unless I and SPLC agree.

3.   I understand that SPLC and the Co-Counsel will handle my case to the best of its ability and in my best interest.  I also understand that SPLC and the Co-Counsel cannot guarantee that I will prevail in my case.  I understand that SPLC and the Co-Counsel will not pursue immigration relief on my behalf in this case.

4.    I understand that the representation provided by AFT is contingent upon membership in AFT, if eligible, and that if I drop membership or fail to maintain good standing while eligible, AFT may seek leave to withdraw from such representation.

5.   **Consent to Group Representation:** I understand and agree the SPLC and the Co-Counsel will be handling this case as a group action involving Louisiana public school system employees other than myself. I understand that my case may be handled as a class or collective action, where a small group of workers is designated to represent the interests of a larger group. I understand that this group representation may require SPLC and the Co-Counsel to discuss information about my case with other individuals involved in the case. I understand that SPLC and the Co-Counsel believe that no conflicts exist between my legal interests and the interests of these other individuals, because SPLC and Co-Counsel reasonably believe that I suffered similar injuries and have legal claims arising from the actions of UPI/PARS, the Louisiana public school system, and their associates and/or agents.  I understand, however, that disagreements or conflicts may arise between other individuals and myself over the handling of my case. For example, I may disagree with other workers about whether to raise certain claims or defenses or to settle claims. I understand that not all possible conflicts between myself and other workers are foreseeable at this time. I understand that the specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation. I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.     **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret. The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation. I understand that by giving such permission I may waive my right to confidential communications between my attorney and me. I understand that I may revoke this permission at any time. However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me. Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.     **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.     I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.     I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.     not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.     informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.     being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.     contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.     SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me. SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and
expenses from the opposing parties in my case.  I agree to cooperate fully with
SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and
expenses.

### TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone
number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or
my representatives and obtaining my or their approval.  If I am participating in a
potential or actual class or collective action law suit, SPLC will contact my class
representatives to reach a decision. I understand that any case in which I am a
party will potentially involve a large group of teachers.  As such, I agree to
participate with other clients in the selection of a small group of representatives to
act as the client steering committee, who will be authorized to make decisions on
my behalf regarding the case and who will be authorized to accept or decline any
settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw
from representing me if there is good cause for doing so.  Examples of good cause
are:

a.     a professional determination made by an attorney that an
appeal should not be made;

b.     a professional determination made by an attorney that the
matter should not be pursued;

c.     my refusal to settle or dismiss my claim which SPLC and the Co-
Counsel determine is reasonable and in my best interest;

d.     my lack of reasonable cooperation such as failing to
communicate with SPLC on a regular basis, keep
appointments, or return phone calls;

e.     SPLC and/or the Co-Counsel's professional determination, or a
determination by a judge, that serious conflicts of interest and/or
opinion between other clients and me prevent SPLC and Co-
Counsel from adequately and vigorously seeking justice for me or
any other client.

14.     I understand and agree that a non-attorney may be working on my case under the
direction of an attorney. I authorize the delegation and sharing of information to
non-attorneys as necessary to help the representation. I authorize any non-attorney
working on my case to share information related to my case with other individuals
involved in the case and staff of the Unions.

3

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.

I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.

_____          _____
Signature of Client                                        Date
                                                                   Feb. 11, 2010

_____          _____
SPLC Representative                                  Date
                                                                   2/17/10

4

## RETAINER AGREEMENT

I, _Reymond P. Gisin_, agree that Southern Poverty Law Center ("SPLC")
will represent me in a possible lawsuit with respect to the following:  <u>problems I
experienced related to my recruitment by Universal International Placement, Inc. for
employment in the Louisiana public school system.</u>

1.    **Co-Counsel:** I understand and agree that SPLC will be co-counseling this case
      with the American Federation of Teachers ("AFT") and Covington and Burling,
      LLP  and any other firm deemed appropriate by SPLC (collectively, "Co-
      Counsel").  Co-counsel may request that I enter into a separate engagement letter
      with them.  I understand that if at any time I do not wish to have my case handled
      in cooperation and coordination with any present or future co-counsel, I have a
      right to withdraw from this retainer agreement and seek attorneys other than
      SPLC.

2.    I understand that SPLC and the Co-Counsel will not represent me in any other
      matters unless I and SPLC agree.

3.    I understand that SPLC and the Co-Counsel will handle my case to the best of its
      ability and in my best interest.  I also understand that SPLC and the Co-Counsel
      cannot guarantee that I will prevail in my case.  I understand that SPLC and the
      Co-Counsel will not pursue immigration relief on my behalf in this case.

4.     I understand that the representation provided by AFT is contingent upon
      membership in AFT, if eligible, and that if I drop membership or fail to maintain
      good standing while eligible, AFT may seek leave to withdraw from such
      representation.

5.    **Consent to Group Representation:** I understand and agree the SPLC and the
      Co-Counsel will be handling this case as a group action involving Louisiana
      public school system employees other than myself. I understand that my case may
      be handled as a class or collective action, where a small group of workers is
      designated to represent the interests of a larger group. I understand that this group
      representation may require SPLC and the Co-Counsel to discuss information
      about my case with other individuals involved in the case. I understand that SPLC
      and the Co-Counsel believe that no conflicts exist between my legal interests and
      the interests of these other individuals, because SPLC and Co-Counsel reasonably
      believe that I suffered similar injuries and have legal claims arising from the
      actions of UPI/PARS, the Louisiana public school system, and their associates
      and/or agents.  I understand, however, that disagreements or conflicts may arise
      between other individuals and myself over the handling of my case. For example,
      I may disagree with other workers about whether to raise certain claims or
      defenses or to settle claims. I understand that not all possible conflicts between
      myself and other workers are foreseeable at this time. I understand that the
      specific conflicts discussed in this retainer are not the only conflicts which might

1

arise in the course of this litigation.  I believe that I have been fully informed of the potential risks and benefits of group representation. I understand that if at any time I do not wish to have my case handled in conjunction with a group action, I have a right to withdraw from this retainer agreement and seek attorneys other than SPLC and the Co-Counsel.

6.     **Waiver of Confidentiality**:  Normally, information that a client gives to his or her lawyer is confidential or secret.  The lawyer will not reveal this information to other people unless disclosure is required by law, is necessary to represent the client, or unless the client gives permission for the disclosure. I give permission for SPLC and Co-Counsel to share confidential or secret information with the other clients and Co-Counsel as necessary to further the goals and interests of representation.  I understand that by giving such permission I may waive my right to confidential communications between my attorney and me.  I understand that I may revoke this permission at any time.  However, if I do so, SPLC and Co-Counsel will no longer be able to directly represent me.  Also, SPLC and Co-Counsel may still share with other clients and Co-Counsel the information he or she had received before the revocation.

7.     **Promise of Confidentiality**:  By sharing attorneys with other people, I will hear or exchange information about other clients, the AFT, and/or the case. I agree not to disclose this information to outside parties without the permission of the other clients and the knowledge of SPLC and Co-Counsel. I also agree not to disclose to outside parties anything written I receive from SPLC and Co-Counsel unless advised or requested to do so by SPLC and/or Co-Counsel.

8.     I agree that SPLC and/or the Co-Counsel will represent me in any administrative or judicial proceedings that may be necessary, including appeals of any judicial decision that, in the opinion of the attorneys at SPLC, should be appealed.

9.     I agree to cooperate with SPLC and the Co-Counsel in my representation by:
   a.     not discussing my case with an adverse party without SPLC and the Co-Counsel's knowledge and consent;
   b.     informing SPLC immediately when I receive communications, letters, or pleadings related to my case;
   c.     being available as necessary for interviews, meetings, depositions, hearings or trials; and
   d.     contacting SPLC on a monthly basis or more frequently if so requested by SPLC and/or the Co-Counsel while my case is pending.

## COSTS AND FEES

10.    SPLC and the Co-Counsel agree that they will provide legal services free and at no charge to me.  SPLC and the Co-Counsel will be responsible for paying litigation costs and attorney expenses incurred during the course of my

2

representation.  If possible, SPLC and the Co-Counsel may seek fees, costs and expenses from the opposing parties in my case.  I agree to cooperate fully with SPLC and the Co-Counsel in applying for and otherwise seeking fees, costs and expenses.

## TERMS OF REPRESENTATION

11.     I agree to promptly inform SPLC of any change in my address or telephone number.

12.     SPLC and the Co-Counsel will make no settlement without first consulting me or my representatives and obtaining my or their approval.  If I am participating in a potential or actual class or collective action law suit, SPLC will contact my class representatives to reach a decision. I understand that any case in which I am a party will potentially involve a large group of teachers.  As such, I agree to participate with other clients in the selection of a small group of representatives to act as the client steering committee, who will be authorized to make decisions on my behalf regarding the case and who will be authorized to accept or decline any settlement of the claims

13.     I understand that SPLC and the Co-Counsel are permitted by law to withdraw from representing me if there is good cause for doing so.  Examples of good cause are:

      a.     a professional determination made by an attorney that an appeal should not be made;

      b.     a professional determination made by an attorney that the matter should not be pursued;

      c.     my refusal to settle or dismiss my claim which SPLC and the Co-Counsel determine is reasonable and in my best interest;

      d.     my lack of reasonable cooperation such as failing to communicate with SPLC on a regular basis, keep appointments, or return phone calls;

      e.     SPLC and/or the Co-Counsel's professional determination, or a determination by a judge, that serious conflicts of interest and/or opinion between other clients and me prevent SPLC and Co-Counsel from adequately and vigorously seeking justice for me or any other client.

14.     I understand and agree that a non-attorney may be working on my case under the direction of an attorney. I authorize the delegation and sharing of information to non-attorneys as necessary to help the representation. I authorize any non-attorney working on my case to share information related to my case with other individuals involved in the case and staff of the Unions.

15.   I understand and agree that any attorney working for SPLC or the Co-Counsel, or as additional co-counsel, or any of its employees, can review my case, work on my case, or attend hearings concerning my case.

16.   I understand that SPLC and the Co-Counsel can publicly reveal information about my case, such as my name and information contained in public papers in the court, to third parties.  I authorize SPLC and the Co-Counsel to reveal such public information to the press and to others in any manner they believe could make progress in my interest and in the interest of educating the public and other immigrants about their rights.  I understand that SPLC and the Co-Counsel have agreed to provide my representation in this matter at least in part so that SPLC and the Co-Counsel can educate the public and other workers about their legal and human rights as immigrants.  I understand that, in exchange for the provision of free legal services, SPLC has requested that I not enter into a confidentiality agreement with the adverse party in the settlement of this case.


I ACCEPT THE RETAINER ARRANGEMENT AS SET FORTH ABOVE.


_____          _____
Signature of Client                                              Date   Aug. 11, 2010


_____          _____
SPLC Representative                                           Date   9/14/11