Don A. Hernandez (SBN 125119)
Agnes Markarian (SBN 240388)
Martin E. Sullivan (SBN 274279)
HERNANDEZ, SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, CA  91101
Telephone: 626.440.0022
Facsimile: 626.628.1725
Email: dhernandez@hernlaw.com

Attorneys for Defendants,
Universal Placement International, Inc., and
Lourdes "Lulu" Navarro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, INGRID CRUZ, DONNABEL ESCUADRA, ROLANDO PASCUAL, and TOMASA MARI, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, CHARLOTTE D. PLACIDE, MILLIE WILLIAMS, ELIZABETH DURAN SWINFORD, UNIVERSAL PLACEMENT INTERNATIONAL, INC., LOURDES "LULU" NAVARRO, HOTHELLO "JACK" NAVARRO, PARS INTERNATIONAL PLACEMENT AGENCY, EMILIO V. VILLARBA, ROBERT B. SILVERMAN, and SILVERMAN & ASSOCIATES,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. SA CV 10-01172-JAK (MLGx)<br><br>[Hon. John A. Kronstadt]<br><br>DECLARATION OF AGNES MARKARIAN IN SUPPORT OF DEFENDANTS UNIVERSAL PLACEMENT INTERNATIONAL, INC. AND LOURDES NAVARRO'S SUPPLEMENTAL BRIEF REGARDING NUMEROSITY AND PREDOMINANCE ISSUES IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date: October 6, 2011<br>Time: 9:00 AM<br>Courtroom: 750 |

# DECLARATION OF AGNES MARKARIAN

I, AGNES MARKARIAN, do hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California. I am also an associate at Hernandez, Schaedel & Associates, LLP, counsel of record for Defendant Universal Placement International ("UPI") and Lourdes "Lulu" Navarro ("Navarro"). As to the following facts, I know them to be true of my own personal knowledge and if called as a witness I could and would competently testify thereto:

2. Attached hereto are true and correct copies of pages from the transcript of a deposition taken in this action. The pages to the following exhibits accurately reflect the questions asked and answered by the witness in the deposition.

| Exhibit | Description |
|---|---|
| A | June 22, 2011 Donnabel Escuadra Deposition Transcript (Selected Excerpts) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on September 28, 2011, at Pasadena, California, United States of America.

Agnes Markarian

# EXHIBIT A

# In The Matter Of:

*MAIRI NUNAG-TANEDO*

*v.*

*EAST BATON ROUGE PARISH SCHOOL BOARD*

_____

*ESCUADRA, DONNABEL - Vol. 1*

*June 22, 2011*

_____

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

```
               UNITED STATES DISTRICT COURT

     CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

                          -----

MAIRI NUNAG-TANEDO, INGRID CRUZ,    )
DONNABEL ESCUADRA, ROLANDO PASCUAL,)
and TOMASA MARI, on behalf of       )
themselves and other similarly      )
situated individuals,,              )
                                    )
          Plaintiffs,               )  Case No.
                                    )SACV 10-01172
      vs.                           ) JAK(MLGx)
                                    )
EAST BATON ROUGE PARISH SCHOOL      )
BOARD, CHARLOTTE D. PLACIDE, MILLIE)
WILLIAMS, ELIZABETH DURAN SWINFORD,)
UNIVERSAL PLACEMENT INTERNATIONAL,  )
INC., LOURDES "LULU" NAVARRO, PARS  )
INTERNATIONAL PLACEMENT AGENCY,     )
EMILIO V. VILLARBA, ROBERT B.       )
SILVERMAN, and SILVERMAN &          )
ASSOCIATES,                         )
                                    )
          Defendants.               )
_____)
```

VIDEOTAPED DEPOSITION OF

DONNABEL ESCUADRA, VOLUME I, PAGES 1 - 325

TAKEN ON

WEDNESDAY, JUNE 22, 2011

Reported by:

Cathy A. Reece, RPR, CSR No. 5546

```
17:42:24   1         Q.   Do you remember receiving some or all of
17:42:26   2    these?
17:42:27   3         A.   I remember receiving some.
17:42:29   4         Q.   If you turn to Page 2, which is UPI
17:42:32   5    0000614 --
17:42:34   6         A.   Yes.
17:42:35   7         Q.   -- you'll see, late fee for September
17:42:40   8    2009, $25.
17:42:44   9              Do you see that?
17:42:45  10         A.   Yeah, I see that.
17:42:46  11         Q.   Is $25 an exorbitant fee -- strike that.
17:42:52  12              Is $25 an exorbitant late fee?  Do you
17:43:04  13    consider $25 to be an exorbitant late fee?
17:43:09  14         A.   I consider that part of the exorbitant
17:43:13  15    fees that I have paid.
17:43:15  16         Q.   Do you know -- do you have a credit card?
17:43:18  17         A.   I do.
17:43:19  18         Q.   Do you know the late fee on the credit
17:43:21  19    card if you do not pay it timely?
17:43:25  20         A.   Yes.  $34.
17:43:26  21         Q.   $34.
17:43:29  22              Did you ever call UPI or otherwise contact
17:43:34  23    UPI to dispute these invoices?
17:43:38  24         A.   No.
17:43:43  25         Q.   Do you have any reason to believe that you
```

Page 241

```
17:43:45  1   did not receive these invoices?
17:43:49  2        A.   I receive those invoices, but I do not
17:43:54  3   consider and honor that, because this was not --
17:43:58  4   this was never divulged to us.  This was not
17:44:00  5   disclosed to us and I felt that it's useless.
17:44:04  6        Q.   If you'd look at Exhibit 542, please.
17:44:19  7   Take a moment to look at these five pages.
17:44:52  8             Do you remember seeing these?
17:44:54  9        A.   No.
17:44:59 10        Q.   These were never sent to you?
17:45:01 11        A.   I don't know.  I received several of
17:45:03 12   those -- I received several of this, but I -- I
17:45:07 13   didn't -- some of those I opened.  Some I didn't.
17:45:10 14        Q.   So you received the invoices but you never
17:45:14 15   received payment reminders that look like Exhibit
17:45:16 16   542; is that correct?
17:45:20 17        A.   I could not remember.
17:45:22 18        Q.   If you look at the first page of 542, you
17:45:27 19   will see the date May 19, 2009; correct?
17:45:33 20        A.   Yes, sir.
17:45:35 21        Q.   And correct me if I'm wrong, but this is a
17:45:38 22   reminder to you that your required payment of 10
17:45:43 23   percent will start on July 2009.  And the note goes
17:45:49 24   on to say that:
17:45:50 25             "As per agreed in the
```

```
 1    STATE OF CALIFORNIA        )
                                 ) SS.
 2    COUNTY OF LOS ANGELES      )

 3         I, CATHY A. REECE, CSR No. 5546 for the State

 4    of California, do hereby declare:

 5         That prior to being examined, the witness named

 6    in the foregoing deposition was duly sworn to

 7    testify to the truth, the whole truth, and nothing

 8    but the truth;

 9         That said deposition was taken down by me in

10    shorthand at the time and place therein named and

11    thereafter reduced to computerized transcription and

12    that the same is a true, correct and complete

13    transcript of said proceedings.

14         Before completion of the transcript,

15    review of the transcript [X] was [ ] was not

16    requested.  If requested, any changes made by the

17    deponent (and provided to the reporter) during the

18    period allowed are appended hereto.

19         I further certify that I am not interested

20    in the outcome of the action.

21         Witness my hand this  1  day of

22    _____July_____, 2011.

23

24                              _____

25                              CATHY A. REECE, RPR, CSR No. 5546
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on September 28, 2011.

       /s/ Don A. Hernandez
       Don A. Hernandez