# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV10-01172 JAK (MLGx) | Date | October 6, 2011 |
|---|---|---|---|
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Lawrence R. Rosenzweig<br>James M. Knoepp | Don A. Hernandez<br>Brian Oxman |

**Proceedings:** **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [97] [133]**

**DEFENDANTS ROBERT B. SILVERMAN AND SILVERMAN & ASSOCIATES' JOINDER IN EAST BATTON ROUGE PARISH SCHOOL BOARD'S OPPOSITION TO CLASS CERTIFICATION [159]**

The motion hearing is held. The Court expressed its tentative views at the September 6, 2011 hearing concerning the various elements of Rule 23 and whether they were or were not satisfied. At that time, the Court focused on two issues regarding numerosity and commonality under Rule 23(b)(3) to which counsel has submitted supplemental briefing. The Court's tentative view is that the retainer letters that were submitted are sufficient evidence to establish the numerosity requirement. Moreover, the Court finds that the commonality requirement is established with respect to the Trafficking Victims Protection Act ("TVPA") claim as well as the RICO claim in which they are based. However, the Court raises questions with respect to the wire or mail fraud RICO claims, in which it believes that there may have been individualized issues. Specifically, the Court raises concerns that class certification might be improper because the claims might require proof of individualized reliance by each class member. Therefore, the Court is inclined to grant the motion for class certification but deny the motion based on the RICO claims with the predicate acts being either mail or wire fraud. This would leave the RICO claims limited to the TVPA. Counsel for Defendant and Plaintiff address the Court.

The Court takes the motion for class certification under submission and sets a Status Conference for November 7, 2011 at 8:30 a.m. Counsel shall contact the clerk by October 31, 2011 to determine whether the status conference will go forward.

**IT IS SO ORDERED.**

|  |  | 1 | : | 35 |
|---|---|---|---|---|
|  | Initials of Preparer | ak |  |  |