SILVERMAN & ASSOCIATES
ROBERT B. SILVERMAN SBN 170517
25 S. OAK KNOLL AVE., SUITE 504
PASADENA, CA 92683
TEL: 714-936-7499
FAX: 626-298-6630
EMAIL: SILVERATTY@GMAIL.COM

BRIAN OXMAN SBN 72172
LAW OFFICES OF BRIAN OXMAN
14126 E. ROSECRANS
SANTA FE SPRINGS, CA
TEL: (562) 921-5058
EMAIL: OXMAN2008@AOL.COM

ATTORNEYS FOR DEFENDANTS:
ROBERT B. SILVERMAN: SILVERMAN & ASSOCIATES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG TANEDO, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EAST BATON ROUGE PARISH SCHOOL BOARD, etc., et al., <br><br> Defendants. | Case: SA CV10-01172-JAK(MLGx) <br><br> **DEFENDANTS, ROBERT B. SILVERMAN DBA SILVERMAN & ASSOCIATES NOTICE OF MOTION AND MOTION TO ENFORCE STAY AND MOTION FOR RECONSIDERATION OF CLASS CERTIFICATION** <br><br> HEARING DATE: March 12, 2012 <br> TIME: 8:30 a.m. <br> COURTROOM: 750 - Roybal <br><br> HON. JOHN A. KRONSTADT |

Case No.: SACV-01172-JAK-MLGx

Notice of Motion Enforce Stay and for Reconsideration

**PLEASE TAKE NOTICE** that, on March 12, 2012, at 8:30 a.m. or as soon thereafter as counsel may be heard in the courtroom of the Honorable John A. Kronstadt, located in Courtroom 790 of the United States District Court, Central District of California, 255 East Temple Street, Los Angeles, CA 90012, Defendants, ROBERT B. SILVERMAN and SILVERMAN & ASSOCIATES ("SILVERMAN"), will move the Court for an Order Enforcing Automatic Stay and Reconsidering Class Certification. Mr. Silverman's motion is made on the following grounds:

(1) On November 24, 2011, Mr. Silverman filed an Appeal of the Court's denial of his Special Motion to Strike dated October 24, 2011, which created an automatic stay on all of the Negligence and Breach of Fiduciary Duty Claims, and the Court should enforce the automatic stay by vacating the class certification as to Mr. Silverman entered on December 15, 2011;

(2) The Court should exercise its discretion to stay further proceedings against Mr. Silverman regarding the Human Trafficking issue because it presents identical facts and claims which are interrelated and interdependent with the Negligence and Breach of Fiduciary Duty claims;

(3) The Court should reconsider its Order certifying the class against Mr. Silverman, of which notice was given on December 15, 2011, because the Order violates the automatic stay and there is no evidence from the G-28 Form or any other source for a class action involving attorney negligence or intentional conduct towards hundreds of different supposed clients.

Mr. Silverman's motion is based upon this notice of Motion, the Memorandum in support of the motion, and all of the pleadings and papers on filer in this matter.

Case No.: SACV-01172-JAK-MLGx

Notice of Motion Enforce Stay and for Reconsideration

Counsel for Moving Defendants conferred with counsel for Plaintiffs regarding the substance of this motion pursuant to Local Rule 7-3, by telephoning plaintiff's counsel James Knoepp at (404) 521 6700 on December 20, 2011, and again on December 22, 2011, and leaving a message with the phone mail system stating that counsel wished to meet and confer regarding a motion to stay further proceedings and to reconsider class certification. Plaintiff's counsel has not responded.

DATED: December 27, 2011

BRIAN OXMAN

By: _____
Brian Oxman
Attorney for defendant,
Robert Silverman

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record herein via the Court's electronic notification system on this 27th day of December, 2011.

/s/ Brian Oxman

Case No.: SACV-01172-JAK-MLGx

Notice of Motion Enforce Stay and for Reconsideration