James M. Knoepp (admitted *pro hac vice*)
Jim.Knoepp@splcenter.org
Daniel Werner (admitted *pro hac vice*)
Daniel.Werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

*Attorneys for Plaintiffs*

**PLAINTIFF'S EXHIBIT**
1

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAST BATON ROUGE PARISH SCHOOL BOARD, et al., <br><br> Defendants | Civil Case No.: 10-01172-JAK-MLG <br><br> **DECLARATION OF JAMES KNOEPP** <br><br> **HEARING DATE:** Mar. 12, 2012 <br> **TIME:** 8:30 a.m. <br> **COURTROOM:** 750 <br><br> **HON. JOHN A. KRONSTADT** |

1. My name is James Knoepp. I am a Senior Staff Attorney with the Southern Poverty Law Center in Atlanta, Georgia and one of the Plaintiffs' attorneys in this matter. I have personal knowledge of the facts in this declaration.

2. As a result of my work on this case I am familiar with the proceedings before the Court and the documents related to this case.

3. On December 27, 2011, Defendant Robert B. Silverman, through his attorney R. Brian Oxman, filed a Notice of Motion and Motion to Enforce Stay and Motion for Reconsideration of Class Certification. (ECF No. 234.)

4. In this filing, Mr. Oxman claims that he attempted to contact me by telephone on December 20, 2011, and December 22, 2011, to meet and confer

regarding the motion, and that he left me messages on my office's voicemail system.

5. I was in the office all day on both December 20, 2011, and December 22, 2011. I never received a telephone call from Mr. Oxman on either of those days. In addition, I never received a voicemail message from Mr. Oxman on either of those days.

6. Under penalty of perjury under the laws of the United States, I declare that the foregoing facts are true and correct to the best of my knowledge.

Executed on February 17, 2012.

*James Knoepp*

James Knoepp