**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAIRI NUNAG TANEDO, et al., on behalf of themselves and other similarly situated individuals; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> UNIVERSAL PLACEMENT INTERNATIONAL, INC. and LOURDES LULU NAVARRO, <br><br> Defendants - Petitioners. | No. 11-80312 <br><br> D.C. No. 8:10-cv-01172-JAK-MLG <br> Central District of California, Santa Ana <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: GRABER and N.R. SMITH, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's December 12, 2011 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

LSC/MOATT