James M. Knoepp (admitted *pro hac vice*)
Jim.Knoepp@splcenter.org
Daniel Werner (admitted *pro hac vice*)
Daniel.Werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

MAIRI NUNAG-TAÑEDO, et al.,

Plaintiffs,

v.

EAST BATON ROUGE PARISH SCHOOL BOARD, et al.,

Defendants.

Civ. No.: 10-01172-JAK-MLG

**PLAINTIFFS' REPORT ON DISCOVERY PLAN IF FEDERAL CLAIMS AGAINST DEFENDANT ROBERT SILVERMAN DBA SILVERMAN & ASSOCIATES ARE STAYED**

**HEARING DATE: N/A**

**HON. JOHN A. KRONSTADT**

*(Attorney listing continued from first page)*

Mary C. Bauer (admitted *pro hac vice*)
Mary.Bauer@splcenter.org
Sam Brooke (admitted *pro hac vice*)
Sam.Brooke@splcenter.org
Morris S. Dees (admitted *pro hac vice*)
Judy.Bruno@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481

Dennis B. Auerbach (admitted *pro hac vice*)
dauerbach@cov.com
Jillian Willis (admitted *pro hac vice*)
jwillis@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Candice N. Plotkin (admitted *pro hac vice*)
CA Bar Number 281709
cplotkin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Susan Johnston (admitted *pro hac vice*)
sjohnston@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

Daniel J. McNeil (admitted *pro hac vice*)
dmcneil@aft.org
AMERICAN FEDERATION OF TEACHERS
LEGAL DEPARTMENT
555 New Jersey Ave., N.W.
Washington, DC 20001
Telephone: (202) 393-6305
Facsimile: (202) 393-6385

Lawrence Rosenzweig (SBN 72443)
LRPCorp@aol.com
Brent Rosenzweig (SBN 219071)
Brent.Rosenzweig@gmail.com
LAWRENCE ROSENZWEIG, PC
2730 Wilshire Boulevard, Suite 425
Santa Monica, California 90403
Telephone: (310) 453-0348
Facsimile: (310) 453-3358

*Attorneys for Plaintiffs*

As instructed by the Court in its March 12, 2012 Order (ECF No. 251), Plaintiffs' counsel and Defendant Robert Silverman's counsel met and conferred by telephone regarding discovery on March 16, 2012. On March 21, 2012, Defendants' counsel provided a proposed joint report for Plaintiffs' review. Plaintiffs' counsel does not believe the proposed joint report reflects what the Court asked of the parties in its March 12, 2012, Order and have attempted to further confer with counsel for Defendant Silverman about the report, but have not received a response as of this filing. As such, Plaintiffs submit their own proposal regarding discovery should the Court decide to grant a discretionary stay of the federal claims pending against Defendant Silverman.[1]

To date, Defendant Silverman has not participated in discovery in this matter. He has not provided any initial disclosures, despite being ordered by the Court to do so, and his response to Plaintiffs' first requests for production of documents consisted entirely of objections to the requests on the grounds that he had filed an appeal of the Court's decision on his anti-SLAPP motion, and that documents in his possession purportedly are protected by the attorney-client privilege. Plaintiffs' position is that Defendant Silverman is in possession of documents and information important to the presentation of their case against Defendants Universal Placement International, Inc. and Lourdes "Lulu" Navarro, scheduled for trial in September, and that the documents are not in fact protected by the attorney-client privilege. Likewise, the documents and information in Defendant Silverman's possession are highly relevant to the Plaintiffs' and class members' federal claims pending against Mr. Silverman, which are also currently scheduled for trial in September.

If the Court grants a discretionary stay of the federal claims against Defendant Silverman, Plaintiffs' position is that such a stay should only apply to summary

[1] For the reasons stated in their response to Defendant Silverman's motion for stay, Plaintiffs do not believe the requested relief should be granted and that trial as to Defendant Silverman on the federal claims pending against him should proceed in September, 2012. (ECF No. 246.)

judgment motions and trial proceedings against Mr. Silverman; Mr. Silverman should still be required to respond to discovery as a party. For example, Plaintiffs should be permitted to serve additional document requests, interrogatories, and requests for admissions, and should be able to notice Mr. Silverman for a deposition pursuant to Rule 30. Plaintiffs should not be forced to pursue discovery from Mr. Silverman through issuance of Rule 45 subpoenas. Plaintiffs had great difficulty serving Defendant Silverman with the complaint in this action, and fear they would have similar difficulty in serving him with a Rule 45 subpoena. Given that discovery in this matter closes in two months, and that Plaintiffs have already served Defendant Silverman with discovery requests on which they may need to move to compel, further delay caused by the need to issue and serve subpoenas will prejudice the Plaintiffs as they attempt to complete discovery and prepare for trial.

Respectfully submitted this 21st day of March, 2012.

__/s/ James M. Knoepp____________

James M. Knoepp
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, Georgia 30303

*On behalf of Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ James M. Knoepp___________

March 21, 2012.