James M. Knoepp (admitted *pro hac vice*)
jim.Knoepp@splcenter.org
Michelle R. Lapointe (admitted *pro hac vice*)
michelle.lapointe@splcenter.org
Daniel Werner (admitted *pro hac vice*)
daniel.werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.,<br><br>Defendants. | Civ. No.: 10-01172-JAK-MLGx<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION NOTICE AND EXCLUSION FORM**<br><br>**HEARING DATE:   N/A**<br>**TIME:**<br>**COURTROOM:**<br><br>**HON. JOHN A. KRONSTADT** |

*(Attorney listing continued from first page)*

Mary C. Bauer (admitted *pro hac vice*)
mary.bauer@splcenter.org
Sam Brooke (admitted *pro hac vice*)
sam.brooke@splcenter.org
Morris S. Dees (admitted *pro hac vice*)
judy.bruno@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone:   (334) 956-8200
Facsimile:    (334) 956-8481

Dennis B. Auerbach (admitted *pro hac vice*)
dauerbach@cov.com
Jillian Willis (admitted *pro hac vice*)
jwillis@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Candice N. Plotkin (admitted *pro hac vice*)
CA Bar Number 281709
cplotkin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

1  Susan Johnston (admitted *pro hac vice*)
2  sjohnston@cov.com
   COVINGTON & BURLING LLP
3  The New York Times Building
4  620 Eighth Avenue
   New York, New York  10018
5  Telephone:  (212) 841-1000
6  Facsimile:   (212) 841-1010

7  Daniel J. McNeil (admitted *pro hac vice*)
8  dmcneil@aft.org
   AMERICAN FEDERATION OF TEACHERS
9  LEGAL DEPARTMENT
10 555 New Jersey Ave., N.W.
   Washington, DC  20001
11 Telephone:  (202) 393-6305
12 Facsimile:   (202) 393-6385

13 Lawrence Rosenzweig (SBN 72443)
14 LRPCorp@aol.com
   Brent Rosenzweig (SBN 219071)
15 Brent.Rosenzweig@gmail.com
16 LAWRENCE ROSENZWEIG, PC
   2730 Wilshire Boulevard, Suite 425
17 Santa Monica, California  90403
18 Telephone:  (310) 453-0348
   Facsimile:   (310) 453-3358
19
   *Attorneys for Plaintiffs*
20
21
22
23
24
25
26
27
28

Civ. No. 10-01172-AG-MLGx                'LAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
                                          CLASS ACTION NOTICE AND EXCLUSION FORM

Pursuant to the Court's December 12, 2011, Order certifying this case as a class action under Fed. R. Civ. P. 23(b) (ECF No. 232), the Plaintiffs move for approval of the notice and exclusion forms attached hereto as Exhibits A and B respectively. The notice and exclusion form will be mailed to the last known address(es) for each of the class members, as well as sent via email to the last known email address(es) for each of the class members.

Promptly after mailing, class counsel will file notice with the Court, certifying that mailing has occurred.

Plaintiffs have consulted with Defendants regarding the proposed notice and have made modifications to the original draft of the notice and exclusion form at Defendants' suggestion. The attached notice and exclusion form have been approved by Defendants for distribution to the class members and this motion is therefore unopposed.

Respectfully submitted this 21st day of May, 2012.

 /s/James. M. Knoepp
James M. Knoepp
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, Georgia  30303

*On behalf of Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

  /s/James M. Knoepp

May 21, 2012.