**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

### FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by [60 days from date of mailing]:

> Clerk of the Court
> United States District Court
>  for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name        _____

Address    _____

                  _____

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.  Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_____
Signature

_____
Date

**PLAINTIFF'S EXHIBIT**