# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.,<br><br>    Defendants. | **SACV10-01172-JAK (MLGx)**<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL FINANCIAL DOCUMENTS** |

As part of the resolution of the Plaintiffs' Motion to Compel Production of Documents by Defendants Universal Placement International, Inc. and Lourdes "Lulu" Navarro (ECF No. 256) and Defendants Universal Placement International, Inc.'s and Lourdes "Lulu" Navarro's Motion to Quash a Subpoena issued to Wells Fargo Bank, N.A. on March 1, 2012 (formerly pending in the Northern District of Georgia but recently transferred to the Central District of California), and pursuant to Federal Rule of Civil Procedure 26(c), and for good cause shown, IT IS HEREBY ORDERED THAT:

1.    This order shall govern the handling of limited information ("Confidential Financial Documents") produced by Universal Placement International, Inc., Lourdes "Lulu" Navarro (collectively referred to as "Defendants"), and Wells Fargo Bank, N.A.  Specifically, this Order shall govern all documents produced by Defendants or Wells Fargo Bank, N.A. pursuant to Plaintiffs' Requests for Production Nos. 22-44 and Plaintiffs' Subpoena issued to Wells Fargo Bank, N.A. on March 1, 2012.

2.    The Court finds good cause for the designation of documents responsive to Plaintiffs' Requests for Production Nos. 22-44 and Plaintiffs'

Subpoena issued to Wells Fargo Bank, N.A. on March 1, 2012 as Confidential Financial Documents subject to the provisions of this Order.

3.      Except by prior Court Order or with Defendants' prior written consent, Confidential Financial Documents shall be disclosed only to the following persons:

a.      counsel of record for the parties to this action and personnel of their law offices;

b.      outside experts and consultants, and their employees, retained or otherwise contacted by counsel of record for the purpose of assisting counsel of record in this action;

c.      the presiding Judge and/or Magistrate Judge, and Court personnel, in accordance with the procedure set forth in Paragraph 4 below;

d.      any neutral selected by the parties or designated by the Court to act as a mediator or settlement officer in this action; and

e.      at the deposition of Defendants Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert Silverman, PARS International Placement Agency, Emilio V. Villarba, including and any of their current or former employees.

No person receiving Confidential Financial Documents shall disclose them to any person other than those described in subparagraphs a through e above.

4.      Whenever a Confidential Financial Document is filed with or submitted to the Court, such document shall be submitted under seal by following the appropriate Court procedures for filing documents under seal. The documents shall be accompanied by a motion to seal and the documents will remain sealed until the Court has ruled on the motion to seal.

5.      Nothing in this Order shall preclude any party from using or disclosing, in any manner or for any purpose, any documents obtained through independent means, rather than pursuant to Plaintiffs' Requests for Production Nos. 22-44 and Plaintiffs' Subpoena issued to Wells Fargo Bank, N.A. on March 1, 2012, even though the same documents may have been produced pursuant to Plaintiffs' Requests for Production Nos. 22-44 and Plaintiffs' Subpoena issued to

Wells Fargo Bank, N.A. on March 1, 2012.  *Seattle Times Co. v. Rhinehart*, 467 U.S. 20 (1984).

6.      This Order shall not apply with respect to the trial in this matter. This Order shall in no way limit the parties' ability to list any documents considered to be Confidential Financial Documents on their trial Exhibit list or to seek to use any documents considered to be Confidential Financial Documents at the trial of this matter.

7.      At the conclusion of this litigation (including any appeals), either (a) all documents subject to this Order shall be returned to the Defendants or (b) counsel of record shall certify their destruction.

8.      This Order may be modified, amended or vacated by further order of the Court upon the motion of any party for good cause shown.

**IT IS SO ORDERED.**

Dated:  May 21, 2012          _____
MARC L. GOLDMAN
United States Magistrate Judge

**STIPULATED AND AGREED TO:**
Dated:  5/18/12                    SOUTHERN POVERTY LAW CENTER

By:    /s/ James M. Knoepp_____
James M. Knoepp
Attorneys for Plaintiffs MAIRI NUNAG-TANEDO, et al.

Dated:  5/17/12                    HERNANDEZ SCHAEDEL AND
ASSOCIATES

By:    /s/ Agnes M. Sullivan_____
Agnes M. Sullivan

Attorneys for Defendants UNIVERSAL PLACEMENT INTERNATIONAL, INC., AND LOURDES "LULU" NAVARRO