**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV10-01172 JAK (MLGx) | Date | July 2, 2012 |
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION NOTICE AND EXCLUSION FORM (Dkt. 269)

Plaintiffs have moved for approval of their class action notice and exclusion form, which are based on the Court's December 12, 2011 order granting in part and denying in part Plaintiffs' motion for class certification. Dkt. 232. Plaintiffs' present motion for approval is unopposed.

The class action notice and exclusion form reference state law legal malpractice and breach of fiduciary claims brought against Defendants Robert Silverman and Silverman & Associates (the "Attorney Defendants"). On July 26, 2011, the Attorney Defendants specially moved to strike these claims under California's anti-SLAPP statute, Cal. Civil Code § 425.16. Dkt. 163. The Court denied this motion on October 24, 2011, Dkt. 221, and the Attorney Defendants filed a notice of appeal on November 24, 2011, Dkt. 224. This notice of appeal divested the Court of jurisdiction over the legal malpractice and breach of fiduciary claims as to the Attorney Defendants. *See Hilton v. Hallmark Cards*, 599 F.3d 894, 900 (9th Cir. 2010); *Small v. Operative Plasterers' & Cement Masons' Int'l Ass'n Local 200*, 611 F.3d 483, 495 (9th Cir. 2010). Accordingly, on March 12, 2012, the Court stayed these claims as to the Attorney Defendants. Dkt. 251. In addition, on March 30, 2011, in an exercise of discretion, the Court also stayed the federal claims under the Trafficking Victims Protection Act ("TVPA"), 18 U.S.C. § 1595, and the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1972, against the Attorney Defendants.

Because the Court lacks jurisdiction over the legal malpractice and breach of fiduciary duty claims brought against the Attorney Defendants, Plaintiffs shall not reference these claims in their class action notice and exclusion form. Plaintiffs shall submit by July 16, 2012, a modified class action notice and exclusion form that omit all references to those state law claims against the Attorney Defendants. The

///

///

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV10-01172 JAK (MLGx) | Date | July 2, 2012 |
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

class action notice and exclusion form may reference the TVPA and RICO claims against the Attorney Defendants, which are not subject to the Attorney Defendants' appeal. Upon receipt of the revised documents, the Court will review, and then determine whether to approve them.

**IT IS SO ORDERED.**

                                                                                                                         :

Initials of Preparer     ak