James M. Knoepp (admitted *pro hac vice*)
jim.knoepp@splcenter.org
Michelle R. Lapointe (admitted *pro hac vice*)
michelle.lapointe@splcenter.org
Daniel Werner (admitted *pro hac vice*)
daniel.werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.,<br><br>Defendants. | Civ. No.: 10-01172-JAK-MLGx<br><br>**NOTICE OF FILING REVISED CLASS ACTION NOTICE PURSUANT TO COURT ORDER**<br><br>**HEARING DATE:  N/A<br>TIME:<br>COURTROOM:**<br><br>**HON. JOHN A. KRONSTADT** |

*(Attorney listing continued from first page)*

Mary C. Bauer (admitted *pro hac vice*)
mary.bauer@splcenter.org
Sam Brooke (admitted *pro hac vice*)
sam.brooke@splcenter.org
Morris S. Dees (admitted *pro hac vice*)
judy.bruno@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone:   (334) 956-8200
Facsimile:    (334) 956-8481

Dennis B. Auerbach (admitted *pro hac vice*)
dauerbach@cov.com
Jillian Willis (admitted *pro hac vice*)
jwillis@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Candice N. Plotkin (admitted *pro hac vice*)
CA Bar Number 281709
cplotkin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

1  Susan Johnston (admitted *pro hac vice*)
2  sjohnston@cov.com
   COVINGTON & BURLING LLP
3  The New York Times Building
4  620 Eighth Avenue
   New York, New York  10018
5  Telephone:  (212) 841-1000
6  Facsimile:   (212) 841-1010

7  Daniel J. McNeil (admitted *pro hac vice*)
8  dmcneil@aft.org
   AMERICAN FEDERATION OF TEACHERS
9  LEGAL DEPARTMENT
10 555 New Jersey Ave., N.W.
   Washington, DC  20001
11 Telephone:  (202) 393-6305
12 Facsimile:   (202) 393-6385

13 Lawrence Rosenzweig (SBN 72443)
14 LRPCorp@aol.com
   Brent Rosenzweig (SBN 219071)
15 Brent.Rosenzweig@gmail.com
16 LAWRENCE ROSENZWEIG, PC
   2730 Wilshire Boulevard, Suite 425
17 Santa Monica, California  90403
18 Telephone:  (310) 453-0348
   Facsimile:   (310) 453-3358
19
   *Attorneys for Plaintiffs*
20
21
22
23
24
25
26
27
28

NOTICE is hereby given that, pursuant to the Court's July 2, 2012, Order (ECF No. 282), the Plaintiffs have filed the attached Revised Class Action Notice and Exclusion Form for approval by the Court.  The Revised Class Action Notice omits reference to the state law claims pending against Defendant Robert B. Silverman dba Silverman & Associates.  In addition, due to the September 18, 2012, trial date, the Revised Class Action Notice reduces the time from 60 days to 45 days from the date of mailing of the Notice for class members to file forms to exclude themselves from the class.

The Exclusion Form did not reference the state law claims pending against Defendant Robert B. Silverman dba Silverman & Associates.  The only modification to the Exclusion Form is related to the date when the Exclusion Form must be filed with the Court, reducing the time from 60 days to 45 days from the date of mailing of the Class Action Notice.

Respectfully submitted this 6th day of July, 2012.

  /s/James. M. Knoepp
James M. Knoepp
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, Georgia  30303

*On behalf of Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

  /s/James M. Knoepp

July 6, 2012.