## NOTICE OF CLASS ACTION LAWSUIT

**If you are a national of the Philippines and were recruited by Universal Placement International, Inc. to work for a Louisiana School District on an H-1B visa between 2007 and the present, a class action lawsuit may affect your rights.**

- Individuals have sued Universal Placement International, Inc. and other Defendants, alleging that they violated the Trafficking Victims Protection Act (TVPA), the Racketeer Influenced and Corrupt Organizations Act (RICO), as well as various state laws.

- The Court has allowed the lawsuit to be a class action on behalf of all Filipino nationals who were recruited by Universal Placement International, Inc. and obtained their initial H-1B visas during the period January 1, 2007, through the present, where a Louisiana school district or Louisiana school system was the petitioning employer on their visa applications.

- The Court has not decided whether Universal Placement International, Inc. and the other Defendants did anything wrong.  There is no money available now and no guarantee that there will be.  However, your legal rights are affected, and you have a choice to make right now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT ||
|---|---|
| **DO NOTHING** | **Stay in this lawsuit.  Await the outcome.  Give up certain rights.**<br>By doing nothing, you keep the possibility of getting money or other benefits that may come from a trial or a settlement.  But you give up any rights to sue Universal Placement International, Inc. and the other Defendants separately about the same legal claims in this lawsuit, and you agree to be bound by any judgment entered in favor of the Defendants based on the legal claims presented in this action. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit.  Get no benefits from it.  Keep rights.**<br>If you ask to be excluded and money or other benefits are later awarded, you won't share in those.  But you keep any right to sue Universal Placement International, Inc. and the other Defendants separately about the same legal claims in this lawsuit, and you will not be bound by any judgment entered in favor of the Defendants based on the legal claims presented in this action. |

- Your options are explained in this notice. To ask to be excluded, you must act before _____, 2012 [45 days from date Notice is mailed].

## 1. What is this lawsuit about?

This lawsuit is about whether Universal Placement International, Inc., Lourdes "Lulu" Navarro, PARS International Placement Agency, Emilio V. Villarba, Robert B. Silverman dba Silverman & Associates, and Elizabeth Duran Swinford ("the Defendants") violated the Trafficking Victims Protection Act (TVPA) and the Racketeer Influenced and Corrupt Organizations Act (RICO). The Plaintiffs are seeking money damages for themselves and the class members for violations of these laws.

The lawsuit also claims that Universal Placement International, Inc. (UPI), Lourdes "Lulu" Navarro, PARS International Placement Agency, and Emilio V. Villarba committed fraud and and/or negligent misrepresentation with respect to the fees involved in the recruitment process. The Plaintiffs are seeking money damages for themselves and the class members based on the fraud and negligent misrepresentation.

The lawsuit also alleges that Defendants Universal Placement International, Inc., Lourdes "Lulu" Navarro, PARS International Placement Agency, and Emilio V. Villarba violated the California Employment Agency Act and the California Unfair Business Practices Act. The Plaintiffs, on behalf of themselves and the class members, are seeking to have the placement agency contracts declared null and void and to enjoin Universal Placement International, Inc. from further enforcing the contracts based on violation of these laws.

In addition, the Plaintiffs, on behalf of themselves and the class members, seek declaratory and injunctive relief to void the placement agency contracts based on undue influence, and/or illegality based on violation of rules of the Philippine Overseas Employment Agency, violation of rules of the state of Louisiana, and violation of the federal regulations governing the H-1B visa program.

The Defendants deny that they have done anything wrong. Specifically, Defendants UPI and Navarro contend that UPI has fully performed the contracts that the Plaintiffs voluntarily and freely entered into with UPI by, among other things, assisting Plaintiffs in obtaining teaching positions in Louisiana, filing proper paperwork on behalf of Plaintiffs with various governmental agencies in the United States, assisting Plaintiffs in navigating the H-1B visa process, organizing Plaintiffs' travel to the US, and arranging accommodations for Plaintiffs in the US upon arrival. Defendants further contend that Plaintiffs were told about any fees UPI would charge for its services well in advance of signing contracts with UPI and that any fees paid to UPI were paid in exchange for services provided to Plaintiffs pursuant to their contractual agreements. Defendants deny that they violated any statutes, or that the Plaintiffs are entitled to any monetary, declaratory or injunctive relief whatsoever. Defendant UPI

further contends that it is owed money by the teachers who have failed to pay the contractual fees.

You are receiving this notice because records indicate that you meet the definition for membership in the class.

### 2. What is a class action lawsuit and who is involved?

In a class action lawsuit, one or more people called "Class Representatives" sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The Court will decide the issues for all members of the class, except those who voluntarily opt out of the class. In this case, Mairi Nunag-Tanedo, Ingrid Cruz, Donnabel Escuadra, Rolando Pascual, and Tomasa Mari will represent the class. Judge John A. Kronstadt of the U.S. District Court for the Central District of California is in charge of this class action. The name of this case is *Nunag-Tanedo, et al. v. East Baton Rouge Parish School Board, et al.*, Civil Action No. 10-01172-JAK(MLGx).

### 3. Who is eligible to join the case?

The Court certified a class and a sub-class in this case:

**Class:** All Filipino nationals who obtained their initial H-1B visas through Recruiter Defendants[1] and Attorney Defendants[2] during the period January 1, 2007, through the present, where a Louisiana school district or Louisiana school system was the petitioner.

**Sub-Class:** All Filipino nationals (i) who have obtained H-1B visas through Recruiter Defendants and Attorney Defendants during the period January 1, 2007, through the present, and (ii) whose initial H-1B visa petition was executed by an agent of the East Baton Rouge Parish School Board for employment in the East Baton Rouge Parish School System.[3]

### 4. What happens if I do nothing at all?

---

[1] "Recruiter Defendants" means Universal Placement International, Inc., Lourdes "Lulu" Navarro, PARS International Placement Agency, and Emilio V. Villarba.
[2] "Attorney Defendants" means Robert B. Silverman dba Silverman & Associates.
[3] The Court dismissed the TVPA claims brought against the East Baton Rouge Parish School Board (EBR), and granted a motion for summary judgment in favor of EBR with respect to the Plaintiffs' negligent hiring claims against EBR. The class certification decision does not apply to the claims filed against EBR. Furthermore, the Class Certification decision entered by the Court does not apply to Defendant Elizabeth Duran Swinford because she has filed an appeal of an earlier order of the Court in this case.

You don't have to do anything now if you want to keep the possibility of getting money or other relief from this lawsuit.  <u>By doing nothing you are staying in the class</u>.  If you stay in and the Plaintiffs obtain money or other relief, either as a result of the trial or a settlement, you will be notified about how to apply for a share (or how to ask to be excluded from any settlement).  Keep in mind that if you do nothing now, regardless of whether the Plaintiffs win or lose the trial, you will not be able to sue the Defendants as part of any other lawsuit about the same legal claims that are the subject of this lawsuit.  You will also be legally bound by all of the orders the Court issues and judgments the Court makes in this class action.  This means that, should the Defendants prevail, you will be bound by any judgments in their favor related to the legal claims presented in this lawsuit.

### 5.     Do I have a lawyer in this case?

The Plaintiffs in this case are represented by the Immigrant Justice Project of the Southern Poverty Law Center, a non-profit organization, the law firm of Covington & Burling LLP, the American Federation of Teachers Legal Department, and the Law Offices of Lawrence Rosenzweig.  These attorneys' services are free.  If you are part of this class, you will not have to pay any attorneys' fees or any other costs of bringing this lawsuit.  If you have any questions concerning this lawsuit, please call the lawyers at the Immigrant Justice Project:

>   **Jim Knoepp**
>   **Southern Poverty Law Center**
>   **Immigrant Justice Project**
>   **233 Peachtree St. NE, Suite 2150**
>   **Atlanta, GA 30303**
>
>   **Toll free telephone number:     1-800-591-3656**
>   **Fax:                                              404-221-5857**

### 6.     Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf.  If you would prefer to hire a different lawyer to represent you in this case, you have the right to do so, but you will have to pay that lawyer.  If you hire your own lawyer, you can ask him or her to speak in Court for you.

### 7.     How do I ask to be excluded from the class?

If you do <u>not</u> wish to be a part of this lawsuit, you have the right to be excluded from the lawsuit.  If you ask to be excluded from the suit, you will <u>not</u> be bound by the results of the lawsuit and you will not receive any money if the Plaintiffs win.  <u>If you wish to withdraw from this lawsuit, you must fill out the enclosed form and mail or deliver it to</u>:

**Clerk of the Court**
**United States District Court**
**for the Central District of California**
**255 East Temple Street**
**Los Angeles, CA  90012.**

If you want to be excluded from this case, you must complete the attached form and your form must be received by the Court by _____, 2012 [45 days from date of mailing Notice].

| 8. | Could I be retaliated against for participating in the lawsuit? |

It is against the law for anyone to refuse to hire you, to punish you, to fire you, to threaten you or to discriminate against you for being a part of this lawsuit or for deciding to withdraw from this lawsuit.  This is your own individual decision.  If anyone approaches you to try to pressure you to participate or not to participate in this lawsuit, you can call the Immigrant Justice Project free of charge at the numbers listed above, or write the Court at the address listed above.

Likewise, you cannot be penalized for declining to participate in this class action and asking to be excluded from the class.  If anyone approaches you to try to pressure you into participating in this lawsuit, you may write the Court at the address above or call the attorneys for the Defendants.

**THIS NOTICE HAS BEEN APPROVED BY THE HONORABLE JOHN A. KRONSTADT OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.**

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THE CASE.**