**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by [45 days from date of mailing]:

    Clerk of the Court
    United States District Court
    for the Central District of California
    255 East Temple Street
    Los Angeles, CA  90012

Name  _____

Address  _____

          _____

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_____
Signature

_____
Date