# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV10-01172 JAK (MLGx) | Date | July 30, 2012 |
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO CERTIFY APPROVAL OF CLASS ACTION NOTICE AND EXCLUSION FORM (Dkts. 269, 286)**

On May 21, 2012, Plaintiffs submitted a motion to certify approval of a class action notice and exclusion form, Dkt. 269, pursuant to this Court's December 12, 2011 order granting in part and denying in part Plaintiff's motion for class certification, Dkt. 232. On July 2, 2012, the Court issued an order instructing Plaintiffs to submit a revised class action notice and exclusion form, to reflect the stay imposed as to certain claims as to certain Defendants, based on those Defendants' appeal of a denial of a special motion to strike those claims. Dkt. 282. On July 7, 2012, Plaintiffs filed a revised class action notice and exclusion form that conformed to the Court's order. Dkt. 286. Accordingly, the Court GRANTS Plaintiffs' motion to certify approval of the revised class action notice and revised exclusion form.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak