James M. Knoepp (admitted *pro hac vice*)
jim.knoepp@splcenter.org
Michelle Lapointe (admitted *pro hac vice*)
michelle.lapointe@splcenter.org
Daniel Werner (admitted *pro hac vice*)
daniel.werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., | Civ. No.: 10-01172-JAK-MLGx |
| Plaintiffs, | **NOTICE OF COMPLETION OF MAILING CLASS ACTION NOTICE AND EXCLUSION FORMS** |
| v. | |
| EAST BATON ROUGE PARISH SCHOOL BOARD, et al., | **HEARING DATE:   N/A**<br>**TIME:**<br>**COURTROOM:** |
| Defendants. | **HON. JOHN A. KRONSTADT** |

Civ. No. 10-01172-JAK-MLGx

*(Attorney listing continued from first page)*

Mary C. Bauer (admitted *pro hac vice*)
mary.bauer@splcenter.org
Sam Brooke (admitted *pro hac vice*)
sam.brooke@splcenter.org
Morris S. Dees (admitted *pro hac vice*)
judy.bruno@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone:  (334) 956-8200
Facsimile:   (334) 956-8481

Dennis B. Auerbach (*admitted pro hac vice*)
dauerbach@cov.com
Jillian Willis (*admitted pro hac vice*)
jwillis@cov.com
Gary Feldon (*admitted pro hac vice*)
gfeldon@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-6000
Facsimile:   (202) 662-6291

Candice M. Plotkin
cplotkin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111-5356
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

Civ. No. 10-01172-JAK-MLGx

Daniel J. McNeil (*admitted pro hac vice*)
dmcneil@aft.org
AMERICAN FEDERATION OF TEACHERS
LEGAL DEPARTMENT
555 New Jersey Ave., N.W.
Washington, DC  20001
Telephone:   (202) 393-6305
Facsimile:    (202) 393-6385

Lawrence Rosenzweig (SBN 72443)
LRPCorp@aol.com
Brent Rosenzweig (SBN 219071)
Brent.Rosenzweig@gmail.com
LAWRENCE ROSENZWEIG, PC
2730 Wilshire Boulevard, Suite 425
Santa Monica, California  90403
Telephone:   (310) 453-0348
Facsimile:    (310) 453-3358

*Attorneys for Plaintiffs*

NOTICE is hereby given that on July 31, 2012, Class Counsel completed the mailing of the Class Action Notice and Exclusion Forms authorized by the Court in its July 30, 2012, order (ECF No. 299).  The Notice and Exclusion Forms were sent to the last known mailing address for each class member (if available), as well as the last known e-mail address for each class member (if available).  Class members who do not wish to remain in the classes certified by the Court have until September 17, 2012, to file their exclusion form.

/s/ James M. Knoepp_____
James M. Knoepp
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, Georgia  30303
*On behalf of Attorneys for Plaintiffs*

Civ. No.: 10-01172-JAK-MLGx

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

 /s/ James M. Knoepp

August 1, 2012.

Civ. No. 10-01172-JAK-MLGx