James M. Knoepp (admitted *pro hac vice*)
jim.knoepp@splcenter.org
Michelle Lapointe (admitted *pro hac vice*)
michelle.lapointe@splcenter.org
Daniel Werner (admitted *pro hac vice*)
daniel.werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.<br><br>Defendants. | Civ. No.:  10-01172-JAK (MLGx)<br><br>**NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS**<br><br>Hon. John A. Kronstadt |

(*Attorney listing continued from first page*)
Mary C. Bauer (*admitted pro hac vice*)
mary.bauer@splcenter.org
Sam Brooke (*admitted pro hac vice*)
sam.brooke@splcenter.org
Morris S. Dees (*admitted pro hac vice*)
judy.bruno@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone:   (334) 956-8200
Facsimile:    (334) 956-8481


Dennis B. Auerbach (*admitted pro hac vice*)
dauerbach@cov.com
Jillian Willis (*admitted pro hac vice*)
jwillis@cov.com
Gary Feldon (*admitted pro hac vice*)
gfeldon@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Candice N. Plotkin, Cal. Bar No. 281709
cplotkin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111-5356
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

| Civ. No.:  10-01172-JAK (MLGx) | | NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS |
|---|---|---|

| | |
|---|---|
| 1 | Daniel J. McNeil (*admitted pro hac vice*) |
| | dmcneil@aft.org |
| 2 | AMERICAN FEDERATION OF TEACHERS |
| 3 | LEGAL DEPARTMENT |
| | 555 New Jersey Ave., N.W. |
| 4 | Washington, DC  20001 |
| 5 | Telephone:   (202) 393-6305 |
| | Facsimile:    (202) 393-6385 |
| 6 | |
| 7 | Lawrence Rosenzweig (SBN 72443) |
| | LRPCorp@aol.com |
| 8 | Brent Rosenzweig (SBN 219071) |
| 9 | Brent.Rosenzweig@gmail.com |
| | LAWRENCE ROSENZWEIG, PC |
| 10 | 2730 Wilshire Boulevard, Suite 425 |
| 11 | Santa Monica, California  90403 |
| | Telephone:   (310) 453-0348 |
| 12 | Facsimile:    (310) 453-3358 |
| 13 | |
| | *Attorneys for Plaintiffs* |

| Civ. No.:  10-01172-JAK (MLGx) | | NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS |
|---|---|---|

NOTICE is hereby given that the following individuals have filed exclusion forms to opt-out of this class action litigation:

1. Arvin Dones
2. Rafaela Dones aka Rafaela Flores
3. Luzviminda Bayarong
4. Edna Siaotong
5. Anette Gamit
6. Milnor Rodriguez
7. Emenilda Cordero.

Respectfully submitted this 19th day of September, 2012.

         /s/James M. Knoepp
James M. Knoepp
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303

*On behalf of Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ James M. Knoepp

September 19, 2012