# Form to Withdraw from the Lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.
## Case No. CV 10-01172-JAK (MLGx) (Central District of California)

### FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name: Arvin Dones

Address: 1100 South Foster dr. apt 58
Baton Rouge, LA 70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signature]_
Signature

8/18/12
Date

From: Arvin Dones
1100 South Foster dr. apt 58
Baton Rouge, LA 70806

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

# Form to Withdraw from the Lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.
## Case No. CV 10-01172-JAK (MLGx) (Central District of California)

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name _____Rafaela Dones_____

Address _____1100 South Foster dr. apt 58_____
_____Baton Rouge, LA 70806_____

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_____[signature]_____
Signature

_____8/18/12_____
Date

From: Rafaela Dones
1100 South Foster dr. apt 58
Baton Rouge, LA 70806

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name: LUZVIMINDA L. BAYARONG

Address: 600 WOODDALE BLVD. APT. 265
BATON ROUGE, LA 70806

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature: /s/ Lbayarong

Date: AUGUST 18, 2012

LUZVIMINDA L. BAYKRONG
603 WOODDALE BLVD- APT- 265
BATON ROUGE, LA 70806

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012

# Form to Withdraw from the Lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.
## Case No. CV 10-01172-JAK (MLGx) (Central District of California)

### FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name _Edna Siaofong_

Address _600 Wooddale Blvd. Apt. 265_

_Baton Rouge, LA 70806_

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signature]_
Signature

_8-10-2012_
Date

From: Edna Giasfong
607 Woodoak Blvd. Apt. 265
Baton Rouge, LA 70806

Rcv'd
8-20

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012



Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

    Clerk of the Court
    United States District Court
    for the Central District of California
    255 East Temple Street
    Los Angeles, CA 90012

Name    _Anette B. Garnit_

Address    _600 Wooddale Blvd. # 265_

            _Baton Rouge LA 70806_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signature]_
Signature

_8/15/2012_
Date

Anette Egouia
600 Wooddale Blvd. #265
Baton Rouge LA 70806

JAK

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple St.
Los Angeles, CA 90012

BATON ROUGE LA 707
23 AUG 2012 PM 3 T

CLERK US DISTRICT COURT
AUG 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# Form to Withdraw from the Lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.
## Case No. CV 10-01172-JAK (MLGx) (Central District of California)

### FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

Name: MILNOR A. RODRIGUEZ

Address: 600 WOODDALE BLVD., APT. 252
BATON ROUGE, LA 70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature: [signed]

Date: 8/22/2012



MILNOR A. RODRIGUEZ
600 WOODDALE BLVD., APT. 252
BATON ROUGE, LA 70806

BATON ROUGE LA 707
23 AUG 2012 PM 3 T

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA  90012

Name: EMENILDA CORDERO

Address: 1100 S Foster Dr. Apt. 13
Baton Rouge, LA 70806

I do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signed]_
Signature

9/3/12
Date

