James M. Knoepp (admitted *pro hac vice*)
jim.knoepp@splcenter.org
Michelle Lapointe (admitted *pro hac vice*)
michelle.lapointe@splcenter.org
Daniel Werner (admitted *pro hac vice*)
daniel.werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.<br><br>Defendants. | Civ. No.:  10-01172-JAK (MLGx)<br><br>**AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS**<br><br>Hon. John A. Kronstadt |

| | |
|---|---|
| 1 | (*Attorney listing continued from first page*) |
| | Mary C. Bauer (*admitted pro hac vice*) |
| 2 | mary.bauer@splcenter.org |
| 3 | Sam Brooke (*admitted pro hac vice*) |
| | sam.brooke@splcenter.org |
| 4 | Morris S. Dees (*admitted pro hac vice*) |
| 5 | judy.bruno@splcenter.org |
| | IMMIGRANT JUSTICE PROJECT |
| 6 | SOUTHERN POVERTY LAW CENTER |
| 7 | 400 Washington Avenue |
| | Montgomery, Alabama  36104 |
| 8 | Telephone:  (334) 956-8200 |
| 9 | Facsimile:  (334) 956-8481 |
| 10 | |
| 11 | Dennis B. Auerbach (*admitted pro hac vice*) |
| | dauerbach@cov.com |
| 12 | Jillian Willis (*admitted pro hac vice*) |
| 13 | jwillis@cov.com |
| | Gary Feldon (*admitted pro hac vice*) |
| 14 | gfeldon@cov.com |
| 15 | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, N.W. |
| 16 | Washington, D.C.  20004 |
| 17 | Telephone:  (202) 662-6000 |
| | Facsimile:  (202) 662-6291 |
| 18 | |
| 19 | Candice N. Plotkin, Cal. Bar No. 281709 |
| | cplotkin@cov.com |
| 20 | COVINGTON & BURLING LLP |
| 21 | One Front Street |
| | San Francisco, CA  94111-5356 |
| 22 | Telephone:  (415) 591-6000 |
| 23 | Facsimile:  (415) 591-6091 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| Civ. No.:  10-01172-JAK (MLGx) | | AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS |

1 | Daniel J. McNeil (*admitted pro hac vice*)
dmcneil@aft.org
2 | AMERICAN FEDERATION OF TEACHERS
3 | LEGAL DEPARTMENT
555 New Jersey Ave., N.W.
4 | Washington, DC  20001
5 | Telephone:   (202) 393-6305
Facsimile:    (202) 393-6385
6 |
7 | Lawrence Rosenzweig (SBN 72443)
LRPCorp@aol.com
8 | Brent Rosenzweig (SBN 219071)
9 | Brent.Rosenzweig@gmail.com
LAWRENCE ROSENZWEIG, PC
10 | 2730 Wilshire Boulevard, Suite 425
11 | Santa Monica, California  90403
Telephone:   (310) 453-0348
12 | Facsimile:    (310) 453-3358
13 |
*Attorneys for Plaintiffs*

---

Civ. No.:  10-01172-JAK (MLGx) | | AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS

NOTICE is hereby given that the following individuals have filed exclusion forms to opt-out of this class action litigation:

1. Arvin Dones
2. Rafaela Dones aka Rafaela Flores
3. Luzviminda Bayarong
4. Edna Siaotong
5. Anette Gamit
6. Milnor Rodriguez
7. Emenilda Cordero
8. Warren Tagapulot
9. Marychelle Sagun-Agunday
10. Jocelyn Gutierrez-Hobson
11. Jay Luzaran
12. Mercedes Josa R. Costelo
13. Babylyn Abogado.

Respectfully submitted this 24th day of September, 2012.

        /s/James M. Knoepp
James M. Knoepp
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303

*On behalf of Attorneys for Plaintiffs*

Civ. No.:  10-01172-JAK (MLGx)

AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ James M. Knoepp

September 24, 2012