**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name      Arvin Dones

Address   1100 South Foster dr. apt 58

          Baton Rouge, LA 70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_____
Signature

8/18/12
_____
Date

From: Arvin Danes
1100 South Foster Dr. apt. 58
Baton Rouge, LA 70806

JAK

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

BATON ROUGE LA 707
20 AUG 2012 PM 3 L

Freedom
First Class

CLERK, U.S. DISTRICT COURT
AUG 2 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

USA FIRST-CLASS FOREVER

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name ___Rafaela Dones___

Address ___1100  South  Foster dr. apt 58___

___Baton Rouge, LA  70806___

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_____
Signature

___8/18/12___
Date

From: Rafaela Danes
1100 South Foster dr. apt 58
Baton Rouge, LA 70806

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name    LUZVIMINDA   L. BAYARONG

Address    600   WOODDALE   BLVD.  APT. 265

BATON   ROUGE  , LA    70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature    _lbayarong_

Date    AUGUST  18, 2012

LUZVIMINDA L· BAYKHRONG
6011 WOODOAKE BLVD· APT· 265
BATON ROUGE , LA 70806

BATON ROUGE LA 707

18 AUG 2012 PM 5 T

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET
LOS ANGELES , CA 90012

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
>  for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name _Edna  Siaofong_

Address _600 Wooddale Blvd. Apt. 265_

_Baton Rouge, LA  70806_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_Edna  Siaofong_
Signature

_8-10-2012_
Date

from: Edna Biasong
6173 Wooddale Blvd. Apt. 265
Baton Rouge, LA 70806

Rev'd
8 - 20
1C

NATION RELEASE LA 708
15 AUG 2012 PM 3 T

USA FIRST-CLASS FOREVER



Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

12+3354

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name    _Anette B. Gamit_

Address    _600 Wooddale Blvd. # 265_

_Baton Rouge LA 70806_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signature]_

Signature

_8\15\2012_

Date

Anette Epains
600 Woodedale Blvd. #265
Baton Rouge LA 70806

JAK

BATON ROUGE LA 707
25 AUG 2012 PM 3 T

first

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple St.
Los Angeles, CA 90012

CLERK, U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name      MILNOR A. RODRIGUEZ

Address   600 WOODDALE BLVD., APT. 252

          BATON ROUGE, LA  70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature _____

Date      8/22/2012



MILNOR A. RODRIGUEZ
600 WOODDALE BLVD. APT. 252
BATON ROUGE, LA 70806

BATON ROUGE LA 707
23 AUG 2012 PM 3 T

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

90012+3332

CLERK of the Court
United States District Court
for the Central District of California
255 East Temple Sheet
Los Angeles, CA 90012

## Form to Withdraw from the Lawsuit against
## Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.
## Case No. CV 10-01172-JAK (MLGx) (Central District of California)

### FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name  EMENILDA  CORDERO

Address  1100 S Foster Dr. Apt. 13

Baton Rouge, LA 70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature

9/3/12
Date



Emerilda C. Cordero
1100 S Foster Dr Apt 13
Baton Rouge, LA 70806

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

SEP 10 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

BY

JAK

USA FIRST-CLASS FOREVER

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name     _WARREN A. TAGAPULOT_

Address   _18452 HOO CHOO TOO RD, BATON ROUGE,_

_LA, 70817_

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_signature_
Signature

_SEPT 13, 2012_
Date

Warren A. Tacquelet
18462 Hoo Shoo Too Rd
Baton Rouge, LA, 70817

90012833332

BATON ROUGE LA 707
13 SEP 2012 PM 1 L

Clerk of Court
United States District Court
for the Central District of CA
255 East Temple Street
Los Angeles, CA 90012

JAK



SEP 17 2012
CENTRAL DISTRICT OF CA
BY                    DEPUTY

CV

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE
## EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
>  for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name    *Marychelle   Sagun- Agunday*

Address   *1100 South Foster Dr. Apt. 44*

   *Baton Rouge, LA 70806*

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature   *MSAgunday*

   *9/12/2012*

Date



Marychelle Saguan -
1100 south Foster Dr. Apt. 96
Baton Rouge, LA 70806

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

JAK

SEP 17 2012

CV

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

Name    *Jocelyn Gutierrez - Hobson*

Address    *1901 S. Brook Haven Ave.*
*Gonzales LA 70737*

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature    *[signature]*

Date    *9 - 11 - 12*



JOCHLYN P GUTIERREZ
1901 S BROOK HAVEN AVE
GONZALES LA 70737-4860

JAK

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

CV

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name   ___JAY  M.  LUZARAN___

Address   ___1680  O' Neal  Lane  Apt. 201___

   ___Baton Rouge,  LA  70816___

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

___[signature]___
Signature

___9/10/12___
Date

Jay M. Luzaran
1680 O'Neal Lane Apt. 201
Baton Rouge, LA 70816

JAK

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

BATON ROUGE LA 707

13 SEP 2012 PM 1 L

SEP 17 2012

USA FIRST-CLASS FOREVER

S001284025

CV

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name _Mercedes Josa L. Costulo_

Address _10990 Worthington Ave_
_Baton Rouge, LA. 70815_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signature]_
Signature

_8/29/12_
Date



Mercedes Carlos
19790 Worthington Ave
Baton Rouge CA 70815

JAK

Clerk of the Court
United States District Court
255 East Temple St.
Los Angeles, CA 90012

CV.

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE
## EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name    _Babylyn Abogado_

Address    _1001 Louisiana Street_

    _Tallulah   LA   71282_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_Abogado_

Signature

_9-13-12_

Date



Babylyn Abogado
1001 Louisiana Street
Tallulah, Louisiana 71282

SHREVEPORT LA 710

15 SEP 2012 PM 3 1

RECEIVED
CLERK U S DISTRICT COURT

SEP 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5C0123333Z

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

JAK

CV