1  James M. Knoepp (admitted *pro hac vice*)
2  jim.knoepp@splcenter.org
   Michelle Lapointe (admitted *pro hac vice*)
3  michelle.lapointe@splcenter.org
4  Daniel Werner (admitted *pro hac vice*)
   daniel.werner@splcenter.org
5  IMMIGRANT JUSTICE PROJECT
6  SOUTHERN POVERTY LAW CENTER
   233 Peachtree Street NE, Suite 2150
7  Atlanta, GA  30303
   Telephone:  (404) 521-6700
8  Facsimile:  (404) 221-5857
9

10 *Attorneys for Plaintiffs*
11 *Additional Co-Counsel on Subsequent Pages*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TANEDO, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>EAST BATON ROUGE PARISH SCHOOL BOARD, et al.<br><br>    Defendants. | Civ. No.:  10-01172-JAK (MLGx)<br><br>**SECOND AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS**<br><br>Hon. John A. Kronstadt |

| | |
|---|---|
| 1 | (*Attorney listing continued from first page*) |
| | Mary C. Bauer (*admitted pro hac vice*) |
| 2 | mary.bauer@splcenter.org |
| 3 | Sam Brooke (*admitted pro hac vice*) |
| | sam.brooke@splcenter.org |
| 4 | Morris S. Dees (*admitted pro hac vice*) |
| 5 | judy.bruno@splcenter.org |
| | IMMIGRANT JUSTICE PROJECT |
| 6 | SOUTHERN POVERTY LAW CENTER |
| 7 | 400 Washington Avenue |
| | Montgomery, Alabama  36104 |
| 8 | Telephone:  (334) 956-8200 |
| 9 | Facsimile:   (334) 956-8481 |
| 10 | |
| 11 | Dennis B. Auerbach (*admitted pro hac vice*) |
| | dauerbach@cov.com |
| 12 | Jillian Willis (*admitted pro hac vice*) |
| 13 | jwillis@cov.com |
| | Gary Feldon (*admitted pro hac vice*) |
| 14 | gfeldon@cov.com |
| 15 | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Avenue, N.W. |
| 16 | Washington, D.C.  20004 |
| 17 | Telephone:  (202) 662-6000 |
| | Facsimile:   (202) 662-6291 |
| 18 | |
| 19 | Candice N. Plotkin, Cal. Bar No. 281709 |
| | cplotkin@cov.com |
| 20 | COVINGTON & BURLING LLP |
| 21 | One Front Street |
| | San Francisco, CA  94111-5356 |
| 22 | Telephone:  (415) 591-6000 |
| 23 | Facsimile:  (415) 591-6091 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| Civ. No.:  10-01172-JAK (MLGx) | | SECOND AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS |
|---|---|---|

1   Daniel J. McNeil (*admitted pro hac vice*)
    dmcneil@aft.org
2   AMERICAN FEDERATION OF TEACHERS
3   LEGAL DEPARTMENT
    555 New Jersey Ave., N.W.
4   Washington, DC  20001
    Telephone:   (202) 393-6305
5   Facsimile:    (202) 393-6385
6
7   Lawrence Rosenzweig (SBN 72443)
    LRPCorp@aol.com
8   Brent Rosenzweig (SBN 219071)
9   Brent.Rosenzweig@gmail.com
    LAWRENCE ROSENZWEIG, PC
10  2730 Wilshire Boulevard, Suite 425
11  Santa Monica, California  90403
    Telephone:   (310) 453-0348
12  Facsimile:    (310) 453-3358
13
    *Attorneys for Plaintiffs*
14

| Civ. No.:  10-01172-JAK (MLGx) | | SECOND AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS |
|---|---|---|

NOTICE is hereby given that the following individuals have filed exclusion forms to opt-out of this class action litigation:

1. Arvin Dones
2. Rafaela Dones aka Rafaela Flores
3. Luzviminda Bayarong
4. Edna Siaotong
5. Anette Gamit
6. Milnor Rodriguez
7. Emenilda Cordero
8. Warren Tagapulot
9. Marychelle Sagun-Agunday
10. Jocelyn Gutierrez-Hobson
11. Jay Luzaran
12. Mercedes Josa R. Costelo
13. Babylyn Abogado
14. Evelyn B. Faustino
15. Jeanine M. Yabut
16. Eden A. Galido
17. Ma. Concepcion Eborda.[1]

Respectfully submitted this 10th day of October, 2012.

　　　/s/James M. Knoepp
James M. Knoepp

---

[1] The forms for Eden A. Galido (#16) and Ma. Concepcion Eborda (#17) were received after the deadline to submit exclusion forms. Those individuals are listed here so that the Court may determine whether to accept or strike the forms as untimely.

Civ. No.: 10-01172-JAK (MLGx)　　　SECOND AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS

1  IMMIGRANT JUSTICE PROJECT
   SOUTHERN POVERTY LAW CENTER
2  233 Peachtree Street NE, Suite 2150
   Atlanta, GA  30303
3
   *On behalf of Attorneys for Plaintiffs*

| Civ. No.:  10-01172-JAK (MLGx) | | SECOND AMENDED NOTICE OF RECEIPT AND FILING OF CLASS ACTION EXCLUSION FORMS |
|---|---|---|

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ James M. Knoepp

October 10, 2012