**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## <u>FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT</u>

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name    Arvin Dones

Address    1100 South Foster dr. apt 58

Baton Rouge, LA 70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_____
Signature

8/18/12
_____
Date

From: Arvin Danes
1100 South Foster Dr. apt. 58
Baton Rouge, LA 70806

JAK

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

BATON ROUGE LA 707
20 AUG 2012 PM 3 L

CLERK, U.S. RECEIVED
CENTRAL DISTRICT OF

AUG 23 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Freedom
First Class

USA FIRST-CLASS FOREVER

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## <u>FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT</u>

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name _____Rafaela Dones_____

Address _____1100 South Foster dr. apt 58_____

_____Baton Rouge, LA 70806_____

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_____[signature]_____
Signature

_____8/18/12_____
Date

From: Rafaela Danes
1100 South Foster dt. apt 58
Baton Rouge, LA 70806

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

JAK

BATON ROUGE LA 707
20 AUG 2012 PM 3 L

Liberty

USA FIRST-CLASS FOREVER

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE
## EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International,
Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates,
you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement
International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman &
Associates, you need to fill out this form and return it to the following address by
**September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name    LUZVIMINDA   L. BAYARONG

Address    600   WOODDALE   BLVD.  APT. 265

BATON   ROUGE  , LA   70806

I do not want to be a part of the lawsuit against Universal Placement International,
Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.
Please exclude me from the lawsuit.  I understand that by deciding to drop out of this
lawsuit, I will be excluded from any money damages or other recovery that may be
won in this lawsuit, and I will also not be bound by any judgment entered in favor of
the Defendants in this action.

Signature _Lbayarong_

Date    AUGUST  18, 2012

LUZVIMINDA L- BAYHONG
609 WOODDALE BLVD- APT- 265
BATON ROUGE , LA 70806

BATON ROUGE LA 707

'8 AUG 2012 PM 2 T

08 2 000

CLERK OF THE COURT
UNITED STATES DISTRICT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET
LOS ANGELES , CA 90012

Equality
FOREVER

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE
## EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
>  for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name  _Edna   Siaofong_

Address  _60 Wooddale Blvd. Apt 265_

_Baton Rouge, LA  70806_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_Edna   Siaofong_
Signature

_8-10-2012_
Date

From: Edna Biasong
607 Woodside Blvd. Apt. 265
Baton Rouge, LA 70806

Rcv'd
8-20

IC

12+33334

BATON ROUGE LA 708
15 AUG 2012 PM 3 T

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

USA FIRST-CLASS FOREVER

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name   _Anette B. Gonit_

Address   _600 Wooddale Blvd. # 265_

_Baton Rouge LA  70806_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signature]_

Signature

_8/15/2012_

Date

Anette Egarian
600 Woodale Blvd. #265
Baton Rouge LA 70804

JAK

BATON ROUGE LA 707
23 AUG 2012 PM 3 T

1st

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple St.
Los Angeles, CA 90012

CLERK, U.S. DISTRICT COURT
AUG 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY COALFIELD
DEPUTY

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## <u>FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT</u>

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name        MILNOR A. RODRIGUEZ

Address     600 WOODDALE BLVD., APT. 252

            BATON ROUGE, LA  70806

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature _____

Date        8/22/2012



MILNOR A. RODRIGUEZ
600 WOODDALE BLVD, APT. 252
BATON ROUGE, LA 70806

BATON ROUGE LA 707

23 AUG 2012 PM 3:T

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CLERK of the COURT
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name   _EMENILDA   CORDERO_

Address   _1100 S Foster Dr. Apt. 13_

_Baton Rouge, LA 70806_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_(signature)_
Signature

_9/3/12_
Date



Emerilda C. Cordero
1100 S Foster Dr, Apt 13
Baton Rouge, LA 70806

SEP 10 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

5001283334

USA FIRST-CLASS FOREVER

JAK

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name    *WARREN A. TAGAPULOT*

Address   *18452 HOO CHOO TOO RD, BATON ROUGE,*

*LA, 70817*

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

*[signature]*
Signature

*SEPT 13, 2012*
Date

Warren A. Taq aquetot
18462 Hoo Shoo Too Rd
Baton Rouge, LA, 70817

BATON ROUGE LA 707
13 SEP 2012 PM 4 L

Clerk of Court
United States District Court
for the Central District of CA
255 East Temple Street
Los Angeles, CA 90012

JAK

SEP 17 2012

CENTRAL DISTRICT OF CA
BY                    DEPUTY

cv

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE
## EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name    *Marychelle Sagun- Agunday*

Address   *1100 South Foster Dr. Apt. 44*

   *Baton Rouge, LA 70806*

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature   *MSAgunday*

   *9/12/2012*

Date



Marybelle Sagun-Agunday
1100 south Park Dr. Apt. 96
Baton Rouge LA 70806

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
Case No. CV 10-01172-JAK (MLGx) (Central District of California)

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

Name       *Jocelyn Gutierrez - Hobson*

Address    *1901 S. Brook Haven Ave.*
           *Gonzales LA 70737*

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature  *[signature]*

Date       *9-11-12*



JOCELYN P GUTIERREZ
1901 S BROOK HAVEN AVE
GONZALES LA 70737-4860

JAK

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

Equality
FOREVER

CV

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

<u>If you want to be a part of this lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, <u>you need to fill out this form</u> and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name    JAY  M.  LUZARAN

Address    1680 O'Neal Lane Apt. 201

Baton Rouge, LA 70816

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature

Date    9/10/12

Jay. M. Luzaran
1680 O'Neal Lane Apt. 201
Baton Rouge, LA 70816

30012B4026

JAK

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

BATON ROUGE LA 707

13 SEP 2012 PM 1 L

SEP 17 2012

USA FIRST-CLASS FOREVER

CV

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

Name  Mercedee Josa i. Costelo

Address  10970 Worthington Ave
Baton Rouge, LA. 70815

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature

8/29/12

Date



Mercedes Carlos
19990 Worthington Ave
Baton Rouge CA 70815

JAK

Clerk of the Court
United States District Court
255 East Temple St.
Los Angeles, CA 90012

CV.

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA 90012

Name    _Babylyn Abogado_

Address _1001 Louisiana Street_

_Tallulah   LA   71282_

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_(signature)_
Signature

_9-13-12_
Date



B

Babylyn Abogado
1001 Louisiana Street
Tallulah, Louisiana 71282

SHREVEPORT LA 710

15 SEP 2012 PM 3 1

RECEIVED
CLERK U.S. DISTRICT COURT

SEP 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

JAK

CV

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

Clerk of the Court
United States District Court
 for the Central District of California
255 East Temple Street
Los Angeles, CA  90012

Name        EVELYN   B.   FAUSTINO

Address     1001   Louisiana   Street,

            Tallulah   LA   71282

I do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

Signature     ebfaustino

Date          9-12-2012



From: Evelyn Faustino
1001 Louisiana Street,
Tallulah LA 71282

JAK

To: Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012

CV

9001253332

SHREVEPORT LA 710

14 SEP 2012 PM 3 L

USA FOREVER

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY
RECEIVED
CLERK U.S DISTRICT COURT
SEP 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

**Form to Withdraw from the Lawsuit against
Universal Placement International, Inc., Lourdes "Lulu" Navarro,
Robert B. Silverman, and Silverman & Associates.
Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## <u>FILL OUT THIS FORM ONLY IF YOU WANT TO BE
EXCLUDED FROM THIS LAWSUIT</u>

<u>If you want to be a part of this lawsuit</u> against Universal Placement International,
Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates,
<u>you should **not** fill out this form</u>.

However, <u>if you do **not** want to be a part of the lawsuit</u> against Universal Placement
International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman &
Associates, <u>you need to fill out this form</u> and return it to the following address by
**September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name      JEANINE M. YABUT

Address    1001 Louisiana Street,

           Tallulah LA 71282

I do <u>not</u> want to be a part of the lawsuit against Universal Placement International,
Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates.
Please exclude me from the lawsuit.  I understand that by deciding to drop out of this
lawsuit, I will be excluded from any money damages or other recovery that may be
won in this lawsuit, and I will also not be bound by any judgment entered in favor of
the Defendants in this action.

_____
Signature

           09-10-2012
_____
Date



From:
Jeanine M. Yabut
1001 Louisiana Street,
Tallulah LA 71282

JAK

SHREVEPORT LA 710

14 SEP 2012 PM 2 1

To: Clerk of the Court
United States District Court
for the Central District Court
255 East Temple Street
Los Angeles, CA 90012

RECEIVED
CLERK U.S DISTRICT COURT

SEP 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CV

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name   _EDEN A. GALIDO_

Address   _6007 Wooddale Blvd Apt 214_
_Baton Rouge LA  70806_

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit.  I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_[signature]_
Signature

_Sept 3, 2012_
Date

FROM: EDEN A. GALIDO
600 WOODDALE BLVD, APT 214
BATON ROUGE LA 70806
☐ CHECK BOX IF ADDRESS HAS CHANGED.

JAK



BATON ROUGE
LA 707

24 SEP 2012
PM 4 L

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 2 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

CV

U.S. P

70
Date of
06/26,
06  29
082594

9001283334

**Form to Withdraw from the Lawsuit against**
**Universal Placement International, Inc., Lourdes "Lulu" Navarro,**
**Robert B. Silverman, and Silverman & Associates.**
**Case No. CV 10-01172-JAK (MLGx) (Central District of California)**

## FILL OUT THIS FORM ONLY IF YOU WANT TO BE
## EXCLUDED FROM THIS LAWSUIT

If you want to be a part of this lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you should **not** fill out this form.

However, if you do **not** want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates, you need to fill out this form and return it to the following address by **September 17, 2012**:

> Clerk of the Court
> United States District Court
> for the Central District of California
> 255 East Temple Street
> Los Angeles, CA  90012

Name _Ma. Concepcion Eborda_

Address _600 Wooddale Blvd. Apt. 104_
_Baton Rouge, LA 70806_

I do not want to be a part of the lawsuit against Universal Placement International, Inc., Lourdes "Lulu" Navarro, Robert B. Silverman, and Silverman & Associates. Please exclude me from the lawsuit. I understand that by deciding to drop out of this lawsuit, I will be excluded from any money damages or other recovery that may be won in this lawsuit, and I will also not be bound by any judgment entered in favor of the Defendants in this action.

_Cn. Eborda_
Signature

_9/25/12_
Date

Fr: Ma. Concepcion Eborda
600 Wooddale Blvd. Apt. 104
Baton Rouge, LA 70806

Clerk of the Court
United States District Court
for the Central District of California
255 East Temple Street
Los Angeles, CA 90012