**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV10-01172 JAK (MLGx) | Date | October 23, 2012 |
|----------|--------------------------|------|------------------|
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) ORDER STRIKING MOTIONS (DKT. 385 - 393)**

The Court has received the following motions ("Motions"), filed October 22, 2012:

1. Plaintiffs' Motion to Dismiss Amended Counterclaim Against Donnabel Escuadra (Dkt. 385);
2. Plaintiffs' Motion and Unopposed Motion for Leave to File Motion for Partial Summary Judgment Seeking Determination That Defendant UPI's Contracts With Class Members are Void and Unenforceable (Dkt. 387);
3. Plaintiffs' Motion for Partial Summary Judgment Seeking Determination That Defendant UPI's Contracts With Class Members are Void and Unenforceable (Dkt. 389);
4. Defendant Universal Placement International, Inc. and Lourdes ("Lulu") Navarro's Motion and Unopposed Motion for Leave to File Motion for Summary Judgment (Dkt. 392); and
5. Defendant Universal Placement International, Inc. and Lourdes ("Lulu") Navarro's Motion for Summary Judgment (Dkt. 393).

On October 1, 2012, the Court held the Continued Final Pretrial Conference. At that time the Court conferred with counsel to determine the availability of certain witnesses and counsel and tentatively set the jury trial for December 4, 2012 at 9:00 a.m. On October 4, 2012, the Court issued its ruling with respect to Plaintiffs' Motion to Dismiss Defendant's Counterclaims (Dkt. 145), which it granted in part with leave to amend within 10 days. Dkt. 380. Defendant/Counterclaimant Universal Placement International, Inc. filed its First Amended Counterclaim for Promissory Fraud on October 12, 2012. This was two days late, and the pleading was stricken for not complying with the Local Rules. Dkt. 382, 383. The First Amended Complaint was filed on October 17, 2012. Dkt. 384.

The Court DENIES the parties' Motions. The Motions have been filed and set for hearing after the last day to hear motions -- July 30, 2012. Dkt. 251. Moreover, counsel filed a Stipulation to extend certain dates, which the Court granted. This stipulation expressly maintained the original final date to hear motions of July 30, 2012. Dkt. 281.

At the September 17, 2012 hearing, the Court issued an In Chambers Tentative Order with respect to Plaintiff's Motion to Dismiss Defendant's Counterclaims. That Tentative Order, which contained considerable detail, stated that the Court was inclined to grant the motion with leave to amend. Dkt. 372.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**


**CIVIL MINUTES – GENERAL**

| Case No. | SA CV10-01172 JAK (MLGx) | Date | October 23, 2012 |
|---|---|---|---|
| Title | Mairi Nunag Tanedo, et al. v. East Baton Rouge Parish School Board, et al. | | |

All trial dates were vacated and the Court set a trial setting conference for October 1, 2012 and directed counsel to file a status report with respect to pretrial documents, proposed trial dates, and any pending issues that required the Court's attention prior to the trial. Counsel filed the Status Report (Dkt. 374). There was no mention of a proposed new cut-off date for the filing and hearing of motions. Therefore, at the October 1, 2012 Continued Final Pretrial Conference, the Court tentatively set the trial date for December 4, 2012 based on the status of the matter at that time and the respective schedules of the parties, their counsel as well as those of certain party witnesses. On October 3, 2012, the Court's Clerk confirmed the December 4, 2012 trial date by email to counsel and informed them that the Final Pretrial Conference would be continued to November 19, 2012 at 3:00 pm. and directed that any amended pretrial documents shall be filed by 12:00 p.m. on November 13, 2012. In light of this procedural history, the present motions are inappropriate. They are untimely and inconsistent with the extensive pre-trial planning and corresponding hearings previously conducted by the Court. For these reasons, the Court STRIKES the Motions and supporting documents. (Dkt. 385-393).


**IT IS SO ORDERED.**


_____ : _____

Initials of Preparer      ak