James M. Knoepp (admitted *pro hac vice*)
jim.knoepp@splcenter.org
Michelle R. Lapointe (admitted *pro hac vice*)
michelle.lapointe@splcenter.org
Daniel Werner (admitted *pro hac vice*)
daniel.werner@splcenter.org
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700
Facsimile:  (404) 221-5857

*Attorneys for Plaintiff/Counter-Defendant Donnabel Escuadra*
*Additional Co-Counsel on Subsequent Pages*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL PLACEMENT INTERNATIONAL, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> DONNABEL ESCUADRA, <br><br> Counter-Defendant. | Civ. No.: 10-01172-JAK (MLGx) <br><br> **ANSWER AND AFFIRMATIVE DEFENSES OF DONNABEL ESCUADRA TO UNIVERSAL PLACEMENT INTERNATIONAL, INC.'S FIRST AMENDED COUNTERCLAIM** <br><br> **HON. JOHN A. KRONSTADT** <br> **HON. MARC L. GOLDMAN** |

*(Attorney listing continued from first page)*

Mary C. Bauer (admitted *pro hac vice*)
mary.bauer@splcenter.org
Sam Brooke (admitted *pro hac vice*)
sam.brooke@splcenter.org
Morris S. Dees (admitted *pro hac vice*)
judy.bruno@splcenter.org
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone:   (334) 956-8200
Facsimile:    (334) 956-8481

Dennis B. Auerbach (admitted *pro hac vice*)
dauerbach@cov.com
Jillian Willis (admitted *pro hac vice*)
jwillis@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Candice N. Plotkin
CA Bar Number 281709
cplotkin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Civ. No.:  10-01172-JAK (MLGx)

ANSWER AND AFFIRMATIVE DEFENSES OF
DONNABEL ESCUADRA TO
UNIVERSAL PLACEMENT INTERNATIONAL, INC.'S
FIRST AMENDED COUNTERCLAIM

Daniel J. McNeil (admitted *pro hac vice*)
dmcneil@aft.org
AMERICAN FEDERATION OF TEACHERS
LEGAL DEPARTMENT
555 New Jersey Ave., N.W.
Washington, DC  20001
Telephone:   (202) 393-6305
Facsimile:    (202) 393-6385

Lawrence Rosenzweig (SBN 72443)
LRPCorp@aol.com
Brent Rosenzweig (SBN 219071)
Brent.Rosenzweig@gmail.com
LAWRENCE ROSENZWEIG, PC
2730 Wilshire Boulevard, Suite 425
Santa Monica, California  90403
Telephone:   (310) 453-0348
Facsimile:    (310) 453-3358

*Attorneys for Plaintiff/Counter-Defendant Donnabel Escuadra*

Civ. No.:  10-01172-JAK (MLGx)

ANSWER AND AFFIRMATIVE DEFENSES OF
DONNABEL ESCUADRA TO
UNIVERSAL PLACEMENT INTERNATIONAL, INC.'S
FIRST AMENDED COUNTERCLAIM

COMES NOW Counter-Defendant Donnabel Escuadra ("Counter-Defendant") and responds to Counter-Plaintiff Universal Placement International, Inc.'s ("Counter-Plaintiff") First Amended Counterclaim as follows:

1. ADMITTED.

2. Counter-Defendant ADMITS the first sentence of Paragraph 2 but DENIES the remainder of Paragraph 2.

3. ADMITTED.

4. ADMITTED.

5. To the extent that a response is required to Paragraph 5, Counter-Defendant incorporates her responses to Paragraphs 1-4 above as though fully set forth herein.

6. DENIED.

7. DENIED.

8. Counter-Defendant ADMITS the first two sentences of Paragraph 8 but DENIES the remainder of Paragraph 8, including footnote 1 that is referenced in Paragraph 8.

9. DENIED.

10. Counter-Defendant ADMITS the first sentence of Paragraph 10 but DENIES the remainder of Paragraph 10.

11. Counter-Defendant ADMITS that, while in Manila, she signed a standard-form contract with Counter-Plaintiff that bears the date July 14, 2008 (which contract was illegal under Louisiana, California and Filipino law), but otherwise DENIES the allegations of paragraph 11.

12. DENIED.

13. Counter-Defendant ADMITS that, while in Los Angeles, she signed a standard form contract presented by Counter-Plaintiff that bears the date July 23, 2008 (which contract was illegal under Louisiana, California and Filipino law), but otherwise DENIES the allegations of paragraph 13.

14.  DENIED.

15.  DENIED.

16.  DENIED.

17.  DENIED.

18.  DENIED.

19.  DENIED.

Counter-Defendant DENIES that Counter-Plaintiff is entitled to any relief based on its First Amended Counterclaim.

## AFFIRMATIVE DEFENSES

1. Counter-Plaintiff's First Amended Counterclaim fails to state a claim upon which relief may be granted.

2. Counter-Plaintiffs' First Amended Counterclaim is barred by the doctrine of collateral estoppel.

3. Counter-Plaintiffs' First Amended Counterclaim is barred by unclean hands.

4. Counter-Plaintiffs' First Amended Counterclaim is barred because the underlying contract between Counter-Plaintiff and Counter-Defendant is illegal and unenforceable.

5. Counter-Plaintiffs' First Amended Counterclaim fails because Counter-Defendant has not alleged facts suggesting that Counter-Defendant intended to defraud Counter-Plaintiff at the time the contract was signed.

WHEREFORE, Counter-Defendant seeks a judgment:

1. Denying all relief sought against Counter-Defendant in the First Amended Counterclaim;

2. Awarding attorneys' fees, costs and prejudgment interest to the full extent permitted by law; and

3. Granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

    /s/James M. Knoepp
James M. Knoepp
*On behalf of Attorneys for Plaintiff/Counter-Defendant*

Dated: October 30, 2012

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ James M. Knoepp
October 30, 2012

Civ. No.:  10-01172-JAK (MLGx)             - 4 -             ANSWER AND AFFIRMATIVE DEFENSES OF
DONNABEL ESCUADRA TO
UNIVERSAL PLACEMENT INTERNATIONAL, INC.'S
FIRST AMENDED COUNTERCLAIM