FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAIRI NUNAG-TAÑEDO, et al., | Civ. No.: 10-01172-JAK (MLGx) |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| EAST BATON ROUGE PARISH SCHOOL BOARD, et al., | HON. JOHN A. KRONSTADT<br>HON. MARC L. GOLDMAN |
| Defendants. | TRIAL:     December 5, 2012<br>LOCATION: Courtroom 750 |

# VERDICT FORM

**Instructions:**

Answer "Yes" or "No" to the following questions. A "Yes" answer must be based on the standard of a preponderance of the evidence. If you do not find that a "Yes" answer is supported by a preponderance of the evidence, then answer "No."

For each question to which you answer "Yes," answer the additional question regarding the amount of compensatory damages that you award Plaintiffs and Other Class Members.

For some questions to which you have answered "Yes," you will also be asked if you find that the violation was committed with malice, oppression, or fraud. When determining malice, oppression, or fraud, you must base your answer on the standard of clear and convincing evidence.

**Question No. 1.a:**

Did Defendant Lourdes Navarro violate the Trafficking Victims Protection Act as to the Class?

        Yes _____    No ✓____

**Question No. 1.b:**

If you answered "Yes" to Question No. 1.a, what amount, if any, do you award Plaintiffs and other class members as compensatory damages for this violation?

        $_____.

**Question No. 1.c:**

If you awarded compensatory damages in response to Question 1.b above, does your award include damages related to any of the following fees?:

| Fee | Yes | No |
| --- | --- | --- |
| Marketing Fees: | ____ | ____ |
| Credentialing Fees: | ____ | ____ |
| Anti-Fraud Fees: | ____ | ____ |
| Visa Application Fees: | ____ | ____ |
| Premium Processing Fees: | ____ | ____ |
| Lawyers' Fees: | ____ | ____ |
| Mailing Fees: | ____ | ____ |
| Placement Fees Paid to UPI: | ____ | ____ |
| Placement Fees Paid to PARS: | ____ | ____ |

**Question No. 1.d:**

If you answered "Yes" to Question No. 1.a, do you find that Defendant Lourdes Navarro committed a violation of the Trafficking Victims Protection Act with malice, oppression, or fraud?

**Yes** _____    **No** _____

**Question No. 2.a:**

Did Defendant Universal Placement International, Inc. violate the Trafficking Victims Protection Act as to the Class?

Yes _____     No ✓_____

**Question No. 2.b:**

If you answered "Yes" to Question No. 2.a, what amount, if any, do you award Plaintiffs and other class members as compensatory damages for this violation?

$_____.

**Question No. 2.c:**

If you awarded compensatory damages in response to Question 2.b above, does your award include damages related to any of the following fees?:

| | | |
|---|---|---|
| Marketing Fees: | Yes _____ | No _____ |
| Credentialing Fees: | Yes _____ | No _____ |
| Anti-Fraud Fees: | Yes _____ | No _____ |
| Visa Application Fees: | Yes _____ | No _____ |
| Premium Processing Fees: | Yes _____ | No _____ |
| Lawyers' Fees: | Yes _____ | No _____ |
| Mailing Fees: | Yes _____ | No _____ |
| Placement Fees Paid to UPI: | Yes _____ | No _____ |
| Placement Fees Paid to PARS: | Yes _____ | No _____ |

**Question No. 2.d:**

If you answered "Yes" to Question No. 2.a, do you find that Defendant Universal Placement International, Inc. committed a violation of the Trafficking Victims Protection Act with malice, oppression, or fraud?

        **Yes** _____        **No** _____

**Question No. 3.a:**

Did Defendant Lourdes Navarro violate the California Employment Agency, Employment Counseling, and Job Listing Services Act?

Yes ✓   No ____

**Question No. 3.b:**

If you answered "Yes" to Question No. 3.a, what amount, if any, do you award Plaintiffs and other class members as compensatory damages for this violation?

$ 4,481,505.

**Question No. 3.c:**

If you awarded compensatory damages in response to Question 3.b above, does your award include damages related to any of the following fees?:

| Fee | Yes | No |
|---|---|---|
| Marketing Fees: |  | ✓ |
| Credentialing Fees: | ✓ |  |
| Anti-Fraud Fees: |  | ✓ |
| Visa Application Fees: | ✓ |  |
| Premium Processing Fees: | ✓ |  |
| Lawyers' Fees: | ✓ |  |
| Mailing Fees: |  | ✓ |
| Placement Fees Paid to UPI: | ✓ |  |
| Placement Fees Paid to PARS: | ✓ |  |

**Question No. 3.d:**

If you awarded compensatory damages in response to Question 3.b, should those damages be multiplied by a number between 1 and 3?

Yes ____   No ✓

**Question No. 3.e:**

If you answered "Yes" to Question 3.d, what multiplier do you find appropriate?

_____

**Question No. 4.a:**

Did Defendant Universal Placement International, Inc., violate the California Employment Agency, Employment Counseling, and Job Listing Services Act?

Yes ✓    No ____

**Question No. 4.b:**

If you answered "Yes" to Question No. 4.a, what amount, if any, do you award Plaintiffs and other class members as compensatory damages for this violation?

$ 4,481,505 .

**Question No. 4.c:**

If you awarded compensatory damages in response to Question 4.b above, does your award include damages related to any of the following fees?:

| Fee | Yes | No |
|---|---|---|
| Marketing Fees: |  | ✓ |
| Credentialing Fees: | ✓ |  |
| Anti-Fraud Fees: |  | ✓ |
| Visa Application Fees: | ✓ |  |
| Premium Processing Fees: | ✓ |  |
| Lawyers' Fees: | ✓ |  |
| Mailing Fees: |  | ✓ |
| Placement Fees Paid to UPI: | ✓ |  |
| Placement Fees Paid to PARS: | ✓ |  |

**Question No. 4.d:**

If you awarded compensatory damages in response to Question 4.b, should those damages be multiplied by a number between 1 and 3?

Yes ____    No ✓

Civ. No.: 10-01172-JAK (MLGx)         - 8 -

VERDICT FORM

**Question No. 4.e:**

If you answered "Yes" to Question 4.d, what multiplier do you find appropriate?

_____.

**Question No. 5.a:**

Did Defendant Universal Placement International, Inc., commit an unlawful, unfair or fraudulent business act or practice?

Yes ✓      No _____

**Question No. 5.b:**

If your answer to question 5.a is "Yes," do you find that the Class suffered injury in fact and have lost money or property as a result of such unlawful, unfair or fraudulent business acts or practices?

Yes ✓      No _____

**Question No. 6.a:**

1. Did Lourdes Navarro make a false representation of an important fact to the Plaintiffs and other class members?

   Yes __✓__ No _____

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and proceed to question 7.a.

2. Did Lourdes Navarro honestly believe that the representation was true when she made it?

   Yes __✓__ No _____

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here and proceed to question 7.a.

3. Did Lourdes Navarro have reasonable grounds for believing the representation was true when she made it?

   Yes _____ No __✓__

   If your answer to question 3 is no, then answer question 4. If you answered yes, stop here and proceed to question 7.a.

4. Did Lourdes Navarro intend that the Plaintiffs and other class members rely on the representation?

   Yes __✓__ No _____

   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and proceed to question 7.a.

5. Did the Plaintiffs and other class members reasonably rely on the representation?

Yes ✓    No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here and proceed to question 7.a.

6. Was the Plaintiffs' and other class members' reliance on Lourdes Navarro's representation a substantial factor in causing harm to the Plaintiffs and other class members?

Yes ✓    No _____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here and proceed to question 7.a.

7. What are the Plaintiffs' and class members' damages, if any?

$ 3,470,000 .

**Question No. 6.b:**

If you awarded damages in response to Question 6.a above, does your award include damages related to any of the following fees?:

| | | |
|---|---|---|
| Marketing Fees: | Yes _____ | No ✓ |
| Credentialing Fees: | Yes _____ | No ✓ |
| Anti-Fraud Fees: | Yes _____ | No ✓ |
| Visa Application Fees: | Yes _____ | No ✓ |
| Premium Processing Fees: | Yes _____ | No ✓ |
| Lawyers' Fees: | Yes _____ | No ✓ |
| Mailing Fees: | Yes _____ | No ✓ |
| Placement Fees Paid to UPI: | Yes ✓ | No _____ |
| Placement Fees Paid to PARS: | Yes ✓ | No _____ |

Civ. No.: 10-01172-JAK (MLGx)     - 12 -     VERDICT FORM

**Question No. 7.a:**

1. Did Universal Placement International, Inc. make a false representation of an important fact to the Plaintiffs and other class members?

   Yes ✓   No ___

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here and have the foreperson sign and date this form.

2. Did Universal Placement International, Inc. honestly believe the representation was true when it made it?

   Yes ✓   No ___

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here and have the foreperson sign and date this form.

3. Did Universal Placement International, Inc. have reasonable grounds for believing the representation was true when it made it?

   Yes ___   No ✓

   If your answer to question 3 is no, then answer question 4. If you answered yes, stop here and have the foreperson sign and date this form.

4. Did Universal Placement International, Inc. intend that the Plaintiffs and other class members rely on the representation?

   Yes ✓   No ___

   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here and have the foreperson sign and date this form.

5.   Did the Plaintiffs and other class members reasonably rely on the representation?

Yes ✓   No _____

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here and have the foreperson sign and date this form.

6.   Was the Plaintiffs' and other class members' reliance on Universal Placement International, Inc.'s representation a substantial factor in causing harm to the Plaintiffs and other class members?

Yes ✓   No _____

If your answer to question 6 is yes, then answer question 7. If you answered no, stop here and have the foreperson sign and date this form.

7.   What are the Plaintiffs' and class members' damages, if any?

$ 3,470,000 .

**Question No. 7.b:**

If you awarded damages in response to Question 7.a above, does your award include damages related to any of the following fees?:

| | | |
|---|---|---|
| Marketing Fees: | Yes _____ | No ✓ |
| Credentialing Fees: | Yes _____ | No ✓ |
| Anti-Fraud Fees: | Yes _____ | No ✓ |
| Visa Application Fees: | Yes _____ | No ✓ |
| Premium Processing Fees: | Yes _____ | No ✓ |
| Lawyers' Fees: | Yes _____ | No ✓ |
| Mailing Fees: | Yes _____ | No ✓ |
| Placement Fees Paid to UPI: | Yes ✓ | No _____ |
| Placement Fees Paid to PARS: | Yes ✓ | No _____ |

1 | Dated  12-17-2012

**REDACTED VERDICT FORM AS TO JURY FOREPERSON'S SIGNATURE**