*WHEN RECORDED MAIL TO:*

James Knoepp
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
404-221-5836

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIRI NUNAG-TANEDO, et al., <br><br> PLAINTIFF(S), <br> v. <br><br> EAST BATON ROUGE PARISH SCHOOL BOARD, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 10-01172-JAK (MLGx) <br><br> ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 26, 2013 in favor of Mairi Nunag-Tanedo, et al.

whose address is c/o Southern Poverty Law Center, 400 Washington Ave., Montgomery, Alabama 36104

and against Lourdes Navarro and Universal Placement International, Inc., jointly and severally

whose last known address is 753 Foxkirk Road, Glendale, CA 91206-1727

for $ 4,481,505.00  Principal, $ 4,499.85 (10/29/13) Interest, $ 0 (still under review) Costs,

and $ 1,310,559.75  Attorney Fees.

ATTESTED this ___1st___ day of ___November___, 20_13_

Judgment debtor's driver's license no. and state;  CA 4065  (last 4 digits) ☐ Unknown.

Judgment debtor's Social Security number;  1524  (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Agnes Markarian Sullivan

2 North Lake Avenue, Suite 930

Pasadena, CA 91101

CLERK, U.S. DISTRICT COURT

By _____SHEA BOURGEOIS_____
   Deputy Clerk

1184

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)          ABSTRACT OF JUDGMENT/ORDER