James M. Knoepp
Southern Poverty Law Center
233 Peachtree Street NE, Suite 2150
Atlanta, Georgia 30303
jim.knoepp@splcenter.org
404-221-5836

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mairi Nunag-Tanedo, et al<br><br>Plaintiff(s)<br>v.<br>E. Baton Rouge Parish Sch. Bd., et al.<br><br>Defendant(s) | CASE NUMBER:<br>CV- 10-01172-JAK (MLGx)<br><br>**WRIT OF EXECUTION** |

TO: **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On September 26, 2013 a judgment was entered in the above-entitled action in favor of:

Mairi Nunag-Tanedo, Donnabel Escuadra, Ingrid Cruz, Tomasa Mari, Rolando Pascual, and a class of individuals certified by the Court pursuant to FRCP 23.

as Judgment Creditor and against:

Lourdes Navarro and Universal Placement International, Inc., jointly and severally

as Judgment Debtor, for:

$     4,481,505.00   Principal,
$     1,310,559.75   Attorney Fees,
$         4,642.65   Interest **, and
$            0.00   Costs, making a total amount of
$     5,796,707.40   **JUDGMENT AS ENTERED**

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California, to wit:

$ __4,642.65__ accrued interest, and
$ __0.00__ accrued costs, making a total of
$ __0.00__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __5,796,707.40__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __5,792,064.75__ Is due on the judgment as entered and bears interest at .15 percent per annum, in the amount of $ 23.80 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: NOV - 8 2013

By: ANDRES PEDRO
Deputy Clerk
1202

Case 8:10-cv-01172-JAK-MLG   Document 525   Filed 11/08/13   Page 3 of 3   Page ID #:13345

---

**WRIT OF EXECUTION**

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Lourdes Navarro                      Lourdes Navarro
753 Foxkirk Road                     17509 Osborne Street
Glendale, CA  91205                  Northridge, CA  91325


Agnes Markarian Sullivan
Gonzalez Saggio & Harlan LLP
2 North Lake Avenue, Suite 930
Pasadena, CA  91101
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---